# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | **Case No.** 17-20492-GLT |
| **Joseph Cuervo and Mary E. Cuervo,** ) | **Chapter 13** |
| Debtor. ) | Related to Dkt. No. 7 |
| **Joseph Cuervo and Mary E. Cuervo,** ) | |
| Movant, ) | |
| vs. ) | |
| **No Respondent,** ) | |
| Respondent. ) | |

## MODIFIED ORDER

AND NOW, this 24th day of February, 2017, upon consideration of the Motion to Extend Completion Date filed by Debtors Joseph Cuervo and Mary E. Cuervo, it is hereby ORDERED that the Debtors are granted a ten (10) day extension of time until March 6, 2017, to complete the filing of their petition.

_____
Gregory L. Taddonion        cgt
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-20492-GLT
Joseph Cuervo                                                         Chapter 13
Mary E. Cuervo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Feb 24, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
db/jdb         +Joseph Cuervo,    Mary E. Cuervo,    8000 Sherwood Drive,    Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6