**Fill in this information to identify your case:**

Debtor 1  **Joseph Cuervo**
First Name    Middle Name    Last Name

Debtor 2  **Mary E. Cuervo**
(Spouse if, filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  **17-20492 GLT**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Joseph Cuervo**                                X **/s/ Mary E. Cuervo**
**Joseph Cuervo**                                        **Mary E. Cuervo**
Signature of Debtor 1                                    Signature of Debtor 2

Date **March 6, 2017**                                   Date **March 6, 2017**