## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Cuervo and Mary E. Cuervo,                    Bankr. No. 17-20492-GLT

      Debtors.                                                    Chapter 11

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To: Clerk of Courts

    Please enter the appearance of Larry Wahlquist on behalf of the United States Trustee in the above captioned matter.

                                Respectfully Submitted,

                                ANDREW R. VARA
                                ACTING UNITED STATES TRUSTEE
                                Region 3

                    By:    /s/Larry Wahlquist
                            Larry Wahlquist, Trial Attorney
                            DC 492864
                            Liberty Center, Suite 970
                            1001 Liberty Avenue
                            Pittsburgh, Pennsylvania 15222
                            (412) 644-4756 Telephone
                            (412) 644-4785 Facsimile
                            Larry.E.Wahlquist@usdoj.gov