Case 17-20492-GLT   Doc 31   Filed 03/12/17   Entered 03/13/17 01:57:59   Desc Imaged
Certificate of Notice   Page 1 of 2
Motion to extend

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/9/17 5:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: ) | Case No. 17-20492 GLT |
| Joseph Cuervo and Mary E. Cuervo, ) | Chapter 13 |
| Debtors. ) | Document No. 20 |
| Joseph Cuervo and Mary E. Cuervo, ) | |
| Movants, ) | |
| vs. ) | |
| No Respondent, ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, this __9th__ day of __March__, 2017, upon consideration of the Debtors' Motion to Extension to Complete Petition and Motion to Convert their chapter 13 case to a chapter 11, it is hereby ORDERED that the Debtors are granted an extension of time until 10 days after from the entry of an order converted their chapter 13 case to a chapter 11 case to complete the filing of a chapter 11 petition.

Dated: 3/9/17

_____
Gregory J. Taddonio   hct
United States Bankruptcy Judge

cm: Gary Short, Esq.

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 17-20492-GLT
Joseph Cuervo                                                   Chapter 11
Mary E. Cuervo
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                   Page 1 of 1             Date Rcvd: Mar 10, 2017
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db/jdb         +Joseph Cuervo,    Mary E. Cuervo,   8000 Sherwood Drive,    Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 6