**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | | |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | Case No.  17-20492 GLT |
| Debtors, | ) | |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | Chapter 13 |
| Movants, | ) | Docket No. |
| vs. | ) | Hearing Date and Time: |
| **No Respondents.** | ) | April 19, 2017 at 9:30 a.m. |
| Respondents. | ) | Responses due: March 24, 2017 |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO CONVERT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Convert** ("Motion") which was filed on March 6, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to a scheduling order, responses to the Motion were to be filed and served no later than March 24, 2017.

It is hereby requested that the Order attached to the Motion be entered by the Court.

Executed: March 25, 2017          Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com