Statement non-business debtor Cuervo

# United States Bankruptcy Court
## for the Western District of Pennsylvania

| | | |
|---|---|---|
| **In re:** | ) | Case No. 17-20492 Glt |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | |
| **Debtors.** | ) | Chapter 13 |

### STATEMENT THAT DEBTORS ARE NOT SMALL BUSINESS DEBTORS.

JOSEPH CUERVO AND MARY E. CUERVO hereby declare that they are not a small business nor are they small business debtors as defined by 11 U.S.C. Sec. 101(51)(C)&(D).

Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com