Document      Page 1 of 7

3/29/17  9:03AM

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Joseph Cuervo** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mary E. Cuervo** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 17-20492 | | |
| (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**American Water**
**POB 371412**
**Pittsburgh, PA 15250**

**What is the nature of the claim?**                              $  **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:                                  - $ _____
          Unsecured claim                                       $ _____

Contact
Contact phone

**2**

**Bank Of America**
**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

**What is the nature of the claim?**   **Credit Card**     $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
          Value of security:                                  - $ _____

Contact

B104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1  **Joseph Cuervo**
Debtor 2  **Mary E. Cuervo**                                              Case number (if known)  **17-20492**

Contact phone                                    Unsecured claim            $ _____

---

**3**

**Capital One**
**Attn: General**
**Correspondence/Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact

Contact phone

**What is the nature of the claim?**   **Credit Card**    $ **$728.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                       - $ _____
    Unsecured claim                            $ _____

---

**4**

**Capital One**
**Attn: General**
**Correspondence/Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Contact

Contact phone

**What is the nature of the claim?**   **Credit Card**    $ **$3,250.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:                       - $ _____
    Unsecured claim                            $ _____

---

**5**

**Chase Auto Finance**
**National Bankruptcy Dept**
**201 N Central Ave Ms Az1-1191**
**Phoenix, AZ 85004**

Contact

Contact phone

**What is the nature of the claim?**   **2014 Jeep Laredo 87,000 miles**    $ **$2,865.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    $ **$20,865.00**
    Value of security:                       - $ **$18,000.00**
    Unsecured claim                            $ **$2,865.00**

---

**6**

**Chase Card Services**
**Correspondence Dept**
**Po Box 15278**
**Wilmington, DE 19850**

**What is the nature of the claim?**   **Lease**    $ **$7,791.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1 **Joseph Cuervo**
Debtor 2 **Mary E. Cuervo**  Case number *(if known)* **17-20492**

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

---

**7**

**Chase Card Services**
**Correspondence Dept**
**Po Box 15278**
**Wilmington, DE 19850**

**What is the nature of the claim?**  **Credit Card**  $ **$4,627.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

---

**8**

**Citibank/Sunoco**
**Citicorp Credit Card/Centralized Bankrup**
**Po Box 790040**
**St Louis, MO 63129**

**What is the nature of the claim?**  **Credit Card**  $ **$168.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

---

**9**

**Citicards Cbna**
**Citicorp Credit Svc/Centralized Bankrupt**
**Po Box 790040**
**Saint Louis, MO 63179**

**What is the nature of the claim?**  **Credit Card**  $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security:  - $ _____
Unsecured claim  $ _____

Contact
Contact phone

---

**10**

**What is the nature of the claim?**  **Credit Card**  $ **$18,347.00**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Joseph Cuervo**
Debtor 2 **Mary E. Cuervo**                                                                 Case number *(if known)* **17-20492**

**Citicards Cbna**
**Citicorp Credit Svc/Centralized**
**Bankrupt**
**Po Box 790040**
**Saint Louis, MO 63179**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                          - $ _____
  Unsecured claim                               $ _____

Contact
Contact phone

---

**11**

**Discover Financial**
**Po Box 3025**
**New Albany, OH 43054**

**What is the nature of the claim?**   **Credit Card**   $ **$9,291.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                          - $ _____
  Unsecured claim                               $ _____

Contact
Contact phone

---

**12**

**Discover Personal Loan**
**Attention: Bankruptcy**
**Po Box 30954**
**Salt Lake City, UT 84130**

**What is the nature of the claim?**   **Unsecured**   $ **$30,135.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:                          - $ _____
  Unsecured claim                               $ _____

Contact
Contact phone

---

**13**

**Duquense Light Company**
**POB 67**
**Pittsburgh, PA 15267-0001**

**What is the nature of the claim?**   $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____

Contact

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Joseph Cuervo** | |
| Debtor 2 | **Mary E. Cuervo** | Case number (if known) **17-20492** |

☐
Contact phone

Value of security:  - $
Unsecured claim   $

---

**14**

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

What is the nature of the claim?                       $ **$1,123,479.96**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:  - $
Unsecured claim   $

Contact
Contact phone

---

**15**

**Land Rover Financial Gourp**
**c/o Chase**
**POB 78420**
**Phoenix, AZ 85062**

What is the nature of the claim?                       $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:  - $
Unsecured claim   $

Contact
Contact phone

---

**16**

**Mariner Finance, Llc**
**8211 Town Center Dr**
**Baltimore, MD 21236**

What is the nature of the claim?   **Secured**      $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:  - $
Unsecured claim   $

Contact
Contact phone

---

**17**

**Pennsylvania Department of Revenue**
**Bankruptcy Division**
**POB 280946**

What is the nature of the claim?                       $ **$30,000.00**

---

B 104 (Official Form 104)     **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     **Page 5**

| Debtor 1 | **Joseph Cuervo** | | |
|---|---|---|---|
| Debtor 2 | **Mary E. Cuervo** | Case number (if known) | **17-20492** |

**Harrisburg, PA 17128**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**18**

**Peoples Gas Company**
**POB 644760**
**Pittsburgh, PA 15264-4760**

**What is the nature of the claim?** _____    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**19**

**PNC Bank Credit Card**
**Po Box 5570**
**Mailstop  BR- YB58-01-5**
**Cleveland, OH 44101**

**What is the nature of the claim?**    **Credit Card**    $ **$2,295.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**20**

**Visa Dept Store National Bank**
**Attn: Bankruptcy**
**Po Box 8053**
**Mason, OH 45040**

**What is the nature of the claim?**    **Charge Account**    $ **$224.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____

Contact _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Joseph Cuervo** | | |
|---|---|---|---|
| Debtor 2 | **Mary E. Cuervo** | Case number *(if known)* | **17-20492** |

| Contact phone | Value of security: | - $ |
|---|---|---|
| | Unsecured claim | $ |

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Joseph Cuervo**                                X  **/s/ Mary E. Cuervo**
**Joseph Cuervo**                                          **Mary E. Cuervo**
Signature of Debtor 1                                    Signature of Debtor 2

Date  **March 29, 2017**                              Date  **March 29, 2017**

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy