Inventory list Cuervo

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**
**Joseph Cuervo and Mary E. Cuervo,**           )     **Case No.  17-20492 GLT**
    **Debtors.**                                                      )     **Chapter 11**
                                                                              )     **Document No. ____**

## **INVENTORY LIST**

Debtors Joseph Cuervo and Mary E. Cuervo file the within list of inventory:

1. The Debtors do not have any inventory.

    Respectfully submitted,

    /s/ Gary W. Short_____
    Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
    212 Windgap Road, Pittsburgh, PA 15237
    Tele. (412) 765-0100 / Fax (412) 536-3977
    E-mail garyshortlegal@gmail.com