**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
Joseph Cuervo and Mary E. Cuervo,                )       Case No.  17-20492 GLT
         Debtors.                                )       Chapter 11
                                            )       Document No. _____

## EMPLOYEE GROSS INCOME RECORD
Joseph Cuervo


      I, Joseph Cuervo, hereby certify that attached are copies of all payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) and I  have in my possession.


                             /s/ Joseph Cuervo
                             Joseph Cuervo

| | | | | |
|---|---|---|---|---|
| Joseph Cuervo | Payroll | 12/1/16 | | $ 3,000.00 |
| Joseph Cuervo | | 12/9/16 | | $ 1,000.00 |
| Joseph Cuervo | | 12/12/16 | | $ 750.00 |
| Joseph Cuervo | | 12/19/16 | | $ 1,700.00 |
| Joseph Cuervo | | 12/23/16 | | $ 500.00 |
| Joseph Cuervo | | 12/27/16 | | $ 2,000.00 |
| Joseph Cuervo | | 12/28/16 | | $ 1,941.00 |
| Joseph Cuervo | | 12/12/16 | 1590 | $ 7,250.00 |
| Joseph Cuervo | | 12/12/16 | 1591 | $ 5,000.00 |
| Joseph Cuervo | | | | |
| Jose h Cuervo | Payroll | 1/1/17 | | $ 3,000.00 |

Medco Commercial Management Group
Employee Check History
Sep 1, 2016 thru Dec 31, 2017

Page 1

| Employee No / Name | Earnings Code Description | Rate | Hours | Amount | Withholding Code Description | Amount | Deductions Code Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 0200 Joseph Cuervo<br>Pay Date 09-02-2016<br>Dir Deposit 001002 | REG Reg Earnings | 10.000 | 300.00 | 3,000.00 | FWT Fed Withholding Tax | 383.23 | OC OC. TAX. | 4.34 |
| | | | | | SS Social Security | 186.00 | | |
| | | | | | MED Medicare | 43.50 | | |
| | | | | | PA PA State | 92.10 | | |
| | | | | | PAI Pa SUI | 2.10 | | |
| | | | | | PSD Local | 30.00 | | |
| | Total Earnings | | 300.00 | 3,000.00 | Total Taxes | 736.93 | Total Deductions | 4.34 |
| | | | | | | | Net Amount | 2,258.73 |
| 0200 Joseph Cuervo<br>Pay Date 09-30-2016<br>Dir Deposit 001004 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax | 383.23 | OC OC. TAX. | 4.34 |
| | | | | | SS Social Security | 186.00 | | |
| | | | | | MED Medicare | 43.50 | | |
| | | | | | PA PA State | 92.10 | | |
| | | | | | PAI Pa SUI | 2.10 | | |
| | | | | | PSD Local | 30.00 | | |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.93 | Total Deductions | 4.34 |
| | | | | | | | Net Amount | 2,258.73 |
| 0200 Joseph Cuervo<br>Pay Date 11-01-2016<br>Dir Deposit 001008 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax | 383.23 | OC OC. TAX. | 4.34 |
| | | | | | SS Social Security | 186.00 | | |
| | | | | | MED Medicare | 43.50 | | |
| | | | | | PA PA State | 92.10 | | |
| | | | | | PAI Pa SUI | 2.10 | | |
| | | | | | PSD Local | 30.00 | | |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.93 | Total Deductions | 4.34 |
| | | | | | | | Net Amount | 2,258.73 |
| 0200 Joseph Cuervo<br>Pay Date 12-01-2016<br>Dir Deposit 001010 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax | 383.23 | OC OC. TAX. | 4.34 |
| | | | | | SS Social Security | 186.00 | | |
| | | | | | MED Medicare | 43.50 | | |
| | | | | | PA PA State | 92.10 | | |
| | | | | | PAI Pa SUI | 2.10 | | |
| | | | | | PSD Local | 30.00 | | |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.93 | Total Deductions | 4.34 |
| | | | | | | | Net Amount | 2,258.73 |
| 0200 Joseph Cuervo<br>Pay Date 01-01-2017<br>Dir Deposit 001012 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax | 382.40 | OC OC. TAX. | 4.34 |
| | | | | | SS Social Security | 186.00 | | |
| | | | | | MED Medicare | 43.50 | | |
| | | | | | PA PA State | 92.10 | | |
| | | | | | PAI Pa SUI | 2.10 | | |
| | | | | | PSD Local | 30.00 | | |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.10 | Total Deductions | 4.34 |
| | | | | | | | Net Amount | 2,259.56 |

Medco Commercial Management Group
Employee Check History
Sep 1, 2016 thru Dec 31, 2017

| Employee No / Name | Earnings Code Description | Rate | Hours | Amount | Withholding Code Description | Amount | Deductions Code | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 0200 Joseph Cuervo<br>Pay Date 02-01-2017<br>Dir Deposit 001014 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax<br>SS Social Security<br>MED Medicare<br>PA PA State<br>PAI Pa SUI<br>PSD Local | 382.40<br>186.00<br>43.50<br>92.10<br>2.10<br>30.00 | OC | OC. TAX. | 4.34 |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.10 | | Total Deductions<br>Net Amount | 4.34<br>2,259.56 |
| 0200 Joseph Cuervo<br>Pay Date 03-01-2017<br>Dir Deposit 001018 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax<br>SS Social Security<br>MED Medicare<br>PA PA State<br>PAI Pa SUI<br>PSD Local | 382.40<br>186.00<br>43.50<br>92.10<br>2.10<br>30.00 | OC | OC. TAX. | 4.34 |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.10 | | Total Deductions<br>Net Amount | 4.34<br>2,259.56 |
| 0200 Joseph Cuervo<br>Pay Date 04-01-2017<br>Dir Deposit 001020 | SAL Salary | | | 3,000.00 | FWT Fed Withholding Tax<br>SS Social Security<br>MED Medicare<br>PA PA State<br>PAI Pa SUI<br>PSD Local | 382.40<br>186.00<br>43.50<br>92.10<br>2.10<br>30.00 | OC | OC. TAX. | 4.34 |
| | Total Earnings | | | 3,000.00 | Total Taxes | 736.10 | | Total Deductions<br>Net Amount | 4.34<br>2,259.56 |
| 0200 Joseph Cuervo<br>8 Checks | REG Reg Earnings<br>SAL Salary | | 300.00 | 3,000.00<br>21,000.00 | FWT Fed Withholding Tax<br>SS Social Security<br>MED Medicare<br>PA PA State<br>PAI Pa SUI<br>PSD Local | 3,062.52<br>1,488.00<br>348.00<br>736.80<br>16.80<br>240.00 | OC | OC. TAX. | 34.72 |
| | Total Earnings | | 300.00 | 24,000.00 | Total Taxes | 5,892.12 | | Total Deductions<br>Net Amount | 34.72<br>18,073.16 |

**Direct Deposit Statement**

### Current Pay Period

| Earnings | Hours | Rate | Amount | Withholding Taxes | | Deductions | |
|---|---|---|---|---|---|---|---|
| Salary | | | 3,000.00 | Fed Withholding Tax | 382.40 | OC. TAX. | 4.34 |
| | | | | Social Security | 186.00 | | |
| | | | | Medicare | 43.50 | | |
| | | | | PA State | 92.10 | | |
| | | | | Pa SUI | 2.10 | | |
| | | | | COLLIER TWP | 30.00 | | |
| | | | 3,000.00 | | 736.10 | | 4.34 |

### Direct Deposit Information

| Routing | Financial Inst | Type | Account No. | Amount | Current Net Pay | |
|---|---|---|---|---|---|---|
| XXXX18092 | FIRST NATIONAL BANK | | XXXXX50020 | 2,259.56 | | 2,259.56 |

| Accumulative Earnings | Quarter To Date | Year To Date | Accumulative Taxes | Quarter To Date | Year To Date | Accumulative Deductions | Quarter To Date | Year To Date |
|---|---|---|---|---|---|---|---|---|
| Salary | 6,000.00 | 6,000.00 | Fed Withholdin | 764.80 | 764.80 | OC. TAX. | 8.68 | 8.68 |
| | | | Medicare | 87.00 | 87.00 | | | |
| | | | Social Security | 372.00 | 372.00 | | | |
| | | | PA State | 184.20 | 184.20 | | | |
| | | | Pa SUI | 4.20 | 4.20 | | | |
| | | | Local | 60.00 | 60.00 | | | |
| Total | 6,000.00 | 6,000.00 | Total | 1,472.20 | 1,472.20 | Total | 8.68 | 8.68 |

Year to date Net Pay 4,519.12

Medco Commercial Management Group
129 Carriage Hill Dr
Mars, PA  16046

| Empl No | 000200 |
|---|---|
| Dept | |
| Pay Date | Feb 1, 2017 |
| Period Ending | Feb 1, 2017 |
| ACH Advice No | 001014 |

Joseph Cuervo
800 Sherwood Dr
Presto PA  15142

**W4 Information**

| Soc. Sec. No. | XXX-XX-XXXX |
|---|---|
| Marr/Sgl | S |
| Exemptions | 00 |