## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**
**Joseph Cuervo and Mary E. Cuervo,**       )   Case No. 17-20492 GLT
         **Debtors.**                                         )   Chapter 11
                                                                         )   Document No. _____

### EMPLOYEE GROSS INCOME RECORD
May E. Cuervo

    I, Mary E. Cuervo, hereby certify that attached are copies of all payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) and I have in my possession.

                             /s/ Mary E. Cuervo
                             Mary E. Cuervo

**UPMC Presbyterian Shadyside**
U.S. Steel Tower, Floor 56, 600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Pay Begin Date: | 11/13/2016 |
| Pay End Date: | 11/26/2016 |

| | |
|---|---|
| Advice #: | 000000017940930 |
| Advice Date: | 12/02/2016 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

Mary E Cuervo
8000 Sherwood Drive
Presto, PA 15142

Employee ID: ####384
Department: 20525-PUH-9F_10F_11F MICU
Job Title: Professional Staff Nurse, BSN
Pay Rate: $36.80 Hourly

## HOURS AND EARNINGS

| | Current | | YTD | |
|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings |
| Charge Differential (1.00) | 73.70 | 73.70 | 502.10 | 502.10 |
| Day Regular | 61.70 | 2,270.56 | 1,304.60 | 47,528.39 |
| Scheduled PTO | 12.00 | 441.60 | 156.00 | 5,728.32 |
| Weekend Day Overtime | 8.80 | 490.16 | 35.00 | 1,926.31 |
| Weekend Day Regular | 3.20 | 117.76 | 208.10 | 7,615.96 |
| Day Overtime | | 0.00 | 80.10 | 4,386.78 |
| Holiday Off | | 0.00 | 8.00 | 286.08 |
| Holiday Worked | | 0.00 | 24.30 | 1,322.64 |
| PTO Sick Time | | 0.00 | 12.00 | 441.60 |
| In-Service | | 0.00 | 13.00 | 477.36 |
| Short Term Disability | | 0.00 | | 1,544.90 |
| **TOTAL:** | **159.40** | **3,393.78** | **2,343.20** | **71,760.44** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 338.76 | 6,845.11 |
| Fed MED/EE | 47.36 | 991.28 |
| Fed OASDI/EE | 202.51 | 4,238.57 |
| PA Unempl EE | 2.37 | 50.23 |
| PA Withholdng | 99.89 | 2,099.88 |
| COLLIER / PITTSBURGH Withholding | 32.54 | 683.99 |
| PA PITTSBURGH LS Tax | 2.00 | 48.00 |
| **TOTAL:** | **725.43** | **14,957.06** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Advantage Gold EPO 90/10 | 96.74 | 2,321.76 |
| HPL Premium Dental PPO | 28.15 | 675.60 |
| UPMC Savings Plan | 441.19 | 9,128.00 |
| AFLAC Personal Accident | 15.18 | 364.32 |
| Parking-Towerview Debit Card | 0.00 | 180.00 |
| **TOTAL:** | **581.26** | **12,669.68** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supp. Life Buy Up | 19.17 | 456.16 |
| AFLAC Personal STD | 23.54 | 564.96 |
| Uniform - American Discount | 0.00 | 65.06 |
| Hewitt General Loan | 0.00 | 2,325.50 |
| **TOTAL:** | **42.71** | **3,411.68** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life Insurance* | 12.54 | 145.20 |
| UPMC Savings Plan | 101.81 | 2,106.46 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,393.78 | 2,825.06 | 725.43 | 623.97 | 2,044.38 |
| YTD | 71,760.44 | 59,235.96 | 14,957.06 | 16,081.36 | 40,722.02 |

## LEAVE BALANCES

| | |
|---|---|
| PTO | 61.19 |
| EIB | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000017940930 | Checking | XXXXXX0020 | 2,044.38 |
| TOTAL: | | | 2,044.38 |

## INFORMATIONAL SECTION - payment included in above earnings

| DESCRIPTION | HOURS | YTD HOURS |
|---|---|---|
| Paid Lunch | 1.00 | 16.00 |

**MESSAGE:**

**UPMC Presbyterian Shadyside**
U.S. Steel Tower, Floor 56, 600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Pay Begin Date: | 11/27/2016 |
| Pay End Date: | 12/10/2016 |

| | |
|---|---|
| Advice #: | 000000017994942 |
| Advice Date: | 12/16/2016 |

Mary E Cuervo
8000 Sherwood Drive
Presto, PA 15142

| | |
|---|---|
| Employee ID: | ████884 |
| Department: | 20525-PUH-9F_10F_11F MICU |
| Job Title: | Professional Staff Nurse, BSN |
| Pay Rate: | $36.80 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Day Regular | 48.80 | 1,795.84 | 1,353.40 | 49,324.23 | Fed Withholdng | 248.54 | 7,093.65 |
| Weekend Day Regular | 24.70 | 908.96 | 232.80 | 8,524.92 | Fed MED/EE | 37.36 | 1,028.64 |
| Charge Differential (1.00) | 12.10 | 12.10 | 514.20 | 514.20 | Fed OASDI/EE | 159.76 | 4,398.33 |
| Day Overtime | | 0.00 | 80.10 | 4,386.78 | PA Unempl EE | 1.90 | 52.13 |
| Holiday Off | | 0.00 | 8.00 | 286.08 | PA Withholdng | 79.11 | 2,178.99 |
| Holiday Worked | | 0.00 | 24.30 | 1,322.64 | COLLIER / PITTSBURGH | 25.77 | 709.76 |
| PTO Sick Time | | 0.00 | 12.00 | 441.60 | Withholdng | | |
| In-Service | | 0.00 | 13.00 | 477.36 | PA PITTSBURGH LS Tax | 2.00 | 50.00 |
| Short Term Disability | | 0.00 | | 1,544.90 | | | |
| Scheduled PTO | | 0.00 | 156.00 | 5,728.32 | | | |
| Weekend Day Overtime | | 0.00 | 35.00 | 1,926.31 | | | |
| TOTAL: | 85.60 | 2,716.90 | 2,428.80 | 74,477.34 | TOTAL: | 554.44 | 15,511.50 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Advantage Gold EPO 90/10 | 96.74 | 2,418.50 | Supp. Life Buy Up | 19.17 | 475.33 | UPMC Savings Plan | 81.51 | 2,187.97 |
| HPL Premium Dental PPO | 28.15 | 703.75 | AFLAC Personal STD | 23.54 | 588.50 | Basic Life Insurance* | 0.00 | 145.20 |
| UPMC Savings Plan | 353.20 | 9,481.20 | Uniform - American Discount | 0.00 | 65.06 | | | |
| AFLAC Personal Accident | 15.18 | 379.50 | Hewitt General Loan | 0.00 | 2,325.50 | | | |
| Parking-Towerview Debit Card | 0.00 | 180.00 | | | | | | |
| TOTAL: | 493.27 | 13,162.95 | TOTAL: | 42.71 | 3,454.39 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,716.90 | 2,223.63 | 554.44 | 535.98 | 1,626.48 |
| YTD | 74,477.34 | 61,459.59 | 15,511.50 | 16,617.34 | 42,348.50 |

| LEAVE BALANCES | |
|---|---|
| PTO | 67.59 |
| EIB | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000017994942 | Checking | XXXXXX0020 | 1,626.48 |
| TOTAL: | | | 1,626.48 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| Paid Lunch | 1.00 | 17.00 |

MESSAGE:

| UPMC Presbyterian Shadyside<br>U.S. Steel Tower, Floor 56, 600 Grant Street<br>Pittsburgh, PA 15219 | Pay Begin Date: 12/11/2016<br>Pay End Date: 12/24/2016 | Advice #: 000000018052577<br>Advice Date: 12/30/2016 |
|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Mary E Cuervo<br>8000 Sherwood Drive<br>Presto, PA 15142 | Employee ID: ████84<br>Department: 20525-PUH-9F_10F_11F MICU<br>Job Title: Professional Staff Nurse, BSN<br>Pay Rate: $36.80 Hourly | Marital Status: Married<br>Allowances: 0<br>Addl. Percent:<br>Addl. Amount: | | N/A<br>0 |

## HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| PTO Sick Time | 12.00 | 441.60 | 24.00 | 883.20 | Fed Withholdng | 296.91 | 7,390.56 |
| Bereavement | 12.00 | 441.60 | 12.00 | 441.60 | Fed MED/EE | 42.74 | 1,071.38 |
| Day Regular | 48.00 | 1,766.40 | 1,401.40 | 51,090.63 | Fed OASDI/EE | 182.74 | 4,581.07 |
| Weekend Day Regular | 11.90 | 437.92 | 244.70 | 8,962.84 | PA Unempl EE | 2.17 | 54.30 |
| Charge Differential (1.00) | | 0.00 | 514.20 | 514.20 | PA Withholdng | 90.49 | 2,269.48 |
| Day Overtime | | 0.00 | 80.10 | 4,386.78 | COLLIER / PITTSBURGH | 29.47 | 739.23 |
| Holiday Off | | 0.00 | 8.00 | 286.08 | Withholdng | | |
| Holiday Worked | | 0.00 | 24.30 | 1,322.64 | PA PITTSBURGH LS Tax | 2.00 | 52.00 |
| In-Service | | 0.00 | 13.00 | 477.36 | | | |
| Short Term Disability | | 0.00 | | 1,544.90 | | | |
| Scheduled PTO | | 0.00 | 156.00 | 5,728.32 | | | |
| Weekend Day Overtime | | 0.00 | 35.00 | 1,926.31 | | | |
| TOTAL: | 83.90 | 3,087.52 | 2,512.70 | 77,564.86 | TOTAL: | 646.52 | 16,158.02 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Advantage Gold EPO 90/10 | 96.74 | 2,515.24 | Supp. Life Buy Up | 19.17 | 494.50 | UPMC Savings Plan | 92.63 | 2,280.60 |
| HPL Premium Dental PPO | 28.15 | 731.90 | AFLAC Personal STD | 23.54 | 612.04 | Basic Life Insurance* | 0.00 | 145.20 |
| UPMC Savings Plan | 401.38 | 9,882.58 | Uniform - American Discount | 0.00 | 65.06 | | | |
| AFLAC Personal Accident | 15.18 | 394.68 | Hewitt General Loan | 0.00 | 2,325.50 | | | |
| Parking-Towerview Debit Card | 0.00 | 180.00 | | | | | | |
| TOTAL: | 541.45 | 13,704.40 | TOTAL: | 42.71 | 3,497.10 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,087.52 | 2,546.07 | 646.52 | 584.16 | 1,856.84 |
| YTD | 77,564.86 | 64,005.66 | 16,158.02 | 17,201.50 | 44,205.34 |

| LEAVE BALANCES | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| PTO | 62.55 | | Account Type | Account Number | Deposit Amount |
| EIB | 0.00 | Advice #000000018052577 | Checking | XXXXXX0020 | 1,856.84 |
| | | TOTAL: | | | 1,856.84 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| Paid Lunch | 0.00 | 17.00 |

MESSAGE:

| UPMC Presbyterian Shadyside<br>U.S. Steel Tower, Floor 56, 600 Grant Street<br>Pittsburgh, PA 15219 | | Pay Begin Date: 12/25/2016<br>Pay End Date: 01/07/2017 | | Advice #: 000000018108694<br>Advice Date: 01/13/2017 | |
|---|---|---|---|---|---|

| Mary E Cuervo<br>8000 Sherwood Drive<br>Presto, PA 15142 | Employee ID: ████384<br>Department: 20525-PUH-9F_10F_11F MICU<br>Job Title: Professional Staff Nurse, BSN<br>Pay Rate: $36.80 Hourly | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| | | Marital Status: | Married | N/A |
| | | Allowances: | 0 | 0 |
| | | Addl. Percent: | | |
| | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Day Regular | 64.00 | 2,355.20 | 64.00 | 2,355.20 | Fed Withholdng | 457.52 | 457.52 |
| PTO BUY | 24.00 | 0.00 | 24.00 | 0.00 | Fed MED/EE | 58.26 | 58.26 |
| Weekend Day Overtime | 8.80 | 485.76 | 8.80 | 485.76 | Fed OASDI/EE | 249.12 | 249.12 |
| Weekend Day Regular | 3.40 | 125.12 | 3.40 | 125.12 | PA Unempl EE | 2.93 | 2.93 |
| Holiday Worked | 12.60 | 695.52 | 12.60 | 695.52 | PA Withholdng | 122.97 | 122.97 |
| Day Overtime | 9.50 | 524.40 | 9.50 | 524.40 | COLLIER / PITTSBURGH Withholdng | 40.06 | 40.06 |
| | | | | | PA PITTSBURGH LS Tax | 2.00 | 2.00 |
| TOTAL: | 122.30 | 4,186.00 | 122.30 | 4,186.00 | TOTAL: | 932.86 | 932.86 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Advantage Gold EPO 90/10 | 103.14 | 103.14 | Supp. Life Buy Up | 19.17 | 19.17 | Basic Life Insurance* | 12.54 | 12.54 |
| HPL Premium Dental PPO | 28.15 | 28.15 | AFLAC Personal STD | 23.54 | 23.54 | UPMC Savings Plan | 125.58 | 125.58 |
| UPMC Savings Plan | 544.18 | 544.18 | | | | | | |
| PTO BUY | 33.97 | 33.97 | | | | | | |
| AFLAC Personal Accident | 15.18 | 15.18 | | | | | | |
| TOTAL: | 724.62 | 724.62 | TOTAL: | 42.71 | 42.71 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,186.00 | 3,473.92 | 932.86 | 767.33 | 2,485.81 |
| YTD | 4,186.00 | 3,473.92 | 932.86 | 767.33 | 2,485.81 |

| LEAVE BALANCES | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| PTO | 109.51 | | Account Type | Account Number | Deposit Amount |
| EIB | 0.00 | Advice #000000018108694 | Checking | XXXXXX0020 | 2,485.81 |
| | | TOTAL: | | | 2,485.81 |

| INFORMATIONAL SECTION - payment included in above earnings | | |
|---|---|---|
| DESCRIPTION | HOURS | YTD HOURS |
| Paid Lunch | 1.50 | 1.50 |

MESSAGE:

UPMC Presbyterian Shadyside
U.S. Steel Tower, Floor 56, 600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Pay Begin Date: | 01/08/2017 |
| Pay End Date: | 01/21/2017 |

| | |
|---|---|
| Advice #: | 000000018171280 |
| Advice Date: | 01/27/2017 |

Mary E Cuervo
8000 Sherwood Drive
Presto, PA 15142

| | |
|---|---|
| Employee ID: | ████884 |
| Department: | 20525-PUH-9F_10F_11F MICU |
| Job Title: | Professional Staff Nurse, BSN |
| Pay Rate: | $36.80 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|
| Day Regular | 24.70 | 908.96 | 88.70 | 3,264.16 |
| Holiday Worked | 12.70 | 701.04 | 25.30 | 1,396.56 |
| Weekend Day Regular | 11.90 | 437.92 | 15.30 | 563.04 |
| PTO Sick Time | 24.00 | 883.20 | 24.00 | 883.20 |
| Day Overtime | | 0.00 | 9.50 | 524.40 |
| PTO BUY | | 0.00 | 24.00 | 0.00 |
| Weekend Day Overtime | | 0.00 | 8.80 | 485.76 |
| **TOTAL:** | **73.30** | **2,931.12** | **195.60** | **7,117.12** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 269.68 | 727.20 |
| Fed MED/EE | 39.89 | 98.15 |
| Fed OASDI/EE | 170.54 | 419.66 |
| PA Unempl EE | 2.05 | 4.98 |
| PA Withholdng | 84.45 | 207.42 |
| COLLIER / PITTSBURGH Withholdng | 27.51 | 67.57 |
| PA PITTSBURGH LS Tax | 2.00 | 4.00 |
| **TOTAL:** | **596.12** | **1,528.98** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Advantage Gold EPO 90/10 | 103.14 | 206.28 |
| HPL Premium Dental PPO | 28.15 | 56.30 |
| UPMC Savings Plan | 381.05 | 925.23 |
| PTO BUY | 33.97 | 67.94 |
| AFLAC Personal Accident | 15.18 | 30.36 |
| **TOTAL:** | **561.49** | **1,286.11** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supp. Life Buy Up | 19.17 | 38.34 |
| AFLAC Personal STD | 23.54 | 47.08 |
| **TOTAL:** | **42.71** | **85.42** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| UPMC Savings Plan | 87.93 | 213.51 |
| Basic Life Insurance* | 0.00 | 12.54 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,931.12 | 2,369.63 | 596.12 | 604.20 | 1,730.80 |
| YTD | 7,117.12 | 5,843.55 | 1,528.98 | 1,371.53 | 4,216.61 |

### LEAVE BALANCES

| | |
|---|---|
| PTO | 99.89 |
| EIB | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000018171280 | Checking | XXXXXX0020 | 1,730.80 |
| **TOTAL:** | | | **1,730.80** |

### INFORMATIONAL SECTION - payment included in above earnings

| DESCRIPTION | HOURS | YTD HOURS |
|---|---|---|
| Paid Lunch | 1.00 | 2.50 |

MESSAGE: