Notice of supp matrix

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**In re:**
**Joseph Cuervo and Mary E. Cuervo,**           )     **Case No.  17-20492 GLT**
      **Debtors.**                                                       )     **Chapter 11**
                                                                                )     **Document No. ____**

## NOTICE REGARDING SUPPLEMENTAL MAILING MATRIX

The Debtors did not incur any new creditors between the filing of their chapter 13 petition on February 9, 2017, and the conversion of their chapter 13 to a chapter 11 on March 27, 2017.  A supplemental mailing matrix is therefore not necessary.

Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com