## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.

**Case No. 17-20492-GLT**

Reporting Period: 2/9/17 TO 3/31/17

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | ✓ | |
| Bank Reconciliation | | | |
| Copies of bank statements | | ✓ | |
| Cash disbursements journals | | ✓ | |
| Copies of tax returns filed during reporting period | | | NONE |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | |
| Debtor Questionnaire | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____  ✓       4/17/17
Signature of Debtor                                Date

_____  ✓       4/17/17
Signature of Joint Debtor                          Date

_____          _____
Signature of Preparer                              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

**Case No. 17-20492-GLT**

Reporting Period: _2-9-17 — 3-31-17_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 4,249.45 | |
| **RECEIPTS** | | |
| Wages (Net) | $ 46,145.76 | |
| Interest and Dividend Income | Ø | |
| Alimony and Child Support | Ø | |
| Social Security and Pension Income | Ø | |
| ~~Sale of Assets~~ Gambling winnings | Ø  ** | |
| Other Income (attach schedule) BANK CREDITS | $ 34.71 + 60.00 | |
| **Total Receipts** | $ 46,240.47 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | $ 5,543.96 | |
| Rental Payment(s) | Ø | |
| Other Secured Note Payments | Ø | |
| Utilities | $ 1435.11 | |
| Insurance | $ 417.19 | |
| Auto Expense | $ 1458.78 | |
| Lease Payments | Ø | |
| IRA Contributions | $ 400.00 | |
| Repairs and Maintenance | $ 272.80 | |
| Medical Expenses | $ 17.16 | |
| Household Expenses | $ 1,292.80 | |
| Charitable Contributions | Ø | |
| Alimony and Child Support Payments | Ø | |
| Taxes - Real Estate | $ 2,789.62 | |
| Taxes - Personal Property | Ø | |
| ✗ Taxes - Other (attach schedule) Payroll withholding | Ø | |
| Travel and Entertainment | Ø | |
| Gifts | $ 3780.00 | |
| Other (attach schedule) schedules attached | $ 23,066.65 | |
| **Total Ordinary Disbursements** | $ 39,472.97 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $ 2900.00 | |
| U. S. Trustee Fees | Ø | |
| Other Reorganization Expenses (attach schedule) | Ø | |
| **Total Reorganization Items** | $ 2,900.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | $ 42,372.97 | |
| **Net Cash Flow (Total Receipts − Total Disbursements)** | $ 3,867.50 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $ 8,116.95 | |

✱ other disbursements - funds withheld from pay
    total taxes  $ 3,129.42
    total deductions  $ 2,564.40

FORM MOR-1(INDV)
(9/99)

✱✱ 10,786 (not deposited to bank account )

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: _2-9-17 – 3-31-17_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| SEE ATTACHMENTS | 20,938 | |
| | 5,308.65 | |
| | | |
| | | |
| | 26,246.65 | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: _2-9-17 — 3-31-17_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____

_____

_____

_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.                              Case No. 17-20492-GLT

Debtor                                          Reporting Period: _2-9-17- 3-31-17_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

#2 In process of closing bank accounts to merge into
DIP acct

FORM MOR-5
(9/99)

MOR Individual work sheet

Month 2-1-17 — 3-31-17

All monthly expenses are paid as they are incurred. Beginning bank balance *1172.65
Total credits (additions for mo.) *37102.49   Total debits (deductions for mo. *32,169.00

## Income

WES BANCO

| | |
|---|---|
| Wages (net) | Ø |
| Draws | *37,102.28 |
| Interest and Dividends | Ø |
| Social security and pension income | Ø |
| Miscellaneous credits | .21 |
| Total* | *37,102.49 |

* Should balance with bank statement credits for month (additions)

## Expenses

| | |
|---|---|
| Mortgage payments (M) | *5543.96 |
| Vehicle payments (V) | *933.92 |
| Utilities (U) | *1371.10 |
| Insurance (I) | *417.19 |
| Auto fuel and repairs (A) | Ø |
| Home repairs and maintenance (H) | *175.71 |
| Medical (MD) | Ø |
| Charitable (C) | Ø |
| Payroll taxes (withheld from pay) (PT) | |
| Real estate taxes (RTX) | *2,789.12 |
| Professional fees (PF) | Ø |
| U. S. Trustee fees (US) | Ø |
| Household (everything else (HH)  other | *20,938.00 see attached |
| Total Expenses* | *32,169.00 |

* Should balance with bank statement debits for month (deductions)

## Reconciliation

| | |
|---|---|
| Beginning bank balance | *1172.65 |
| Plus income for period | *37,102.49 |
| Subtotal | *38,275.14 |
| Less Expenses | *32,169.00 |
| Month End Bank Balance | *6106.14 |

WESBANCO

| OTHER EXPENSE Category | 2-9-17 thru 3-31-17 | | | |
|---|---|---|---|---|
| ATM | $9,500.00 | | | |
| Bank charges | $250.00 | | | |
| Credit Cards | $7,608.00 | | | |
| Education | $400.00 | | | |
| Food, Groceries, Restaurants, Lunches | $0.00 | | | |
| Gifts | $2,780.00 | | | |
| IRA | $400.00 | | | |
| | $20,938.00 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
    TELEPHONE 412-276-1266



**WesBanco**
**Statement**
STATEMENT DATE
03/01/17

JOSEPH CUERVO OR
MARY E CUERVO
8000 SHERWOOD DR
PRESTO PA 15142

ACCOUNT NUMBER
■■■■■■349

*Wes Banco*

PG    1
    6                                                             CYCLE-001
*** CHECKING *** FREEDOM ACCOUNT              BEGINNING RATE  0.05000
ACCOUNT NUMBER   ■■■■■4349
PREVIOUS STATEMENT BALANCE AS OF 02/01/17 ...................       2,337.41
    PLUS     4  DEPOSITS AND OTHER CREDITS ..................      17,000.21
    LESS    22  CHECKS AND OTHER DEBITS ....................      16,882.07
CURRENT STATEMENT BALANCE AS OF 03/01/17 ..................        2,455.55
NUMBER OF DAYS IN THIS STATEMENT PERIOD    28
--------------------------------------------------------------------------
        *** CHECK TRANSACTIONS ***
        SERIAL    DATE      AMOUNT *joey(son)* SERIAL    DATE      AMOUNT *banco*
  *other* 226*   02/23     800.00              7064    02/06    ~~150.00~~ *payment*
  *other* 227    02/27   1,000.00 *cash*
--------------------------------------------------------------------------
    *** CHECKING ACCOUNT TRANSACTIONS ***
    DATE      DESCRIPTION                    DEBITS        CREDITS
    02/03 AC-CHASE          -EPAY            200.00
    02/06 DEPOSIT                                          1,500.00
    02/06 AC-MACYS          -ONLINE PMT      100.00
    02/06 AC-PNC BANK NA    -ONLINE PYM      300.00
    02/06 AC-CITI CARD ONLINE-PAYMENT        500.00
    02/06 AC-MEADOWS CASINO -VIP PREFER      600.00
    02/06 AC-MEADOWS CASINO -VIP PREFER      600.00
    02/07 AC-Duquesne Light -PAYMENT         214.76
  *(D)* 02/09 DEPOSIT                                        500.00 ✓
  *other* 02/16 AC-MEADOWS CASINO -VIP PREFER *cash*  600.00 ✓
  *other* 02/16 AC-MEADOWS CASINO -VIP PREFER *cash*  600.00 ✓
  *(D)* 02/17 DEPOSIT                                      15,000.00 ✓
  *(V)* 02/21 AC-CHASE      -EPAY *creditcard* 300.00
  *(V)* 02/21 AC-CAPITAL ONE  -ONLINE PMT *creditcard* 500.00
  *(M)* 02/21 AC-CHASEHOMEFINANCE-LN PMT *mortgage* 2,771.98 ✓
  *(V)* 02/24 AC-Chase Auto   -CHECK PYMT *car*  356.74 ✓
            CK-00000200
  *other* 02/24 AC-CAPITAL ONE  -ONLINE PMT *creditcard* 4,000.00 ✓
  *(V)* 02/28 AC-JPMChase Bank NA-CHECK PYMT *car*  288.59 ✓
            CK-00000199
  *other* 02/28 AC-MEADOWS CASINO -VIP PREFER *cash*   500.00 ✓
  *other* 02/28 AC-MEADOWS CASINO -VIP PREFER *cash* 1,000.00 ✓
  *other* 02/28 AC-MEADOWS CASINO -VIP PREFER *cash* 1,000.00 ✓
    03/01 INTEREST PAYMENT                                       .21
  *other* 03/01 AC-CAPITAL ONE  -ONLINE PMT *creditcard* 500.00 ✓
    :                            :  TOTAL FOR  :   TOTAL    :
    :                            :  THIS PERIOD :  YEAR-TO-DATE :
    ----------------------------------------------------------------------
    : TOTAL OVERDRAFT FEES      :        .00 :        .00 :
    ----------------------------------------------------------------------
    : TOTAL RETURNED ITEM FEES  :        .00 :        .00 :
--------------------------------------------------------------------------
    *** BALANCE BY DATE ***
    02/01    2,337.41  02/03    2,137.41  02/06    1,387.41  02/07    1,172.65
    02/09    1,672.65  02/16      472.65  02/17   15,472.65  02/21   11,900.67
    02/23   11,100.67  02/24    6,743.93  02/27    5,743.93  02/28    2,955.34
    03/01    2,455.55

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
TELEPHONE 412-276-1266



**WesBanco**
**Statement**

STATEMENT DATE
04/01/17

JOSEPH CUERVO OR
MARY E CUERVO
8000 SHERWOOD DR
PRESTO PA 15142

ACCOUNT NUMBER
⬛⬛⬛4349

```
PG   1
     10                                                           CYCLE-001
*** CHECKING *** FREEDOM ACCOUNT              BEGINNING RATE  0.05000
ACCOUNT NUMBER    ⬛⬛⬛4349
PREVIOUS STATEMENT BALANCE AS OF 03/01/17 ......................     2,455.55
  PLUS     6  DEPOSITS AND OTHER CREDITS .....................    21,602.43
  LESS    38  CHECKS AND OTHER DEBITS ........................    17,951.69
  LESS        CYCLE SERVICE CHARGE ...........................         7.00
CURRENT STATEMENT BALANCE AS OF 04/01/17 .....................     6,099.29
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

```
*** CHECK TRANSACTIONS ***
   SERIAL   DATE      AMOUNT                SERIAL   DATE        AMOUNT   Large (serveral)
    (V)     03/23    /288.59 Car payment  other230  03/28 /     100.00
  other228* 03/08    /580.00 Groceries    other231  03/20       300.00 cash
  (RTX)229  03/22  /2,789.12 John Wessel
                             2011 Delip tax
```

```
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE    DESCRIPTION                              DEBITS        CREDITS
(U)03/02 AC-DUQUESNE LIGHT   -ONLINE PMT electric   188.02
(U)03/03 AC-PEOPLES NATURAL -GAS BILL gas           165.83
other03/03 AC-PHEAA STUDENT LN-ONLINE PMT Student loan 200.00
(U)03/03 AC-VZ WIRELESS VE   -VZW WEBPAY phone      270.18
(U)03/03 AC-COMCAST          -CABLE   Cable         270.58
other03/07 AC-MEADOWS CASINO   -VIP PREFER cash     400.00
other03/07 AC-MEADOWS CASINO   -VIP PREFER cash     500.00
other03/07 AC-MEADOWS CASINO   -VIP PREFER cash     600.00
(D)03/08 DEPOSIT                                                 800.00
other03/08 OVERDRAFT CHARGE                          35.00
other03/14 AC-MEADOWS CASINO  -VIP PREFER cash      500.00
other03/15 OVERDRAFT CHARGE                          35.00
other03/15 RETURNED ITEM/NSF CHARGE                 105.00
(D)03/16 DEPOSIT                                               2,502.28
(D)03/16 DEPOSIT                                               4,000.00
(D)03/16 DEPOSIT                                               5,800.00
(M)03/17 AC-CHASEHOMEFINANCE-LN PMT mortgage      2,771.98
(I)03/21 AC-ALLSTATE V&P INS-INS PYMT homeinsur     100.00
(H)03/21 AC-ADT Security     -PAYMENT  security     175.71
(I)03/21 AC-ALLSTATE F&C INS-INS PYMT autoinsur     317.19
other03/21 AC-CAPITAL ONE     -ONLINE PMT creditcard  500.00
other03/21 AC-CAPITAL ONE     -ONLINE PMT creditcard  500.00
other03/21 AC-WASHINGTON TROTT-RETRY PYMT            600.00
         REF*CK*CK#: 99999 ON: WASHINGT
other03/21 AC-WASHINGTON TROTT-RETRY PYMT            700.00
         REF*CK*CK#: 99999 ON: WASHINGT
other03/21 AC-WASHINGTON TROTT-RETRY PYMT            700.00
         REF*CK*CK#: 99999 ON: WASHINGT
(U)03/23 AC-VZ WIRELESS VE   -VZW WEBPAY phone      166.67
(U)03/27 AC-COMCAST          -CABLE   cable         309.82
(D)03/28 DEPOSIT                                               8,500.00
  03/28 AC-WASHINGTON TROTT-RETURN FEE               25.00
         REF*CK*CK#: 99999 ON: WASHINGT
other  03/28 AC-WASHINGTON TROTT-RETURN FEE          25.00
         REF*CK*CK#: 99999 ON: WASHINGT
  03/28 AC-WASHINGTON TROTT-RETURN FEE               25.00
         REF*CK*CK#: 99999 ON: WASHINGT
  03/30 AC-PHEAA STUDENT LN-ONLINE PMT student loan  200.00
other  03/30 AC-CHASE CREDIT CRD-EPAY creditcard     308.00
  03/30 AC-FID BKG SVC LLC -MONEYLINE IRA            400.00
  03/30 AC-CAPITAL ONE     -ONLINE PMT creditcard  1,000.00
```

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
    TELEPHONE 412-276-1266


WesBanco
Statement
STATEMENT DATE
04/01/17

JOSEPH CUERVO OR
MARY E CUERVO
8000 SHERWOOD DR
PRESTO PA 15142

ACCOUNT NUMBER
       4349

PG   2                                                              CYCLE-001

```
*** CHECKING ACCOUNT TRANSACTIONS ***
 DATE          DESCRIPTION                    DEBITS       CREDITS
/03/31 AC-MEADOWS CASINO  -VIP PREFER cash    400.00
/03/31 AC-MEADOWS CASINO  -VIP PREFER cash    700.00
/03/31 AC-MEADOWS CASINO  -VIP PREFER cash    700.00
04/01 INTEREST PAYMENT                                       .15
04/01 MAINTENANCE FEE                          7.00
```

|  | TOTAL FOR : | TOTAL : |
|  | THIS PERIOD : | YEAR-TO-DATE : |
| : TOTAL OVERDRAFT FEES : | 70.00 : | 70.00 : |
| : TOTAL RETURNED ITEM FEES : | 105.00 : | 105.00 : |

```
*** BALANCE BY DATE ***
03/01   2,455.55  03/02   2,267.53  03/03   1,360.94  03/07     139.06-
03/08      45.94  03/14     454.06- 03/15     594.06- 03/16  11,708.22
03/17   8,936.24  03/20   8,636.24  03/21   5,043.34  03/22   2,254.22
03/23   1,798.96  03/27   1,489.14  03/28   9,814.14  03/30   7,906.14
03/31   6,106.14  04/01   6,099.29
                  PAYER FEDERAL ID NUMBER................     3590
                  INTEREST PAID YEAR TO DATE..............     .66
```

```
       *** INTEREST EARNED THIS STATEMENT PERIOD ***
       INTEREST EARNED .........................     .15
       ANNUAL PERCENTAGE YIELD EARNED .........   0.05%
```

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
    TELEPHONE 412-276-1266



WesBanco
Statement
STATEMENT DATE
03/01/17

        JOSEPH CUERVO OR
        MARY E CUERVO
        8000 SHERWOOD DR
        PRESTO PA 15142

ACCOUNT NUMBER
4349

PG    2

CYCLE-001

PAYER FEDERAL ID NUMBER................     590
INTEREST PAID YEAR TO DATE..............     .51
-------------------------------------------------
    *** INTEREST EARNED THIS STATEMENT PERIOD ***
INTEREST EARNED .........................     .21
ANNUAL PERCENTAGE YIELD EARNED .........   0.05%
-------------------------------------------------

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

MOR Individual work sheet        Month  2-9-17 — 3-31-17

All monthly expenses are paid as they are incurred. Beginning bank balance  $3036.80
Total credits (additions for mo.)  9077.98  Total debits (deductions for mo.  $10,191.77

## Income

*FNB*

| Wages (net) | 9043.48 |
|---|---|
| Draws | Ø |
| Interest and Dividends | Ø |
| Social security and pension income | Ø |
| Miscellaneous credits | $34.50 |
| Total* | $9077.98 |

\* Should balance with bank statement credits for month (additions)

## Expenses

| Mortgage payments (M) | Ø |
|---|---|
| Vehicle payments (V) | $356.74 |
| Utilities (U) | $64.01 |
| Insurance (I) | Ø |
| Auto fuel and repairs (A) | $168.12 |
| Home repairs and maintenance (H) | $97.09 |
| Medical (MD) | $17.16 |
| Charitable (C) | Ø |
| Payroll taxes (withheld from pay) (PT) | |
| Real estate taxes (RTX) | Ø |
| Professional fees (PF) | $2500.00   $400.00 |
| U. S. Trustee fees (US) | Ø |
| Household (everything else (HH)  *+ other* | $1280.00 + 5308.65 (*see attached for other*) |
| Total Expenses* | $10,191.77 |

\* Should balance with bank statement debits for month (deductions)

## Reconciliation

| Beginning bank balance | $3036.80 |
|---|---|
| Plus income for period | $9077.98 |
| Subtotal | $12,114.78 |
| Less Expenses | – 10,191.77 |
| Month End Bank Balance | $1923.01 |

## FIRST NATIONAL BANK

| OTHER EXPENSE Category | 2-9-17 thru 3-31-17 | | | |
|---|---|---|---|---|
| ATM | $4,620.00 | | | |
| Bank charges | $53.48 | | | |
| Food, Groceries, Restaurants, Lunches | $383.46 | | | |
| | $251.71 | | | |
| | $5,308.65 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FIRST NATIONAL Bank Statement Ending 02/24/2017

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

MARY E CUERVO                                          Page 1 of 4
*Primary Account Number* 0020

## Managing Your Accounts

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

By Mail       4140 E. State Street
              Hermitage, PA  16148

*First National Bank*

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE BANKING | 0020 | $1,921.75 |

# WORKPLACE BANKING - 0020

## Account Summary

| Date | Description | Amount | | | |
|---|---|---|---|---|---|
| 01/27/2017 | Balance Last Statement | $46.44 | Minimum Balance | $370.50 |
| | 9 Credit(s) This Period | $7,107.94 | Average Ledger Balance | $1,858.16 |
| | 24 Debit(s) This Period | $5,232.63 | Average Available Balance | $1,858.16 |
| 02/24/2017 | Balance This Statement | $1,921.75 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/27/2017 | Balance Last Statement | | | $46.44 |
| 01/27/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,730.80 | $1,777.24 |
| 01/30/2017 | REFUND FEE FOR ATM WTD | | $5.00 | $1,782.24 |
| 01/30/2017 | SURCHARGE FEE REFUND | | $8.00 | $1,790.24 |
| 01/30/2017 | SURCHARGE FEE 527349 ATM WTD 01/27 23:51 The Meadows Race WASHINGTON PA CPSM025 | $4.00 | | $1,786.24 |
| 01/30/2017 | SURCHARGE FEE 534652 ATM WTD 01/28 00:51 The Meadows Race WASHINGTON PA CPSM025 | $4.00 | | $1,782.24 |
| 01/30/2017 | FEE FOR ATM WTD 01/27 23:51 The Meadows Race WASHINGTON PA CPSM0252 52734~6011 | $2.50 | | $1,779.74 |
| 01/30/2017 | FEE FOR ATM WTD 01/28 00:51 The Meadows Race WASHINGTON PA CPSM0254 53465~6011 | $2.50 | | $1,777.24 |
| 01/30/2017 | 527349 ATM WTD 01/27 23:51 The Meadows Race *cash* WASHINGTON PA CPSM0252 52734~6011 | $400.00 | | $1,377.24 |
| 01/30/2017 | 534652 ATM WTD 01/28 00:51 The Meadows Race *cash* WASHINGTON PA CPSM0254 53465~6011 | $100.00 | | $1,277.24 |
| 02/01/2017 | Medco Commercial PAYROLL 000200 | | $2,259.56 | $3,536.80 |
| 02/03/2017 | 1549 ATM WTD 02/02 23:07 FIRST NAT BANK *cash* BRIDGEVILLE PA PA900380 001549~6011 | $500.00 | | ($3,036.80) |
| 02/09/2017 PF | CHECK # 104  *Gary Short* | $2,500.00 ✓ | | $536.80 |
| 02/10/2017 (W) | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,543.83 ✓ | $2,080.63 |



Member FDIC

First National ~~~ Statement Ending 02/24/2017

MARY E CUERVO
Primary Account Number: 0020                    Page 3 of 4

## WORKPLACE BANKING    0020 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/13/2017 | *other* 1902 ATM WTD 02/11 08:40 FIRST NAT BANK *Cash* BRIDGEVILLE PA PA900380 001902~6011 | $300.00 | | $1,780.63 |
| 02/14/2017 | *other* 2029 ATM WTD 02/13 20:04 FIRST NAT BANK *Cash* BRIDGEVILLE PA PA900380 002029~6011 | $500.00 | | $1,280.63 |
| 02/17/2017 | (H) 268802 PIN PUR 02/17 12:09 THE HOME DEPOT 4 *Home Depot* BRIDGEVILLE PA 06232786 7048~5200 | $97.09 | | $1,183.54 |
| 02/17/2017 | *other* 19454 PIN PUR 02/17 10:24 PRESTO QWIK STOP PRESTO PA 05364984 704815471~5499 | $17.23 | | $1,166.31 |
| 02/21/2017 | SURCHARGE FEE REFUND *misc credit* | | $2.00 | $1,168.31 |
| 02/21/2017 | REFUND FEE FOR ATM WTD *misc credit* | | $5.00 | $1,173.31 |
| 02/21/2017 | *other* SURCHARGE FEE 705132 ATM WTD 02/17 18:03 MARIOS RESTAURAN WEIRTON WV LK337316 7 *Bank chg* | $2.00 | | $1,171.31 |
| 02/21/2017 | *other* SURCHARGE FEE 701356 ATM WTD 02/17 18:42 DARLAS CAFE WEIRTON WV LK725674 701356 *Bank chg* | $3.00 | | $1,168.31 |
| 02/21/2017 | *other* FEE FOR ATM WTD 02/17 18:03 MARIOS RESTAURAN WEIRTON WV LK337316 705132 ~6011 *Bank chg* | $2.50 | | $1,165.81 |
| 02/21/2017 | *other* FEE FOR ATM WTD 02/17 18:42 DARLAS CAFE WEIRTON WV LK725674 701356 ~6011 *Bank chg* | $2.50 | | $1,163.31 |
| 02/21/2017 | *other* 705132 ATM WTD 02/17 18:03 MARIOS RESTAURAN WEIRTON WV LK337316 705132 ~6011 *Restaurant* | $200.00 | | $963.31 |
| 02/21/2017 | *other* 41867 PIN PUR 02/18 13:04 GIANT-EAGLE #064 Bridgeville PA 41001100 7594~5411 *Groceries* | $146.71 | | $816.60 |
| 02/21/2017 | *other* 701356 ATM WTD 02/17 18:42 DARLAS CAFE WEIRTON WV LK725674 701356 ~6011 *Cash* | $100.00 | | $716.60 |
| 02/21/2017 | *other* 61044 POS PUR 02/17 12:09 MARIOS RESTAURAN WEIRTON WV 01592328 061044 ~5812 *Restaurant* | $29.41 | | $687.19 |
| 02/21/2017 | *other* 928103 PIN PUR 02/17 18:22 SUNOCO 080798320 WEIRTON WV 27649301 928103 ~5541 | $13.44 | | $673.75 |
| 02/23/2017 | REFUND FEE FOR ATM WTD *misc credit* | | $2.50 | $676.25 |
| 02/23/2017 | SURCHARGE FEE 4494 ATM WTD 02/22 23:21 HANCOCK COUNTY WEIRTON WV BAWV0019 00449 *Bank chg* | $3.25 | | $673.00 |
| 02/23/2017 | FEE FOR ATM WTD 02/22 23:21 HANCOCK COUNTY WEIRTON WV BAWV0019 004494 ~6011 *Bank chg* | $2.50 | | $670.50 |
| 02/23/2017 | *other* 4494 ATM WTD 02/22 23:21 HANCOCK COUNTY WEIRTON WV BAWV0019 004494 ~6011 *Cash* | $300.00 | | $370.50 |
| 02/24/2017 | (W) UPMC PRESBYTERIA PAYROLL 00063884 | | $1,551.25 | $1,921.75 |
| 02/24/2017 | **Balance This Statement** | | | **$1,921.75** |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 104 | 02/09/2017 | $2,500.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/27/2017 | $1,777.24 | 02/09/2017 | $536.80 | 02/17/2017 | $1,166.31 |
| 01/30/2017 | $1,277.24 | 02/10/2017 | $2,080.63 | 02/21/2017 | $673.75 |
| 02/01/2017 | $3,536.80 | 02/13/2017 | $1,780.63 | 02/23/2017 | $370.50 |
| 02/03/2017 | $3,036.80 | 02/14/2017 | $1,280.63 | 02/24/2017 | $1,921.75 |

## WORKPLACE BANKING ▰▰▰▰▰0020 (continued)

Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

# FIRST NATIONAL Statement Ending 03/24/2017

4140 E. State Street
Hermitage, PA 16148

MARY E CUERVO
Primary Account Number: ____0020

Page 1 of 4

ADDRESS SERVICE REQUESTED

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Managing Your Accounts

| | | |
|---|---|---|
|  Online | www.fnb-online.com | |
|  By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street | |
| | Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE BANKING | ____0020 | $1,923.01 |

# WORKPLACE BANKING ____0020

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/25/2017 | Balance Last Statement | $1,921.75 | Minimum Balance | $211.44 |
| | 9 Credit(s) This Period | $5,973.40 | Average Ledger Balance | $1,836.76 |
| | 37 Debit(s) This Period | $5,972.14 | Average Available Balance | $1,836.76 |
| 03/24/2017 | Balance This Statement | $1,923.01 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/25/2017 | Balance Last Statement | | | $1,921.75 |
| 02/27/2017 | REFUND FEE FOR ATM WTD *misc credit* | | $5.00 | $1,926.75 |
| 02/27/2017 | SURCHARGE FEE REFUND *misc credit* | | $8.00 | $1,934.75 |
| 02/27/2017 *other* | SURCHARGE FEE 421578 ATM WTD 02/26 01:27 The Meadows Race WASHINGTON PA CPSM025 *bank chg* | $4.00 | | $1,930.75 |
| 02/27/2017 *other* | SURCHARGE FEE 404124 ATM WTD 02/25 23:32 The Meadows Race WASHINGTON PA CPSM025 *bank chg* | $4.00 | | $1,926.75 |
| 02/27/2017 *other* | FEE FOR ATM WTD 02/26 01:27 The Meadows Race WASHINGTON PA CPSM0252 42157~6011 *bank chg* | $2.50 | | $1,924.25 |
| 02/27/2017 *other* | FEE FOR ATM WTD 02/25 23:32 The Meadows Race WASHINGTON PA CPSM0252 40412~6011 *bank chg* | $2.50 | | $1,921.75 |
| 02/27/2017 *other* | 404124 ATM WTD 02/25 23:32 The Meadows Race WASHINGTON PA CPSM0252 40412~6011 *cash* | $400.00 | | $1,521.75 |
| 02/27/2017 *other* | 7792 ATM WTD 02/27 11:39 FIRST NAT BANK CARNEGIE PA PA900030 007792 ~6011 *cash* | $300.00 | | $1,221.75 |
| 02/27/2017 *other* | 421578 ATM WTD 02/26 01:27 The Meadows Race WASHINGTON PA CPSM0252 42157~6011 *cash* | $200.00 | | $1,021.75 |
| 02/27/2017 *other* | 19595 PIN PUR 02/25 08:07 PRESTO QWIK STOP PRESTO PA 05364984 705668072~5499 | $16.56 | | $1,005.19 |
| 02/28/2017 *other* | 45355 POS PUR 02/27 15:55 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 04535~7230 *nails* | $35.00 | | $970.19 |
| 03/01/2017 *(W)* | Medco Commercial PAYROLL 000200 | | $2,259.56 | $3,229.75 |



Member
FDIC
EQUAL HOUSING LENDER

MARY E CUERVO

Primary Account Number ~~~~~~0020

Page 3 of 4

# WORKPLACE BANKING - ████0020 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/02/2017 | SURCHARGE FEE REFUND  *misc credit* | | $2.00 | $3,231.75 |
| 03/02/2017 | REFUND FEE FOR ATM WTD  *misc credit* | | $2.50 | $3,234.25 |
| 03/02/2017 *other* | SURCHARGE FEE 62960 ATM WTD 03/02 15:38 V F W POST 3526 New Cumberlan WV GM0033  *bank chg* | $2.00 | | $3,232.25 |
| 03/02/2017 *other* | FEE FOR ATM WTD 03/02 15:38 V F W POST 3526 New Cumberlan WV GM003331 005~6011  *Bank chg* | $2.50 | | $3,229.75 |
| 03/02/2017 *other* | 62960 ATM WTD 03/02 15:38 V F W POST 3526 New Cumberlan WV GM003331 005~6011  *cash* | $200.00 | | $3,029.75 |
| 03/06/2017 *other* | 2887 ATM WTD 03/04 23:14 FIRST NAT BANK BRIDGEVILLE PA PA900380 002887~6011  *cash* | $500.00 | | $2,529.75 |
| 03/07/2017 | REFUND FEE FOR ATM WTD  *misc credit* | | $2.50 | $2,532.25 |
| 03/07/2017 | SURCHARGE FEE 950124 ATM WTD 03/06 19:18 WESBANCO WEIRTON WV XM8061 950124 ~601  *bank chg* | $2.75 | | $2,529.50 |
| 03/07/2017 | FEE FOR ATM WTD 03/06 19:18 WESBANCO WEIRTON WV XM8061 950124 ~6011  *Bank chg* | $2.50 | | $2,527.00 |
| 03/07/2017 *other* | 950124 ATM WTD 03/06 19:18 WESBANCO WEIRTON WV XM8061 950124 ~6011  *cash* | $200.00 | | $2,327.00 |
| 03/07/2017 (A) | CHECK # 106  *Sunoco* | $168.12 | | $2,158.88 |
| 03/08/2017 | CHECK # 107  *Cash - trans/ to WesBanco* | $800.00 | | $1,358.88 |
| 03/08/2017 (B) | CHECK # 105  *Gary Short* | $400.00 | | $958.88 |
| 03/08/2017 *other* | 73650 POS PUR 03/07 03:28 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0736~8050 | $7.32 | | $951.56 |
| 03/10/2017 (W) | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,977.27 | $2,928.83 |
| 03/13/2017 *other* | 3207 ATM WTD 03/11 23:15 FIRST NAT BANK BRIDGEVILLE PA PA900380 003207~6011  *cash* | $500.00 | | $2,428.83 |
| 03/13/2017 *other* | 23657 PIN PUR 03/11 14:47 GIANT-EAGLE #064 Bridgeville PA 41000800 9390~5411  *groceries* | $189.52 | | $2,239.31 |
| 03/13/2017 *other* | 3233 ATM WTD 03/12 15:12 FIRST NAT BANK BRIDGEVILLE PA PA900380 003233~6011  *cash* | $120.00 | | $2,119.31 |
| 03/13/2017 (mD) | 37393 PIN PUR 03/11 14:49 GIANT-EAGLE #064 Bridgeville PA 41003500 9408~5411  *prescription* | $17.16 | | $2,102.15 |
| 03/15/2017 (H) | CAPITAL ONE ONLINE PMT 707339919288865  *credit card* | $300.00 | | $1,802.15 |
| 03/15/2017 (U) | AMERICAN-WATER UTIL-PMNT 9478442  *water* | $64.01 | | $1,738.14 |
| 03/17/2017 (V) | Chase Auto CHECK PYMT 0109  *car payment* | $356.74 | | $1,381.40 |
| 03/20/2017 | REFUND FEE FOR ATM WTD  *misc credit* | | $5.00 | $1,386.40 |
| 03/20/2017 | SURCHARGE FEE 558496 ATM WTD 03/19 01:44 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $1,381.41 |
| 03/20/2017 *other* | SURCHARGE FEE 558333 ATM WTD 03/19 01:43 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $1,376.42 |
| 03/20/2017 *other* | FEE FOR ATM WTD 03/19 01:44 The Meadows Race WASHINGTON PA CPSM0254 55849~6011 | $2.50 | | $1,373.92 |
| 03/20/2017 *other* | FEE FOR ATM WTD 03/19 01:43 The Meadows Race WASHINGTON PA CPSM0254 55833~6011 | $2.50 | | $1,371.42 |
| 03/20/2017 *other* | 3517 ATM WTD 03/18 23:25 FIRST NAT BANK BRIDGEVILLE PA PA900380 003517~6011  *cash* | $500.00 | | $871.42 |
| 03/20/2017 *other* | 558333 ATM WTD 03/19 01:43 The Meadows Race WASHINGTON PA CPSM0254 55833~6011  *cash* | $300.00 | | $571.42 |
| 03/20/2017 *other* | 558496 ATM WTD 03/19 01:44 The Meadows Race WASHINGTON PA CPSM0254 55849~6011  *cash* | $200.00 | | $371.42 |
| 03/20/2017 *other* | 74626 POS PUR 03/17 21:17 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0746~8050  *coffee* | $7.81 | | $363.61 |

## WORKPLACE BANKING ⬛⬛⬛⬛0020 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/20/2017 *for other* | 74429 POS PUR 03/17 05:02 UPMC STARBUCKS P *coffee* PIITTSBURGH PA 00000000 0744~8050 | $7.17 | | $356.44 |
| 03/22/2017 | CHECK # 110 *Ri'den Iran (tailor)* | $145.00 | | $211.44 |
| 03/24/2017 W | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,711.57 | $1,923.01 |
| 03/24/2017 | Balance This Statement | | | $1,923.01 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 105 | 03/08/2017 | $400.00 | 107 | 03/08/2017 | $800.00 |
| 106 | 03/07/2017 | $168.12 | 110* | 03/22/2017 | $145.00 |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/27/2017 | $1,005.19 | 03/07/2017 | $2,158.88 | 03/17/2017 | $1,381.40 |
| 02/28/2017 | $970.19 | 03/08/2017 | $951.56 | 03/20/2017 | $356.44 |
| 03/01/2017 | $3,229.75 | 03/10/2017 | $2,928.83 | 03/22/2017 | $211.44 |
| 03/02/2017 | $3,029.75 | 03/13/2017 | $2,102.15 | 03/24/2017 | $1,923.01 |
| 03/06/2017 | $2,529.75 | 03/15/2017 | $1,738.14 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

MOR Individual work sheet

Month *2-9-17 — 3-31-17*

All monthly expenses are paid as they are incurred. **Beginning bank balance** *$40.00*
**Total credits (additions for mo.)** *$60.00* **Total debits (deductions for mo.** *$12.20*

## Income

*PNC*

| | |
|---|---|
| Wages (net) | Ø |
| Draws | Ø |
| Interest and Dividends | Ø |
| Social security and pension income | Ø |
| Miscellaneous credits | 60.00 |
| Total* | 60.00 |

\* Should balance with bank statement credits for month (additions)

## Expenses

| | |
|---|---|
| Mortgage payments (M) | |
| Vehicle payments (V) | |
| Utilities (U) | |
| Insurance (I) | |
| Auto fuel and repairs (A) | |
| Home repairs and maintenance (H) | |
| Medical (MD) | |
| Charitable (C) | |
| Payroll taxes (withheld from pay) (PT) | |
| Real estate taxes (RTX) | |
| Professional fees (PF) | |
| U. S. Trustee fees (US) | |
| Household (everything else (HH) | 12.20 |
| Total Expenses* | 12.20 |

\* Should balance with bank statement debits for month (deductions)

## Reconciliation

| | |
|---|---|
| Beginning bank balance | $40.00 |
| Plus income for period | +60.00 |
| Subtotal | $100.00 |
| Less Expenses | − 12.20 |
| Month End Bank Balance | $87.80   3/31 |

# Virtual Wallet Spend Statement

PNC Bank

| | |
|---|---|
| | PNC BANK |

Primary account number: ████-8301
Page 1 of 1
Number of enclosures:    0

**For the period   01/21/2017  to  02/17/2017**

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

*PNC BANK*

## Virtual Wallet Spend Account Summary

MARY E CUERVO
Joseph Cuervo Jr

Account number: ████-8301

Overdraft Protection  Provided By: XXXXXX1031
XXXXXX1058

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 117.16 | .00 | 89.36 | 27.80 |
| | | Average monthly balance | Charges and fees |
| | | 47.21 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 0 | 0 | 2 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 3 | 3 | 0 |

## Activity Detail

### Banking/Check Card Withdrawals and Purchases

There were 3 Banking Machine withdrawals totaling $60.00.

There were 2 Check Card/Bank card PIN POS purchases totaling $29.36.

| Date | Amount | Description |
|---|---|---|
| 01/23 | 20.00 | ATM Withdrawal 200 Lothrop Street Pittsburgh PA |
| 01/23 | 17.16 | POS Purchase Sunoco 0363501 Bridgeville |
| 01/24 | 20.00 | ATM Withdrawal 200 Lothrop St Pittsburgh PA |
| 01/25 | 20.00 | ATM Withdrawal 200 Lothrop Street Pittsburgh PA |
| 02/17 | 12.20 | POS Purchase USPS PO 416800 Presto PA |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/21 | 117.16 | 01/24 | 60.00 | 01/25 | 40.00 | 02/17 | 27.80 |
| 01/23 | 80.00 | | | | | | |

**Virtual Wallet Spend Statement**

PNC Bank

PNC BANK

Primary account number:  ●●●●●8301

Page 1 of 1

Number of enclosures:    0

**For the period**  02/18/2017  to  03/20/2017

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Virtual Wallet Spend Account Summary

MARY E CUERVO
Joseph Cuervo Jr

Account number:  ●●●●●8301

Overdraft Protection  Provided By:  XXXXXX1031
XXXXXX1058

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 27.80 | .00 | .00 | 27.80 |
| | | Average monthly balance | Charges and fees |
| | | 27.80 | .00 |

Privacy    Security    Sign Off
Last Sign On: Monday, February 20, 2017 at 8:15 p.m.
Customer Profile

My Accounts     Transfer Funds     Pay Bills     Alerts     Customer Service     My Offers
(/alservlet/MyAccountsServlet)(/alservlet/TransferFundsContreServlet)(/alservlet/PayBillsContreServlet)(/alservlet/CtaAlertsContreServlet)(/alservlet/CustomerServiceServlet)(/alservlet/MyOffersServlet)

## VirtualWallet. ⊗ PNC
by PNC BANK

▶ **Free Balance: $18.62**

| QUICK VIEW | CALENDAR | MONEY BAR | ACCOUNT ACTIVITY | SPENDING + BUDGETS | SAVINGS ENGINE | PREFERENCES COMMUNITY TO DO |

**ACCOUNT ACTIVITY**    See monthly transactions and online statements for all your accounts

**ACCOUNT ACTIVITY** (FRIDAY, APR 07, 2017)

Virtual Wallet X8304
Available Balance $18.62
Balance $21.79
Overdraft Protected by Reserve

### CASH FLOW HISTORY



Deposits
Withdrawals

- $12.20    + $60.00    - $62.01
February    March    April

---

## MONTHLY TRANSACTIONS

Search ()
Export ()
Print ()

| Date | Description | Withdrawal | Deposit | Category | Balance |
|------|-------------|------------|---------|----------|---------|
| ▼ April () | | | | | |
| Pending Apr 6 | UPMC STARBUCKS PRE CARD#6897 | $7.17 | | | |
| Apr 6 ▶ | ATM/Cash Withdrawal | $40.00 | | ATM ▾ | $25.79 |
| Apr 5 ▶ | XXXXX7095 GIFT SHOP I WASHINGTON PA | $22.01 | | Gifts ▾ | $65.79 |
| ▼ March () | | | | | |
| Mar 30 ▶ | Ach Credit | | $60.00 | Other Income ▾ | $87.80 |
| ▼ February () | | | | | |
| Feb 17 ▶ | USPS | $12.20 | | Shipping ▾ | $27.80 |
| ▼ January () | | | | | |
| Jan 25 ▶ | ATM/Cash Withdrawal | $20.00 | | ATM ▾ | $40.00 |
| Jan 24 ▶ | ATM/Cash Withdrawal | $20.00 | | ATM ▾ | $60.00 |
| Jan 23 ▶ | Sunoco | $17.16 | | Auto + Gas ▾ | $80.00 |
| Jan 23 ▶ | ATM/Cash Withdrawal | $20.00 | | ATM ▾ | $97.16 |

Transactions older than Jan 23 are located in Online Statements »

© Copyright 2017. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

In Re:                                                    )        Case No. 17-20492 GLT
Joseph Cuervo and Mary E. Cuervo,       )        Chapter 11
                     Debtors.                        )        Document No.

**Certificate of Service**

I, Gary W. Short, certify under penalty of perjury that on __4/19/17__
I served the:

| | | |
|---|---|---|
| ☑ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __4/19/17__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com