**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:**                                       ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,**  ) | **Chapter 11** |
|       **Debtors,**              ) | **Document No.** |
| **Gary W. Short,**                          ) | **Hearing Date and Time:** |
|       **Movant,**                ) | **May 11, 2017 at 10:00 a.m.** |
|   **Vs.**                                    ) | **Responses Due: April 22, 2017** |
| **No Respondents,**                       ) | |
|       **Respondent.**         ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 4, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than April 22, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: April 23, 2017         /s/ Gary W. Short
                                            Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                            212 Windgap Road, Pittsburgh, PA 15237
                                            Tele. (412) 765-0100 / Fax (412) 536-3977
                                            E-mail garyshortlegal@gmail.com