**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE                                   ) | Case No. 17-20492 GLT |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Chapter 11 |
|         Debtors,                        ) | Document No. |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Hearing Date and Time: |
|         Movants,                        ) | June 8, 2017 at 10:00 a.m. |
|     vs.                                 ) | Responses Due: May 13, 2017 |
| NO RESPONDENTS,                         ) | |
|         Respondent.                     ) | |

## SUPPLEMENT TO MOTION TO EMPLOY ACCOUNTANT

Joseph Cuervo and Mary E. Cuervo ("Debtors") file the within supplement to their motion to employ an accountant filed at docket number 62:

    1.    Accountant compensation will be sought on an hourly basis for accounting services at $85.00 per hour.

Executed April 24, 2017        Respectfully submitted,

        /s/ Gary W. Short
        Gary W. Short, Esquire  (PA Bar I.D. No. 36794)
        212 Windgap Road, Pittsburgh, PA 15237
        Tele. (412) 765-0100 / Fax (412) 536-3977
        E-mail garyshortlegal@gmail.com