**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** ) | **Chapter 11** |
|         **Debtor,** ) | **Document No.** |
| **Gary W. Short,** ) | **Hearing Date and Time:** |
|         **Movant,** ) | **May 11, 2017 at 10:00 a.m.** |
|    **Vs.** ) | **Responses Due: April 22, 2017** |
| **No Respondents,** ) | |
|         **Respondent.** ) | |

## CERTIFICATE OF SERVICE

Modified Default Order Approving Motion to Approve Employment of Attorney

I, Gary W. Short, certify under penalty of perjury that I served the above-referenced pleading(s) or order on the parties at the addresses specified below ~~or on the attached list~~ on April 25, 2017

The type(s) of service made on the parties named in the attached matrix (first class mail, electronic notification, hand delivery, or another type of service) was: first class U.S. Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

                U. S. Trustee
                Liberty Center
              1001 Liberty Avenue
                  Suite 970
            Pittsburgh, PA 15222

Executed on April 4, 2017        /s/ Gary W. Short
                                       Gary W. Short, Esquire (PA Bar I.D. No. 36794)
                                       212 Windgap Road, Pittsburgh, PA 15237
                                       Tele. (412) 765-0100 / Fax (412) 536-3977
                                       E-mail garyshortlegal@gmail.com