Cuervo accouting

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**
**Joseph Cuervo and Mary E. Cuervo,** )   Case No. 17-20492 GLT
        **Debtors.** )   Chapter 11
                              )   Document No. _____

## CHAPTER 13 ACCOUNTING

Debtors, Joseph Cuervo and Mary E. Cuervo ("Debtors") file the within accounting of their case while it proceeded in chapter 13:

1.  The order entered on March 27, 2017, converting the Debtors' chapter 13 to a chapter 11 requires the "Chapter 13 Trustee" ("Trustee") to file an accounting by April 26, 2017. Thus far an accounting has not been filed by the Trustee.

2.  To provide the Court with an accounting of the Chapter 13, attached as Exhibit "A" are reports from the Trustee's web site which satisfy the accounting requirement as far as information is concerned.

                                           Respectfully submitted,

Executed on April 30, 2016         /s/ Gary W. Short
                                           Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                           212 Windgap Road, Pittsburgh, PA 15237
                                           Tele. (412) 765-0100 / Fax (412) 536-3977
                                           E-mail garyshortlegal@gmail.com



## CASE PROFILE - 17-20492

Case Options: Case Payout  [Go]

| Balance On Hand | $0.00 |
|---|---|
| Last Receipt Date | |
| Last Receipt Amount | |
| Last Disburse Date | |
| First Meeting Date | |
| Petition Filed Date | Thursday, February 09, 2017 |
| Total Paid In | $0.00 |
| Total Disbursed | $0.00 |
| Attorney | |
| Judge | GREGORY L. TADDONIO |
| Proposed Length of Plan | 0 |
| Months Remaining (Calculated - may not be accurate) | 0 |
| Unsecured Percent | 0.00% |
| Bar Check Flag | No |
| Disburse Flag | No |
| Months Since Confirmation | |
| Months Since Petition Filed | 2 |



Receipts last 24 months



Disbursements last 24 months

## CASE DETAIL

| Debtor Type | Individual |
|---|---|
| Trustees Percent | 4.60% |
| Total Paid To Trustee | $0.00 |
| Hold Permanent | $0.00 |
| Hold Temporary | $0.00 |
| Unsecured Interest | 0.00% |
| Attorney Percentage | 0.00% |
| Attorney Pay Level For Percentage | 0 |

## DATES AND TIMES

| Date Plan Filed | Thursday, February 09, 2017 |
|---|---|
| Petition Filed Date | Thursday, February 09, 2017 |
| First Meeting Date | |
| First Payment Due Date | Saturday, March 11, 2017 |
| Confirmation Hearing Date | |
| Confirmation Date | |
| Show Cause Date | |
| Probation Date | |
| Last Letter Date | |
| Closing Order Date | Monday, March 27, 2017 |
| Cleared Date | |
| Get Pacer Filing Date | Friday, February 10, 2017 8:40 AM |

## CODES AND FLAGS

| Region | Region 1 |
|---|---|
| District | Western District of Pennsylvania |
| Division | Pittsburgh |
| Final Report Ready | Y |
| Final Accounting filed | Y |

## DEBTOR1 - JOSEPH CUERVO

| Address 1 | 8000 SHERWOOD DRIVE |
|---|---|
| Address 2 | |
| Address 3 | PRESTO PA |
| Zip Code | 15142-0000 |
| SSN | xxx-xx-8655 |
| AKA | |
| DBA | |

## DEBTOR2 - MARY E. CUERVO

| Address 1 | 8000 SHERWOOD DRIVE |
|---|---|
| Address 2 | |
| Address 3 | PRESTO PA |
| Zip Code | 15142-0000 |
| SSN | xxx-xx-4949 |
| AKA | |
| DBA | |

## ADDITIONAL AMOUNTS

EXHIBIT "A"

**PRINT INQUIRY**                       Close Window                                Click Here to Print this Page

| 17-20492GLT | JOSEPH CUERVO (xxx-xx-8655) | 8000 SHERWOOD DRIVE • • PRESTO • PA • 15142 | | Bar Date(s): | 8/8/2017 |
|---|---|---|---|---|---|
| | MARY E. CUERVO (xxx-xx-4949) | 8000 SHERWOOD DRIVE • • PRESTO • PA • 15142 | | Confirmed: | Not Confirmed |
| | Trustee: Ronda J. Winnecour | Attorney: GARY W SHORT ESQ | | Case Status: | (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR (3/27/2017) |

## Payee Summary

| | |
|---|---|
| Number of Claims | 8 |
| Total Amount Claimed | $0.00 |
| Total Amount Scheduled | $0.00 |
| Total Principal Paid | $0.00 |
| Total Principal Owed | $0.00 |
| Total Principal Due | $0.00 |
| Total Interest Paid | $0.00 |
| Total Interest Due | $0.00 |

## Claim Breakdown

| | Priority | Secured | Unsecured | Other |
|---|---|---|---|---|
| Claimed | $0.00 | | $0.00 | |
| Scheduled | $0.00 | | $0.00 | |
| Principal Paid | $0.00 | | $0.00 | |
| Principal Owed | $0.00 | | $0.00 | |
| Principal Due | $0.00 | | $0.00 | |
| Interest Paid | $0.00 | | $0.00 | |
| Interest Due | $0.00 | | $0.00 | |
| Monthly Payment | $0.00 | | $0.00 | |
| Collateral | $0.00 | | $0.00 | |

## Claims Listing

| Name (Acct) | Clm # | Filed | Desc | Type | Level | Mo Pymt | Prin Paid | Prin Owed | Clm Amt | Schd Amt | % Paid | Rsv | Int Rate | Int Paid | Int Due | Cont Flag | No Cost | No Chk Flag | Rsv Flag | Spc Flag | Stop Disb | Prin Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE* (8685) | 4 | ũ | PRIORITY CREDITOR | C | 32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | X | | | | | $0.00 |
| INTERNAL REVENUE SERVICE* (8685) | 5 | ũ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | X | | | | | $0.00 |
| DISCOVER BANK(*) (5778) | 6 | ũ | UNSECURED CREDITOR | H | 44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | X | | | | | $0.00 |
| PETER J ASHCROFT ESQ | 1 | | NOTICE ONLY | N | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | Y | | | Y | $0.00 |
| JAMES C WARMBRODT ESQ | 2 | | NOTICE ONLY | N | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | Y | | | Y | $0.00 |
| SYNCHRONY BANK (xxxxxxxxPRAE) | 3 | | NOTICE ONLY | N | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | Y | | | Y | $0.00 |
| PEOPLES NATURAL GAS CO LLC* | 7 | | NOTICE ONLY | N | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | Y | | | Y | $0.00 |
| OFFICE UNITED STATES TRUSTEE** | 8 | | NOTICE ONLY | N | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $0.00 | | | Y | | | Y | $0.00 |

**Attorney Listing**

| Name | Description | Level | Fee in Plan | Fee Paid Outside | Fee Paid to Date | Initial Amount | Monthly Payment | Fee Remaining |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

### Clerk Fees Listing

No Clerk Names have been established for to this case.

### Debtor Refund

| Name | Description | Level | Refund Amount | Amount Paid | Amount Owed |
|---|---|---|---|---|---|
| JOSEPH CUERVO | DEBTOR REFUND | 0 | $0.00 | $0.00 | $0.00 |

### Claim Payout

| Creditor Type | Cost | No Cost | SubTotal | Trustee | Total |
|---|---|---|---|---|---|
| Notice / Filing Fees |  |  |  |  |  |
| Secured |  |  |  |  |  |
| Secured Arrears |  |  |  |  |  |
| Unsecured |  |  |  |  |  |
| Priority |  |  |  |  |  |
| Attorney |  |  |  |  |  |
| Attorney (Type 5) |  |  |  |  |  |
| Continuing Debt Arrears |  |  |  |  |  |
| Totals |  |  |  |  |  |
| Balance on Hand |  |  |  |  |  |
| Totals Less Balance on Hand |  |  |  |  |  |
| Continuing Payments |  |  |  |  |  |
| Regular Payments |  |  |  |  |  |
| Interest |  |  |  |  |  |

| | |
|---|---|
| Balance on Hand | $0.00 |
| Total Paid In | $0.00 |
| Total Disbursed | $0.00 |
| Debtor Refunds | $0.00 |
| Base Amount | $0.00 |
| Base Balance | N/A |
| Months to Base | N/A |
| Months Since Confirmation |  |
| Months Since Petition Filed | 2 |
| Months Since First Payment Due | 1 |
| Months Remaining | 0 |
| Proposed Length of Plan | 0 |
| Monthly Payment Amount | $0.00 |
| Percent to Unsecured | 0.000% |
| Unsecured Pool | $0.00 |

**The balance disclosed on this page is not the payoff figure and does not represent the funds needed to pay the case in full. Contact your attorney for the actual payoff amount.**

## FINANCIAL SUMMARY - CASE 17-20492



Print Page | Printer Friendly

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date   Select Claim ID   Select Payee Name  Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|------|-------|------------|----------------|-------------|----------|---------------|---------|
|      |       |            |                | Totals:     | $0.00    | $0.00         | $0.00   |