FILED
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Case No. 17-20492 JKF |
| Joseph Cuervo and Mary E. Cuervo, ) | Chapter 13 |
| Debtor. ) | Related to Dkt. No. 56 |
| Joseph Cuervo and Mary E. Cuervo, ) | |
| Movant, ) | |
| vs. ) | |
| No Respondent, ) | |
| Respondent. ) | |

## MODIFIED ORDER

AND NOW, this 28th day of April, 2017, upon consideration of the Motion to Extend Deadline to File First Monthly Operating Report [Dkt. No. 56] ("Motion"), filed by Debtors Joseph Cuervo and Mary E. Cuervo , it is hereby ORDERED that upon the filing of the Monthly Financial Report for February 9, 2017 through March 31, 2017 [Dkt. No. 60], the *Motion* is rendered **MOOT**.

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Cuervo  
Mary E. Cuervo  
    Debtors

Case No. 17-20492-GLT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Apr 28, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
db/jdb      +Joseph Cuervo,   Mary E. Cuervo,   8000 Sherwood Drive,   Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
      Gary William Short   on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com, gwshort@verizon.net  
      Gary William Short   on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com, gwshort@verizon.net  
      James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com  
      Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
      S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                  TOTAL: 7