FILED
5/8/17 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 17-20492-GLT |
| : | Chapter 11 |
| JOSEPH CUERVO and : | |
| MARY E. CUERVO, : | |
| : | Related to Dkt. No. 45 |
| Debtors. : | |
| : | Hearing: June 8, 2017 at 11:00 a.m. |

## ORDER TO SHOW CAUSE

This matter came before the Court upon the *Application for Individuals to Pay the Filing Fee in Installments* [Dkt. No. 21] (the "Application") filed by the Debtors, Joseph Cuervo and Mary E. Cuervo. On April 5, 2017, the Court issued its *Order Approving Payment of Filing Fee in Installments* [Dkt. No. 45] which authorized the Debtors to pay the chapter 11 filing fee in three installments payments, with the complete filing fee of $932 to be paid in full on or before May 27, 2017. The Debtors remitted a payment in the amount of $266 on April 10, 2017 [Dkt. No. 48].[1] As of the date of this *Order*, neither the balance of the first installment payment nor the second installment in the amount of $266 have been paid by the Debtors.

**AND NOW**, based upon the foregoing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. An *Order to Show Cause* is issued against the Debtors to personally appear at a hearing before this Court on **June 8**, **2017** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, to show cause as to why the case should not be dismissed for their failure to timely remit installment payments of the chapter 11 filing fee in compliance with the Court's April 5 *Order*.

---

[1] The *Order Approving Payment of Filing Fee in Installments* required payment in the amount of $400 on or before April 12, 2017. Although the Debtors remitted a payment towards the first installment of the filing fee before that date, the installment was not paid in the full amount due under the Court's April 5 *Order*.

2. Any response to this *Order to Show Cause* shall be filed on or before **June 1, 2017**. The Court may consider vacating the *Order to Show Cause* if the Debtor remits payment in full of the chapter 11 filing fee by **May 27, 2017**.

Dated: May 5, 2017

GREGORY L. TADDONIO  cgt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Gary W. Short, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-20492-GLT
Joseph Cuervo                                                   Chapter 11
Mary E. Cuervo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: May 08, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
db/jdb         +Joseph Cuervo,    Mary E. Cuervo,    8000 Sherwood Drive,    Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7