## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.

Case No. 17-20492-GLT

Reporting Period: _April 2017_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | None |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

Signature of Debtor                          5/12/17
                                             Date

Signature of Joint Debtor                    5/12/17
                                             Date

Signature of Preparer                        Date

Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Debtor: Cuervo, Joseph & Cuervo, Mary E     **Reporting Period:**    APRIL 2017

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $6,681.74 | $10,931.19 |
| **RECEIPTS** | | |
| Wages (NET) | $6,298.80 | $52,444.56 |
| Interest and Dividend Income        (opened new DIP acct) | $100.00 | $100.00 |
| Social Security and Pension Income | $0.00 | $0.00 |
| Sale of Assets        *(other deposits from winnings) | $3,700.00 | $3,700.00 |
| Other Income  (attach schedule)   **BANK CREDITS** | $24.07 | $118.78 |
| Total Receipts | $10,122.87 | $67,294.53 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | $2,771.98 | $8,315.94 |
| Rental Payments(s) | $0.00 | $0.00 |
| Other Secured Note Payments | $0.00 | $0.00 |
| Utilities | $1,437.11 | $2,872.22 |
| Insurance | $513.49 | $930.68 |
| Auto Expense | $1,320.38 | $2,779.18 |
| Lease Payments | $0.00 | $0.00 |
| IRA Contributions | $555.20 | $955.20 |
| Repairs and Maintenance | $751.20 | $1,024.00 |
| Medical Expenses | $0.00 | $17.16 |
| Household Expenses | $0.00 | $1,292.20 |
| Charitable Contributions | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $2,789.12 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding   ***see below | $0.00 | $0.00 |
| Travel and Entertainment | $0.00 | $0.00 |
| Gifts | $0.00 | $2,780.00 |
| Other (attach schedule) | $7,518.18 | $30,584.83 |
| Total Ordinary Disbursements | $14,867.54 | $54,340.51 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees       (Gary Short)    (ESCROW) | $1,000.00 | $3,900.00 |
| U.S. Trustee Fees | $0.00 | $0.00 |
| Other Reorganization Expenses    (filing fee) | $266.00 | $266.00 |
| Total Reorganization Items | $1,266.00 | $4,166.00 |
| Total Disbursements (Ordinary & Reorganization) | $16,133.54 | $58,506.51 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $671.07 | $4,538.57 |
| Cash - End of Month (Must equal reconciled bank statement) | $671.07 | $8,788.02 |

***Other disbursements: funds withheld from payroll      Total taxes = $2,276.52      Total deductions = $1,677.28      * Winnings = $8,070.00

Cuervo, Jospeh and Cuervo, Mary E.                                    Case No. 17-20492-GLT

         Debtor                                Reporting Period:  _April 2017_

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

_See attachments_

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: _April 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | 0 |
| Total Taxes | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: _April 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

#2 PNC + WESBANCO accts closed for next reporting period. FNB acct 0020 has a balance of $55 — will be closed as well for next reporting period.

FORM MOR-5
(9/99)

Mor Individual worksheet                    MONTH _____April 2017_____

All monthly expenses are paid as they are incurred.          Beginning bank balance ____0.00_____
Total credits (additions for month) ___$2,292.54_____     Total debits (deductions for month) $1,619.02___

**FNB 7610 New DIP account**

### Income

| Income | |
|---|---|
| **Wages** | $2,186.54 |
| **Draws**     (deposit to open new DIP acct) | $100.00 |
| **Interest & Dividends** | $0.00 |
| **Social Security & Pension Income** | $0.00 |
| **Miscellaneous credts**      (Bank charges) | $6.00 |
| **Total Income *** | **$2,292.54** |

*Should balance with bank statement credits for month (additions)

### Expenses

| Expenses | |
|---|---|
| **Mortgage payments (M)** | $0.00 |
| **Vehicle payments (V)** | $0.00 |
| **Utilities (U)** | $735.43 |
| **Insurance (I)** | $317.19 |
| **Auto fuel and repairs (A)** | $190.04 |
| **Home repairs and maintenance (H)** | $101.65 |
| **Medial (MD)** | $0.00 |
| **Charitable (C)** | $0.00 |
| **Payroll taxes  (withheld from pay) (PT)** | $0.00 |
| **Real estate taxes (RTX)** | $0.00 |
| **Professional fees (PF)** | $0.00 |
| **Household (everything else)  (HH)**    **Other** (see attached) | $274.71 |
| **Total Expenses *** | **$1,619.02** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| Reconciliation | |
|---|---|
| **Beginning bank Balance** | $0.00 |
| **Plus Income for period** | $2,292.54 |
| **Subtotal** | $2,292.54 |
| **Less Expenses** | $1,619.02 |
| **Month End Bank Balance** | **$673.52** |

## FIRST NATIONAL BANK  7610

| OTHER EXPENSE Category | April 2017 | | |
|---|---|---|---|
| ATM | $20.00 | | |
| Bank charges | $6.00 | | |
| Food, Groceries, Restaurants, Lunches | $94.72 | | |
| Parking | $6.00 | | |
| Office Max (home office) | $45.99 | | |
| BI monitoring | $21.00 | | |
| Personal expenses | $81.00 | | |
| | $274.71 | | |
| | | | |
| | | | |
| | | | |

FIRST NATIONAL BANK   Statement Ending 04/28/2017

4140 E. State Street
Hermitage, PA 16148

*JOSEPH CUERVO JR*   **Page 1 of 4**
**Primary Account Number** ****7610

**ADDRESS SERVICE REQUESTED**

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Managing Your Accounts

 Online       www.fnb-online.com

 By Phone     1 800-555-5455

 By Mail      4140 E. State Street
                          Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | 733507610 | $673.52 |

## WORKPLACE FIRST - ****7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 04/05/2017 | **Balance Last Statement** | **$0.00** | Minimum Balance | $100.00 |
| | 4 Credit(s) This Period | $2,292.54 | Average Ledger Balance | $638.99 |
| | 22 Debit(s) This Period | $1,619.02 | Average Available Balance | $365.67 |
| 04/28/2017 | **Balance This Statement** | **$673.52** | | |

Workplace First Checking is assessed a $5.00 monthly service charge. The monthly service charge will be assessed to your account beginning May 15, 2017.

You can avoid the $5.00 monthly service charge to your WorkPlace First account if you have at least one (1) of following deposit types per statement cycle: Direct Deposit; In-Branch Deposit; Mobile Deposit; or ATM Deposit.  Internal transfers are excluded.

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/05/2017 | **Balance Last Statement** | | | **$0.00** |
| 04/05/2017 | DEPOSIT  *acct opened* | | $100.00 | $100.00 |
| 04/21/2017 (D) DEPOSIT | | | $2,186.54 | $2,286.54 |
| 04/24/2017 *other* 46814 POS PUR 04/23 06:44 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 04681~7230 | $81.00 | | $2,205.54 |
| 04/24/2017 *other* 52792 PIN PUR 04/22 15:32 GIANT-EAGLE #064 Bridgeville PA 41039200 3656~5411 | $74.20 | | $2,131.34 |
| 04/24/2017 (u) AMERICAN-WATER UTIL-PMNT 3069840 | $64.01 | | $2,067.33 |
| 04/26/2017 (u) COMCAST ONLINE PMT CKF962150893POS | $270.65 | | $1,796.68 |
| 04/26/2017 (u) VERIZON WIRELESS ONLINE PMT CKF962150893POS | $200.04 | | $1,596.64 |
| 04/26/2017 (u) PEOPLES NAT GAS ONLINE PMT CKF962150893POS | $141.29 | | $1,455.35 |
| 04/26/2017 (u) COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $59.44 | | $1,395.91 |
| 04/26/2017 (A) 276836 PIN PUR 04/26 14:42 SHEETZ 0275 MORGANTOWN WV 08129101 276836 ~5541 | $26.99 | | $1,368.92 |



Member
**FDIC**
EQUAL HOUSING
LENDER

First National Bank      Statement Ending 04/28/2017

*JOSEPH CUERVO JR*                                    Page 3 of 4
*Primary Account Number:*    7610

# WORKPLACE FIRST -    610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/26/2017 | 726190 PIN PUR 04/26 11:09 TSP 203 HEIDELBERG PA 0001D566 726190 ~5541 | $9.53 | | $1,359.39 |
| 04/26/2017 | 55540 POS PUR 04/25 08:41 ALLIES GARAGE PITTSBURGH PA PSIB2017 055540 ~7523 | $6.00 | | $1,353.39 |
| 04/27/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $1,355.89 |
| 04/27/2017 | ATM SURCHARGE FEE REFUND | | $3.50 | $1,359.39 |
| 04/27/2017 | SURCHARGE FEE 177288 ATM WTD 04/27 10:16 PNC BANK PITTSBURGH PA PJ2047 177288 ~ | $3.50 | | $1,355.89 |
| 04/27/2017 | FEE FOR ATM WTD 04/27 10:16 PNC BANK PITTSBURGH PA PJ2047 177288 ~6011 | $2.50 | | $1,353.39 |
| 04/27/2017 | ALLSTATE F&C INS INS PYMT 000000952895668 | $317.19 | | $1,036.20 |
| 04/27/2017 | TERMINIX CHECKS 1704260000002 | $101.65 | | $934.55 |
| 04/27/2017 | 0221 POS PUR 04/26 06:20 PA DRIVER/VEHICL 800-932-4600 PA 07858426 000~9399 | $77.00 | | $857.55 |
| 04/27/2017 | 625762 PIN PUR 04/26 18:21 OFFICE MAX/OFFI BRIDGEVILLE PA 99999999 62576~5943 | $45.99 | | $811.56 |
| 04/27/2017 | 48743 POS PUR 04/26 20:33 SHEETZ 00 MORGANTOWN WV 008 048743 ~5542 | $44.88 | | $766.68 |
| 04/27/2017 | 28147 POS PUR 04/27 09:36 BI INCORPORATED 877-666-4349 CO 00000000 0281~7399 | $21.00 | | $745.68 |
| 04/27/2017 | 177288 ATM WTD 04/27 10:16 PNC BANK PITTSBURGH PA PJ2047 177288 ~6011 | $20.00 | | $725.68 |
| 04/27/2017 | 57426 POS PUR 04/26 16:15 STARBUCKS STORE MORGANTOWN WV 00000000 057426~5814 | $8.90 | | $716.78 |
| 04/27/2017 | 7858 POS PUR 04/26 20:49 STARBUCKS STORE BRIDGEVILLE PA 00000000 00785~5814 | $2.09 | | $714.69 |
| 04/28/2017 | 42456 POS PUR 04/27 01:04 MARATHON PETRO OAKDALE PA 01 042456 ~5542 | $41.17 | | $673.52 |
| 04/28/2017 | **Balance This Statement** | | | **$673.52** |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/05/2017 | $100.00 | 04/24/2017 | $2,067.33 | 04/27/2017 | $714.69 |
| 04/21/2017 | $2,286.54 | 04/26/2017 | $1,353.39 | 04/28/2017 | $673.52 |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Mor Individual worksheet                    MONTH _____April 2017_____

All monthly expenses are paid as they are incurred.          Beginning bank balance ____ $494.65
Total credits (additions for month) ___ $5,330.27    Total debits (deductions for month)  $5,820.37

**FNB Bank act 0020**

### Income

| Income | |
|---|---|
| Wages | $4,112.26 |
| Draws        (other deposits) | $1,200.00 |
| Interest & Dividends | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits        (Bank credits) | $18.01 |
| **Total Income \*** | **$5,330.27** |

\*Should balance with bank statement credits for month (additions)

### Expenses

| Expenses | |
|---|---|
| Mortgage payments (M) | $0.00 |
| Vehicle payments (V) | $288.59 |
| Utilities (U) | $572.21 |
| Insurance (I) | $196.30 |
| Auto fuel and repairs (A) | $445.01 |
| Home repairs and maintenance (H) | $563.59 |
| Medial (MD) | $0.00 |
| Charitable (C) | $0.00 |
| Payroll taxes  (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $1,266.00 |
| Household (everything else)  (HH)    Other (see attached) | $2,488.67 |
| **Total Expenses \*** | **$5,820.37** |

\* Should balance with bank statement debits for month (deductions)

### Reconciliation

| Reconciliation | |
|---|---|
| Beginning bank Balance | $494.65 |
| Plus income for period | $5,330.27 |
| Subtotal | $5,824.92 |
| Less Expenses | $5,820.37 |
| **Month End Bank Balance** | **$4.55** |

First National Bank 0020

| April 2017 | | | |
|---|---|---|---|
| ATM | $1,500.00 | | |
| Bank charges | $40.66 | | |
| Food, Groceries, Restaurants, Lunches | $448.01 | | |
| Parking | $0.00 | | |
| Office Max (home office) | $0.00 | | |
| BI monitoring | $0.00 | | |
| Personal expenses (including hair, nails, dry cleaning, grandson's birthday) | $500.00 | | |
| | $2,488.67 | | |

First National Bank    Statement Ending 04/26/2017

4140 E. State Street
Hermitage, PA 16148

MARY E CUERVO                                      Page 1 of 6
**Primary Account Number:** 0020

ADDRESS SERVICE REQUESTED

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Managing Your Accounts

 Online      www.fnb-online.com

 By Phone    1 800-555-5455

By Mail    4140 E. State Street
           Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE BANKING | 0020 | $4.55 |

# WORKPLACE BANKING - 0020

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 03/25/2017 | Balance Last Statement | $1,923.01 | Minimum Balance | $4.55 |
| | 13 Credit(s) This Period | $7,100.80 | Average Ledger Balance | $1,137.54 |
| | 54 Debit(s) This Period | $9,019.26 | Average Available Balance | $1,084.25 |
| 04/26/2017 | Balance This Statement | $4.55 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/25/2017 | Balance Last Statement | | | $1,923.01 |
| 03/27/2017 | SURCHARGE FEE REFUND | | $2.00 | $1,925.01 |
| 03/27/2017 | REFUND FEE FOR ATM WTD | | $2.50 | $1,927.51 |
| 03/27/2017 | SURCHARGE FEE 785410 ATM WTD 03/25 11:21 PNC BANK PITTSBURGH PA PM1647 785410 ~ | $2.00 | | $1,925.51 |
| 03/27/2017 | FEE FOR ATM WTD 03/25 11:21 PNC BANK PITTSBURGH PA PM1647 785410 ~6011 | $2.50 | | $1,923.01 |
| 03/27/2017 | 35426 POS PUR 03/24 22:58 NRT /THE MEADOWS WASHINGTON PA LK344980 03542~4829 | $900.00 | | $1,023.01 |
| 03/27/2017 | 6588 ATM WTD 03/24 19:17 FIRST NAT BANK CANONSBURG PA PA900381 006588 ~6011 | $500.00 | | $523.01 |
| 03/27/2017 | CHECK # 408 | $77.00 | | $446.01 |
| 03/27/2017 | 785410 ATM WTD 03/25 11:21 PNC BANK PITTSBURGH PA PM1647 785410 ~6011 | $20.00 | | $426.01 |
| 03/27/2017 | 00802 POS PUR 03/25 23:35 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0836~8050 | $5.51 | | $420.50 |
| 03/27/2017 | 74703 POS PUR 03/26 20:45 UPMC PRESBY CAFE PITTSBURGH PA 00000000 07179~5812 | $5.48 | | $415.02 |
| 03/28/2017 | DEPOSIT | | $1,758.54 | $2,173.56 |
| 03/28/2017 | 78802 POS PUR 03/27 11:43 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0783~8050 | $7.38 | | $2,166.18 |


Member
FDIC

FIRST NATIONAL BANK   Statement Ending 04/20/2011

MARY E CUERVO

Primary Account Number: 0020

## WORKPLACE BANKING - 0020 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/28/2017 | 6079 POS PUR 03/27 15:09 UPMC PRESBY CAFE PITTSBURGH PA 00000000 00607~5812 | $6.58 | | $2,159.60 |
| 03/28/2017 | 24395 POS PUR 03/27 11:29 UPMC PRESBY CAFE PITTSBURGH PA 00000000 02439~5812 | $4.95 | | $2,154.65 |
| 03/29/2017 | 3918 ATM WTD 03/28 19:24 FIRST NAT BANK BRIDGEVILLE PA PA900380 003918~6011 | $360.00 | | $1,794.65 |
| 03/30/2017 | REFUND FEE FOR ATM WTD | | $2.50 | $1,797.15 |
| 03/30/2017 | SURCHARGE FEE REFUND | | $4.99 | $1,802.14 |
| 03/30/2017 | SURCHARGE FEE 473331 ATM WTD 03/29 23:41 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $1,797.15 |
| 03/30/2017 | FEE FOR ATM WTD 03/29 23:41 The Meadows Race WASHINGTON PA CPSM0252 47333~6011 | $2.50 | | $1,794.65 |
| 03/30/2017 | 1085 POS PUR 03/30 00:14 NRT /THE MEADOWS WASHINGTON PA LK344980 00196~4829 | $1,000.00 | | $794.65 |
| 03/30/2017 | 473331 ATM WTD 03/29 23:41 The Meadows Race WASHINGTON PA CPSM0252 47333~6011 | $300.00 | | $494.65 |
| *Start here* | | | | |
| 04/03/2017 (D) | Medco Commercial MEPAYROLL 000200 | | $2,259.56 | $2,754.21 |
| 04/03/2017 *credit* | REFUND FEE FOR ATM WTD | | $2.50 | $2,756.71 |
| 04/03/2017 *credit* | SURCHARGE FEE REFUND | | $3.01 | $2,759.72 |
| 04/03/2017 *other bc* | SURCHARGE FEE 2553 ATM WTD 04/02 16:49 PAI ISO PITTSBURGH PA TX73016 005966 ~60 | $3.69 | | $2,756.03 |
| 04/03/2017 *other bc* | FEE FOR ATM WTD 04/02 16:49 PAI ISO PITTSBURGH PA TX73016 005966 ~6011 | $2.50 | | $2,753.53 |
| 04/03/2017 *other* | 7059 ATM WTD 04/02 19:32 FIRST NAT BANK CANONSBURG PA PA900381 007059 ~6011 *personal expense* | $300.00 | | $2,453.53 |
| 04/03/2017 *other* | 2553 ATM WTD 04/02 16:49 PAI ISO PITTSBURGH PA TX73016 005966 ~6011 *personal expense* | $200.00 | | $2,253.53 |
| 04/05/2017 (M) | MISCELLANEOUS DEBIT *Duquesne Light* | $572.21 | | $1,681.32 |
| 04/06/2017 (P) | CHECK # 112 *Gary Short* | $1,000.00 | | $681.32 |
| 04/07/2017 (D) | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,852.70 | $2,534.02 |
| 04/07/2017 (A) | SUNOCO PAYMENT CHECK PYMT 113 | $300.00 | | $2,234.02 |
| 04/10/2017 *credit* | REFUND FEE FOR ATM WTD | | $5.00 | $2,239.02 |
| 04/10/2017 *bc* | SURCHARGE FEE 468424 ATM WTD 04/10 06:38 PNC BANK PITTSBURGH PA PJ2060 468424 ~ | $3.50 | | $2,235.52 |
| 04/10/2017 *bc* | SURCHARGE FEE 440607 ATM WTD 04/09 00:50 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $2,230.53 |
| 04/10/2017 *bc* | FEE FOR ATM WTD 04/10 06:38 PNC BANK PITTSBURGH PA PJ2060 468424 ~6011 | $2.50 | | $2,228.03 |
| 04/10/2017 *bc* | FEE FOR ATM WTD 04/09 00:50 The Meadows Race WASHINGTON PA CPSM0252 44060~6011 | $2.50 | | $2,225.53 |
| 04/10/2017 *other* | 440607 ATM WTD 04/09 00:50 The Meadows Race WASHINGTON PA CPSM0252 44060~6011 | $500.00 | | $1,725.53 |
| 04/10/2017 *other* | 20581 PIN PUR 04/08 13:10 GIANT-EAGLE #064 Bridgeville PA 41000800 3168~5411 | $191.11 | | $1,534.42 |
| 04/10/2017 (A) | 468424 ATM WTD 04/10 06:38 PNC BANK PITTSBURGH PA PJ2060 468424 ~6011 | $60.00 | | $1,474.42 |
| 04/11/2017 (P) | CHECK # 111 *Gary Short* | $266.00 | | $1,208.42 |
| 04/13/2017 (D) | DEPOSIT | | $1,200.00 | $2,408.42 |
| 04/13/2017 *credit* | REFUND FEE FOR ATM WTD | | $5.00 | $2,413.42 |
| 04/13/2017 *bc* | SURCHARGE FEE 535780 ATM WTD 04/13 00:46 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $2,408.43 |

# WORKPLACE BANKING --███████0020 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/13/2017 | SURCHARGE FEE 537190 ATM WTD 04/13 01:12 The Meadows Race WASHINGTON PA CPSM025 | $4.99 | | $2,403.44 |
| 04/13/2017 | FEE FOR ATM WTD 04/13 00:46 The Meadows Race WASHINGTON PA CPSM0252 53578~6011 | $2.50 | | $2,400.94 |
| 04/13/2017 | FEE FOR ATM WTD 04/13 01:12 The Meadows Race WASHINGTON PA CPSM0252 53719~6011 | $2.50 | | $2,398.44 |
| 04/13/2017 | 4588 ATM WTD 04/12 22:51 FIRST NAT BANK BRIDGEVILLE PA PA000380 004588~6011 | $500.00 | | $1,898.44 |
| 04/13/2017 | 535780 ATM WTD 04/13 00:46 The Meadows Race WASHINGTON PA CPSM0252 53578~6011 | $400.00 | | $1,498.44 |
| 04/13/2017 | 537190 ATM WTD 04/13 01:12 The Meadows Race WASHINGTON PA CPSM0252 53719~6011 | $100.00 | | $1,398.44 |
| 04/14/2017 | CHECK # 114  Nevillewood Homeowner | $300.00 | | $1,098.44 |
| 04/17/2017 | 213253 PIN PUR 04/17 10:52 BEST BUY 00 PITTSBURGH PA 06566369 7107644623~5732 | $263.59 | | $834.85 |
| 04/17/2017 | 98770 POS PUR 04/16 16:45 EAT_N_PARK #0059 WEIRTON WV 28798770 098770 ~5812 | $23.93 | | $810.92 |
| 04/17/2017 | 87324 POS PUR 04/16 14:54 STARBUCKS STORE BRIDGEVILLE PA 00000000 08732~5814 | $7.38 | | $803.54 |
| 04/18/2017 | REFUND FEE FOR ATM WTD | | $2.50 | $806.04 |
| 04/18/2017 | SURCHARGE FEE 670664 ATM WTD 04/18 06:47 PNC BANK PITTSBURGH PA PJ2060 670664 ~ | $3.50 | | $802.54 |
| 04/18/2017 | FEE FOR ATM WTD 04/18 06:47 PNC BANK PITTSBURGH PA PJ2060 670664 ~6011 | $2.50 | | $800.04 |
| 04/18/2017 | 670664 ATM WTD 04/18 06:47 PNC BANK PITTSBURGH PA PJ2060 670664 ~6011 | $60.00 | | $740.04 |
| 04/20/2017 | 828977 PIN PUR 04/19 22:18 TSP 203 HEIDELBERG PA 0001D566 828977 ~5541 | $25.01 | | $715.03 |
| 04/20/2017 | 13543 PIN PUR 04/20 12:22 BFS FOODS #380 MORGANTOWN WV 09144341 7110088~5541 | $11.50 | | $703.53 |
| 04/21/2017 | 39831 PIN PUR 04/21 17:32 MARKET DISTRICT Pittsburgh PA 47001800 748395~5411 | $166.12 | | $537.41 |
| 04/21/2017 | 851232 PIN PUR 04/20 19:07 TSP 219 PITTSBURGH PA 0001D541 851232 ~5541 | $8.03 | | $529.38 |
| 04/24/2017 | ALLSTATE V&P INS INS PYMT 000000952895662 | $196.30 | | $333.08 |
| 04/24/2017 | 28069 POS PUR 04/20 07:29 STARBUCKS STORE BRIDGEVILLE PA 00000000 02806~5814 | $17.18 | | $315.90 |
| 04/25/2017 | 818026 PIN PUR 04/25 15:42 TSP 203 HEIDELBERG PA 0001D566 818026 ~5541 | $18.53 | | $297.37 |
| 04/26/2017 | CHECK # 8945293  auto payment | $288.59 | | $8.78 |
| 04/26/2017 | 37866 POS PUR 04/25 10:13 STARBUCKS STORE PITTSBURGH PA 00000000 037866~5814 | $4.23 | | $4.55 |
| 04/26/2017 | Balance This Statement | | | $4.55 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 108 | 03/27/2017 | $77.00 | 112 | 04/06/2017 | $1,000.00 | 8945293* | 04/26/2017 | $288.59 |
| 111* | 04/11/2017 | $266.00 | 114* | 04/14/2017 | $300.00 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/27/2017 | $415.02 | 04/03/2017 | $2,253.53 | 04/10/2017 | $1,474.42 |
| 03/28/2017 | $2,154.65 | 04/05/2017 | $1,681.32 | 04/11/2017 | $1,208.42 |
| 03/29/2017 | $1,794.65 | 04/06/2017 | $681.32 | 04/13/2017 | $1,398.44 |
| 03/30/2017 | $494.65 | 04/07/2017 | $2,234.02 | 04/14/2017 | $1,098.44 |

First National Bank                                    Statement Ending 04/26/2017

# WORKPLACE BANKING - ████████0020 (continued)

## Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/17/2017 | $803.54 | 04/21/2017 | $529.38 | 04/26/2017 | $4.55 |
| 04/18/2017 | $740.04 | 04/24/2017 | $315.90 | | |
| 04/20/2017 | $703.53 | 04/25/2017 | $297.37 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Mor Individual worksheet          MONTH _____April 2017_____

All monthly expenses are paid as they are incurred.          Beginning bank balance ____$87.80_____
Total credits (additions for month) ____$0.00_____          Total debits (deductions for month)  $94.80___

**PNC Bank closed 4-17-2017**

### Income

| | |
|---|---|
| Wages | $0.00 |
| Draws | $0.00 |
| Interest & Dividends | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credts    $100 to open acct & 6.00 bank chgs | $0.00 |
| **Total Income *** | **$0.00** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $0.00 |
| Vehicle payments (V) | $0.00 |
| Utilities (U) | $0.00 |
| Insurance (I) | $0.00 |
| Auto fuel and repairs (A) | $40.00 |
| Home repairs and maintenance (H) | $0.00 |
| Medial (MD) | $0.00 |
| Charitable (C) | $0.00 |
| Payroll taxes  (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $0.00 |
| Household (everything else)  (HH)    **Other** (see attached) | $54.80 |
| **Total Expenses *** | **$94.80** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $87.80 |
| Plus Income for period | $0.00 |
| Subtotal | $87.80 |
| Less Expenses | $94.80 |
| Month End Bank Balance    (Bank error- Amount corrected to 0.00 balance on 4-22-17) | -$7.00 |

PNC Bank

| | April 2017 | | | |
|---|---|---|---|---|
| ATM/withdrawals  (to close acct) | $2.88 | | | |
| Bank charges  (charged after closing acct) | $7.00 | | | |
| Food, Groceries, Restaurants, Lunches | $22.91 | | | |
| Parking | $0.00 | | | |
| Office Max (home office) | $0.00 | | | |
| BI monitoring | $0.00 | | | |
| Personal expenses | $0.00 | | | |
| Gifts | $22.01 | | | |
| | $54.80 | | | |

 **PNC**

## ACCOUNT ACTIVITY (Monday, May 01, 2017)

**Virtual Wallet X8301**
**Available Balance -$7.00**
Balance -$7.00

Overdraft Protected by Reserve

## MONTHLY TRANSACTIONS

| Date April | Description | Withdrawal | Deposit | Category | Balance |
|---|---|---|---|---|---|
| Apr 19 | Service Charge | $7.00 ✓ | | Service Charges + Fees | -$7.00 |
| Apr 17 | ATM/Cash Withdrawal | $2.88 ✓ | | ATM | $0.00 |
| Apr 10 | Giant Eagle | $15.74 ✓ | | Groceries | $2.88 |
| Apr 10 | Starbucks | $7.17 ✓ | | Restaurants | $18.62 |
| Apr 6 | ATM/Cash Withdrawal | $40.00 ✓ | | ATM | $25.79 |
| Apr 5 | XXXXX7095 GIFT SHOP I WASHINGTON PA | $22.01 | | Gifts | $65.79 |
| March | | | | | |
| Mar 30 | Ach Credit | | $60.00 | Other Income | $87.80 |

Transactions older than Mar 30 are located in Online Statements »

© Copyright 2017. The PNC Financial Services Group, Inc. All Rights Reserved.
Need Help? Call us at 1-888-PNC-BANK (762-2265)

Mor Individual worksheet             MONTH _____ April 2017_____

All monthly expenses are paid as they are incurred.          Beginning bank balance ___ $6,099.29
Total credits (additions for month) ___$2,500.06_____          Total debits (deductions for month) $8,599.35

**WesBanco acct closed 4/21/17**

### Income

| | |
|---|---:|
| **Wages** | $0.00 |
| **Draws**   (other deposits) | $2,500.00 |
| **Interest & Dividends** | $0.00 |
| **Social Security & Pension Income** | $0.00 |
| **Miscellaneous credts**     (Bank charges) | $0.06 |
| **Total Income *** | **$2,500.06** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---:|
| **Mortgage payments (M)** | $2,771.98 |
| **Vehicle payments (V)** | $356.74 |
| **Utilities (U)** | $129.47 |
| **Insurance (I)** | $0.00 |
| **Auto fuel and repairs (A)** | $0.00 |
| **Home repairs and maintenance (H)** | $85.96 |
| **Medial (MD)** | $0.00 |
| **Charitable (C)** | $0.00 |
| **Payroll taxes  (withheld from pay) (PT)** | $0.00 |
| **Real estate taxes (RTX)** | $0.00 |
| **Professional fees (PF)** | $0.00 |
| **Household (everything else)  (HH)     Other** (see attached) | $5,255.20 |
| **Total Expenses *** | **$8,599.35** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---:|
| **Beginning bank Balance** | $6,099.29 |
| **Plus Income for period** | $2,500.06 |
| **Subtotal** | $8,599.35 |
| **Less Expenses** | $8,599.35 |
| **Month End Bank Balance** | $0.00 |

WESBANCO

| OTHER EXPENSE Category | April 2017 | | |
|---|---|---|---|
| ATM | $4200.00 | | |
| Bank charges | $0.00 | | |
| Credit Cards | $500.00 | | |
| Education | $0.00 | | |
| Food, Groceries, Restaurants, Lunches | $0.00 | | |
| Gifts | $0.00 | | |
| IRA | $555.20 | | |
| | $5,255.20 | | |
| | | | |
| | | | |
| | | | |
| | | | |

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
   TELEPHONE 412-276-1266



**WesBanco**
**Statement**
STATEMENT DATE

          JOSEPH CUERVO OR                                    05/01/17
          MARY E CUERVO
          8000 SHERWOOD DR
          PRESTO PA 15142
                                                   ACCOUNT NUMBER
                                                          349

```
PG    1
      3                                                              CLOSED
 *** CHECKING *** FREEDOM ACCOUNT                     BEGINNING RATE  0.05000
 ACCOUNT NUMBER          1349
 PREVIOUS STATEMENT BALANCE AS OF 04/01/17 .....................    6,099.29
      PLUS    2  DEPOSITS AND OTHER CREDITS ....................    2,500.06
      LESS   12  CHECKS AND OTHER DEBITS ........................    8,599.35
 CURRENT STATEMENT BALANCE AS OF 05/01/17 ......................         .00
```

```
      *** CHECK TRANSACTIONS ***
          SERIAL   DATE        AMOUNT         SERIAL   DATE        AMOUNT
      (A)232*  04/10        356.74
```

```
      *** CHECKING ACCOUNT TRANSACTIONS ***
      DATE            DESCRIPTION              DEBITS         CREDITS
other 04/03 AC-CAPITAL ONE    -ONLINE PMT       500.00
other 04/03 AC-MEADOWS CASINO  -VIP PREFER      600.00
other 04/03 AC-MEADOWS CASINO  -VIP PREFER      600.00
 (H)04/04 AC-TruGreen         -COLLECTION        85.96
 (u)04/04 AC-PEOPLES NATURAL  -GAS BILL         129.47
 (M)04/06 AC-CHASEHOMEFINANCE -LN PMT         2,771.98
    04/11 AC-MEADOWS CASINO   -VIP PREFER       500.00
 (D)04/13 DEPOSIT                                             2,500.00
    04/17 AC-MEADOWS CASINO   -VIP PREFER       500.00
other 04/17 AC-MEADOWS CASINO  -VIP PREFER    1,000.00
    04/17 AC-MEADOWS CASINO   -VIP PREFER    1,000.00
    04/24 INTEREST PAYMENT                                         .06
    04/24 CLOSING WITHDRAWAL  Trans to IRA acct  555.20
```

```
      :                          :  TOTAL FOR   :   TOTAL      :
      :                          :  THIS PERIOD :  YEAR-TO-DATE :
      : TOTAL OVERDRAFT FEES     :        .00 :       70.00 :
      : TOTAL RETURNED ITEM FEES :        .00 :      105.00 :
```

```
      *** BALANCE BY DATE ***
      04/01   6,099.29  04/03    4,399.29  04/04    4,183.86  04/06    1,411.88
      04/10   1,055.14  04/11      555.14  04/13    3,055.14  04/17      555.14
      04/24       .00
                    PAYER FEDERAL ID NUMBER................   55-0143590
                    INTEREST PAID YEAR TO DATE.............         .72
```

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

PAGE 2

WESBANCO BANK INC
CARNEGIE OFFICE
100 BROADWAY ST
CARNEGIE PA 15106-2472
   TELEPHONE 412-276-1266



STATEMENT DATE
05/01/17

        JOSEPH CUERVO OR
        MARY E CUERVO
        8000 SHERWOOD DR
        PRESTO PA 15142

ACCOUNT NUMBER
349

PG    2

CLOSED

```
-------------------------------------------------------------
     *** INTEREST EARNED THIS STATEMENT PERIOD ***
INTEREST EARNED ........................     .06
ANNUAL PERCENTAGE YIELD EARNED .........    0.05%
-------------------------------------------------------------
```

Please Reconcile Promptly
Important information on last page including
inquiry procedures involving electronic transactions

# Home

| Money I Can Spend | | Available | Current Balance | |
|---|---|---|---|---|
| Checking *4349 | | $0.00 | $0.00 | |
| | TOTAL | $0.00 | $0.00 | |

| Money I'm Saving | | Available | Current Balance | |
|---|---|---|---|---|
| Retirement *0691   *IRA* | | $0.00 | $569.10 | |
| | TOTAL | $0.00 | $569.10 | |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| Debtors. | ) | **Document No.** |

**Certificate of Service**

I, Gary W. Short, certify under penalty of perjury that on _5 / 12 / 17_
I served the:   *April*

| | | |
|---|---|---|
| ☐ | ▇▇▇▇▇▇▇ | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: _5 / 12 / 17_

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com