# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joseph Cuervo and Mary E. Cuervo,                    17-20492-GLT

Debtor(s).

## STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee for the reason(s) checked below:

   (  )    Debtors schedules reflect only ___ unsecured creditors.

   (X)    No unsecured creditors responded to U.S. Trustee's communication/contact for service on the committee.

   (  )    Insufficient response to U.S. Trustee's communication/contact for service on the committee.

   (  )    Non-operating debtor-in-possession; no creditor interest.

   (  )    Motion to convert to Chapter 7 or dismiss pending.

   (  )    Case converted or dismissed.

   (  )    Other.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3


By: /s/Larry Wahlquist
     Larry Wahlquist
     Trial Attorney
Larry.E.Wahlquist@usdoj.gov

Dated: May 15, 2017

cc: Gary W. Short, Esquire

Accepting Creditor(s)