**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ) | Case No. 17-20492 GLT |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Chapter 11 |
| Debtors, ) | Document No. |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Hearing Date and Time: |
| Movants, ) | June 8, 2017 at 10:00 a.m. |
| vs. ) | Responses Due: May 28, 2017 |
| NO RESPONDENTS, ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**AMENDED MOTION TO APPROVE EMPLOYMENT OF ATTORNEY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 8, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than May 28, 2017.

    It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: May 29, 2017        /s/ Gary W. Short
                              Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                              212 Windgap Road, Pittsburgh, PA 15237
                              Tele. (412) 765-0100 / Fax (412) 536-3977
                              E-mail garyshortlegal@gmail.com