B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
**Western** District of **Pennsylvania**

In re **Joseph Cuervo and Mary E. Cuervo**  Case No. **17-20492 GLT**
Debtors.

Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **Joseph Cuervo**, on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [~~Name of Debtor~~] holds a substantial or controlling interest in the following entities: **Joseph Cuervo**

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Medco Commercial* | 50% | |
| | | |
| | | |

\* **Management Group, Inc. (hereinafter "Medco")**

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                              3

## Exhibit A
### Valuation Estimate for ~~[redacted]~~ MEDCO

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

The Debtor values his 50% ownership interest in Medco at $100. The reason for the low evaluation is that Medco is a service company with minimal tangible assets and receivables worth not more than contractual obligations to complete projects. The Debtor's interest is not saleable for the reasons that any purchaser would be a 50% owner with corporate control fixed prior to the sale in the other shareholder. Due to the 50%/50% ownership, corporate management could not be changed without all shareholders in agreement. Any sale of the interest would be without a non-compete agreement from the Debtor who would be free to compete against Medco if he was no longer an owner. It is unlikely that anyone would buy the Debtor's interest.

B26 (Official Form 26) (12/08) – Cont.                                                          4

<u>**Exhibit B**</u>
<u>**Financial Statements for**</u> ~~[redacted]~~ Medco.

1:49 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
# Profit & Loss
## January through December 2016

|  | Jan - Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | |
| Beechview Place | 1,909,500.00 |
| Core Job | 1,176,148.80 |
| West Liberty | 117,500.00 |
| **Total Construction Income** | 3,203,148.80 |
| **Total Income** | 3,203,148.80 |
| **Cost of Goods Sold** | |
| **Construction Materials Costs** | |
| Carpet and Flooring | 114,000.00 |
| Exterior Furnishings | 58,274.00 |
| Interior Furnishings | 16,852.20 |
| Lumber | 25,914.18 |
| Miscellaneous Job Costs | 7,756.46 |
| Paint and Painting Supplies | 19,300.00 |
| Plumbing Fixtures | 1,796.54 |
| Steel and Metal | 5,984.76 |
| Welding Supplies | 190.80 |
| **Total Construction Materials Costs** | 250,068.94 |
| Equipment Rental for Jobs | 167.01 |
| **Subcontractors Expense** | |
| Carpentry | 17,458.48 |
| Drywall and Plaster | 65,000.00 |
| Electrical | 64,000.00 |
| Engineering and Architectural | 3,822.04 |
| Excavating | 6,900.00 |
| Final Prep and Clean-up | 2,958.76 |
| Fire Alarm Protection | 31,249.49 |
| Flooring | 13,780.00 |
| HVAC | 31,310.00 |
| Insulation | 8,123.43 |
| Interior Furnishings Labor | 30,760.00 |
| Landscaping | 3,625.00 |
| Painting | 400,000.00 |
| Plumbing | 21,878.79 |
| Security and Access | 22,854.54 |
| Stairs and Millwork | 74,071.14 |
| **Total Subcontractors Expense** | 797,791.67 |
| Worker's Compensation Insurance | 872.00 |
| **Total COGS** | 1,048,899.62 |
| **Gross Profit** | 2,154,249.18 |
| **Expense** | |
| Auto and Truck Expenses | 29,889.00 |
| Bank Service Charges | 568.00 |
| Charitable Donations | 1,000.00 |
| Depreciation Expense | 2,457.74 |
| Licenses and Permits | 90.00 |
| Office Supplies | 53.86 |
| PA Capital Stock Tax | 251.00 |
| **Payroll Expenses** | |
| Officers' Salaries | 29,600.00 |
| Payroll Processing Fees | 318.00 |
| Payroll Taxes | 3,047.32 |
| **Total Payroll Expenses** | 32,965.32 |
| **Professional Fees** | |
| Accounting | 1,675.00 |
| **Total Professional Fees** | 1,675.00 |

Case 17-20492-GLT   Doc 87   Filed 06/01/17   Entered 06/01/17 09:43:00   Desc Main
          Document      Page 5 of 20

1:49 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---:|
| Telephone Expense | 518.59 |
| **Total Expense** | 69,468.51 |
| **Net Ordinary Income** | 2,084,780.67 |
| **Net Income** | **2,084,780.67** |

B26 (Official Form 26) (12/08) – Cont. 5

**Exhibit B-1**
**Balance Sheet for** ~~[Name of Debtor]~~ Medco
As of [date] 12/31/16

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

Ken Gloor, Medco accountant.

1:52 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking - Wesbanco | 3,292.11 |
| **Total Checking/Savings** | 3,292.11 |
| **Other Current Assets** | |
| Costs & Est Earnings>Billings | 15,306.00 |
| **Loans to Shareholders** | |
| Joe Cuervo | 73,937.90 |
| **Total Loans to Shareholders** | 73,937.90 |
| Payroll Suspense | 6,715.71 |
| Retainage Receivable | 60,532.45 |
| **Total Other Current Assets** | 156,492.06 |
| **Total Current Assets** | 159,784.17 |
| **Fixed Assets** | |
| Accumulated Depreciation | -2,457.74 |
| Autos & Trucks | 13,636.00 |
| Furniture & Fixtures | 2,013.00 |
| Machinery & Equipment | 7,721.07 |
| Office Equipment | 13,825.97 |
| z-Accumulated Depreciation | -34,738.30 |
| **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | **159,784.17** |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Capital Stock | 1,000.00 |
| Retained Earnings | 4,395.30 |
| **Shareholder Distributions** | |
| **Joe Cuervo** | |
| IRS payments | -341,091.82 |
| Joe Cuervo - Other | -624,104.08 |
| **Total Joe Cuervo** | -965,195.90 |
| **Tom Janidas** | |
| IRS payments | -253,997.00 |
| Tom Janidas - Other | -711,198.90 |
| **Total Tom Janidas** | -965,195.90 |
| **Total Shareholder Distributions** | -1,930,391.80 |
| Net Income | 2,084,780.67 |
| **Total Equity** | 159,784.17 |
| **TOTAL LIABILITIES & EQUITY** | **159,784.17** |

2:01 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Balance Sheet
### As of March 31, 2017

|  | Mar 31, 17 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking - Wesbanco | 16,120.56 |
| **Total Checking/Savings** | 16,120.56 |
| **Other Current Assets** | |
| Costs & Est Earnings>Billings | 15,306.00 |
| **Loans to Shareholders** | |
| Joe Cuervo | 73,937.90 |
| **Total Loans to Shareholders** | 73,937.90 |
| Payroll Suspense | 6,691.71 |
| Retainage Receivable | 60,532.45 |
| **Total Other Current Assets** | 156,468.06 |
| **Total Current Assets** | 172,588.62 |
| **Fixed Assets** | |
| Accumulated Depreciation | -2,457.74 |
| Autos & Trucks | 13,636.00 |
| Furniture & Fixtures | 2,013.00 |
| Machinery & Equipment | 7,721.07 |
| Office Equipment | 13,825.97 |
| z-Accumulated Depreciation | -34,738.30 |
| **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | **172,588.62** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Payroll Liabilities | 177.53 |
| **Total Other Current Liabilities** | 177.53 |
| **Total Current Liabilities** | 177.53 |
| **Total Liabilities** | 177.53 |
| **Equity** | |
| Capital Stock | 1,000.00 |
| Retained Earnings | 158,784.17 |
| **Shareholder Distributions** | |
| Joe Cuervo | -7,514.01 |
| Tom Janidas | 2,000.00 |
| **Total Shareholder Distributions** | -5,514.01 |
| Net Income | 18,140.93 |
| **Total Equity** | 172,411.09 |
| **TOTAL LIABILITIES & EQUITY** | **172,588.62** |

B26 (Official Form 26) (12/08) – Cont.                                              6

**Exhibit B-2**
**Statement of Income (Loss) for** ~~[redacted]~~ Medco
Period ending [date]  12/31/16 / 3/31/17

[Provide a statement of income (loss) for the following periods:

  (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
  (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Ken Gloor, Medco accountant.

1:50 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Profit & Loss
### July through December 2016

|  | Jul - Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | |
| Beechview Place | 476,500.00 |
| Core Job | 1,176,148.80 |
| **Total Construction Income** | 1,652,648.80 |
| **Total Income** | 1,652,648.80 |
| **Cost of Goods Sold** | |
| **Construction Materials Costs** | |
| Carpet and Flooring | 114,000.00 |
| Exterior Furnishings | 58,274.00 |
| Interior Furnishings | 16,852.20 |
| Lumber | 3,414.18 |
| Miscellaneous Job Costs | 7,756.46 |
| Paint and Painting Supplies | 19,300.00 |
| Plumbing Fixtures | 1,796.54 |
| Steel and Metal | 5,984.76 |
| Welding Supplies | 190.80 |
| **Total Construction Materials Costs** | 227,568.94 |
| Equipment Rental for Jobs | 167.01 |
| **Subcontractors Expense** | |
| Carpentry | 17,458.48 |
| Drywall and Plaster | 65,000.00 |
| Electrical | 64,000.00 |
| Engineering and Architectural | 3,822.04 |
| Excavating | 6,900.00 |
| Final Prep and Clean-up | 2,958.76 |
| Fire Alarm Protection | 31,249.49 |
| Flooring | 13,780.00 |
| HVAC | 31,310.00 |
| Insulation | 8,123.43 |
| Interior Furnishings Labor | 30,760.00 |
| Landscaping | 3,625.00 |
| Painting | 400,000.00 |
| Plumbing | 21,878.79 |
| Security and Access | 22,854.54 |
| Stairs and Millwork | 74,071.14 |
| **Total Subcontractors Expense** | 797,791.67 |
| Worker's Compensation Insurance | 872.00 |
| **Total COGS** | 1,026,399.62 |
| **Gross Profit** | 626,249.18 |
| **Expense** | |
| Auto and Truck Expenses | 29,889.00 |
| Bank Service Charges | 292.00 |
| Charitable Donations | 1,000.00 |
| Depreciation Expense | 2,457.74 |
| Licenses and Permits | 90.00 |
| Office Supplies | 53.86 |
| PA Capital Stock Tax | 251.00 |
| **Payroll Expenses** | |
| Officers' Salaries | 29,600.00 |
| Payroll Processing Fees | 318.00 |
| Payroll Taxes | 3,047.32 |
| **Total Payroll Expenses** | 32,965.32 |
| **Professional Fees** | |
| Accounting | 1,675.00 |
| **Total Professional Fees** | 1,675.00 |

Page 1

1:50 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Profit & Loss
July through December 2016

|  | Jul - Dec 16 |
|---|---:|
| Telephone Expense | 518.59 |
| **Total Expense** | 69,192.51 |
| **Net Ordinary Income** | 557,056.67 |
| **Net Income** | 557,056.67 |

1:51 PM
05/15/17
Accrual Basis

# Medco Commercial Management Group Inc
## Profit & Loss
### October 2016 through March 2017

|  | Oct '16 - Mar 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Construction Income** | |
| Beechview Place | 220,500.00 |
| Core Job | 1,142,761.80 |
| **Total Construction Income** | 1,363,261.80 |
| **Total Income** | 1,363,261.80 |
| **Cost of Goods Sold** | |
| **Construction Materials Costs** | |
| Carpet and Flooring | 114,000.00 |
| Exterior Furnishings | 58,274.00 |
| Interior Furnishings | 16,852.20 |
| Lumber | 3,414.18 |
| Miscellaneous Job Costs | 5,792.46 |
| Paint and Painting Supplies | 19,300.00 |
| Plumbing Fixtures | 1,796.54 |
| Steel and Metal | 5,984.76 |
| Welding Supplies | 190.80 |
| **Total Construction Materials Costs** | 225,604.94 |
| Equipment Rental for Jobs | 1,925.55 |
| **Subcontractors Expense** | |
| Carpentry | 17,458.48 |
| Drywall and Plaster | 65,000.00 |
| Electrical | 64,000.00 |
| Engineering and Architectural | 3,822.04 |
| Excavating | 6,900.00 |
| Final Prep and Clean-up | 2,688.76 |
| Fire Alarm Protection | 22,550.00 |
| Flooring | 13,780.00 |
| HVAC | 31,310.00 |
| Insulation | 8,123.43 |
| Interior Furnishings Labor | 30,760.00 |
| Landscaping | 3,625.00 |
| Painting | 400,000.00 |
| Plumbing | 20,084.76 |
| Security and Access | 22,854.54 |
| Stairs and Millwork | 74,071.14 |
| **Total Subcontractors Expense** | 787,028.15 |
| **Total COGS** | 1,014,558.64 |
| **Gross Profit** | 348,703.16 |
| **Expense** | |
| Auto and Truck Expenses | 29,889.00 |
| Bank Service Charges | 331.00 |
| Depreciation Expense | 2,457.74 |
| **Payroll Expenses** | |
| Officers' Salaries | 34,340.46 |
| Payroll Processing Fees | 368.00 |
| Payroll Taxes | -1,247.83 |
| **Total Payroll Expenses** | 33,460.63 |
| Telephone Expense | 518.59 |
| **Total Expense** | 66,656.96 |
| **Net Ordinary Income** | 282,046.20 |
| **Net Income** | 282,046.20 |

B26 (Official Form 26) (12/08) – Cont.                                    7

## Exhibit B-3
### Statement of Cash Flows for [~~deleted~~] MEDCO
For the period ending [~~deleted~~]
12/31/16    3/31/17

[Provide a statement of changes in cash flows for the following periods:

  (i) For the initial report:
     a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
     b. the prior fiscal year.
  (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

2:03 PM
05/15/17

# Medco Commercial Management Group Inc
## Statement of Cash Flows
### January through December 2016

|  | Jan - Dec 16 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 2,084,780.67 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Costs & Est Earnings>Billings | -15,306.00 |
| Payroll Suspense | -6,715.71 |
| Retainage Receivable | -60,532.45 |
| Billings>Costs & Est Earnings | -73,500.00 |
| **Net cash provided by Operating Activities** | 1,928,726.51 |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 2,457.74 |
| Office Equipment | -2,457.74 |
| **Net cash provided by Investing Activities** | 0.00 |
| **FINANCING ACTIVITIES** | |
| Retained Earnings | -470,000.00 |
| Shareholder Distributions:Joe Cuervo | -389,104.08 |
| Shareholder Distributions:Joe Cuervo:IRS payments | -341,091.82 |
| Shareholder Distributions:Tom Janidas | -476,198.90 |
| Shareholder Distributions:Tom Janidas:IRS payments | -253,997.00 |
| **Net cash provided by Financing Activities** | -1,930,391.80 |
| **Net cash increase for period** | -1,665.29 |
| **Cash at beginning of period** | 4,957.40 |
| **Cash at end of period** | 3,292.11 |

2:02 PM
05/15/17

## Medco Commercial Management Group Inc
## Statement of Cash Flows
July through December 2016

|  | Jul - Dec 16 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 557,056.67 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Costs & Est Earnings>Billings | -15,306.00 |
| Payroll Suspense | -6,715.71 |
| Retainage Receivable | -60,532.45 |
| Credit Card-Capital One | 395.00 |
| Credit Card-Discover | 2,457.74 |
| Billings>Costs & Est Earnings | -73,500.00 |
| Net cash provided by Operating Activities | 403,855.25 |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 2,457.74 |
| Office Equipment | -2,457.74 |
| Net cash provided by Investing Activities | 0.00 |
| **FINANCING ACTIVITIES** | |
| Shareholder Distributions:Joe Cuervo | -70,350.23 |
| Shareholder Distributions:Tom Janidas | -347,996.77 |
| Net cash provided by Financing Activities | -418,347.00 |
| Net cash Increase for period | -14,491.75 |
| Cash at beginning of period | 17,783.86 |
| Cash at end of period | 3,292.11 |

2:04 PM
05/15/17

# Medco Commercial Management Group Inc
## Statement of Cash Flows
October 2016 through March 2017

|  | Oct '16 - Mar 17 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 282,046.20 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Costs & Est Earnings>Billings | -15,306.00 |
| Payroll Suspense | -6,691.71 |
| Retainage Receivable | -60,532.45 |
| Credit Card-Bank of America | 1,587.18 |
| Credit Card-Capital One | 2,169.28 |
| Credit Card-Discover | 2,457.74 |
| Billings>Costs & Est Earnings | -73,500.00 |
| Payroll Liabilities | 177.53 |
| Net cash provided by Operating Activities | 132,407.77 |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 2,457.74 |
| Office Equipment | -2,457.74 |
| Net cash provided by Investing Activities | 0.00 |
| **FINANCING ACTIVITIES** | |
| Retained Earnings | -1,930,391.80 |
| Shareholder Distributions:Joe Cuervo | 622,449.84 |
| Shareholder Distributions:Joe Cuervo:IRS payments | 341,091.82 |
| Shareholder Distributions:Tom Janidas | 593,202.13 |
| Shareholder Distributions:Tom Janidas:IRS payments | 253,997.00 |
| Net cash provided by Financing Activities | -119,651.01 |
| Net cash increase for period | 12,756.76 |
| Cash at beginning of period | 3,363.80 |
| Cash at end of period | 16,120.56 |

B26 (Official Form 26) (12/08) – Cont.                                                                 8

### Exhibit B-4
Statement of Changes in Shareholders'/Partners' Equity (Deficit) for ~~[period ending]~~ *Medco* period ending ~~[____]~~ *12/31/16*

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.] *Ken Gloor, Medco accountant.*

*No changes.*

B26 (Official Form 26) (12/08) -- Cont.                                        9

### Exhibit C
### Description of Operations for ~~[redacted]~~ MEDCO

[Describe the nature and extent of the estate's interest in the entity. **50% Ownership**

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Medco is a commercial construction management company.

Debtor.

B26 (Official Form 26) (12/08) -- Cont.                                    2

Date: 6/1/17

_____
Signature of Authorized Individual

_____
Name of Authorized Individual

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint) ✓

_____
Signature of Debtor                           ✓

_____
Signature of Joint Debtor

Rule 20153 CS cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-2-492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| **Debtors.** | ) | **Document No.** |

## Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on June 1, 2017, I served a true and correct copy of the Debtor's first Rule 2015.3 report on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

> Office of the United States Trustee
> Liberty Center, Suite 970
> 1001 Liberty Avenue
> Pittsburgh PA   15222

Dated: June 1, 2017

> /s/ Gary W. Short
> Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
> 212 Windgap Road, Pittsburgh, PA 15237
> Tele. (412) 765-0100 / Fax (412) 536-3977
> E-mailgaryshortlegal@gmail.com