**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ) | Case No. 17-20492 GLT |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Chapter 11 |
|     Debtors, ) | Document No. |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | Hearing Date and Time: |
|     Movants, ) | June 8, 2017 at 10:00 a.m. |
|     vs. ) | Responses Due: May 28, 2017 |
| NO RESPONDENTS, ) | |
|     Respondent. ) | |

## CERTIFICATE OF SERVICE

    I, Gary W. Short, Esquire, certify that on the June 5, 2017, I served a true and correct copy of the Modified Default Order entered at docket no. 88 by first class U.S. Mail, postage prepaid, on the following parties:

Ronald J. Einwag, CPA
Einwag Morrow & Associates
20 Stanwix Street, No. 630
Pittsburgh, PA 15222

Office of the U. S. Trustee
Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

    Respectfully submitted,

Executed on June 5, 2017    /s/ Gary W. Short
    Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
    212 Windgap Road, Pittsburgh, PA 15237
    Tele. (412) 765-0100 / Fax (412) 536-3977
    E-mail garyshortlegal@gmail.com