UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**Cuervo, Jospeh and Cuervo, Mary E.** **Case No. 17-20492-GLT**

**Reporting Period:** May, 2017

# MONTHLY OPERATING REPORT
# (INDIVIDUAL WAGE EARNERS)

**File with Court and submit copy to United States Trustee within 14 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | None |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

[signature] 6/13/17
Signature of Debtor Date

[signature] 6/13/17
Signature of Joint Debtor Date

Signature of Preparer Date

Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Debtor: Cuervo, Joseph & Cuervo, Mary E

**Reporting Period:** MAY 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $678.07 | $11,609.26 |
| RECEIPTS | | |
| Wages (NET) | $13,631.12 | $66,075.68 |
| Interest and Dividend Income (Transfer from FNB act 0020 to close act) | $2,264.11 | $2,264.11 |
| Social Security and Pension Income | $0.00 | $0.00 |
| Sale of Assets *(other deposits from winnings) | $0.00 | $3,700.00 |
| Other Income (attach schedule) **BANK CREDITS** | $30.00 | $148.78 |
| Total Receipts | **$15,925.23** | **$83,797.83** |
| DISBURSEMENTS | | |
| ORDINARY ITEMS: | | |
| Mortgage Payment(s) | $2,802.04 | $11,117.98 |
| Groceries/Food | $1,550.63 | $1,550.63 |
| Other Secured Note Payments | $0.00 | $0.00 |
| Utilities | $538.50 | $4,309.33 |
| Insurance | $1,108.00 | $2,038.68 |
| Auto Expense | $1,439.43 | $4,218.59 |
| Lease Payments | $0.00 | $0.00 |
| IRA Contributions | $0.00 | $955.20 |
| Repairs and Maintenance | $656.45 | $1,680.45 |
| Medical Expenses | $20.00 | $37.16 |
| Household Expenses | $0.00 | $1,292.20 |
| Charitable Contributions | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $2,789.12 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $0.00 | $0.00 |
| Travel and Entertainment | $0.00 | $0.00 |
| Gifts | $0.00 | $2,780.00 |
| Other (attach schedule) | $5,550.71 | $36,135.54 |
| Total Ordinary Disbursements | **$13,665.76** | **$68,904.88** |
| REORGANIZATION ITEMS: | | |
| Professional Fees (Gary Short) | $2,500.00 | $6,400.00 |
| U.S. Trustee Fees | $0.00 | $0.00 |
| Other Reorganization Expenses (filing fee) | $266.00 | $532.00 |
| Total Reorganization Items | **$2,766.00** | **$6,932.00** |
| Total Disbursements (Ordinary & Reorganization) | **$16,431.76** | **$74,640.05** |
| Net Cash Flow (Total Receipts - Total Disbursements) | **$171.54** | **$4,710.11** |
| Cash - End of Month (Must equal reconciled bank statement) | **$171.54** | **$8,959.56** |

*** Other disbursements: funds withheld from payroll Total taxes = $2,010.34 Total deductions = $1,538.38

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: May 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: May 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | Ø |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | Ø |
| Total Taxes | | | | | | Ø |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | Ø |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

Cuervo, Jospeh and Cuervo, Mary E.

Debtor

Case No. 17-20492-GLT

Reporting Period: May 2017

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | ✓ | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

#2 Balance from previous FNB account transferred into DIP account and closed.

FORM MOR-5
(9/99)

Mor Individual worksheet MONTH MAY 2017

All monthly expenses are paid as they are incurred. Beginning bank balance $673.52

Total credits (additions for month) $13,665.67 Total debits (deductions for month) $14,167.65

**FNB 7610 account**

**Income**

| | |
|---|---|
| **Wages** | $3,371.56 |
| **Draws** | $8,000.00 |
| **Transfer from FNB account 0020** | $2,264.11 |
| **Social Security & Pension Income** | $0.00 |
| **Miscellaneous credits** (Bank charges) | $30.00 |
| **Total Income *** | **$13,665.67** |

*Should balance with bank statement credits for month (additions)

**Expenses**

| | |
|---|---|
| **Mortgage payments (M)** | $2,802.04 |
| **Vehicle payments (V)** | $645.33 |
| **Utilities (U)** | $538.50 |
| **Insurance (I)** | $1,108.00 |
| **Auto fuel and repairs (A)** | $794.10 |
| **Home repairs and maintenance (H)** | $656.45 |
| **Medical (MD)** | $20.00 |
| **Groceries/Food (G)** | $1,550.63 |
| **Charitable (C)** | $0.00 |
| **Payroll taxes (withheld from pay) (PT)** | $0.00 |
| **Professional fees (PF)** | $2,500.00 |
| **U.S. Trustee fees (US)** (filing fee) | $266.00 |
| **Household (everything else) (HH)** **Other** (see attached) | $3,286.60 |
| **Total Expenses *** | **$14,167.65** |

* Should balance with bank statement debits for month (deductions)

**Reconciliation**

| | |
|---|---|
| **Beginning bank Balance** | $673.52 |
| **Plus income for period** | $13,665.67 |
| **Subtotal** | $14,339.19 |
| **Less Expenses** | $14,167.65 |
| **Month End Bank Balance** | **$171.54** |

# FIRST NATIONAL BANK 7610

| OTHER EXPENSE Category | April 2017 | May 2017 | |
|---|---|---|---|
| **ATM withdrawals for:** cash gifts/purchases | $20.00 | $2,460.00 | |
| 3 graduation gifts for 3 nieces & nephew | | | $450.00 |
| 2 Wedding gifts | | | $400.00 |
| 2 Baby shower gifts for nieces | | | $200.00 |
| Entertainment | | | $900.00 |
| Wine/Spirits gift | | | $29.95 |
| Miscellaneous /Clothing/Shoes | | | $175.63 |
| Home Depot (flowers) | | | $40.92 |
| Fuel | | | $20.00 |
| Food | | | $28.50 |
| Parking | | | $18.25 |
| Hair Color & Products | | | $75.00 |
| Miscellaneous | | | $121.75 |
| | | | **$2,460.00** |
| **First Communion Gift** | $0.00 | $50.00 | |
| **Bank charges** | $6.00 | $35.72 | |
| **Food, Groceries, Restaurants, Lunches** | $94.72 | refer to work sheet | |
| **Parking** | $6.00 | $35.00 | |
| **Office Max (home office)** | $45.99 | $16.16 | |
| **BI monitoring** | $21.00 | $19.50 | |
| **Education** | $0.00 | $400.00 | |
| **Personal expenses** (including hair, nails, personal items, dry cleaning) | $81.00 | $196.37 | |
| **Newspapers** | $0.00 | $24.75 | |
| **Home Office/Business supplies** | $0.00 | $49.10 | |
| Post Office, Dappz | | | |
| **TOTALS** | **$274.71** | **$3,286.60** | |

# First National Bank

**Statement Ending 05/31/2017**

*JOSEPH CUERVO JR* *Page 1 of 6*

*Primary Account Number*[redacted]*610*

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Managing Your Accounts

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | 733507610 | $171.54 |

## WORKPLACE FIRST -[redacted]7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| **04/29/2017** | **Balance Last Statement** | **$673.52** | Minimum Balance | $176.54 |
| | 10 Credit(s) This Period | $13,665.67 | Average Ledger Balance | $2,565.06 |
| | 103 Debit(s) This Period | $14,167.65 | Average Available Balance | $2,322.64 |
| **05/31/2017** | **Balance This Statement** | **$171.54** | | |
| | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/29/2017** | **Balance Last Statement** | | | **$673.52** |
| 05/01/2017 | 793506 INTERNET XFER FR WORKPLACE BANKING XXXXXX20 ON 4/30/17 AT 21:55 | | $2,259.56 | $2,933.08 |
| 05/01/2017 | 41166 PIN PUR 05/01 16:42 GIANT-EAGLE #064 Bridgeville PA 41000900 5231~5411 | $143.87 | | $2,789.21 |
| 05/01/2017 | 0128 POS PUR 04/28 00:13 SIENNA MERCATO PITTSBURGH PA 73991430 000128 ~5812 | $51.87 | | $2,737.34 |
| 05/01/2017 | 786222 PIN PUR 04/30 16:19 TSP 203 HEIDELBERG PA 0001D566 786222 ~5541 | $18.52 | | $2,718.82 |
| 05/01/2017 | 81529 POS PUR 04/30 13:35 STARBUCKS STORE PITTSBURGH PA 00000000 081529~5814 | $17.18 | | $2,701.64 |
| 05/01/2017 | 20961 PIN PUR 05/01 11:31 PRESTO QWIK STOP PRESTO PA 05364984 712192560~5499 | $17.10 | | $2,684.54 |
| 05/02/2017 | 92469 POS PUR 05/01 17:37 MAMAUX SUPPLY CO 412-782-3456 PA 00000000 092~5099 | $168.53 | | $2,516.01 |
| 05/02/2017 | 737742 PIN PUR 05/01 22:47 TSP 203 HEIDELBERG PA 0001D566 737742 ~5541 | $18.42 | | $2,497.59 |
| 05/03/2017 | AES STDNT LOAN PA8878216010B | $200.00 | | $2,297.59 |
| 05/03/2017 | 78325 POS PUR 05/02 16:34 HERALD STAR STEUBENVILLE OH LK767772 078325 ~5192 | $24.75 | | $2,272.84 |
| 05/04/2017 | 388299 PIN PUR 05/04 15:45 SARASNICKS HARDW BRIDGEVILLE PA 07336964 3882~5251 | $64.18 | | $2,208.66 |

TRANSFER G G G G G H G SL HH H



## WORKPLACE FIRST -████7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/04/2017 | 974571 POS PUR 05/04 15:56 SUNOCO 050148160 BRIDGEVILLE PA 65378701 9745~5542 | $38.16 | | $2,170.50 |
| 05/04/2017 | 787129 PIN PUR 05/03 18:31 TSP 203 HEIDELBERG PA 0001D566 787129 ~5541 | $17.03 | | $2,153.47 |
| 05/04/2017 | 21589 POS PUR 05/03 01:49 STARBUCKS STORE BRIDGEVILLE PA 00000000 02158~5814 | $5.08 | | $2,148.39 |
| 05/04/2017 | 30095 POS PUR 05/03 15:09 PARKING IN PITTS PITTSBURGH PA 00315520 03009~7523 | $3.00 | | $2,145.39 |
| 05/04/2017 | 30452 POS PUR 05/03 15:51 PARKING IN PITTS PITTSBURGH PA 00315520 03045~7523 | $3.00 | | $2,142.39 |
| 05/04/2017 | 50477 POS PUR 05/03 15:32 PARKING IN PITTS PITTSBURGH PA 00423661 05047~7523 | $1.00 | | $2,141.39 |
| 05/05/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,475.38 | $3,616.77 |
| 05/05/2017 | 738558 PIN PUR 05/04 19:02 TSP 219 PITTSBURGH PA 0001D541 738558 ~5541 | $17.03 | | $3,599.74 |
| 05/08/2017 | 083859 INTERNET XFER FR WORKPLACE BANKING XXXXXX20 ON 5/08/17 AT 11:49 | | $4.55 | $3,604.29 |
| 05/08/2017 | 23547 POS PUR 05/06 19:43 PICCOLINAS PITTSBURGH PA 01827100 023547 ~5812 | $244.31 | | $3,359.98 |
| 05/08/2017 | 50014 POS PUR 05/05 04:42 #34 BRAVO GALLE PITTSBURGH PA 00661332 050014~5812 | $47.76 | | $3,312.22 |
| 05/08/2017 | 720918 PIN PUR 05/05 18:38 TSP 203 HEIDELBERG PA 0001D566 720918 ~5541 | $17.03 | | $3,295.19 |
| 05/09/2017 | DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $216.26 | | $3,078.93 |
| 05/09/2017 | 3388 ATM WTD 05/09 11:35 FIRST NAT BANK CARNEGIE PA PA900030 003388 ~6011 | $160.00 | | $2,918.93 |
| 05/09/2017 | 48812 PIN PUR 05/08 18:30 GIANT-EAGLE #064 Bridgeville PA 41000900 5115~5411 | $150.38 | | $2,768.55 |
| 05/09/2017 | CHECK # 100 | $50.00 | | $2,718.55 |
| 05/09/2017 | 794644 POS PUR 05/09 10:58 TSP 203 HEIDELBERG PA 0001D566 794644 ~5542 | $48.57 | | $2,669.98 |
| 05/09/2017 | 212530 PIN PUR 05/09 11:30 WALGREENS STORE CARNEGIE PA 99999999 212530 ~5912 | $34.73 | | $2,635.25 |
| 05/09/2017 | 701127 PIN PUR 05/09 11:00 TSP 203 HEIDELBERG PA 0001D566 701127 ~5541 | $17.03 | | $2,618.22 |
| 05/11/2017 | CHECK # 1002 | $1,000.00 | | $1,618.22 |
| 05/11/2017 | CHECK # 1001 | $266.00 | | $1,352.22 |
| 05/11/2017 | 66415 POS PUR 05/10 13:56 SEWICKLEY CREEK SEWICKLEY PA 50366415 066415 ~5261 | $45.94 | | $1,306.28 |
| 05/11/2017 | 0096 POS PUR 05/11 07:19 GET GO #3205 Carnegie PA 05023100 072186 ~5541 | $31.10 | | $1,275.18 |
| 05/11/2017 | 831072 PIN PUR 05/11 11:02 SHEETZ 0275 MORGANTOWN WV 08129101 831072 ~5541 | $22.24 | | $1,252.94 |
| 05/12/2017 | 17347 POS PUR 05/11 16:31 MCDONALD'S F3354 WAYNESBURG PA 1 017347 ~5814 | $3.59 | | $1,249.35 |
| 05/15/2017 | DEPOSIT | | $8,000.00 | $9,249.35 |
| 05/15/2017 | ATM SURCHARGE FEE REFUND | | $7.47 | $9,256.82 |
| 05/15/2017 | FOREIGN ATM FEE REFUND | | $7.50 | $9,264.32 |
| 05/15/2017 | SURCHARGE FEE 7105 ATM WTD 05/14 00:04 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $9,261.83 |
| 05/15/2017 | SURCHARGE FEE 7104 ATM WTD 05/14 00:02 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $9,259.34 |

## WORKPLACE FIRST - [redacted]7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/15/2017 | SURCHARGE FEE 7106 ATM WTD 05/14 00:05 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $9,256.85 |
| 05/15/2017 | FEE FOR ATM WTD 05/14 00:04 TRI STATE PETROL WASHINGTON PA HY009480 00042~6011 | $2.50 | | $9,254.35 |
| 05/15/2017 | FEE FOR ATM WTD 05/14 00:02 TRI STATE PETROL WASHINGTON PA HY009480 00025~6011 | $2.50 | | $9,251.85 |
| 05/15/2017 | FEE FOR ATM WTD 05/14 00:05 TRI STATE PETROL WASHINGTON PA HY009480 00052~6011 | $2.50 | | $9,249.35 |
| 05/15/2017 | 7105 ATM WTD 05/14 00:04 TRI STATE PETROL WASHINGTON PA HY009480 00042~6011 | $200.00 | | $9,049.35 |
| 05/15/2017 | 7104 ATM WTD 05/14 00:02 TRI STATE PETROL WASHINGTON PA HY009480 00025~6011 | $200.00 | | $8,849.35 |
| 05/15/2017 | 60267 PIN PUR 05/14 10:33 GIANT-EAGLE #064 Bridgeville PA 41001000 5464~5411 | $186.21 | | $8,663.14 |
| 05/15/2017 | 31090 POS PUR 05/14 20:54 IN * YARDSCAPE 412-5512488 PA 00000000 031090 ~0780 | $176.55 | | $8,486.59 |
| 05/15/2017 | 7106 ATM WTD 05/14 00:05 TRI STATE PETROL WASHINGTON PA HY009480 00052~6011 | $100.00 | | $8,386.59 |
| 05/15/2017 | 411868 PIN PUR 05/14 13:48 WALGREENS STORE CARNEGIE PA 99999999 411868 ~5912 | $53.64 | | $8,332.95 |
| 05/15/2017 | 2021 POS PUR 05/14 07:10 SPORT CLIPS PA-1 BRIDGEVILLE PA 00012793 0020~7230 | $27.00 | | $8,305.95 |
| 05/15/2017 | 606117 PIN PUR 05/14 13:23 OFFICE MAX/OFFI BRIDGEVILLE PA 99999999 60611~5943 | $16.16 | | $8,289.79 |
| 05/16/2017 | 904021 POS PUR 05/16 09:18 SUNOCO 001209311 CANONSBURG PA 27432601 90402~5542 | $42.50 | | $8,247.29 |
| 05/16/2017 | 32752 POS PUR 05/15 01:56 DAPPZ.COM 888-2733084 FL 71461999 032752 ~5722 | $39.30 | | $8,207.99 |
| 05/16/2017 | 30185 POS PUR 05/15 07:11 PARKING IN PITTS PITTSBURGH PA 00330777 03018~7523 | $3.00 | | $8,204.99 |
| 05/17/2017 | CHASE MTGE ONLINE PMT CKF962150893POS | $2,802.04 | | $5,402.95 |
| 05/17/2017 | VERIZON WIRELESS ONLINE PMT CKF962150893POS | $197.70 | | $5,205.25 |
| 05/17/2017 | PENN AMER WATER ONLINE PMT CKF962150893POS | $65.10 | | $5,140.15 |
| 05/17/2017 | 502085 PIN PUR 05/17 12:10 ADVANCE AUTO PAR CARNEGIE PA 31252504 502085 ~5533 | $58.84 | | $5,081.31 |
| 05/17/2017 | 822646 POS PUR 05/17 11:43 TSP 203 HEIDELBERG PA 0001D566 822646 ~5542 | $50.59 | | $5,030.72 |
| 05/17/2017 | 8767 POS PUR 05/17 00:30 MARATHON PETRO PITTSBURGH PA 01 008767 ~5542 | $43.47 | | $4,987.25 |
| 05/17/2017 | 77628 POS PUR 05/17 01:03 BI INCORPORATED 877-666-4349 CO 00000000 0776~7399 | $19.50 | | $4,967.75 |
| 05/17/2017 | 833947 PIN PUR 05/17 13:46 DOLLAR-GENERAL # NEW CUMBERLAN WV 99999999 83~5310 | $13.06 | | $4,954.69 |
| 05/17/2017 | 56340 POS PUR 05/16 23:58 THE MILK SHAKE F PITTSBURGH PA 00000000 05634~5814 | $6.10 | | $4,948.59 |
| 05/17/2017 | 702009 PIN PUR 05/17 11:45 TSP 203 HEIDELBERG PA 0001D566 702009 ~5541 | $3.58 | | $4,945.01 |
| 05/18/2017 | CHASE AUTOMOTIVE ONLINE PMT CKF962150893POS | $356.74 | | $4,588.27 |
| 05/18/2017 | ALLSTATE F&C INS INS PYMT 000000952895668 | $320.00 | | $4,268.27 |
| 05/18/2017 | ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $4,068.27 |
| 05/18/2017 | TruGreen COLLECTION 170517004001376 | $85.96 | | $3,982.31 |
| 05/18/2017 | 145412 PIN PUR 05/18 13:47 NEW CUMBERLAND S NEW CUMBERLAN WV LK248542 14~5411 | $68.08 | | $3,914.23 |
| 05/18/2017 | COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $59.44 | | $3,854.79 |
| 05/18/2017 | 335571 PIN PUR 05/18 09:38 USPS PO 55581407 NEW CUMBERLAN WV 99999999 33~9402 | $9.80 | | $3,844.99 |

First National Bank

**Statement Ending 05/31/2017**

*JOSEPH CUERVO JR* *Page 5 of 6*

*Primary Account Number: [redacted]7610*

## WORKPLACE FIRST -[redacted]7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/18/2017 | 761231 PIN PUR 05/18 06:17 TSP 203 HEIDELBERG PA 0001D566 761231 ~5541 | $3.29 | | $3,841.70 |
| 05/19/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,896.18 | $5,737.88 |
| 05/19/2017 | CHECK # 9361147 | $288.59 | | $5,449.29 |
| 05/19/2017 | AES STDNT LOAN PA8878216010B | $200.00 | | $5,249.29 |
| 05/22/2017 | ATM SURCHARGE FEE REFUND | | $2.53 | $5,251.82 |
| 05/22/2017 | FOREIGN ATM FEE REFUND | | $7.50 | $5,259.32 |
| 05/22/2017 | SURCHARGE FEE 6950 ATM WTD 05/19 22:49 PAI ISO NEW CUMBERLAN WV TN75918 006749 | $2.75 | | $5,256.57 |
| 05/22/2017 | SURCHARGE FEE 6951 ATM WTD 05/19 22:50 PAI ISO NEW CUMBERLAN WV TN75918 006750 | $2.75 | | $5,253.82 |
| 05/22/2017 | SURCHARGE FEE 6953 ATM WTD 05/19 22:52 PAI ISO NEW CUMBERLAN WV TN75918 006752 | $2.75 | | $5,251.07 |
| 05/22/2017 | FEE FOR ATM WTD 05/19 22:49 PAI ISO NEW CUMBERLAN WV TN75918 006749 ~6011 | $2.50 | | $5,248.57 |
| 05/22/2017 | FEE FOR ATM WTD 05/19 22:50 PAI ISO NEW CUMBERLAN WV TN75918 006750 ~6011 | $2.50 | | $5,246.07 |
| 05/22/2017 | FEE FOR ATM WTD 05/19 22:52 PAI ISO NEW CUMBERLAN WV TN75918 006752 ~6011 | $2.50 | | $5,243.57 |
| 05/22/2017 | 17776 POS PUR 05/21 02:03 NRT /THE MEADOWS WASHINGTON PA LK344980 01777~4829 | $900.00 | | $4,343.57 |
| 05/22/2017 | 6220 ATM WTD 05/21 18:29 FIRST NAT BANK BRIDGEVILLE PA PA900380 006220~6011 | $400.00 | | $3,943.57 |
| 05/22/2017 | 96719 RECURRING 05/22 07:10 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 096~4899 | $269.10 | | $3,674.47 |
| 05/22/2017 | 6950 ATM WTD 05/19 22:49 PAI ISO NEW CUMBERLAN WV TN75918 006749 ~6011 | $200.00 | | $3,474.47 |
| 05/22/2017 | 6951 ATM WTD 05/19 22:50 PAI ISO NEW CUMBERLAN WV TN75918 006750 ~6011 | $200.00 | | $3,274.47 |
| 05/22/2017 | 450745 PIN PUR 05/19 18:37 NEW CUMBERLAND S NEW CUMBERLAN WV LK248542 45~5411 | $138.62 | | $3,135.85 |
| 05/22/2017 | 857001 PIN PUR 05/21 12:16 THE HOME DEPOT 4 BRIDGEVILLE PA 06232750 7141~5200 | $115.29 | | $3,020.56 |
| 05/22/2017 | 6953 ATM WTD 05/19 22:52 PAI ISO NEW CUMBERLAN WV TN75918 006752 ~6011 | $100.00 | | $2,920.56 |
| 05/22/2017 | 29860 POS PUR 05/20 18:35 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 02986~7230 | $81.00 | | $2,839.56 |
| 05/22/2017 | 77467 POS PUR 05/21 08:36 BOB EVANS REST # BRIDGEVILLE PA 00000000 0774~5812 | $23.71 | | $2,815.85 |
| 05/22/2017 | 0061 POS PUR 05/20 00:08 JERSEY MIKE'S 80 BRIDGEVILLE PA 00005517 0000~5814 | $19.43 | | $2,796.42 |
| 05/22/2017 | 848543 PIN PUR 05/21 18:00 TSP 203 HEIDELBERG PA 0001D566 848543 ~5541 | $18.42 | | $2,778.00 |
| 05/22/2017 | 686983 PIN PUR 05/20 12:20 KWIK KING BP 171 WEIRTON WV 02296701 686983 ~5541 | $14.57 | | $2,763.43 |
| 05/22/2017 | 898116 PIN PUR 05/19 22:54 SMITH OIL NEW CUMBERLAN WV 30452101 898116 ~5541 | $13.64 | | $2,749.79 |
| 05/22/2017 | 46144 POS PUR 05/21 12:27 STARBUCKS STORE BRIDGEVILLE PA 00000000 04614~5814 | $7.38 | | $2,742.41 |
| 05/23/2017 | 2872 POS PUR 05/22 22:05 PUH GARAGE PITTSBURGH PA 00000000 002872 ~7523 | $22.00 | | $2,720.41 |
| 05/24/2017 | CHECK # 1004 | $1,500.00 | | $1,220.41 |
| 05/24/2017 | CHECK # 1003 | $588.00 | | $632.41 |

## WORKPLACE FIRST - [redacted]7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| A 05/24/2017 | 3345 RECURRING 05/24 00:10 SXM* SIRIUSXM.COM 888-635-5144 NY 00000000 003~4899 | $158.52 | | $473.89 |
| G 05/24/2017 | 710934 PIN PUR 05/23 18:26 TSP 203 HEIDELBERG PA 0001D566 710934 ~5541 | $17.92 | | $455.97 |
| G 05/24/2017 | 37396 POS PUR 05/23 08:51 STARBUCKS STORE BRIDGEVILLE PA 00000000 03739~5814 | $17.18 | | $438.79 |
| A 05/26/2017 | 20842 POS PUR 05/25 18:45 GET GO #3205 Carnegie PA 05023100 566137 ~5541 | $31.01 | | $407.78 |
| G 05/30/2017 | 30439 PIN PUR 05/27 10:39 GIANT-EAGLE #064 Bridgeville PA 41001100 6194~5411 | $197.40 | | $210.38 |
| G 05/30/2017 | 112701 PIN PUR 05/28 18:36 SUNOCO 036350180 BRIDGEVILLE PA 41949301 1127~5541 | $15.84 | | $194.54 |
| MC 05/31/2017 | MONTHLY SERVICE CHRG REFUND | | $5.00 | $199.54 |
| MD 05/31/2017 | 51916 POS PUR 05/30 18:27 UPMC COMMUNITY M PITTSBURGH PA 00000000 05191~8011 | $20.00 | | $179.54 |
| P 05/31/2017 | 10328 POS PUR 05/30 08:20 PARKING IN PITTS PITTSBURGH PA 00348612 01032~7523 | $3.00 | | $176.54 |
| SC 05/31/2017 | SERVICE CHARGE | $5.00 | | $171.54 |
| **05/31/2017** | **Balance This Statement** | | | **$171.54** |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 100 | 05/09/2017 gift | $50.00 |
| 1001* | 05/11/2017 filing fee | $266.00 |
| 1002 | 05/11/2017 PF | $1,000.00 |
| 1003 | 05/24/2017 I | $588.00 |
| 1004 | 05/24/2017 PF | $1,500.00 |
| 9361147* | 05/19/2017 V | $288.59 |

* Indicates skipped check number

### Daily Balances

| Date | Amount |
|---|---|
| 05/01/2017 | $2,684.54 |
| 05/02/2017 | $2,497.59 |
| 05/03/2017 | $2,272.84 |
| 05/04/2017 | $2,141.39 |
| 05/05/2017 | $3,599.74 |
| 05/08/2017 | $3,295.19 |
| 05/09/2017 | $2,618.22 |
| 05/11/2017 | $1,252.94 |
| 05/12/2017 | $1,249.35 |
| 05/15/2017 | $8,289.79 |
| 05/16/2017 | $8,204.99 |
| 05/17/2017 | $4,945.01 |
| 05/18/2017 | $3,841.70 |
| 05/19/2017 | $5,249.29 |
| 05/22/2017 | $2,742.41 |
| 05/23/2017 | $2,720.41 |
| 05/24/2017 | $438.79 |
| 05/26/2017 | $407.78 |
| 05/30/2017 | $194.54 |
| 05/31/2017 | $171.54 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

Mor Individual worksheet MONTH MAY 2017

All monthly expenses are paid as they are incurred. Beginning bank balance $4.55

Total credits (additions for month) $2,259.56 Total debits (deductions for month) $2,264.11

**FNB 0020 account**

**Income**

| | |
|---|---|
| **Wages** | $2,259.56 |
| **Draws** (deposit to open new DIP acct) | $0.00 |
| **Interest & Dividends** | $0.00 |
| **Social Security & Pension Income** | $0.00 |
| **Miscellaneous credts** (Bank charges) | $0.00 |
| **Total Income *** | **$2,259.56** |

*Should balance with bank statement credits for month (additions)

**Expenses**

| | |
|---|---|
| **Mortgage payments (M)** | $0.00 |
| **Vehicle payments (V)** | $0.00 |
| **Utilities (U)** | $0.00 |
| **Insurance (I)** | $0.00 |
| **Auto fuel and repairs (A)** | $0.00 |
| **Home repairs and maintenance (H)** | $0.00 |
| **Medial (MD)** | $0.00 |
| **Charitable (C)** | $0.00 |
| **Payroll taxes (withheld from pay) (PT)** | $0.00 |
| **Real estate taxes (RTX)** | $0.00 |
| **Professional fees (PF)** | $0.00 |
| **Other (see attached )** Monies transferred into act 7610 | $2,264.11 |
| **Total Expenses *** | **$2,264.11** |

* Should balance with bank statement debits for month (deductions)

**Reconciliation**

| | |
|---|---|
| **Beginning bank Balance** | $4.55 |
| **Plus Income for period** | $2,259.56 |
| **Subtotal** | $2,264.11 |
| **Less Expenses** | $2,264.11 |
| **Month End Bank Balance** | **$0.00** |

First National Bank 0020

| OTHER EXPENSE Category | April 2017 | May 2017 | | |
|---|---|---|---|---|
| **ATM** | $1,500.00 | $0.00 | | |
| **Funds transferred into act 7610** | $0.00 | $2,264.11 | | |
| **Bank charges** | $40.66 | $0.00 | | |
| **Food, Groceries, Restaurants, Lunches** | $448.01 | $0.00 | | |
| **Parking** | $0.00 | $0.00 | | |
| **Office Max (home office)** | $0.00 | $0.00 | | |
| **BI monitoring** | $0.00 | $0.00 | | |
| **Personal expenses** (including hair, nails, dry cleaning, grandson's birthday) | $500.00 | $0.00 | | |
| | **$2,488.67** | **$2,264.11** | | |
| | | | | |

# First National Bank

**Statement Ending 05/26/2017**

*MARY E CUERVO* *Page 1 of 2*

*Primary Account Number:* [redacted]0020

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

MARY E CUERVO
JOSEPH CUERVO JR
8000 SHERWOOD DR
PRESTO PA 15142-1078

## *Managing Your Accounts*

| | |
|---|---|
| Online | www.fnb-online.com |
| By Phone | 1 800-555-5455 |
| By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## *Summary of Accounts*

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE BANKING | 6600050020 | $0.00 |

## WORKPLACE BANKING - [redacted]0020

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| **04/27/2017** | **Balance Last Statement** | **$4.55** | Minimum Balance | $0.00 |
| | 1 Credit(s) This Period | $2,259.56 | Average Ledger Balance | $1.66 |
| | 2 Debit(s) This Period | $2,264.11 | Average Available Balance | $1.66 |
| **05/26/2017** | **Balance This Statement** | **$0.00** | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **04/27/2017** | **Balance Last Statement** | | | **$4.55** |
| 05/01/2017 | Medco Commercial MEPAYROLL 000200 | | $2,259.56 | $2,264.11 |
| 05/01/2017 | 793506 INTERNET XFER TO WORKPLACE BANKING XXXXXX7610 ON 4/30/17 AT 21:55 | $2,259.56 | | $4.55 |
| 05/08/2017 | 083859 INTERNET XFER TO WORKPLACE BANKING XXXXXX7610 ON 5/08/17 AT 11:49 | $4.55 | | $0.00 |
| **05/26/2017** | **Balance This Statement** | | | **$0.00** |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/01/2017 | $4.55 | 05/08/2017 | $0.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| **Debtors.** | ) | **Document No.** |

**Certificate of Service**

I, Gary W. Short, certify under penalty of perjury that on June 13, 2017
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☑ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

Dated: 6/13/17

/s/ Gary W. Short
Gary W. Short, Esquire (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com