

**U.S. Department of Justice**

Office of the United States Trustee

*Western District of Pennsylvania*

*1001 Liberty Avenue, Room 970*   *(412) 644-4756*
*Pittsburgh, PA   15222*              *fax (412) 644-4785*

# MINUTES OF §341 MEETING OF CREDITORS
## CHAPTER 11

IN RE:

Joseph Cuervo and Mary E. Cuervo,          CASE NO. 17-20492-GLT

DEBTORS-IN-POSSESSION

The §341(a) Meeting of Creditors was **convened** on June 23, 2017 and closed.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Region 3

By: /s/ Larry Wahlquist
    Larry Wahlquist
    Trial Attorney
    Presiding Officer
    Larry.E.Wahlquist@usdoj.gov

Date: June 23, 2017