UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.    Case No. 17-20492-GLT

Reporting Period: June 2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     7/22/17
Signature of Debtor                 Date

_____     7/22/17
Signature of Joint Debtor           Date

_____     _____
Signature of Preparer               Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E          Reporting Period: __JUNE 2017__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | June Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| Cash - Beginning of Month | $171.54 | *** See Notes Below |
| **RECEIPTS** | | |
| **Beginning Balance** | | $4,249.45 |
| Wages (NET) | $9,929.22 | $32,661.16 |
| Draws | $5,000.00 | $50,102.28 |
| Interest and Dividend Income (cash deposit) | $0.00 | $160.00 |
| Sale of Assets | $0.00 | $3,700.00 |
| Other Income (attach schedule)   BANK CREDITS | $25.00 | $130.32 |
| Total Receipts | $15,125.76 | $91,003.21 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s)   (June payment to be posted in July) | $0.00 | $11,117.98 |
| Groceries/Food/Dining Out | $1,396.21 | $3,923.39 |
| Other Secured Note Payments | $0.00 | $0.00 |
| Utilities | $773.12 | $4,183.84 |
| Insurance | $200.00 | $2,238.68 |
| Auto Expense | $738.95 | $2,460.13 |
| Vehichle Payments | $645.33 | $3,226.65 |
| Lease Payments | $0.00 | $0.00 |
| IRA Contributions | $0.00 | $955.20 |
| Repairs and Maintenance | $0.00 | $1,680.45 |
| Medical Expenses | $92.44 | $129.60 |
| Household Expenses | $661.26 | $1,953.46 |
| Charitable Contributions | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $2,789.12 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $0.00 | $0.00 |
| Travel and Entertainment | $0.00 | $0.00 |
| Bank Charges | $26.99 | $431.84 |
| Gifts | $0.00 | $2,780.00 |
| Other (attach schedule) | $1,298.22 | $36,907.63 |
| Total Ordinary Disbursements | $5,832.52 | $74,777.97 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees   (Gary Short) | $0.00 | $6,400.00 |
| U.S. Trustee Fees | $325.28 | $325.28 |
| Other Reorganization Expenses   (filing fee) | $0.00 | $532.00 |
| Total Reorganization Items | $325.28 | $7,257.28 |
| Total Disbursements (Ordinary & Reorganization) | $6,157.80 | $82,035.25 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $8,967.96 | $8,967.96 |
| Cash - End of Month (Must equal reconciled bank statement) | $8,967.96 | |

*** Other disbursements: funds withheld from payroll   Total taxes = $2,729.65   Total other Deductions = $2,207.62

*** In the "**Cumulative Filing to Date Actual**" column, calculation errors noted from previous months. This month's cumulative column is amended to reflect the corrected calculations. No error in recording disbursements.

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E                    Reporting Period:    JUNE 2017

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) | $550.00 | |
| Check cashed | $200.00 | |
| Parking Ticket | $11.00 | |
| Dry Cleaning | $108.50 | |
| Clothing Purchases | $114.60 | |
| Home Office/Business expenses | $38.59 | |
| Personal expenses (including hair, nails, etc) | $275.53 | |
| TOTAL | $1,298.22 | $36,907.63 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: _June, 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | 0 |
| Total Taxes | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: Jun 2017

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | 0 |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5  
(9/99)

| Mor Individual worksheet | MONTH | JUNE 2017 | FNB account: 7610 |

All monthly expenses are paid as they are incurred.    Beginning bank balance __$171.54__
Total credits (additions for month) __$14,954.22__    Total debits (deductions for month) __$6,157.80__

### Income

| | |
|---|---|
| Wages | $9,929.22 |
| Draws | $5,000.00 |
| Interest & Dividends | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits     (MC) | $25.00 |
| Total Income * | $14,954.22 |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $0.00 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $773.12 |
| Insurance (I) | $200.00 |
| Auto fuel and repairs (A) | $738.95 |
| Groceries/Dining out (G) | $1,396.21 |
| Home repairs and maintenance (H) | $661.26 |
| Medical (MD) | $92.44 |
| Charitable (C) | $0.00 |
| Payroll taxes (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $0.00 |
| U.S. Trustee Fees (US) | $325.28 |
| Bank Charges (BC) | $26.99 |
| Household (everything else) (HH)    Other (see attached) | $1,298.22 |
| Total Expenses * | $6,157.80 |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $171.54 |
| Plus Income for period | $14,954.22 |
| Subtotal | $15,125.76 |
| Less Expenses | $6,157.80 |
| Month End Bank Balance | $8,967.96 |

First National Bank    Statement Ending 06/30/2017

4140 E. State Street
Hermitage, PA 16148

JOSEPH CUERVO JR                                    Page 1 of 8
Primary Account Number ****7610

**ADDRESS SERVICE REQUESTED**

### Managing Your Accounts

| | | |
|---|---|---|
|  | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
|  | By Mail | 4140 E. State Street Hermitage, PA 16148 |

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ****7610 | $8,967.96 |

# WORKPLACE FIRST - ****7610

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 06/01/2017 | Balance Last Statement | $171.54 | Minimum Balance | $182.64 |
| | 15 Credit(s) This Period | $14,954.22 | Average Ledger Balance | $2,190.11 |
| | 128 Debit(s) This Period | $6,157.80 | Average Available Balance | $2,190.11 |
| 06/30/2017 | Balance This Statement | $8,967.96 | | |
| | Service Charges | $5.00 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2017 | Balance Last Statement | | | $171.54 |
| 06/01/2017 | Medco Commercial MEPAYROLL 000200 | | $2,259.56 | $2,431.10 |
| 06/01/2017 | ATM SURCHARGE FEE REFUND | | $2.50 | $2,433.60 |
| 06/01/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $2,436.10 |
| 06/01/2017 | SURCHARGE FEE 426568 ATM WTD 06/01 17:05 NORTHWEST CARNEGIE PA XN0918 426568 ~6 | $2.50 | | $2,433.60 |
| 06/01/2017 | FEE FOR ATM WTD 06/01 17:05 NORTHWEST CARNEGIE PA XN0918 426568 ~6011 | $2.50 | | $2,431.10 |
| 06/01/2017 | 426568 ATM WTD 06/01 17:05 NORTHWEST CARNEGIE PA XN0918 426568 ~6011 | $40.00 | | $2,391.10 |
| 06/01/2017 | 623573 POS PUR 06/01 07:17 GET GO #3205 350 Carnegie PA 99999999 623573 ~5542 | $20.01 | | $2,371.09 |
| 06/01/2017 | 769903 PIN PUR 06/01 10:15 TSP 203 HEIDELBERG PA 0001D566 769903 ~5541 | $18.53 | | $2,352.56 |
| 06/02/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,756.92 | $4,109.48 |
| 06/02/2017 | 11629 PIN PUR 06/01 19:06 DOLLAR GENERAL # NEW MANCHESTE WV 99999999 01~5310 | $13.06 | | $4,096.42 |
| 06/02/2017 | 88061 POS PUR 06/01 13:35 MCDONALD'S F1153 WASHINGTON PA 1 088061 ~5814 | $6.64 | | $4,089.78 |
| 06/05/2017 | 17093 POS PUR 06/03 00:55 Walnut Grill - B Bridgeville PA 00000000 0170~5812 | $234.37 | | $3,855.41 |



Member FDIC
EQUAL HOUSING LENDER

Case 17-20492-GLT   Doc 95   Filed 07/22/17   Entered 07/22/17 10:15:06   Desc Main
Document   Page 8 of 16

First National Bank   Statement Ending 06/30/2017

*JOSEPH CUERVO JR*  
*Primary Account Number:* ####7610

Page 3 of 8

## WORKPLACE FIRST - ####7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/05/2017 | 35826 PIN PUR 06/03 13:48 GIANT-EAGLE #064 Bridgeville PA 41001100 7521~5411 | $129.66 | | $3,725.75 |
| 06/05/2017 | 51233 POS PUR 06/03 04:50 CASTROL PREMIUM BRIDGEVILLE PA 00535319 05123~7538 | $120.89 | | $3,604.86 |
| 06/05/2017 | 719301 PIN PUR 06/03 13:06 THE HOME DEPOT 4 BRIDGEVILLE PA 06232749 7154~5200 | $67.06 | | $3,537.80 |
| 06/05/2017 | 46463 POS PUR 06/02 18:14 GET GO #3205 CARNEGIE PA 00000000 046463 ~5541 | $56.50 | | $3,481.30 |
| 06/05/2017 | 613004 PIN PUR 06/03 14:00 WINE & SPIRITS 0 BRIDGEVILLE PA 05777256 6130~5921 | $49.20 | | $3,432.10 |
| 06/05/2017 | 827507 POS PUR 06/05 14:30 TSP 203 HEIDELBERG PA 0001D566 827507 ~5542 | $46.35 | | $3,385.75 |
| 06/05/2017 | 828689 PIN PUR 06/05 14:32 TSP 203 HEIDELBERG PA 0001D566 828689 ~5541 | $25.58 | | $3,360.17 |
| 06/05/2017 | 21701 PIN PUR 06/03 09:29 PRESTO QWIK STOP PRESTO PA 05364984 715460271~5499 | $20.49 | | $3,339.68 |
| 06/05/2017 | 83513 POS PUR 06/03 19:30 REDWEEK.COM 425-4584440 CA 01083701 083513 ~7311 | $18.99 | | $3,320.69 |
| 06/05/2017 | 52340 POS PUR 06/03 05:40 MR MAGIC CAR WAS BRIDGEVILLE PA 61752340 0523~7542 | $18.00 | | $3,302.69 |
| 06/05/2017 | 896141 PIN PUR 06/03 09:16 ADVANCE AUTO PAR CARNEGIE PA 31252503 896141 ~5533 | $14.10 | | $3,288.59 |
| 06/05/2017 | 26685 POS PUR 06/02 11:43 SQ * WINTERS BUSI Carnegie PA 00000000 026685 ~5499 | $9.03 | | $3,279.56 |
| 06/05/2017 | 830043 PIN PUR 06/04 14:01 BFS 52 GROVE CITY PA 00014N39 830043 ~5541 | $7.96 | | $3,271.60 |
| 06/05/2017 | 46471 POS PUR 06/02 20:22 STEAK-N-SHAKE#06 MONACA PA 00000000 046471 ~5814 | $6.88 | | $3,264.72 |
| 06/05/2017 | 55854 POS PUR 06/04 06:07 SQ * PEACE, LOVE Grove City PA 00000000 055854~5499 | $3.00 | | $3,261.72 |
| 06/05/2017 | 4618 PIN PUR 06/03 13:34 GIANT-EAGLE #064 Bridgeville PA 41004700 7372~5912 | $2.36 | | $3,259.36 |
| 06/06/2017 | 6870 ATM WTD 06/05 21:01 FIRST NAT BANK BRIDGEVILLE PA PA900380 006870~6011 | $200.00 | | $3,059.36 |
| 06/06/2017 | 61688 PIN PUR 06/06 13:38 WALGREENS STORE CARNEGIE PA W0995022 022022 ~5912 | $56.84 | | $3,002.52 |
| 06/06/2017 | 31985 PIN PUR 06/06 12:47 GIANT-EAGLE #064 Bridgeville PA 41000100 6984~5411 | $43.45 | | $2,959.07 |
| 06/06/2017 | 938175 POS PUR 06/05 21:03 SUNOCO 036350180 BRIDGEVILLE PA 41949301 9381~5542 | $40.00 | | $2,919.07 |
| 06/06/2017 | 29513 POS PUR 06/05 13:21 GUMBY'S THREE SP WEIRTON WV 42329513 029513 ~5499 | $27.93 | | $2,891.14 |
| 06/06/2017 | 40002 POS PUR 06/05 16:56 AVEDA EC#913 PITTSBURGH PA 07158519 040002 ~5999 | $24.82 | | $2,866.32 |
| 06/07/2017 | COMCAST ONLINE PMT CKF962150893POS | $270.65 | | $2,595.67 |
| 06/07/2017 | DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $223.09 | | $2,372.58 |
| 06/07/2017 | 87489 POS PUR 06/06 10:51 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 08748~7230 | $65.00 | | $2,307.58 |
| 06/07/2017 | 22243 POS PUR 06/05 04:42 NORDSTROM #0237 PITTSBURGH PA 13222243 022243~5814 | $56.60 | | $2,250.98 |
| 06/07/2017 | 0120 POS PUR 06/06 04:13 UNIV OF PGH PHYS PITTSBURGH PA 00000000 00012~8011 | $20.00 | | $2,230.98 |

## WORKPLACE FIRST - ▓▓▓▓7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/08/2017 | 981925 PIN PUR 06/07 19:03 7-ELEVEN PITTSBURGH PA 00N04601 190340981925 ~5541 | $23.51 | | $2,207.47 |
| 06/08/2017 | 21820 PIN PUR 06/08 10:52 PRESTO QWIK STOP PRESTO PA 05364984 715985262~5499 | $16.11 | | $2,191.36 |
| 06/08/2017 | 742489 PIN PUR 06/07 19:32 TSP 203 HEIDELBERG PA 0001D566 742489 ~5541 | $11.00 | | $2,180.36 |
| 06/09/2017 | 10006 POS PUR 06/08 03:34 MCMURRAY DRY CLE CANONSBURG PA 04294850 01000~7216 | $42.50 | | $2,137.86 |
| 06/09/2017 | 765497 PIN PUR 06/09 13:07 KNORRS AUTOMOTIV CARNEGIE PA 0001V461 765497 ~5541 | $20.27 | | $2,117.59 |
| 06/09/2017 | 62941 POS PUR 06/08 22:12 STARBUCKS STORE PITTSBURGH PA 00000000 062941~5814 | $4.23 | | $2,113.36 |
| 06/12/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $2,115.86 |
| 06/12/2017 | ATM SURCHARGE FEE REFUND | | $3.50 | $2,119.36 |
| 06/12/2017 | SURCHARGE FEE 175199 ATM WTD 06/10 21:03 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 | $3.50 | | $2,115.86 |
| 06/12/2017 | FEE FOR ATM WTD 06/10 21:03 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 175199 ~6011 | $2.50 | | $2,113.36 |
| 06/12/2017 | 175199 ATM WTD 06/10 21:03 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 175199 ~6011 | $80.00 | | $2,033.36 |
| 06/12/2017 | 977516 PIN PUR 06/12 14:17 LOWE'S #2417 CARNEGIE PA 001 977516 ~5200 | $36.53 | | $1,996.83 |
| 06/12/2017 | 34216 POS PUR 06/10 18:42 GET GO #3205 Carnegie PA 05023100 835645 ~5541 | $30.00 | | $1,966.83 |
| 06/12/2017 | 40457 PIN PUR 06/11 12:07 BEST BUY 00 PITTSBURGH PA 06566369 7162485826~5732 | $17.11 | | $1,949.72 |
| 06/12/2017 | 23875 POS PUR 06/10 05:06 GET GO #3205 CARNEGIE PA 00000000 023875 ~5541 | $17.04 | | $1,932.68 |
| 06/12/2017 | 701418 PIN PUR 06/12 07:08 TSP 203 HEIDELBERG PA 0001D566 701418 ~5541 | $17.03 | | $1,915.65 |
| 06/12/2017 | 628901 PIN PUR 06/09 20:00 THE HOME DEPOT 4 BRIDGEVILLE PA 06232786 7161~5200 | $11.17 | | $1,904.48 |
| 06/12/2017 | 809761 PIN PUR 06/10 06:53 TSP 203 HEIDELBERG PA 0001D566 809761 ~5541 | $9.52 | | $1,894.96 |
| 06/12/2017 | 58623 PIN PUR 06/11 12:44 GET GO #3057 Pittsburgh PA 57007500 212837 ~5541 | $8.02 | | $1,886.94 |
| 06/12/2017 | 0047 POS PUR 06/09 20:46 DAIRY QUEEN #135 CARNEGIE PA 01129413 000047 ~5814 | $7.04 | | $1,879.90 |
| 06/12/2017 | 49804 POS PUR 06/11 16:20 STARBUCKS STORE PITTSBURGH PA 00000000 049804~5814 | $4.23 | | $1,875.67 |
| 06/13/2017 | ATM SURCHARGE FEE REFUND | | $2.49 | $1,878.16 |
| 06/13/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $1,880.66 |
| 06/13/2017 | SURCHARGE FEE 8803 ATM WTD 06/12 20:36 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $1,878.17 |
| 06/13/2017 | FEE FOR ATM WTD 06/12 20:36 TRI STATE PETROL WASHINGTON PA HY009480 20362~6011 | $2.50 | | $1,875.67 |
| 06/13/2017 | 8803 ATM WTD 06/12 20:36 TRI STATE PETROL WASHINGTON PA HY009480 20362~6011 | $200.00 | | $1,675.67 |
| 06/13/2017 | 744246 POS PUR 06/13 15:26 TSP 203 HEIDELBERG PA 0001D566 744246 ~5542 | $56.22 | | $1,619.45 |
| 06/13/2017 | 41401 POS PUR 06/12 11:58 JOANN FABRIC #02 BRIDGEVILLE PA 00007248 0414~5949 | $45.56 | | $1,573.89 |
| 06/13/2017 | 60672 POS PUR 06/12 16:12 STARBUCKS STORE BRIDGEVILLE PA 00000000 06067~5814 | $23.12 | | $1,550.77 |
| 06/13/2017 | 750419 PIN PUR 06/12 20:38 TRI STATE 211 WASHINGTON PA 0001D525 750419 ~5541 | $17.77 | | $1,533.00 |

# WORKPLACE FIRST - XXXX7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/13/2017 | 805568 PIN PUR 06/13 06:37 TSP 203 HEIDELBERG PA 0001D566 805568 ~5541 | $12.82 | | $1,520.18 |
| 06/13/2017 | 540559 POS PUR 06/12 21:30 BURGER KING #155 WASHINGTON PA 00295671 71646~5814 | $9.67 | | $1,510.51 |
| 06/13/2017 | 30142 POS PUR 06/12 21:20 PARKING IN PITTS PITTSBURGH PA 00330777 03014~7523 | $4.00 | | $1,506.51 |
| 06/14/2017 | 90003 POS PUR 06/13 06:18 IDEAS VINTAGE MA SEWICKLEY PA 05283662 090003~5932 | $76.88 | | $1,429.63 |
| 06/14/2017 | 41186 PIN PUR 06/13 18:47 WM SUPERCENTER # WEIRTON WV 19480048 404616 ~5411 | $63.54 | | $1,366.09 |
| 06/14/2017 | 11704 POS PUR 06/13 04:24 LA CUCINA TASTE WEIRTON WV 01583477 011704 ~5812 | $43.52 | | $1,322.57 |
| 06/14/2017 | 69291 POS PUR 06/13 15:44 GUMBY'S THREE SP WEIRTON WV 41569291 069291 ~5499 | $27.93 | | $1,294.64 |
| 06/14/2017 | 11701 POS PUR 06/13 04:54 LA CUCINA TASTE WEIRTON WV 01583477 011701 ~5812 | $10.70 | | $1,283.94 |
| 06/14/2017 | 66600 POS PUR 06/13 04:45 STARBUCKS STORE BRIDGEVILLE PA 00000000 06660~5814 | $8.13 | | $1,275.81 |
| 06/15/2017 | 78344 PIN PUR 06/14 18:02 SMITH OIL NEW CUMBERLAN WV 30452101 078344 ~5541 | $27.33 | | $1,248.48 |
| 06/15/2017 | 622535 PIN PUR 06/14 20:49 ADVANCE AUTO PAR CARNEGIE PA 31252504 622535 ~5533 | $20.31 | | $1,228.17 |
| 06/16/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $2,038.27 | $3,266.44 |
| 06/16/2017 | 997693 PIN PUR 06/15 17:54 14014 - SHADYSID PITTSBURGH PA 102 997693 ~5691 | $58.00 | | $3,208.44 |
| 06/16/2017 | 10015 POS PUR 06/15 16:21 IDEAS VINTAGE MA SEWICKLEY PA 05283662 010015~5932 | $54.46 | | $3,153.98 |
| 06/16/2017 | 843050 PIN PUR 06/16 08:50 GAS N' GO (CITGO CANONSBURG PA 004CLI28 84305~5541 | $8.93 | | $3,145.05 |
| 06/16/2017 | 769121 PIN PUR 06/15 19:43 TSP 203 HEIDELBERG PA 0001D566 769121 ~5541 | $8.03 | | $3,137.02 |
| 06/16/2017 | 22595 POS PUR 06/15 12:04 BRUEGGERS #122 SEWICKLEY PA LK675105 022595 ~5814 | $4.29 | | $3,132.73 |
| 06/16/2017 | 14807 POS PUR 06/15 07:37 STARBUCKS STORE SEWICKLEY PA 00000000 014807 ~5814 | $4.23 | | $3,128.50 |
| 06/16/2017 | 33483 POS PUR 06/15 15:21 STARBUCKS STORE BRIDGEVILLE PA 00000000 03348~5814 | $4.23 | | $3,124.27 |
| 06/16/2017 | 10775 POS PUR 06/15 05:28 PARKING IN PITTS PITTSBURGH PA 00348612 01077~7523 | $2.00 | | $3,122.27 |
| 06/16/2017 | 94952 POS PUR 06/15 02:01 SEWICKLEYBOROPAR SEWICKLEY PA 70000001 094952~9399 | $1.00 | | $3,121.27 |
| 06/19/2017 | 17111 POS PUR 06/16 17:17 BOWSER CADILLAC MCMURRAY PA 00000000 017111 ~7538 | $131.45 | | $2,989.82 |
| 06/19/2017 | 80010 POS PUR 06/16 22:40 MCMURRAY DRY CLE CANONSBURG PA 04294850 08001~7216 | $60.50 | | $2,929.32 |
| 06/19/2017 | 43008 POS PUR 06/15 18:07 BOWSER CADILLAC MCMURRAY PA 00000000 043008 ~7538 | $42.29 | | $2,887.03 |
| 06/19/2017 | 836565 POS PUR 06/18 08:39 GET GO #3137 8A Leetsdale PA 99999999 836565 ~5542 | $37.56 | | $2,849.47 |
| 06/19/2017 | 39977 POS PUR 06/18 04:02 STARBUCKS STORE CANONSBURG PA 00000000 039977~5814 | $25.55 | | $2,823.92 |
| 06/19/2017 | 2215 POS PUR 06/17 14:52 SPORT CLIPS PA-1 BRIDGEVILLE PA 00012793 0022~7230 | $25.00 | | $2,798.92 |

## WORKPLACE FIRST - ███████7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/19/2017 | MD 753376 PIN PUR 06/17 11:35 GNC 1380 GNC 013 BRIDGEVILLE PA 99999999 7533~5499 | $20.99 | | $2,777.93 |
| 06/19/2017 | G 0043 POS PUR 06/17 23:48 BEER & POP 4 LES BRIDGEVILLE PA 00006596 0000~5921 | $20.74 | | $2,757.19 |
| 06/19/2017 | HH 2700 POS PUR 06/18 12:47 BI INCORPORATED 877-666-4349 CO 00000000 0027~7399 | $18.00 | | $2,739.19 |
| 06/19/2017 | G 724961 PIN PUR 06/16 23:14 TRI STATE 211 WASHINGTON PA 0001D525 724961~5541 | $16.88 | | $2,722.31 |
| 06/19/2017 | HH 801549 PIN PUR 06/18 18:36 BARNESNOBLE 4005 Columbus OH 99999999 801549~5942 | $13.55 | | $2,708.76 |
| 06/19/2017 | G 965195 PIN PUR 06/16 18:58 7-ELEVEN PITTSBURGH PA 00N04601 185852965195~5541 | $10.72 | | $2,698.04 |
| 06/19/2017 | HH 932903 PIN PUR 06/18 10:47 WALGREENS STORE CANONSBURG PA 99999999 932903~5912 | $8.78 | | $2,689.26 |
| 06/20/2017 | √ CHASE AUTOMOTIVE ONLINE PMT CKF962150893POS | $356.74 | | $2,332.52 |
| 06/20/2017 | HH CHECK # 1007 | $200.00 | | $2,132.52 |
| 06/20/2017 | L ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $1,932.52 |
| 06/20/2017 | U VERIZON WIRELESS ONLINE PMT CKF962150893POS | $197.70 | | $1,734.82 |
| 06/20/2017 | G 33872 PIN PUR 06/20 13:51 GIANT-EAGLE #064 Bridgeville PA 41001000 7367~5411 | $194.74 | | $1,540.08 |
| 06/20/2017 | H 913256 PIN PUR 06/20 11:52 BEDBATH&BEYOND# BETHEL PARK PA 99999999 91325~5719 | $117.09 | | $1,422.99 |
| 06/20/2017 | U PEOPLES NAT GAS ONLINE PMT CKF962150893POS | $75.48 | | $1,347.51 |
| 06/20/2017 | G 32925 POS PUR 06/19 10:51 STARBUCKS STORE BEXLEY OH 00000000 032925~5814 | $22.05 | | $1,325.46 |
| 06/20/2017 | HH 305922 PIN PUR 06/20 10:38 USPS PO 41680002 PRESTO PA 99999999 305922~9402 | $19.60 | | $1,305.86 |
| 06/20/2017 | U COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $6.20 | | $1,299.66 |
| 06/21/2017 | G 54308 POS PUR 06/19 18:32 PITTSBURGH BOTTL BRIDGEVILLE PA 00000000 0543~5812 | $56.26 | | $1,243.40 |
| 06/21/2017 | G 788965 PIN PUR 06/21 05:16 TSP 203 HEIDELBERG PA 0001D566 788965~5541 | $17.03 | | $1,226.37 |
| 06/21/2017 | G 31964 PIN PUR 06/20 18:31 GIANT-EAGLE #064 Bridgeville PA 41004700 9814~5912 | $14.73 | | $1,211.64 |
| 06/22/2017 | √ CHECK # 9923122 | $288.59 | | $923.05 |
| 06/26/2017 | H 89803 POS PUR 06/25 11:13 IN * YARDSCAPE 412-5512488 PA 00000000 089803~0780 | $235.40 | | $687.65 |
| 06/26/2017 | G 34073 POS PUR 06/23 06:57 EAT_N_PARK #0012 BRIDGEVILLE PA 53134073 0340~5812 | $28.63 | | $659.02 |
| 06/26/2017 | G 939481 PIN PUR 06/24 12:06 THE LOADING ZONE WEIRTON WV 28217102 939481~5541 | $28.15 | | $630.87 |
| 06/26/2017 | MD 8451 POS PUR 06/25 05:00 QDI* QUEST DIAG V 800-837-7177 PA 00000000 008~8071 | $26.45 | | $604.42 |
| 06/26/2017 | G 740975 POS PUR 06/24 08:57 TSP 203 HEIDELBERG PA 0001D566 740975~5542 | $25.07 | | $579.35 |
| 06/26/2017 | MD 8450 POS PUR 06/25 05:38 QDI* QUEST DIAG V 800-837-7177 PA 00000000 008~8071 | $25.00 | | $554.35 |
| 06/26/2017 | G 813830 PIN PUR 06/24 05:37 TSP 203 HEIDELBERG PA 0001D566 813830~5541 | $17.03 | | $537.32 |
| 06/26/2017 | A 30030 POS PUR 06/23 10:34 PPAP GRANT ST TC PITTSBURGH PA 00625814 03003~7523 | $5.00 | | $532.32 |
| 06/26/2017 | A 67354 POS PUR 06/23 11:39 MONTIFIORE PARKI PITTSBURGH PA 00000000 06735~7523 | $5.00 | | $527.32 |
| 06/26/2017 | G 98806 POS PUR 06/23 04:24 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0988~8050 | $4.23 | | $523.09 |

First National Bank                          Statement Ending 06/30/2017

JOSEPH CUERVO JR                             Page 7 of 8
Primary Account Number: 7610

# WORKPLACE FIRST - 7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/26/2017 | 34830 POS PUR 06/23 17:53 LIBERTY WESTIN C PITTSBURG PA 99441701 03483~5814 | $4.17 | | $518.92 |
| 06/27/2017 | CHECK # 1006 | $325.28 | | $193.64 |
| 06/29/2017 | 58937 POS PUR 06/28 06:58 METERF TIC-NUC43 8444637275 PA 00000000 05893~5734 | $11.00 | | $182.64 |
| 06/30/2017 | DEPOSIT | | $5,000.00 | $5,182.64 |
| 06/30/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,614.91 | $6,797.55 |
| 06/30/2017 | Medco Commercial MEPAYROLL 000200 | | $2,259.56 | $9,057.11 |
| 06/30/2017 | ATM SURCHARGE FEE REFUND | | $1.51 | $9,058.62 |
| 06/30/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $9,061.12 |
| 06/30/2017 | MONTHLY SERVICE CHRG REFUND | | $5.00 | $9,066.12 |
| 06/30/2017 | SURCHARGE FEE 81576 ATM WTD 06/30 13:00 PNC BANK PITTSBURGH PA PJ1972 081576 ~6 | $3.50 | | $9,062.62 |
| 06/30/2017 | FEE FOR ATM WTD 06/30 13:00 PNC BANK PITTSBURGH PA PJ1972 081576 ~6011 | $2.50 | | $9,060.12 |
| 06/30/2017 | 49141 POS PUR 06/29 05:06 MARATHON PETRO WEIRTON WV 01 049141 ~5542 | $35.10 | | $9,025.02 |
| 06/30/2017 | 81576 ATM WTD 06/30 13:00 PNC BANK PITTSBURGH PA PJ1972 081576 ~6011 | $30.00 | | $8,995.02 |
| 06/30/2017 | 22379 PIN PUR 06/30 12:30 PRESTO QWIK STOP PRESTO PA 05364984 718167061~5499 | $16.56 | | $8,978.46 |
| 06/30/2017 | 765249 PIN PUR 06/30 14:26 MCMURRAY DRY CLE CANONSBURG PA 04294850 76524~7216 | $5.50 | | $8,972.96 |
| 06/30/2017 | SERVICE CHARGE | $5.00 | | $8,967.96 |
| 06/30/2017 | Balance This Statement | | | $8,967.96 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1006 | 06/27/2017 | $325.28 | 1007 | 06/20/2017 | $200.00 | 9923122* | 06/22/2017 | $288.59 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/01/2017 | $2,352.56 | 06/12/2017 | $1,875.67 | 06/21/2017 | $1,211.64 |
| 06/02/2017 | $4,089.78 | 06/13/2017 | $1,506.51 | 06/22/2017 | $923.05 |
| 06/05/2017 | $3,259.36 | 06/14/2017 | $1,275.81 | 06/26/2017 | $518.92 |
| 06/06/2017 | $2,866.32 | 06/15/2017 | $1,228.17 | 06/27/2017 | $193.64 |
| 06/07/2017 | $2,230.98 | 06/16/2017 | $3,121.27 | 06/29/2017 | $182.64 |
| 06/08/2017 | $2,180.36 | 06/19/2017 | $2,689.26 | 06/30/2017 | $8,967.96 |
| 06/09/2017 | $2,113.36 | 06/20/2017 | $1,299.66 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## WORKPLACE FIRST - ▆▆▆7610 (continued)

**Service Charge Summary**

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

Debtor: Cuervo, Joseph & Cuervo, Mary E        Reporting Period: 2/9/17 thru 6/30/17

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS** Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | February thru March Current Month Actual | April Current Month Actual | May | June | Cumulative Filing to Date Actual |
|---|---|---|---|---|---|
| Cash - Beginning of Month | $4,248.46 | $8,116.95 | $671.07 | $171.54 | |
| **RECEIPTS** | | | | | |
| Beginning Balance | | | | | $4,248.46 |
| Wages (NET) | $9,043.48 | $8,057.34 | $5,631.12 | $9,929.22 | $32,661.16 |
| Draws | $37,102.28 | $0.00 | $8,000.00 | $5,000.00 | $50,102.28 |
| Interest and Dividend Income (cash deposit) | $60.00 | $100.00 | $0.00 | $0.00 | $160.00 |
| Sale of Assets | $0.00 | $3,700.00 | $0.00 | $0.00 | $3,700.00 |
| Other Income (attach schedule)  BANK CREDITS | $34.71 | $36.06 | $34.55 | $25.00 | $130.32 |
| **Total Receipts** | $50,468.92 | $20,010.35 | $14,336.74 | $15,125.76 | $91,063.21 |
| **DISBURSEMENTS** | | | | | |
| Category / Item(s) | | | | | |
| Mortgage Payment(s) | $5,543.96 | $2,771.98 | $2,802.04 | $0.00 | $11,117.98 |
| Groceries/Food/Dining Out | $383.46 | $595.54 | $1,548.18 | $1,396.21 | $3,923.39 |
| Other Secured Note Payments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Utilities | $1,435.11 | $1,437.11 | $538.50 | $773.12 | $4,183.84 |
| Insurance | $417.19 | $513.49 | $1,108.00 | $200.00 | $2,238.68 |
| Auto Expense | $168.12 | $758.96 | $794.10 | $738.95 | $2,460.13 |
| Vehicle Payments | $1,290.66 | $645.33 | $645.33 | $645.33 | $3,226.65 |
| Lease Payments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRA Contributions | $400.00 | $555.20 | $0.00 | $0.00 | $955.20 |
| Repairs and Maintenance | $272.80 | $751.20 | $656.45 | $0.00 | $1,680.45 |
| Medical Expenses | $17.16 | $0.00 | $20.00 | $92.44 | $129.60 |
| Household Expenses | $1,292.20 | $0.00 | $0.00 | $661.26 | $1,953.46 |
| Charitable Contributions | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes - Real Estate | $2,789.12 | $0.00 | $0.00 | $0.00 | $2,789.12 |
| Taxes - Personal Property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding  ***see below | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |


Case 17-20492-GLT    Doc 95    Filed 07/22/17    Entered 07/22/17 10:15:06    Desc Main Document    Page 15 of 16

| | | | | | |
|---|---|---|---|---|---|
| Travel and Entertainment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank Charges | $303.46 | $65.65 | $35.72 | $26.99 | $431.84 |
| Gifts | $2,780.00 | $0.00 | $0.00 | $0.00 | $2,780.00 |
| Other (attach schedule) | $22,379.71 | $9,978.82 | $3,250.88 | $1,298.22 | $36,907.63 |
| Total Ordinary Disbursements | $39,472.97 | $18,073.28 | $11,389.20 | $5,832.52 | $74,777.97 |
| REORGANIZATION ITEMS: | | | | | |
| Professional Fees    (Gary Short) | $2,900.00 | $1,000.00 | $2,500.00 | $0.00 | $6,400.00 |
| U.S. Trustee Fees | $0.00 | $0.00 | $0.00 | $325.28 | $325.28 |
| Other Reorganization Expenses   (filing fee) | $0.00 | $266.00 | $266.00 | $0.00 | $532.00 |
| Total Reorganization Items | $2,900.00 | $1,266.00 | $2,766.00 | $325.28 | $7,257.28 |
| Total Disbursements (Ordinary & Reorganization) | $42,372.97 | $19,339.28 | $14,155.20 | $6,157.80 | $82,035.25 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $8,116.95 | $671.07 | $171.54 | $8,967.96 | $8,967.96 |
| Cash - End of Month (Must equal reconciled bank statement) | $8,116.95 | 671.07 | $171.54 | $8,967.96 | |

Total taxes = $3,129.42    Total other Deductions = $2,564.40

*** Other disbursements: funds withheld from payroll

2

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-20492 GLT |
| Joseph Cuervo and Mary E. Cuervo, | ) | Chapter 11 |
| Debtors. | ) | Document No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on ___July 22, 2017___ I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☒ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: ___7/22/17___

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com