motion to extend exclu Cuervo

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| JOSEPH CUERVO and ) | |
| MARY E. CUERVO, ) | Case No. 17-20492 GLT |
| Debtors, ) | |
| JOSEPH CUERVO and ) | Chapter 11 |
| MARY E. CUERVO, ) | |
| Movants, ) | Docket No. |
| vs. ) | Hearing Date and Time: |
| NO RESPONDENTS, ) | August 31, 2017 at 10:00 a.m. |
| Respondent. ) | Responses due: August 15, 2017 |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS TO FILE A PLAN AND HAVE A PLAN CONFIRMED**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' **MOTION FOR EXTENSION OF EXCLUSIVITY PERIODS TO FILE A PLAN AND HAVE A PLAN CONFIRMED** ("Motion") which was filed on July 24, 2017, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 15, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 17, 2017

/s/ Gary W. Short
Gary W. Short, Esquire    Pa. I.D. No. 36794
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com
Counsel for the Debtor