IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Bankruptcy Case No. 17-20492 GLT |
| JOSEPH CUERVO | : |
| MARY E. CUERVO | : |
| | : |
| Debtors(s) | :Chapter 11 |

## DECLARATION IN LIEU OF AFFIDAVIT

**Regarding Request to be Added to the Mailing Matrix**

I am the Attorney for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

- that there are no other requests to receive notices on behalf of this creditor, or

    that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
Creditor's Name

_____
Creditor's Address

_____
City, State and Zip

I declare under perjury that the foregoing is true and correct.

Executed on  August 30, 2017

/s/Robert C. Edmundson
Signature of Attorney for Creditor

Robert C. Edmundson
Typed Name

Office of Attorney General
564 Forbes Avenue, 5th Floor, Manor Bldg.
Pittsburgh, PA 15219
Address

412-565-2575
Phone No.

P.A. Attorney I.D. 23533
List Bar I.D. and State of Admission

Email: redmundson@attorneygeneral.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :Bankruptcy Case No. 17-20492 GLT
JOSEPH CUERVO :
MARY E. CUERVO :
 :
Debtors(s) :Chapter 11

## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO: Clerk, United States Bankruptcy Court:

Please enter our appearance on behalf of Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, in the above-captioned bankruptcy proceedings. Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to mailing matrix of the Debtor.

Nothing in this pleading is intended to waive the State of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment.

                              Respectfully submitted,

By:    /s/Robert C. Edmundson
         Robert C. Edmundson
         Senior Deputy Attorney General
         Counsel to Pennsylvania
         Department of Revenue
         5th Floor, Manor Complex
         564 Forbes Avenue
         Pittsburgh, PA 15219
         Phone #: 412-565-2575
         PA I.D. # 23533
         Email: redmundson@attorneygeneral.gov

DATE: August 30, 2017