UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.

Case No. 17-20492-GLT

Reporting Period: August 2017

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | X | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | | None |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____    9/11/17
Signature of Debtor                Date

_____    9/11/17
Signature of Joint Debtor          Date

_____    _____
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

Debtor: Cuervo, Joseph & Cuervo, Mary E

Case No. 17-20492-GLT

Reporting Period: August 2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

### August

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $3,293.04 | |
| **RECEIPTS** | | |
| Beginning Balance | | |
| Wages (NET) | | $1,749.45 |
| Draws | $5,213.27 | $41,405.23 |
| Interest and Dividend Income (cash deposit) | $10,500.00 | $69,602.28 |
| Sale of Assets | $0.00 | $160.00 |
| Other Income (attach schedule) **BANK CREDITS** | $0.00 | $3,700.00 |
| Total Receipts | $22.50 | $169.47 |
| | $19,028.81 | $116,786.43 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) *(June payment to be posted in July)* | $2,802.04 | $19,524.29 |
| Groceries/Food/Dining Out | $1,885.01 | $7,450.26 |
| Other Secured Note Payments | $0.00 | $0.00 |
| Utilities | $863.44 | $6,601.84 |
| Insurance | $1,096.76 | $4,175.44 |
| Auto Expense | $402.09 | $3,374.38 |
| Vehichle Payments | $645.33 | $4,517.31 |
| Lease Payments | $0.00 | $0.00 |
| IRA Contributions | $200.00 | $1,955.20 |
| Repairs and Maintenance | $661.28 | $3,592.00 |
| Medical Expenses | $539.22 | $933.25 |
| Household Expenses | $846.65 | $3,094.76 |
| Charitable Contributions | $0.00 | $0.00 |
| Taxes - Real Estate | $1,900.86 | $4,689.98 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $0.00 | $0.00 |
| Travel and Entertainment | | |
| Bank Charges | $0.00 | $209.02 |
| Gifts | $25.75 | $462.59 |
| Other (attach schedule) | $0.00 | $2,780.00 |
| Total Ordinary Disbursements | $2,280.75 | $40,789.20 |
| | $14,149.18 | $104,149.52 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees (Gary Short) | | |
| U.S. Trustee Fees | $1,500.00 | $8,400.00 |
| Other Reorganization Expenses (filing fee) | $974.99 | $1,300.27 |
| Total Reorganization Items | $0.00 | $532.00 |
| | $2,474.99 | $10,232.27 |
| Total Disbursements (Ordinary & Reorganization) | $16,624.17 | $ 114,381.79 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $2,404.64 | $ 2,404.64 |
| Cash - End of Month (Must equal reconciled bank statement) | $2,404.64 | |
| Payroll Withholding | $ 1,843.39 | $ 14,063.30 |
| Other Payroll Deductions | $ 1,451.00 | $ 11,010.36 |

Debtor: Cuervo, Joseph & Cuervo, Mary E

Case No. 17-20492-GLT

Reporting Period: AUGUST 2017

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) | $940.00 | |
| Student loan | $200.00 | |
| Dry Cleaning | $64.75 | |
| Clothing Purchases | $642.97 | |
| Home Office/Business expenses | $10.99 | |
| Gifts | $152.66 | |
| Personal expenses (including hair, nails, etc) | $269.38 | |
| TOTAL | $2,280.75 | $40,789.20 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

Cuervo, Jospeh and Cuervo, Mary E.
Debtor

Case No. 17-20492-GLT
Reporting Period: August 2017

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | 0 |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.
Debtor

Case No. 17-20492-GLT
Reporting Period: _August 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

**MOR Individual worksheet**  **MONTH**  **AUGUST 2017**  **FNB account: 7610**

All monthly expenses are paid as they are incurred.  
Total credits (additions for month) $15,735.77   Beginning bank balance $3,293.04  
Total debits (deductions for month) $2,404.64

### Income

| | |
|---|---|
| Wages | |
| Draws | $5,213.27 |
| Interest & Dividends | $10,500.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits (MC) | $0.00 |
| | $22.50 |
| **Total Income *** | **$15,735.77** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | |
| Vehicle payments (V) | $2,802.04 |
| Utilities (U) | $645.33 |
| Insurance (I) | $863.44 |
| Auto fuel and repairs (A) (includes parking fees) | $1,096.76 |
| Groceries/Dining out (G) | $402.09 |
| Home repairs and maintenance (H) | $1,885.01 |
| Medical (MD) | $661.26 |
| Household expenses (HH) | $539.22 |
| Charitable (C) | $846.65 |
| IRA contributions | $0.00 |
| Payroll taxes (withheld from pay) (PT) | $200.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $1,900.86 |
| U.S. Trustee Fees (US) | $1,500.00 |
| Bank Charges (BC) | $974.99 |
| Travel/Entertainment | $25.75 |
| Other (see attached) | $0.00 |
| | $2,280.75 |
| **Total Expenses *** | **$16,624.17** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | |
| Plus Income for period | $3,293.04 |
| Subtotal | $15,735.77 |
| Less Expenses | $19,028.81 |
| Month End Bank Balance | $16,624.17 |
| | $2,404.64 |

**FIRST NATIONAL** — Statement Ending 08/31/2017

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

JOSEPH CUERVO JR
Primary Account Number ████7610
Page 1 of 8

### Managing Your Accounts

 Online — www.fnb-online.com

 By Phone — 1 800-555-5455

 By Mail — 4140 E. State Street, Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ████7610 | $2,404.64 |

## WORKPLACE FIRST - ████7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 08/01/2017 | Balance Last Statement | $3,293.04 | Minimum Balance | $1,997.79 |
|  | 12 Credit(s) This Period | $15,735.77 | Average Ledger Balance | $4,326.30 |
|  | 131 Debit(s) This Period | $16,624.17 | Average Available Balance | $3,987.59 |
| 08/31/2017 | Balance This Statement | $2,404.64 | | |
|  | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2017 | Balance Last Statement | | | $3,293.04 |
| 08/01/2017 | W Medco Commercial PAYROLL 000200 *wages* | | $2,259.56 | $5,552.60 |
| 08/01/2017 | US CHECK # 1009 | $974.99 | | $4,577.61 |
| 08/01/2017 | G 71361 POS PUR 07/31 14:12 STARBUCKS STORE SEWICKLEY PA 00000000 071361 ~5814 | $11.82 | | $4,565.79 |
| 08/02/2017 | G 48424 POS PUR 08/02 07:44 THE FIRE SIDE PU PITTSBURGH PA 01590327 04842~5812 | $208.16 | | $4,357.63 |
| 08/02/2017 | G 723114 PIN PUR 08/01 21:46 TSP 203 HEIDELBERG PA 0001D566 723114 ~5541 | $17.03 | | $4,340.60 |
| 08/03/2017 | ATM 7836 ATM WTD 08/03 12:17 FIRST NAT BANK PITTSBURGH PA PA900394 007836 ~6011 | $400.00 | | $3,940.60 |
| 08/03/2017 | HH 60036 PIN PUR 08/03 14:58 TARGET T-1217 Pittsburgh PA 11217080 080860 ~5310 | $140.15 | | $3,800.45 |
| 08/03/2017 | 22522 PIN PUR 08/03 15:26 TJMAXX #0637 PITTSBURGH PA 28615001 027656 ~5651 | $63.08 | | $3,737.37 |
| 08/03/2017 | A 758367 POS PUR 08/03 09:59 TSP 203 HEIDELBERG PA 0001D566 758367 ~5542 | $43.41 | | $3,693.96 |
| 08/03/2017 | G 763066 PIN PUR 08/03 10:01 TSP 203 HEIDELBERG PA 0001D566 763066 ~5541 | $20.32 | | $3,673.64 |
| 08/03/2017 | 83296 POS PUR 08/02 06:25 TJMAXX #0479 BRIDGEVILLE PA 00000000 083296 ~5651 | $19.99 | | $3,653.65 |


Member FDIC

# WORKPLACE FIRST - ****7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/04/2017 | 910900 PIN PUR 08/04 15:31 7-ELEVEN CRANBERRY TOW PA 00N04J01 1531299109~5541 | $17.88 | | $3,635.77 |
| 08/04/2017 | 20074 POS PUR 08/03 01:11 J & N SUNSERI PR PITTSBURGH PA 08188549 02007~5499 | $12.00 | | $3,623.77 |
| 08/04/2017 | 53316 PIN PUR 08/04 01:40 SUNOCO 050148160 BRIDGEVILLE PA 65378701 0533~5541 | $10.91 | | $3,612.86 |
| 08/07/2017 | DEPOSIT | | | |
| 08/07/2017 | FOREIGN ATM FEE REFUND | | $4,000.00 | $7,612.86 |
| 08/07/2017 | ATM SURCHARGE FEE REFUND | | $2.50 | $7,615.36 |
| 08/07/2017 | | | $3.50 | $7,618.86 |
| 08/07/2017 | SURCHARGE FEE 305438 ATM WTD 08/07 13:03 PNC BANK PITTSBURGH PA PJ2060 305438 ~ | $3.50 | | $7,615.36 |
| 08/07/2017 | FEE FOR ATM WTD 08/07 13:03 PNC BANK PITTSBURGH PA PJ2060 305438 ~6011 | $2.50 | | $7,612.86 |
| 08/07/2017 | 51647 PIN PUR 08/04 18:10 KROGER WEIRTON WV 10080302 002699 ~5411 | $129.56 | | $7,483.30 |
| 08/07/2017 | 305438 ATM WTD 08/07 13:03 PNC BANK PITTSBURGH PA PJ2060 305438 ~6011 | $60.00 | | $7,423.30 |
| 08/07/2017 | 32026 PIN PUR 08/05 11:52 LOWE'S #2417 CARNEGIE PA 001 032026 ~5200 | $52.83 | | $7,370.47 |
| 08/07/2017 | 8043 POS PUR 08/05 05:13 MARATHON PETRO OAKDALE PA 01 008043 ~5542 | $22.50 | | $7,347.97 |
| 08/07/2017 | 35110 POS PUR 08/05 14:53 BAKD CORKS & BRE PITTSBURGH PA 02135398 03511~5812 | $21.01 | | $7,326.96 |
| 08/07/2017 | 711482 PIN PUR 08/06 18:13 TSP 203 HEIDELBERG PA 0001D566 711482 ~5541 | $17.03 | | $7,309.93 |
| 08/07/2017 | 20162 POS PUR 08/04 09:40 ARBYS 7020 WEIRTON WV 00007XJ7 020162 ~5814 | $16.44 | | $7,293.49 |
| 08/07/2017 | 24454 POS PUR 08/06 04:55 STARBUCKS STORE PITTSBURGH PA 00000000 024454~5814 | $9.79 | | $7,283.70 |
| 08/07/2017 | 549865 PIN PUR 08/07 12:39 SUNOCO 036350180 BRIDGEVILLE PA 41949301 5498~5541 | $8.03 | | $7,275.67 |
| 08/07/2017 | 94380 POS PUR 08/06 03:31 UPMC PRESBY CAFE PITTSBURGH PA 00000000 09438~5812 | $7.76 | | $7,267.91 |
| 08/07/2017 | 62442 POS PUR 08/06 15:00 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0624~8050 | $4.49 | | $7,263.42 |
| 08/07/2017 | 67693 POS PUR 08/06 00:58 STARBUCKS STORE BRIDGEVILLE PA 00000000 06769~5814 | $4.33 | | $7,259.09 |
| 08/08/2017 | 0791 ATM WTD 08/07 19:43 FIRST NAT BANK CARNEGIE PA PA900030 000791 ~6011 | $180.00 | | $7,079.09 |
| 08/08/2017 | 56322 PIN PUR 08/08 14:42 GIANT-EAGLE #064 Bridgeville PA 41001300 0548~5411 | $119.22 | | $6,959.87 |
| 08/08/2017 | 874801 PIN PUR 08/08 12:28 THE HOME DEPOT 4 BRIDGEVILLE PA 06232749 7220~5200 | $46.73 | | $6,913.14 |
| 08/08/2017 | 23265 PIN PUR 08/08 11:58 PRESTO QWIK STOP PRESTO PA 05364984 722084231~5499 | $16.11 | | $6,897.03 |
| 08/08/2017 | 67381 POS PUR 08/07 18:03 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0673~8050 | $11.17 | | $6,885.86 |
| 08/08/2017 | 453154 PIN PUR 08/08 12:16 SARASNICKS HARDW BRIDGEVILLE PA 07336964 4531~5251 | $5.47 | | $6,880.39 |
| 08/09/2017 | 77715 POS PUR 08/08 20:01 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 07771~7230 | $76.00 | | $6,804.39 |
| 08/09/2017 | 720201 PIN PUR 08/08 19:36 THE HOME DEPOT 4 BRIDGEVILLE PA 06232734 7220~5200 | $68.23 | | $6,736.16 |

## WORKPLACE FIRST - ████7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/09/2017 | A  601641 POS PUR 08/09 15:21 GET GO #3650 490 Pittsburgh PA 99999999 60164~5542 | $31.22 | | $6,704.94 |
| 08/09/2017 | HH  520906 PIN PUR 08/08 19:08 BIG LOTS STORES BRIDGEVILLE PA 99999999 52090~5310 | $24.40 | | $6,680.54 |
| 08/09/2017 | G  13766 PIN PUR 08/09 15:25 GET GO #3650 Pittsburgh PA 50023200 736122 ~5541 | $9.72 | | $6,670.82 |
| 08/09/2017 | G  901207 PIN PUR 08/09 08:48 7-ELEVEN CRANBERRY TOW PA 00N04J01 0848209012~5541 | $4.37 | | $6,666.45 |
| 08/10/2017 | M  SELECT PORTFOLIO SPS 0020784096 | $2,802.04 | | $3,864.41 |
| 08/10/2017 | U  DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $458.14 | | $3,406.27 |
| 08/10/2017 | HH  910131 PIN PUR 08/10 14:48 BIG LOTS STORES BRIDGEVILLE PA 99999999 91013~5310 | $406.59 | | $2,999.68 |
| 08/10/2017 | U  PENN AMER WATER ONLINE PMT CKF962150893POS | $52.05 | | $2,947.63 |
| 08/10/2017 | H  524596 PIN PUR 08/10 13:39 LOWE'S #2417 CARNEGIE PA 001 524596 ~5200 | $26.25 | | $2,921.38 |
| 08/10/2017 | G  705106 PIN PUR 08/10 13:28 TSP 203 HEIDELBERG PA 0001D566 705106 ~5541 | $17.03 | | $2,904.35 |
| 08/10/2017 | G  13805 POS PUR 08/09 05:08 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0138~8050 | $6.42 | | $2,897.93 |
| 08/10/2017 | G  31788 POS PUR 08/09 18:06 STARBUCKS STORE BRIDGEVILLE PA 00000000 03178~5814 | $4.23 | | $2,893.70 |
| 08/11/2017 | W  UPMC PRESBYTERIA PAYROLL 00063884  wages | | $1,463.10 | $4,356.80 |
| 08/11/2017 | I  ALLSTATE F&C INS INS PYMT 000000952895668 | $308.76 | | $4,048.04 |
| 08/11/2017 | I  ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $3,848.04 |
| 08/11/2017 | U  COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $125.99 | | $3,722.05 |
| 08/11/2017 | MS  UPMC HEALTH SVCS MEDICAL 7017770 | $46.68 | | $3,675.37 |
| 08/11/2017 | A  89376 POS PUR 08/10 20:05 GET GO #3205 CARNEGIE PA 00000000 089376 ~5542 | $45.05 | | $3,630.32 |
| 08/11/2017 | A  457282 PIN PUR 08/11 14:14 NEW CUMBERLAND S NEW CUMBERLAN WV LK248542 45~5411 | $44.04 | | $3,586.28 |
| 08/11/2017 | G  23343 PIN PUR 08/11 09:01 PRESTO QWIK STOP PRESTO PA 05364984 722354261~5499 | $17.32 | | $3,568.96 |
| 08/11/2017 | G  88925 POS PUR 08/10 13:44 STARBUCKS STORE WEXFORD PA 00000000 088925 ~5814 | $13.32 | | $3,555.64 |
| 08/11/2017 | Other  08478 POS PUR 08/10 08:43 AAA EC NORTH HIL PITTSBURGH PA 00000000 09847~8675 | $10.00 | | $3,545.64 |
| 08/14/2017 | MC  FOREIGN ATM FEE REFUND | | $2.50 | $3,548.14 |
| 08/14/2017 | MC  ATM SURCHARGE FEE REFUND | | $3.25 | $3,551.39 |
| 08/14/2017 | BC  SURCHARGE FEE 0734 ATM WTD 08/11 18:03 HANCOCK COUNTY NEW CUMBERLAN WV BAWV0018 | $3.25 | | $3,548.14 |
| 08/14/2017 | BC  FEE FOR ATM WTD 08/11 18:03 HANCOCK COUNTY NEW CUMBERLAN WV BAWV0018 0007~6011 | $2.50 | | $3,545.64 |
| 08/14/2017 | ATM  0734 ATM WTD 08/11 18:03 HANCOCK COUNTY NEW CUMBERLAN WV BAWV0018 0007~6011 | $200.00 | | $3,345.64 |
| 08/14/2017 | U  VERIZON WIRELESS ONLINE PMT CKF962150893POS | $197.72 | | $3,147.92 |
| 08/14/2017 | G  31093 PIN PUR 08/12 13:03 KROGER WEIRTON WV 10080301 001692 ~5411 | $151.16 | | $2,996.76 |
| 08/14/2017 | Other  642834 PIN PUR 08/14 13:18 MACY'S 621 PITTSBURGH PA 99999999 642834 ~5311 | $100.00 | | $2,896.76 |
| 08/14/2017 | G  71121 POS PUR 08/12 20:37 PRESTO BEER 412-2218411 PA 00000000 071121 ~5813 | $38.47 | | $2,858.29 |
| 08/14/2017 | G  962143 PIN PUR 08/14 13:48 WHOLEFDS SHL #10 UPPER SAINT C PA 99999999 96~5411 | $30.66 | | $2,827.63 |
| 08/14/2017 | G  3158 POS PUR 08/11 04:32 STARBUCKS STORE BRIDGEVILLE PA 00000000 00315~5814 | $19.96 | | $2,807.67 |

**FIRST NATIONAL** Documentary **Statement Ending 08/31/2017**

JOSEPH CUERVO JR
Primary Account Number ███████7610

Page 5 of 8

# WORKPLACE FIRST - ███████7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/14/2017 G | 40010 POS PUR 08/11 12:42 COUNTRY CORNERS NEW MANCHESTE WV 00007YZF 040~5499 | $13.06 | | $2,794.61 |
| 08/14/2017 G | 33987 PIN PUR 08/12 12:52 KROGER WEIRTON WV 10080338 038164 ~5411 | $8.24 | | $2,786.37 |
| 08/14/2017 other | 70533 POS PUR 08/14 19:58 APL* ITUNES.COM/ 866-712-7753 CA 00000000 070~5735 | $0.99 | | $2,785.38 |
| 08/15/2017 other | 579303 PIN PUR 08/14 18:09 RITE AID STORE - PITTSBURGH PA 001 579303 ~5912 | $18.15 | | $2,767.23 |
| 08/16/2017 A | CHECK # 899673 | $356.74 | | $2,410.49 |
| 08/16/2017 A | CHECK # 894680 | $288.59 | | $2,121.90 |
| 08/16/2017 A | 54046 POS PUR 08/15 10:15 BP#9533852361 88 PITTSBURGH PA 9533001 054046 ~5542 | $50.00 | | $2,071.90 |
| 08/16/2017 G | 831747 PIN PUR 08/15 19:16 TSP 203 HEIDELBERG PA 0001D566 831747 ~5541 | $17.03 | | $2,054.87 |
| 08/16/2017 H | 20358 POS PUR 08/15 03:45 Menards E-Commer 800-000-0000 WI 06220358 020~5200 | $16.46 | | $2,038.41 |
| 08/16/2017 G | 957577 PIN PUR 08/16 12:38 7-ELEVEN CRANBERRY TOW PA 00N04J01 1238569575~5541 | $10.74 | | $2,027.67 |
| 08/17/2017 D | DEPOSIT Drew | | $6,500.00 | $8,527.67 |
| 08/17/2017 T | CHECK # 1013 | $588.00 | | $7,939.67 |
| 08/17/2017 G | 18087 PIN PUR 08/17 10:46 GIANT-EAGLE #064 Bridgeville PA 41001000 9652~5411 | $120.92 | | $7,818.75 |
| 08/17/2017 HH | 135988 PIN PUR 08/17 14:54 Wal-Mart Store SCOTT TWP PA 50400007 72292135~5411 | $32.16 | | $7,786.59 |
| 08/17/2017 other | 37518 PIN PUR 08/17 14:31 TJMAXX #0479 BRIDGEVILLE PA 27757001 006384 ~5651 | $24.98 | | $7,761.61 |
| 08/21/2017 MD | UPMC HEALTH SVCS MEDICAL 4991482 | $384.53 | | $7,377.08 |
| 08/21/2017 HH | 31598 PIN PUR 08/19 16:30 TARGET T-2787 Upper St.Clai PA 12787081 08102~5310 | $134.70 | | $7,242.38 |
| 08/21/2017 other | 40647 POS PUR 08/20 23:47 BUY BUY BABY NAS 973-785-4333 NJ 00025361 040~5719 | $89.58 | | $7,152.80 |
| 08/21/2017 other | 506272 PIN PUR 08/19 17:09 MACY'S 621 PITTSBURGH PA 99999999 506272 ~5311 | $88.28 | | $7,064.52 |
| 08/21/2017 G | 50008 POS PUR 08/19 09:51 #34 BRAVO GALLE PITTSBURGH PA 00661332 050008~5812 | $86.32 | | $6,978.20 |
| 08/21/2017 MD | UPMC HEALTH SVCS MEDICAL 4991218 | $48.50 | | $6,929.70 |
| 08/21/2017 A | 707441 POS PUR 08/19 11:23 TSP 203 HEIDELBERG PA 0001D566 707441 ~5542 | $46.37 | | $6,883.33 |
| 08/21/2017 other | 462002 PIN PUR 08/19 16:57 MACY'S 621 PITTSBURGH PA 99999999 462002 ~5311 | $30.93 | | $6,852.40 |
| 08/21/2017 U | PEOPLES NAT GAS ONLINE PMT CKF962150893POS | $29.54 | | $6,822.86 |
| 08/21/2017 A | 38539 POS PUR 08/19 20:40 MR MAGIC CAR WAS PITTSBURGH PA 55638539 03853~7542 | $18.00 | | $6,804.86 |
| 08/21/2017 H | 200901 PIN PUR 08/20 13:17 THE HOME DEPOT 4 BRIDGEVILLE PA 06232734 7232~5200 | $13.63 | | $6,791.23 |
| 08/21/2017 G | 50961 POS PUR 08/19 14:54 STARBUCKS STORE PITTSBURGH PA 00000000 050961~5814 | $10.00 | | $6,781.23 |
| 08/21/2017 G | 711089 PIN PUR 08/19 11:28 TSP 203 HEIDELBERG PA 0001D566 711089 ~5541 | $8.92 | | $6,772.31 |
| 08/22/2017 TX | JORDANTAXSERVICE 1190000425 490524720 | $1,900.86 | | $4,871.45 |
| 08/22/2017 H | 60123 POS PUR 08/21 22:10 IN * YARDSCAPE 412-5512488 PA 00000000 060123 ~0780 | $353.10 | | $4,518.35 |
| 08/22/2017 TRA | FID BKG SVC LLC MONEYLINE 2245315911GXV0l | $200.00 | | $4,318.35 |

## WORKPLACE FIRST - ▓▓▓▓7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/22/2017 G | 187895 PIN PUR 08/22 17:04 NEW CUMBERLAND S NEW CUMBERLAN WV LK248542 18~5411 | $62.95 | | $4,255.40 |
| 08/22/2017 G | 49926 PIN PUR 08/22 14:00 KROGER WEIRTON WV 10080338 036358 ~5411 | $44.17 | | $4,211.23 |
| 08/22/2017 H | 34111 POS PUR 08/21 02:06 FACTORYDIRECTFIL 855-740-0855 FL 00000000 034~5199 | $32.82 | | $4,178.41 |
| 08/22/2017 BC | OFFICIAL PAYMENT ECHECK FEE 490524765 | $3.00 | | $4,175.41 |
| 08/23/2017 other | AES STDNT LOAN PA8878216010B | $200.00 | | $3,975.41 |
| 08/23/2017 G | 61957 PIN PUR 08/23 12:45 GIANT-EAGLE #064 Bridgeville PA 41001300 2645~5411 | $151.24 | | $3,824.17 |
| 08/23/2017 MD | 45458 POS PUR 08/22 01:08 UNIV OF PGH PHYS PITTSBURGH PA 00000000 04545~8011 | $40.00 | | $3,784.17 |
| 08/23/2017 MD | 0220 PIN PUR 08/23 12:22 GIANT-EAGLE #064 Bridgeville PA 41004600 2435~5912 | $19.51 | | $3,764.66 |
| 08/24/2017 PF | CHECK # 1014 | $1,500.00 | | $2,264.66 |
| 08/24/2017 other | 35394 POS PUR 08/19 00:26 MACYS SOUTH HIL PITTSBURGH PA 11735394 035394~5311 | $130.88 | | $2,133.78 |
| 08/24/2017 HK | 799410 PIN PUR 08/23 18:32 Wal-Mart Store SCOTT TWP PA 50400047 72350622~5411 | $108.65 | | $2,025.13 |
| 08/24/2017 G | 1164 POS PUR 08/23 10:31 GUSS GOODIES WEIRTON WV 01931126 001164 ~5462 | $14.85 | | $2,010.28 |
| 08/24/2017 G | 61180 POS PUR 08/23 22:50 PANERA BREAD #23 BRIDGEVILLE PA 1 061180 ~5814 | $12.49 | | $1,997.79 |
| 08/25/2017 W | UPMC PRESBYTERIA PAYROLL 00063884 Wages | | $1,490.61 | $3,488.40 |
| 08/25/2017 other | 59247 PIN PUR 08/25 14:05 ULTA # 484 PITTSBURGH PA 07832336 72374103032~5399 | $95.23 | | $3,393.17 |
| 08/25/2017 G | 29151 PIN PUR 08/25 11:25 MARKET DISTRICT Pittsburgh PA 47000100 574297~5411 | $78.36 | | $3,314.81 |
| 08/28/2017 other | 622197 PIN PUR 08/26 14:20 MACY'S 621 PITTSBURGH PA 99999999 622197 ~5311 | $80.77 | | $3,234.04 |
| 08/28/2017 other | 79452 POS PUR 08/25 23:52 HAIR SYMMETRY II EDGEWORTH PA 00000000 079452~7230 | $80.00 | | $3,154.04 |
| 08/28/2017 A | 796312 POS PUR 08/26 13:24 TSP 203 HEIDELBERG PA 0001D566 796312 ~5542 | $58.00 | | $3,096.04 |
| 08/28/2017 other | 10004 POS PUR 08/24 09:23 MCMURRAY DRY CLE CANONSBURG PA 78681817 01000~7216 | $49.00 | | $3,047.04 |
| 08/28/2017 other | 46097 PIN PUR 08/26 16:09 MARSHALLS #0237 PITTSBURGH PA 31502001 015460~5651 | $14.55 | | $3,032.49 |
| 08/28/2017 other | 118644 PIN PUR 08/26 16:15 KOHLS 0291 4000 BETHEL PARK PA 99999999 11864~5311 | $11.22 | | $3,021.27 |
| 08/28/2017 G | 65084 POS PUR 08/26 10:59 STARBUCKS STORE BETHEL PARK PA 00000000 06508~5814 | $7.38 | | $3,013.89 |
| 08/29/2017 MC | FOREIGN ATM FEE REFUND | | $2.50 | $3,016.39 |
| 08/29/2017 MC | ATM SURCHARGE FEE REFUND | | $3.25 | $3,019.64 |
| 08/29/2017 BC | SURCHARGE FEE 98634 ATM WTD 08/29 15:53 PNC BANK PITTSBURGH PA PJ2060 098634 ~6 | $3.50 | | $3,016.14 |
| 08/29/2017 BC | FEE FOR ATM WTD 08/29 15:53 PNC BANK PITTSBURGH PA PJ2060 098634 ~6011 | $2.50 | | $3,013.64 |
| 08/29/2017 ATM | 98634 ATM WTD 08/29 15:53 PNC BANK PITTSBURGH PA PJ2060 098634 ~6011 | $100.00 | | $2,913.64 |
| 08/30/2017 other | 903834 PIN PUR 08/30 13:59 KOHLS 0293 6571 PITTSBURGH PA 99999999 903834~5311 | $108.39 | | $2,805.25 |
| 08/30/2017 G | 23793 PIN PUR 08/30 10:31 PRESTO QWIK STOP PRESTO PA 05364984 724255480~5499 | $19.49 | | $2,785.76 |
| 08/30/2017 other | 50004 POS PUR 08/29 00:33 MCMURRAY DRY CLE CANONSBURG PA 78681817 05000~7216 | $15.75 | | $2,770.01 |

FIRST NATION... Statement Ending 08/31/2017

JOSEPH CUERVO JR
Primary Account Number: ####7610
Page 7 of 8

# WORKPLACE FIRST - ####7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/30/2017 | G  39824 POS PUR 08/29 13:44 MCDONALD'S F1495 OAKDALE PA 1 039824 ~5814 | $8.34 | | $2,761.67 |
| 08/31/2017 | MC MONTHLY SERVICE CHRG REFUND | | $5.00 | $2,766.67 |
| 08/31/2017 | G  15336 PIN PUR 08/31 15:11 GIANT-EAGLE #064 Bridgeville PA 41001200 8339~5411 | $171.90 | | $2,594.77 |
| 08/31/2017 | G  41483 POS PUR 08/30 21:52 SMITH OIL NEW CUMBERLAN WV 001 041483 ~5541 | $45.86 | | $2,548.91 |
| 08/31/2017 | H  9492 POS PUR 08/30 14:11 Amazon.com AMZN.COM/BILL WA 00000000 009492 ~5942 | $45.76 | | $2,503.15 |
| 08/31/2017 | A  822170 POS PUR 08/31 15:29 TSP 203 HEIDELBERG PA 0001D566 822170 ~5542 | $43.50 | | $2,459.65 |
| 08/31/2017 | other 43235 PIN PUR 08/31 14:35 TJMAXX #0479 BRIDGEVILLE PA 27757001 035415 ~5651 | $32.98 | | $2,426.67 |
| 08/31/2017 | G  821059 PIN PUR 08/31 15:28 TSP 203 HEIDELBERG PA 0001D566 821059 ~5541 | $17.03 | | $2,409.64 |
| 08/31/2017 | bc SERVICE CHARGE | $5.00 | | $2,404.64 |
| 08/31/2017 | Balance This Statement | | | $2,404.64 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1009 | 08/01/2017 | $974.99 | 1014 | 08/24/2017 | $1,500.00 | 899673* | 08/16/2017 | $356.74 |
| 1013* | 08/17/2017 | $588.00 | 894680* | 08/16/2017 | $288.59 | | | |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01/2017 | $4,565.79 | 08/11/2017 | $3,545.64 | 08/24/2017 | $1,997.79 |
| 08/02/2017 | $4,340.60 | 08/14/2017 | $2,785.38 | 08/25/2017 | $3,314.81 |
| 08/03/2017 | $3,653.65 | 08/15/2017 | $2,767.23 | 08/28/2017 | $3,013.89 |
| 08/04/2017 | $3,612.86 | 08/16/2017 | $2,027.67 | 08/29/2017 | $2,913.64 |
| 08/07/2017 | $7,259.09 | 08/17/2017 | $7,761.61 | 08/30/2017 | $2,761.67 |
| 08/08/2017 | $6,880.39 | 08/21/2017 | $6,772.31 | 08/31/2017 | $2,404.64 |
| 08/09/2017 | $6,666.45 | 08/22/2017 | $4,175.41 | | |
| 08/10/2017 | $2,893.70 | 08/23/2017 | $3,764.66 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| **Debtors.** | ) | **Document No.** |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __9/11/17__
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☑ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __9/11/17__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com