# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.                    Case No. 17-20492-GLT

Reporting Period: _July, 2017_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

Signature of Debtor                                   Date 10/9/17

Signature of Joint Debtor                             Date 10/9/17

Signature of Preparer                                 Date

Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| | Case No. 17-20492-GLT | |
|---|---|---|
| Debtor: Cuervo, Joseph & Cuervo, Mary E | Reporting Period: | JULY 2017 |

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.**

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | July | |
|---|---|---|
| | Current Month Actual | Cumulative Filing to Date Actual |
| Cash - Beginning of Month | $8,967.96 | |
| **RECEIPTS** | | |
| Beginning Balance | | $1,749.45 |
| Wages (NET) | $3,530.80 | $36,191.96 |
| Draws | $9,000.00 | $59,102.28 |
| Interest and Dividend Income  (cash deposit) | $0.00 | $160.00 |
| Sale of Assets | $0.00 | $3,700.00 |
| Other Income  (attach schedule)    BANK CREDITS | $16.65 | $146.97 |
| Total Receipts | $21,515.41 | $101,050.66 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s)     (June payment to be posted In July) | $5,604.27 | $16,722.25 |
| Groceries/Food/Dining Out | $1,641.86 | $5,565.25 |
| Other Secured Note Payments | $0.00 | $0.00 |
| Utilities | $1,554.56 | $5,738.40 |
| Insurance | $840.00 | $3,078.68 |
| Auto Expense | $512.16 | $2,972.29 |
| Vehichle Payments | $645.33 | $3,871.98 |
| Lease Payments | $0.00 | $0.00 |
| IRA Contributions | $800.00 | $1,755.20 |
| Repairs and Maintenance | $1,250.27 | $2,930.72 |
| Medical Expenses | $264.43 | $394.03 |
| Household Expenses | $294.65 | $2,248.11 |
| Charitable Contributions | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $2,789.12 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $0.00 | $0.00 |
| Travel and Entertainment | $209.02 | $209.02 |
| Bank Charges | $5.00 | $436.84 |
| Gifts | $0.00 | $2,780.00 |
| Other (attach schedule) | $1,600.82 | $38,508.45 |
| Total Ordinary Disbursements | $15,222.37 | $90,000.34 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees      (Gary Short) | $3,000.00 | $6,900.00 |
| U.S. Trustee Fees | $0.00 | $325.28 |
| Other Reorganization Expenses    (filing fee) | $0.00 | $532.00 |
| Total Reorganization Items | $3,000.00 | $7,757.28 |
| | | |
| Total Disbursements (Ordinary & Reorganization) | $ 18,222.37 | $ 97,757.62 |
| | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ 3,293.04 | $ 3,293.04 |
| | | |
| Cash  - End of Month (Must equal reconciled bank statement) | $ 3,293.04 | |
| Payroll Withholding | $ 2,073.98 | $ 12,219.91 |
| Other Payroll Deductions | $ 1,571.68 | $ 9,559.36 |

| MOR Individual worksheet | **MONTH** | **JULY 2017** | **FNB account: 7610** |

All monthly expenses are paid as they are incurred.  Beginning bank balance ___ $8,967.96
Total credits (additions for month) ___$12,547.45___  Total debits (deductions for month) $3,293.04___

### Income

| | |
|---|---|
| Wages | $3,530.80 |
| Draws | $9,000.00 |
| Interest & Dividends | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits       (MC) | $16.65 |
| **Total Income \*** | **$12,547.45** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $5,604.27 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $1,554.56 |
| Insurance (I) | $840.00 |
| Auto fuel and repairs (A)  (includes parking fees) | $512.16 |
| Groceries/Dining out (G) | $1,641.86 |
| Home repairs and maintenance (H) | $1,250.27 |
| Medical (MD) | $264.43 |
| Household expenses (HH) | $294.65 |
| Charitable (C) | $0.00 |
| IRA contributions | $800.00 |
| Payroll taxes  (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $3,000.00 |
| U.S. Trustee Fees (US) | $0.00 |
| Bank Charges  (BC) | $5.00 |
| Travel/Entertainment | $209.02 |
| Other (see attached) | $1,600.82 |
| **Total Expenses \*** | **$18,222.37** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $8,967.96 |
| Plus income for period | $12,547.45 |
| Subtotal | $21,515.41 |
| Less Expenses | $18,222.37 |
| **Month End Bank Balance** | **$3,293.04** |

Case No. 17-20492-GLT

| Debtor: Cuervo, Joseph & Cuervo, Mary E | Reporting Period: | JULY 2017 |
|---|---|---|

**INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS** - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) | $200.00 | |
| Student loan | $400.00 | |
| Dry Cleaning | $70.50 | |
| Clothing Purchases | $554.24 | |
| Home Office/Business expenses | $85.38 | |
| Personal expenses (including hair, nails, etc) | $290.70 | |
| TOTAL | $1,600.82 | $38,508.45 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

Cuervo, Jospeh and Cuervo, Mary E.                                Case No. 17-20492-GLT

         Debtor                                Reporting Period: _July 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | 0 |
| Total Taxes | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).                                FORM MOR-4
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.                                    Case No. 17-20492-GLT
                    Debtor                              Reporting Period: _July 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5
(9/99)

First National Bank

Statement Ending 07/31/2017

4140 E. State Street
Hermitage, PA 16148

JOSEPH CUERVO JR                              Page 1 of 8
Primary Account Number: 7610

ADDRESS SERVICE REQUESTED

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Managing Your Accounts

| | | |
|---|---|---|
|  Online | www.fnb-online.com | |
| By Phone | 1 800-555-5455 | |
| By Mail | 4140 E. State Street Hermitage, PA 16148 | |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | 7610 | $3,293.04 |

# WORKPLACE FIRST - 7610

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 07/01/2017 | Balance Last Statement | $8,967.96 | Minimum Balance | $1,248.22 |
| | 5 Credit(s) This Period | $12,547.45 | Average Ledger Balance | $4,305.64 |
| | 135 Debit(s) This Period | $18,222.37 | Average Available Balance | $4,015.32 |
| 07/31/2017 | Balance This Statement | $3,293.04 | | |
| | Service Charges | $5.00 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2017 | Balance Last Statement | | | $8,967.96 |
| 07/03/2017 | CHASEHOMEFINANCE LN PMT 0015012982 | $2,802.23 | | $6,165.73 |
| 07/03/2017 | 676926 PIN PUR 07/02 13:11 THE HOME DEPOT 4 BRIDGEVILLE PA 06232732 6769~5200 | $223.83 | | $5,941.90 |
| 07/03/2017 | ADT Security PAYMENT 000000005909050 | $175.71 | | $5,766.19 |
| 07/03/2017 | 28873 PIN PUR 07/03 08:52 GIANT-EAGLE #064 Bridgeville PA 41039200 4952~5411 | $78.49 | | $5,687.70 |
| 07/03/2017 | AMERICAN-WATER UTIL-PMNT 5432635 | $53.13 | | $5,634.57 |
| 07/03/2017 | 358883 POS PUR 07/02 06:47 GET GO #3205 350 Carnegie PA 99999999 358883 ~5542 | $29.25 | | $5,605.32 |
| 07/03/2017 | 12971 PIN PUR 07/03 08:39 GIANT-EAGLE #064 Bridgeville PA 41003500 4901~5411 | $17.04 | | $5,588.28 |
| 07/03/2017 | 34049 POS PUR 07/01 18:59 QDI* QUEST DIAG V 800-837-7177 PA 00000000 034~8071 | $9.28 | | $5,579.00 |
| 07/03/2017 | 1028 PIN PUR 07/02 06:49 GET GO #3705 Carnegie PA 05023200 777632 ~5541 | $8.02 | | $5,570.98 |
| 07/03/2017 | 27358 POS PUR 06/30 01:38 STARBUCKS STORE PITTSBURGH PA 00000000 027358~5814 | $6.48 | | $5,564.50 |
| 07/03/2017 | 61323 POS PUR 07/02 03:01 STARBUCKS STORE BRIDGEVILLE PA 00000000 06132~5814 | $4.23 | | $5,560.27 |

 Member FDIC

First National Bank        Statement Ending 07/31/2017

JOSEPH CUERVO JR                                    Page 3 of 8
Primary Account Number: 7610

# WORKPLACE FIRST - 7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2017 | 95068 POS PUR 06/30 13:09 STARBUCKS STORE BRIDGEVILLE PA 00000000 09506~5814 | $4.23 | | $5,556.04 |
| 07/05/2017 | FID BKG SVC LLC MONEYLINE 2245315911FOKOQ | $600.00 | | $4,956.04 |
| 07/05/2017 | ALLSTATE F&C INS INS PYMT 000000952895668 | $320.00 | | $4,636.04 |
| 07/05/2017 | 406476 PIN PUR 07/05 09:56 WALGREENS STORE CARNEGIE PA 99999999 406476 ~5912 | $119.94 | | $4,516.10 |
| 07/05/2017 | 57507 PIN PUR 07/05 17:19 GIANT-EAGLE #064 Bridgeville PA 41001100 2959~5411 | $106.38 | | $4,409.72 |
| 07/05/2017 | TruGreen COLLECTION 170703005002632 | $88.54 | | $4,321.18 |
| 07/05/2017 | TruGreen COLLECTION 170703005002633 | $88.54 | | $4,232.64 |
| 07/05/2017 | 1136 POS PUR 07/03 13:28 BFS # 74 MORGANTOWN WV 1 001136 ~5542 | $39.36 | | $4,193.28 |
| 07/05/2017 | 33104 POS PUR 07/05 04:14 AMAZON MKTPLACE AMZN.COM/BILL WA 00000000 033~5942 | $22.99 | | $4,170.29 |
| 07/05/2017 | 753946 PIN PUR 07/04 13:14 TSP 203 HEIDELBERG PA 0001D566 753946 ~5541 | $17.00 | | $4,153.29 |
| 07/05/2017 | 93780 POS PUR 07/04 15:15 WENDY'S 312 WEIRTON WV 31993780 093780 ~5814 | $12.60 | | $4,140.69 |
| 07/05/2017 | 33197 POS PUR 07/04 04:21 STARBUCKS STORE BRIDGEVILLE PA 00000000 03319~5814 | $10.00 | | $4,130.69 |
| 07/06/2017 | Duquesne Light PAYMENT 9781710000 | $352.40 | | $3,778.29 |
| 07/06/2017 | AES STDNT LOAN PA8878216010B | $200.00 | | $3,578.29 |
| 07/06/2017 | 53439 POS PUR 07/05 14:18 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 05343~7230 | $35.00 | | $3,543.29 |
| 07/06/2017 | 706208 PIN PUR 07/06 11:43 KNORRS AUTOMOTIV CARNEGIE PA 0001V461 706208 ~5541 | $19.07 | | $3,524.22 |
| 07/06/2017 | 57135 PIN PUR 07/05 21:33 ALLIES GARAGE PITTSBURGH PA PSIB2017 057135 ~7523 | $18.00 | | $3,506.22 |
| 07/06/2017 | 108648 PIN PUR 07/06 15:14 BARNESNOBLE 1000 Cranberry Tow PA 99999999 10~5942 | $6.35 | | $3,499.87 |
| 07/06/2017 | 67165 POS PUR 07/05 05:28 STARBUCKS STORE PITTSBURGH PA 00000000 067165~5814 | $4.23 | | $3,495.64 |
| 07/06/2017 | 501595 POS PUR 07/06 14:53 BURGER KING #428 CRANBERRY TOW PA 00863388 71~5814 | $3.70 | | $3,491.94 |
| 07/06/2017 | 53903 POS PUR 07/05 02:03 OXFORD CNT AUBON PITTSBURGH PA 00000000 05390~5814 | $3.09 | | $3,488.85 |
| 07/07/2017 | CHECK # 1008 | $1,500.00 | | $1,988.85 |
| 07/07/2017 | 431940 PIN PUR 07/07 11:55 BUSY BEAVER-WEIR WEIRTON WV LK546405 431940 ~5211 | $83.26 | | $1,905.59 |
| 07/07/2017 | 452492 PIN PUR 07/07 12:38 NEW CUMBERLAND S NEW CUMBERLAN WV LK248542 45~5411 | $22.10 | | $1,883.49 |
| 07/07/2017 | 777067 PIN PUR 07/06 18:38 TSP 203 HEIDELBERG PA 0001D566 777067 ~5541 | $18.81 | | $1,864.68 |
| 07/07/2017 | 21809 POS PUR 07/06 18:57 STARBUCKS STORE BRIDGEVILLE PA 00000000 02180~5814 | $4.23 | | $1,860.45 |
| 07/10/2017 | 89387 POS PUR 07/08 05:37 ANTHONYS COAL FI PITTSBURGH PA 00000000 08938~5812 | $111.90 | | $1,748.55 |
| 07/10/2017 | 262478 PIN PUR 07/08 11:51 MCMURRAY DRY CLE CANONSBURG PA 04294850 26247~7216 | $48.50 | | $1,700.05 |
| 07/10/2017 | 19734 POS PUR 07/09 18:43 GET GO #3205 CARNEGIE PA 00000000 019734 ~5542 | $44.82 | | $1,655.23 |
| 07/10/2017 | 545012 POS PUR 07/09 10:58 SUNOCO 050148160 BRIDGEVILLE PA 65378701 5450~5542 | $44.05 | | $1,611.18 |

## WORKPLACE FIRST - ▓▓▓▓7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/10/2017 A | 902538 PIN PUR 07/07 18:14 SUNOCO 008077760 WEIRTON WV 27522701 902538 ~5541 | $30.23 | | $1,580.95 |
| 07/10/2017 G | 860338 PIN PUR 07/10 10:24 TSP 203 HEIDELBERG PA 0001D566 860338 ~5541 | $17.03 | | $1,563.92 |
| 07/10/2017 G | 42147 POS PUR 07/08 02:02 SONIC DRIVE IN # CANONSBURG PA 1 042147 ~5814 | $11.23 | | $1,552.69 |
| 07/10/2017 G | 117179 PIN PUR 07/09 11:00 SUNOCO 050148160 BRIDGEVILLE PA 65378701 1171~5541 | $9.23 | | $1,543.46 |
| 07/10/2017 G | 807342 PIN PUR 07/08 22:33 TSP 203 HEIDELBERG PA 0001D566 807342 ~5541 | $8.03 | | $1,535.43 |
| 07/10/2017 G | 81183 POS PUR 07/09 08:57 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0811~8050 | $7.17 | | $1,528.26 |
| 07/10/2017 G | 41578 POS PUR 07/09 16:47 UPMC PRESBY CAFE PITTSBURGH PA 00000000 04157~5812 | $6.93 | | $1,521.33 |
| 07/10/2017 G | 34611 POS PUR 07/08 05:02 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0346~8050 | $6.42 | | $1,514.91 |
| 07/10/2017 G | 51656 POS PUR 07/09 20:22 STARBUCKS STORE BRIDGEVILLE PA 00000000 05165~5814 | $4.23 | | $1,510.68 |
| 07/10/2017 G | 51630 POS PUR 07/09 16:15 STARBUCKS STORE BRIDGEVILLE PA 00000000 05163~5814 | $4.23 | | $1,506.45 |
| 07/10/2017 G | 5122 POS PUR 07/08 13:36 STARBUCKS STORE SEWICKLEY PA 00000000 005122 ~5814 | $4.23 | | $1,502.22 |
| 07/10/2017 parking A | 3475 POS PUR 07/08 13:34 PUH GARAGE PITTSBURGH PA 00000000 003475 ~7523 | $3.00 | | $1,499.22 |
| 07/10/2017 G | 8415 POS PUR 07/08 12:00 UPMC PRESBY CAFE PITTSBURGH PA 00000000 00841~5812 | $2.78 | | $1,496.44 |
| 07/11/2017 G | 32930 PIN PUR 07/10 19:08 GIANT-EAGLE #064 Bridgeville PA 41000700 7297~5411 | $100.50 | | $1,395.94 |
| 07/11/2017 parking A | 50078 POS PUR 07/10 FORBES AND GRANT PITTSBURGH PA PSIB2004 05007~7523 | $16.00 | | $1,379.94 |
| 07/11/2017 G | 88383 POS PUR 07/10 07:41 MCDONALD'S F1153 WASHINGTON PA 1 088383 ~5814 | $13.12 | | $1,366.82 |
| 07/12/2017 other | 312927 PIN PUR 07/12 11:14 DICK'S SPORTINGG PITTSBURGH PA 00056164 31292~5941 | $29.99 | | $1,336.83 |
| 07/12/2017 G | 22640 PIN PUR 07/12 17:34 PRESTO QWIK STOP PRESTO PA 05364984 719364862~5499 | $17.10 | | $1,319.73 |
| 07/12/2017 other | 20034 POS PUR 07/11 05:24 SMOKER FRIENDLY PITTSBURGH PA 06895652 020034~5993 | $15.84 | | $1,303.89 |
| 07/13/2017 G | 35574 POS PUR 07/12 23:42 CAFE MOULIN PITTSBURGH PA 34535574 035574 ~5812 | $41.29 | | $1,262.60 |
| 07/13/2017 G | 57270 POS PUR 07/12 23:31 STARBUCKS STORE PITTSBURGH PA 00000000 057270~5814 | $7.38 | | $1,255.22 |
| 07/13/2017 parking A | 50646 POS PUR 07/12 06:26 VISITORS GARAGE PITTSBURGH PA 00000000 050646~7523 | $7.00 | | $1,248.22 |
| 07/14/2017 W | UPMC PRESBYTERIA PAYROLL 00063884   WAGES | | $1,672.62 | $2,920.84 |
| 07/14/2017 G | 62406 POS PUR 07/14 20:41 MELLOW MUSHROOM MIDLOTHIAN VA 00000000 062406~5812 | $80.12 | | $2,840.72 |
| 07/14/2017 other | 145109 PIN PUR 07/14 16:21 MACY'S 078 MCLEAN VA 99999999 145109 ~5311 | $49.28 | | $2,791.44 |
| 07/14/2017 G | 41552 POS PUR 07/12 16:09 ANTHONYS COAL FI PITTSBURGH PA 00000000 04155~5812 | $40.25 | | $2,751.19 |
| 07/14/2017 A | 5706 POS PUR 07/13 13:46 SHEETZ 00 HANCOCK MD 005 005706 ~5542 | $39.33 | | $2,711.86 |
| 07/14/2017 A | 612051 POS PUR 07/14 12:02 BITCO - TWO, INC GLEN ALLEN VA 11043601 61205~5542 | $31.58 | | $2,680.28 |
| 07/14/2017 other | 50004 POS PUR 07/13 07:48 MCMURRAY DRY CLE CANONSBURG PA 78681817 05000~7216 | $22.00 | | $2,658.28 |

First National Bank                    Statement Ending 07/31/2017

JOSEPH CUERVO JR                                    Page 5 of 8
Primary Account Number: ####7610

# WORKPLACE FIRST - ####7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/14/2017 | 79842 POS PUR 07/13 01:00 STARBUCKS STORE CANONSBURG PA 00000000 079842~5814 | $16.96 | | $2,641.32 |
| 07/17/2017 | 81397 RETURN 07/14 20:03 AmazonPrime Memb amzn.com/prme WA 00000000 08~5968 | | $11.65 | $2,652.97 |
| 07/17/2017 | 77535 POS PUR 07/15 10:28 FAIRFIELD INN & NORTH CHESTER VA 00000000 077~3715 | $174.42 | | $2,478.55 |
| 07/17/2017 | 89847 POS PUR 07/15 03:05 CHEF GEOFFS INC WASHINGTON DC 01660893 089847~5812 | $149.71 | | $2,328.84 |
| 07/17/2017 | 600478 PIN PUR 07/16 13:20 WALGREENS STORE CARNEGIE PA 99999999 600478~5912 | $95.13 | | $2,233.71 |
| 07/17/2017 | 918978 PIN PUR 07/15 12:52 OFFICE MAX/OFFI BRIDGEVILLE PA 99999999 91897~5943 | $72.74 | | $2,160.97 |
| 07/17/2017 | 29634 PIN PUR 07/15 13:14 GIANT-EAGLE #064 Bridgeville PA 41038000 8406~5411 | $57.68 | | $2,103.29 |
| 07/17/2017 | 62504 PIN PUR 07/14 20:15 CVS/PHARMACY #02 WASHINGTON DC 30217417 17294~5912 | $34.60 | | $2,068.69 |
| 07/17/2017 | 341697 POS PUR 07/15 08:51 LONE PINE #1 STO WASHINGTON PA 11013501 34169~5542 | $31.52 | | $2,037.17 |
| 07/17/2017 | 58918 PIN PUR 07/14 20:01 CVS/PHARMACY #02 WASHINGTON DC 30217411 11205~5912 | $14.39 | | $2,022.78 |
| 07/17/2017 | 55389 RECURRING 07/14 09:59 AmazonPrime Memb amzn.com/prme WA 00000000 05~5968 | $11.65 | | $2,011.13 |
| 07/17/2017 | 34587 PIN PUR 07/17 11:01 GET GO #3705 Carnegie PA 05023200 089332~5541 | $9.62 | | $2,001.51 |
| 07/17/2017 | 786141 PIN PUR 07/17 06:37 TSP 203 HEIDELBERG PA 0001D566 786141~5541 | $8.03 | | $1,993.48 |
| 07/17/2017 | 0561 POS PUR 07/14 09:43 APL* ITUNES.COM/ 866-712-7753 CA 00000000 000~5735 | $0.99 | | $1,992.49 |
| 07/18/2017 | 9080 ATM WTD 07/18 16:03 FIRST NAT BANK CARNEGIE PA PA900030 009080 ~6011 | $200.00 | | $1,792.49 |
| 07/18/2017 | 454619 PIN PUR 07/18 13:34 T-BONES WEXFORD PA 80829301 454619~5411 | $49.72 | | $1,742.77 |
| 07/18/2017 | 800750 PIN PUR 07/18 05:41 TSP 203 HEIDELBERG PA 0001D566 800750~5541 | $17.03 | | $1,725.74 |
| 07/18/2017 | 57839 POS PUR 07/17 11:23 FORBES AND GRANT PITTSBURGH PA PSIB2004 05783~7523 | $16.00 | | $1,709.74 |
| 07/18/2017 | 67294 POS PUR 07/18 00:28 SQ * WINTERS BUSI Carnegie PA 00000000 067294 ~5499 | $11.37 | | $1,698.37 |
| 07/18/2017 | 49605 POS PUR 07/17 22:37 STARBUCKS STORE BRIDGEVILLE PA 00000000 04960~5814 | $9.63 | | $1,688.74 |
| 07/19/2017 | DEPOSIT   BRAN | | $9,000.00 | $10,688.74 |
| 07/19/2017 | COMCAST CABLE 4802517 | $277.28 | | $10,411.46 |
| 07/19/2017 | 36989 PIN PUR 07/19 13:06 THE HOME DEPOT 4 BRIDGEVILLE PA 06232733 0369~5200 | $245.43 | | $10,166.03 |
| 07/19/2017 | 40187 PIN PUR 07/19 14:18 GIANT-EAGLE #064 Bridgeville PA 41001000 5600~5411 | $150.04 | | $10,015.99 |
| 07/19/2017 | AMERICAN-WATER UTIL-PMNT 1738343 | $92.27 | | $9,923.72 |
| 07/19/2017 | COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $60.65 | | $9,863.07 |
| 07/19/2017 | 54953 POS PUR 07/19 03:43 BI INCORPORATED 877-666-4349 CO 00000000 0549~7399 | $3.00 | | $9,860.07 |
| 07/20/2017 | QUEST DIAGNOSTIC LAB TESTS 7500675 | $139.48 | | $9,720.59 |
| 07/20/2017 | 68469 POS PUR 07/19 04:21 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 06846~7230 | $65.00 | | $9,655.59 |

## WORKPLACE FIRST - ▓▓▓7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/20/2017 MD | QUEST DIAGNOSTIC LAB TESTS 7500651 | $62.32 | | $9,593.27 |
| 07/20/2017 MD | QUEST DIAGNOSTIC LAB TESTS 7500672 | $38.96 | | $9,554.31 |
| 07/20/2017 G | 0042 POS PUR 07/19 12:14 JERSEY MIKE'S 80 BRIDGEVILLE PA 00005517 0000~5814 | $18.51 | | $9,535.80 |
| 07/21/2017 A | CHECK # 472799 | $356.74 | | $9,179.06 |
| 07/21/2017 A | CHECK # 469371 | $288.59 | | $8,890.47 |
| 07/21/2017 G | 70084 POS PUR 07/20 09:04 FEDERICO FOODS I STEUBENVILLE OH 08984667 070~5411 | $57.78 | | $8,832.69 |
| 07/21/2017 A | 41308 POS PUR 07/20 17:46 MARATHON PETRO OAKDALE PA 01 041308 ~5542 | $49.00 | | $8,783.69 |
| 07/21/2017 U | PEOPLES NAT GAS ONLINE PMT CKF962150893POS | $29.20 | | $8,754.49 |
| 07/21/2017 G | 9969 POS PUR 07/20 15:09 MCDONALD'S F1495 OAKDALE PA 1 009969 ~5814 | $6.16 | | $8,748.33 |
| 07/24/2017 M | SELECT PORTFOLIO SPS 0020784096 | $2,802.04 | | $5,946.29 |
| 07/24/2017 T | ALLSTATE F&C INS INS PYMT 000000952895668 | $320.00 | | $5,626.29 |
| 07/24/2017 U | COMCAST ONLINE PMT CKF962150893POS | $316.20 | | $5,310.09 |
| 07/24/2017 T | ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $5,110.09 |
| 07/24/2017 H | TERMINIX CHECKS 1707210000003 | $101.65 | | $5,008.44 |
| 07/24/2017 H | TruGreen COLLECTION 170721005001300 | $88.54 | | $4,919.90 |
| 07/24/2017 G | 761539 PIN PUR 07/23 19:07 TSP 219 PITTSBURGH PA 0001D541 761539 ~5541 | $10.00 | | $4,909.90 |
| 07/24/2017 G | 63066 PIN PUR 07/23 18:52 GET GO #3705 Carnegie PA 05023300 572398 ~5541 | $8.02 | | $4,901.88 |
| 07/24/2017 H | 92101 POS PUR 07/22 09:50 JOANN FABRIC #02 BRIDGEVILLE PA 00003450 0921~5949 | $6.41 | | $4,895.47 |
| 07/24/2017 G | 95730 POS PUR 07/21 06:11 STARBUCKS STORE BRIDGEVILLE PA 00000000 09573~5814 | $4.23 | | $4,891.24 |
| 07/25/2017 H | 55883 POS PUR 07/24 17:35 IN * YARDSCAPE 412-5512488 PA 00000000 055883 ~0780 | $294.25 | | $4,596.99 |
| 07/25/2017 IRA | FID BKG SVC LLC MONEYLINE 2245315911G87E2 | $200.00 | | $4,396.99 |
| 07/25/2017 U | VERIZON WIRELESS ONLINE PMT CKF962150893POS | $197.72 | | $4,199.27 |
| 07/25/2017 other | 1503 POS PUR 07/24 01:51 GUMBY'S THREE SP WEIRTON WV 43301503 001503 ~5499 | $137.48 | | $4,061.79 |
| 07/25/2017 A | 9488 POS PUR 07/25 01:21 MARATHON PETRO OAKDALE PA 01 009488 ~5542 | $52.98 | | $4,008.81 |
| 07/25/2017 A | 818320 POS PUR 07/25 11:29 TSP 203 HEIDELBERG PA 0001D566 818320 ~5542 | $46.70 | | $3,962.11 |
| 07/25/2017 A | 94844 POS PUR 07/24 00:31 SMITH OIL NEW CUMBERLAN WV 001 094844 ~5541 | $23.52 | | $3,938.59 |
| 07/26/2017 PP | CHECK # 1010 | $1,500.00 | | $2,438.59 |
| 07/26/2017 other | AES STDNT LOAN PA8878216010B | $200.00 | | $2,238.59 |
| 07/27/2017 G | 52154 PIN PUR 07/27 16:26 GIANT-EAGLE #064 Bridgeville PA 41001100 9712~5411 | $52.83 | | $2,185.76 |
| 07/27/2017 H | 712805 PIN PUR 07/27 16:13 THE HOME DEPOT 4 BRIDGEVILLE PA 06232786 7128~5200 | $29.82 | | $2,155.94 |
| 07/28/2017 W | UPMC PRESBYTERIA PAYROLL 00063884    *WAGES* | | $1,858.18 | $4,014.12 |
| 07/31/2017 AL | MONTHLY SERVICE CHRG REFUND | | $5.00 | $4,019.12 |
| 07/31/2017 other | 42342 POS PUR 07/29 10:40 MACYS .COM 800-289-6229 OH 06842342 042342 ~5311 | $162.17 | | $3,856.95 |
| 07/31/2017 G | 54259 PIN PUR 07/31 14:14 SAMS CLUB #6575 PITTSBURGH(W) PA 65750012 775~5300 | $152.58 | | $3,704.37 |
| 07/31/2017 other | 336759 PIN PUR 07/28 18:41 MACY'S 621 PITTSBURGH PA 99999999 336759 ~5311 | $134.81 | | $3,569.56 |
| 07/31/2017 other | 93324 POS PUR 07/28 09:02 MACYS SOUTH HIL PITTSBURGH PA 47393324 093324 ~5311 | $85.00 | | $3,484.56 |

First National Bank                    Statement Ending 07/31/2017

JOSEPH CUERVO JR                                      Page 7 of 8
Primary Account Number: ████7610

# WORKPLACE FIRST - ████7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/31/2017 | 42359 POS PUR 07/28 10:38 MACYS SOUTH HIL PITTSBURGH PA 06842359 042359~5311 | $70.00 | | $3,414.56 |
| 07/31/2017 | 20085 PIN PUR 07/31 15:06 TARGET T-1217 Pittsburgh PA 11217079 079133 ~5310 | $65.21 | | $3,349.35 |
| 07/31/2017 | 34523 PIN PUR 07/28 18:51 STEPHENS HAIRGRA PITTSBURGH PA 07772198 72091~7230 | $31.03 | | $3,318.32 |
| 07/31/2017 | 61662 PIN PUR 07/31 15:54 GIANT-EAGLE #003 Leetsdale PA 37000400 722164~5411 | $20.28 | | $3,298.04 |
| 07/31/2017 | SERVICE CHARGE | $5.00 | | $3,293.04 |
| 07/31/2017 | Balance This Statement | | | $3,293.04 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1008 | 07/07/2017 | $1,500.00 | 469371* | 07/21/2017 | $288.59 |
| 1010* | 07/26/2017 | $1,500.00 | 472799* | 07/21/2017 | $356.74 |

\* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07/03/2017 | $5,556.04 | 07/13/2017 | $1,248.22 | 07/24/2017 | $4,891.24 |
| 07/05/2017 | $4,130.69 | 07/14/2017 | $2,641.32 | 07/25/2017 | $3,938.59 |
| 07/06/2017 | $3,488.85 | 07/17/2017 | $1,992.49 | 07/26/2017 | $2,238.59 |
| 07/07/2017 | $1,860.45 | 07/18/2017 | $1,688.74 | 07/27/2017 | $2,155.94 |
| 07/10/2017 | $1,496.44 | 07/19/2017 | $9,860.07 | 07/28/2017 | $4,014.12 |
| 07/11/2017 | $1,366.82 | 07/20/2017 | $9,535.80 | 07/31/2017 | $3,293.04 |
| 07/12/2017 | $1,303.89 | 07/21/2017 | $8,748.33 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

## In the United States Bankruptcy Court
## for the Western District of Pennsylvania

In Re:                                              )    Case No. 17-20492 GLT
Joseph Cuervo and Mary E. Cuervo,                   )    Chapter 11
            Debtors.                                )    Document No.

## Certificate of Service

     I, Gary W. Short, certify under penalty of perjury that on _10/9/17_
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☒ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: _10/9/17_

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com