UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.                    Case No. 17-20492-GLT

Reporting Period: _September, 2017_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____          10/9/17
Signature of Debtor                    Date

_____          10/9/17
Signature of Joint Debtor              Date

_____          _____
Signature of Preparer                  Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| | | Case No. 17-20492-GLT | |
|---|---|---|---|
| Debtor: Cuervo, Joseph & Cuervo, Mary E | | Reporting Period: SEPTEMBER 2017 | |
| **INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.** | | | |
| Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. | | | |
| | | September | |
| | | Current Month Actual | Cumulative Filing to Date Actual |
| Cash - Beginning of Month | | $ 2,404.64 | |
| **RECEIPTS** | | | |
| Beginning Balance | | | $ 1,749.45 |
| Wages (NET) | | $ 7,808.89 | $ 49,214.12 |
| Draws | | $ 6,500.00 | $ 76,102.28 |
| Interest and Dividend Income (cash deposit) | | $ - | $ 160.00 |
| Other Deposits | | $ - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | | $ 22,551.40 | $ 22,551.40 |
| Other Income (attach schedule) BANK CREDITS | | $ 84.55 | $ 254.02 |
| Total Receipts | | $ 39,349.48 | $ 153,731.27 |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Mortgage Payment(s) | | $ 2,862.01 | $ 22,386.30 |
| Groceries/Food/Dining Out | | $ 1,305.23 | $ 8,755.49 |
| Other Secured Note Payments | | $ - | $ - |
| Utilities | | $ 1,920.70 | $ 8,522.54 |
| Insurance | | $ 750.00 | $ 4,925.44 |
| Auto Expense | | $ 482.25 | $ 3,856.63 |
| Vehichle Payments | | $ 645.33 | $ 5,162.64 |
| Lease Payments | | $ - | $ - |
| IRA Contributions | | $ 200.00 | $ 2,155.20 |
| Repairs and Maintenance | | $ 1,639.58 | $ 5,231.58 |
| Medical Expenses | | $ 80.72 | $ 1,013.97 |
| Household Expenses | | $ 391.83 | $ 3,486.59 |
| Charitable Contributions | | $ - | $ - |
| Taxes - Real Estate | | $ - | $ 4,689.98 |
| Taxes - Personal Property | | $ - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | | $ - | $ - |
| Travel and Entertainment | | $ 3,915.99 | $ 4,125.01 |
| Bank Charges | | $ 64.53 | $ 527.12 |
| Gifts | | $ - | $ 2,780.00 |
| Other (attach schedule) | | $ 1,631.35 | $ 42,420.55 |
| Total Ordinary Disbursements | | $ 15,889.52 | $ 120,039.04 |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees (Gary Short) | | $ 1,500.00 | $ 9,900.00 |
| U.S. Trustee Fees | | $ - | $ 1,300.27 |
| Other Reorganization Expenses (filing fee) | | $ - | $ 532.00 |
| Total Reorganization Items | | $ 1,500.00 | $ 11,732.27 |
| | | | |
| Total Disbursements (Ordinary & Reorganization) | | $ 17,389.52 | $ 131,771.31 |
| | | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | $ 21,959.96 | $ 21,959.96 |
| | | | |
| Cash - End of Month (Must equal reconciled bank statement) | | $ 21,959.96 | |
| Payroll Withholding | | $ 2,713.76 | $ 16,777.06 |
| Other Payroll Deductions | | $ 1,525.62 | $ 12,535.98 |

1

**MOR Individual worksheet**  **MONTH**  SEPTEMBER 2017    FNB account: 7610

All monthly expenses are paid as they are incurred.    Beginning bank balance ____$2,404.64____
Total credits (additions for month) ___$36,944.84___    Total debits (deductions for month) $___17,389.52___

### Income

| | |
|---|---:|
| Wages | $7,808.89 |
| Draws | $6,500.00 |
| Sale of Assets (distribution from deceased father's probate estate) | $22,551.40 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits (MC) | $84.55 |
| **Total Income *** | **$36,944.84** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---:|
| Mortgage payments (M) | $2,862.01 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $1,920.70 |
| Insurance (I) | $750.00 |
| Auto fuel and repairs (A) (includes parking fees) | $482.25 |
| Groceries/Dining out (G) | $1,305.23 |
| Home repairs and maintenance (H) | $1,639.58 |
| Medical (MD) | $80.72 |
| Household expenses (HH) | $391.83 |
| Charitable (C) | $0.00 |
| IRA contributions | $200.00 |
| Payroll taxes (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $0.00 |
| Bank Charges (BC) | $64.53 |
| Travel/Entertainment | $3,915.99 |
| Other (see attached) | $1,631.35 |
| **Total Expenses *** | **$17,389.52** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---:|
| Beginning bank Balance | $2,404.64 |
| Plus income for period | $36,944.84 |
| Subtotal | $39,349.48 |
| Less Expenses | $17,389.52 |
| Month End Bank Balance | $21,959.96 |

1

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: SEPTEMBER 2017

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) | $800.00 | |
| Student loan | $200.00 | |
| Dry Cleaning | $94.50 | |
| Clothing Purchases | $201.11 | |
| Home Office/Business expenses | $129.57 | |
| Gifts | $0.00 | |
| Personal expenses (including hair, nails, etc) | $206.17 | |
| TOTAL | $1,631.35 | $42,420.55 |
| | | |
| **Other Reorganization Expenses** | | |

1

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: _September 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | 0 |
| Total Taxes | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: _September 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

(entire section crossed out)

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | ✓ | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

_Sale of father's house (distribution from deceased father's probate estate)_

FORM MOR-5  
(9/99)

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

**Statement Ending 09/29/2017**

JOSEPH CUERVO JR                                          Page 1 of 8
Primary Account Number: 7610

### Managing Your Accounts

 Online        www.fnb-online.com

 By Phone      1 800-555-5455

By Mail       4140 E. State Street
              Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | 7610 | $21,959.96 |

## WORKPLACE FIRST - 7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/01/2017 | Balance Last Statement | $2,404.64 | Minimum Balance | $773.05 |
| | 14 Credit(s) This Period | $36,944.84 | Average Ledger Balance | $11,618.13 |
| | 121 Debit(s) This Period | $17,389.52 | Average Available Balance | $9,942.15 |
| 09/29/2017 | Balance This Statement | $21,959.96 | | |
| | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | | | | $2,404.64 |
| 09/01/2017 | Balance Last Statement | | | |
| 09/01/2017 | DEPOSIT | | $6,500.00 | $8,904.64 |
| 09/01/2017 | Medco Commercial PAYROLL 000200 | | $2,259.56 | $11,164.20 |
| 09/01/2017 | 69468 POS PUR 08/31 05:23 ALLEN EDMONDS EC 262-235-2385 WI 00000000 069~5661 | $170.00 | | $10,994.20 |
| 09/01/2017 | 892841 PIN PUR 08/31 20:35 Wal-Mart Store SCOTT TWP PA 50400016 72448591~5411 | $168.37 | | $10,825.83 |
| 09/01/2017 | UNIV OF PGH PHYS MEDICAL 1102229 | $48.10 | | $10,777.73 |
| 09/01/2017 | 41214 POS PUR 09/01 13:48 GET GO #3668 Seven Fields PA 68023100 529513 ~5541 | $40.52 | | $10,737.21 |
| 09/01/2017 | 23853 PIN PUR 09/01 10:50 PRESTO QWIK STOP PRESTO PA 05364984 724498262~5499 | $17.56 | | $10,719.65 |
| 09/05/2017 | 52584 PIN PUR 09/02 15:13 SAMS CLUB #6575 PITTSBURGH(W) PA 65750012 863~5300 | $245.57 | | $10,474.08 |
| 09/05/2017 | 3130 ATM WTD 09/03 12:36 FIRST NAT BANK CARNEGIE PA PA900030 003130 ~6011 | $220.00 | | $10,254.08 |
| 09/05/2017 | 80034 POS PUR 09/02 15:05 CAPRETTI & CO PITTSBURGH PA 78463843 080034 ~7230 | $55.64 | | $10,198.44 |
| 09/05/2017 | 926314 PIN PUR 09/02 13:52 Barnes and Nobl Pittsburgh PA 99999999 926314~5814 | $40.53 | | $10,157.91 |



Member FDIC

**First National Bank**  *Statement Ending 09/29/2017*

JOSEPH CUERVO JR  Page 3 of 8
Primary Account Number: ****7610

## WORKPLACE FIRST - ****7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/05/2017 G | 27865 POS PUR 09/03 10:05 GET GO #3205 CARNEGIE PA 00000000 027865 ~5541 | $17.04 | | $10,140.87 |
| 09/05/2017 G | 82594 POS PUR 09/04 01:06 STARBUCKS STORE PITTSBURGH PA 00000000 082594~5814 | $7.38 | | $10,133.49 |
| 09/06/2017 H | MISCELLANEOUS DEBIT *electrical work Dads house* | $1,590.00 | | $8,543.49 |
| 09/06/2017 M | SELECT PORTFOLIO SPS 0020784096 | $2,862.01 | | $5,681.48 |
| 09/06/2017 U | DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $431.04 | | $5,250.44 |
| 09/06/2017 U | COMCAST ONLINE PMT CKF962150893POS | $275.08 | | $4,975.36 |
| 09/06/2017 I | ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $4,775.36 |
| 09/06/2017 G | 62969 POS PUR 09/05 21:19 GUMBY'S THREE SP WEIRTON WV 44262969 062969 ~5499 | $137.48 | | $4,637.88 |
| 09/06/2017 HH | 544026 PIN PUR 09/06 15:00 Wal-Mart Store SCOTT TWP PA 50400011 72491432~5411 | $66.70 | | $4,571.18 |
| 09/06/2017 other | 2083 POS PUR 09/05 12:48 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 00208~7230 | $65.00 | | $4,506.18 |
| 09/06/2017 A | 711047 PIN PUR 09/06 16:48 SUNOCO 080798320 WEIRTON WV 27649301 711047 ~5541 | $52.82 | | $4,453.36 |
| 09/06/2017 U | AMERICAN-WATER UTIL-PMNT 7632053 | $52.05 | | $4,401.31 |
| 09/06/2017 other | 660151 PIN PUR 09/06 15:13 USPS PO 41680002 PRESTO PA 99999999 660151 ~9402 | $9.80 | | $4,391.51 |
| 09/07/2017 edu | AES STDNT LOAN PA8878216010B | $200.00 | | $4,191.51 |
| 09/07/2017 IRA | FID BKG SVC LLC MONEYLINE 2245315911HCBCK | $200.00 | | $3,991.51 |
| 09/07/2017 other | 8680 POS PUR 09/06 22:44 STAPLES 00 PITTSBURGH PA 001 008680 ~5943 | $118.77 | | $3,872.74 |
| 09/07/2017 U | 69390 POS PUR 09/06 04:54 VERIZON WRLS W32 *card* 800-9220204 AZ 71077410 0693~4814 *in dispute compromised* | $105.89 | | $3,766.85 |
| 09/07/2017 U | 67007 POS PUR 09/07 21:43 VZWRLSS* PREPAID *card* 888-294-6804 FL 00000000 0670~4814 *in dispute compromised* | $87.25 | | $3,679.60 |
| 09/07/2017 other | 23753 POS PUR 09/06 15:49 USPS.COM MOVER'S 800-238-3150 TN 00000000 023~9402 | $1.00 | | $3,678.60 |
| 09/08/2017 W | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,688.18 | $5,366.78 |
| 09/08/2017 T/E | CHECK # 1015 *cash for travel (vacation)* | $1,200.00 | | $4,166.78 |
| 09/08/2017 V | CHECK # 1306473 | $356.74 | | $3,810.04 |
| 09/08/2017 V | CHECK # 1294999 | $288.59 | | $3,521.45 |
| 09/08/2017 A | 73665 POS PUR 09/06 01:11 SUNOCO 080798320 WEIRTON WV 00000000 073665 ~5542 | $52.63 | | $3,468.82 |
| 09/08/2017 A | 413622 PIN PUR 09/08 09:57 SMITH OIL NEW CUMBERLAN WV 30452101 413622 ~5541 | $28.57 | | $3,440.25 |
| 09/08/2017 G | 501195 PIN PUR 09/08 10:07 DOLLAR GENERAL # NEW MANCHESTE WV 99999999 50~5310 | $5.95 | | $3,434.30 |
| 09/11/2017 T/E | 1365 ATM WTD 09/09 17:02 FIRST NAT BANK *(vacation)* BRIDGEVILLE PA PA900380 001365~6011 *cash for travel* | $400.00 | | $3,034.30 |
| 09/11/2017 G | 38530 POS PUR 09/08 15:36 GUMBY'S TOWER #1 CHESTER WV 45638530 038530 ~5499 | $83.00 | | $2,951.30 |
| 09/11/2017 other | 38133 POS PUR 09/08 00:29 SQ * SANCTIFIED S CHESTER WV 00000000 038133 ~7230 | $45.00 | | $2,906.30 |
| 09/11/2017 G | 59971 PIN PUR 09/09 16:56 GIANT-EAGLE #064 Bridgeville PA 41003600 1777~5411 | $43.08 | | $2,863.22 |
| 09/11/2017 other | 0004 POS PUR 09/09 06:23 HUDSONNEWS ST42 PITTSBURGH PA 00000826 000004~5994 | $31.11 | | $2,832.11 |
| 09/11/2017 G | 47890 PIN PUR 09/09 16:54 GIANT-EAGLE #064 Bridgeville PA 41001300 1758~5411 | $19.17 | | $2,812.94 |

## WORKPLACE FIRST - ███████7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/11/2017 | 0044 POS PUR 09/09 02:09 JERSEY MIKE'S 80 BRIDGEVILLE PA 00005517 0000~5814 | $18.51 | | $2,794.43 |
| 09/13/2017 | 1344 POS PUR 09/11 21:32 THE OLD CUCUNUCO ARUBA AW 00000000 001344 ~5812 | $201.96 | | $2,592.47 |
| 09/14/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $2,594.97 |
| 09/14/2017 | ATM SURCHARGE FEE REFUND | | $7.50 | $2,602.47 |
| 09/14/2017 | SURCHARGE FEE 353409 ATM WTD 09/14 12:55 002 ARUBA AW MAR207 353409 ~6011 | $7.50 | | $2,594.97 |
| 09/14/2017 | FEE FOR ATM WTD 09/14 12:55 002 ARUBA AW MAR207 353409 ~6011 | $2.50 | | $2,592.47 |
| 09/14/2017 | 3765 POS PUR 09/12 17:22 LING & SONS SUPE ARUBA AW 00000000 003765 ~5999 | $385.68 | | $2,206.79 |
| 09/14/2017 | 353409 ATM WTD 09/14 12:55 002 ARUBA AW MAR207 353409 ~6011 | $100.86 | | $2,105.93 |
| 09/15/2017 | ATM SURCHARGE FEE REFUND | | $2.50 | $2,108.43 |
| 09/15/2017 | FOREIGN ATM FEE REFUND | | $5.00 | $2,113.43 |
| 09/15/2017 | SURCHARGE FEE 863012 ATM WTD 09/15 16:03 953340419 ORANJESTAD AW ATM932 863012 | $5.00 | | $2,108.43 |
| 09/15/2017 | SURCHARGE FEE 862486 ATM WTD 09/15 16:02 953340419 ORANJESTAD AW ATM932 862486 | $5.03 | | $2,103.40 |
| 09/15/2017 | FEE FOR ATM WTD 09/15 16:02 953340419 ORANJESTAD AW ATM932 862486 ~6011 | $2.50 | | $2,100.90 |
| 09/15/2017 | FEE FOR ATM WTD 09/15 16:03 953340419 ORANJESTAD AW ATM932 863012 ~6011 | $2.50 | | $2,098.40 |
| 09/15/2017 | 863012 ATM WTD 09/15 16:03 953340419 ORANJESTAD AW ATM932 863012 ~6011 | $100.84 | | $1,997.56 |
| 09/15/2017 | 862486 ATM WTD 09/15 16:02 953340419 ORANJESTAD AW ATM932 862486 ~6011 | $56.47 | | $1,941.09 |
| 09/18/2017 | FOREIGN ATM FEE REFUND | | $7.50 | $1,948.59 |
| 09/18/2017 | SURCHARGE FEE 677256 ATM WTD 09/16 12:48 160008 ORANJESTAD AW AW704003 677256 ~ | $6.00 | | $1,942.59 |
| 09/18/2017 | SURCHARGE FEE 476611 ATM WTD 09/18 12:37 002 ARUBA AW MAR207 476611 ~6011 | $7.50 | | $1,935.09 |
| 09/18/2017 | SURCHARGE FEE 407623 ATM WTD 09/18 01:49 002 ARUBA AW MAR207 407623 ~6011 | $7.50 | | $1,927.59 |
| 09/18/2017 | FEE FOR ATM WTD 09/18 12:37 002 ARUBA AW MAR207 476611 ~6011 | $2.50 | | $1,925.09 |
| 09/18/2017 | FEE FOR ATM WTD 09/16 12:48 160008 ORANJESTAD AW AW704003 677256 ~6011 | $2.50 | | $1,922.59 |
| 09/18/2017 | FEE FOR ATM WTD 09/18 01:49 002 ARUBA AW MAR207 407623 ~6011 | $2.50 | | $1,920.09 |
| 09/18/2017 | 407623 ATM WTD 09/18 01:49 002 ARUBA AW MAR207 407623 ~6011 | $302.46 | | $1,617.63 |
| 09/18/2017 | 9729 POS PUR 09/16 12:27 MADAM JANETTE ARUBA AW 00000000 009729 ~5812 | $291.30 | | $1,326.33 |
| 09/18/2017 | 677256 ATM WTD 09/16 12:48 160008 ORANJESTAD AW AW704003 677256 ~6011 | $201.65 | | $1,124.68 |
| 09/18/2017 | 90216 POS PUR 09/15 14:11 CHARLIES BAR & R ORANJESTAD WE AW 16043603 09~5812 | $138.73 | | $985.95 |
| 09/18/2017 | 476611 ATM WTD 09/18 12:37 002 ARUBA AW MAR207 476611 ~6011 | $100.86 | | $885.09 |
| 09/18/2017 | 2917 POS PUR 09/14 11:03 FARFALLA NV ARUBA AW 00000000 002917 ~5812 | $82.56 | | $802.53 |
| 09/18/2017 | 6481 POS PUR 09/16 11:46 VALERO PALM BEAC ARUBA AW 00000000 006481 ~5541 | $19.09 | | $783.44 |

Case 17-20492-GLT    Doc 108    Filed 10/09/17    Entered 10/09/17 11:15:43    Desc Main
Document      Page 10 of 13

First National Bank

*Statement Ending 09/29/2017*

JOSEPH CUERVO JR
Primary Account Number 7610
Page 5 of 8

# WORKPLACE FIRST - 7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/18/2017 | 72449 POS PUR 09/14 02:02 TROPICAL MARKET NOORD AW 79765162 072449 ~5331 | $10.39 | | $773.05 |
| 09/19/2017 | DEPOSIT  *Sale of assets (Aadi house)* | | $22,551.40 | $23,324.45 |
| 09/19/2017 | 93851 POS PUR 09/18 19:45 CASK N FLAGON BOSTON MA 56693851 093851 ~5812 | $136.73 | | $23,187.72 |
| 09/19/2017 | 75327 POS PUR 09/19 19:39 PGH AIRPORT PARK PITTSBURGH PA 001 075327 ~7523 | $126.00 | | $23,061.72 |
| 09/19/2017 | 0498 POS PUR 09/15 10:02 RENAISSANCE ARUBA AW 00000000 000498 ~3530 | $17.74 | | $23,043.98 |
| 09/19/2017 | 65726 POS PUR 09/19 07:05 STARBUCKS C PIER EAST BOSTON MA 00000000 0657~5814 | $8.77 | | $23,035.21 |
| 09/20/2017 | 37333 POS PUR 09/19 04:55 GET GO #3205 CARNEGIE PA 00000000 037333 ~5542 | $31.00 | | $23,004.21 |
| 09/20/2017 | 3507 POS PUR 09/18 03:12 AHI ARUBA HOSPIT ORANJESTAD AW 00000000 00350~5812 | $18.25 | | $22,985.96 |
| 09/20/2017 | 5179 POS PUR 09/19 03:18 MARRIOTT ARUBA ARUBA AW 00000000 005179 ~3509 | $15.65 | | $22,970.31 |
| 09/20/2017 | 30238 POS PUR 09/19 23:56 PARKING IN PITTS PITTSBURGH PA 00315520 03023~7523 | $3.00 | | $22,967.31 |
| 09/21/2017 | FOREIGN ATM FEE REFUND | | $2.50 | $22,969.81 |
| 09/21/2017 | SURCHARGE FEE 734728 ATM WTD 09/21 13:33 CITIZENS BANK MT. LEBANON PA ML6774 73 | $3.50 | | $22,966.31 |
| 09/21/2017 | FEE FOR ATM WTD 09/21 13:33 CITIZENS BANK MT. LEBANON PA ML6774 734728 ~6011 | $2.50 | | $22,963.81 |
| 09/21/2017 | 734728 ATM WTD 09/21 13:33 CITIZENS BANK MT. LEBANON PA ML6774 734728 ~6011 | $80.00 | | $22,883.81 |
| 09/21/2017 | 6651 PIN PUR 09/20 19:58 HEIDELBERG SHOP CARNEGIE PA 54938701 006651 ~5411 | $45.91 | | $22,837.90 |
| 09/21/2017 | 58121 POS PUR 09/20 12:04 ALLIES GARAGE PITTSBURGH PA PSIB2017 058121 ~7523 | $12.00 | | $22,825.90 |
| 09/21/2017 | 61683 POS PUR 09/20 08:38 SEWICKLEYBOROPAR SEWICKLEY PA 70000001 061683~7523 | $1.50 | | $22,824.40 |
| 09/22/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,601.59 | $24,425.99 |
| 09/22/2017 | 50005 POS PUR 09/21 14:02 MCMURRAY DRY CLE CANONSBURG PA 78681817 05000~7216 | $30.00 | | $24,395.99 |
| 09/22/2017 | 24311 PIN PUR 09/22 11:37 PRESTO QWIK STOP PRESTO PA 05364984 726552430~5499 | $16.11 | | $24,379.88 |
| 09/22/2017 | 65283 POS PUR 09/21 09:44 STARBUCKS STORE PITTSBURGH PA 00000000 065283~5814 | $7.38 | | $24,372.50 |
| 09/22/2017 | 30589 POS PUR 09/21 04:13 PARKING IN PITTS PITTSBURGH PA 00315520 03058~7523 | $2.75 | | $24,369.75 |
| 09/25/2017 | DEPOSIT *refund Penn Amer Water* | | $52.05 | $24,421.80 |
| 09/25/2017 | 7387 ATM WTD 09/24 17:26 FIRST NAT BANK CANONSBURG PA PA900381 007387 ~6011 | $500.00 | | $23,921.80 |
| 09/25/2017 | ALLSTATE F&C INS INS PYMT 000000952895668 | $350.00 | | $23,571.80 |
| 09/25/2017 | VERIZON WIRELESS ONLINE PMT CKF962150893POS | $347.51 | | $23,224.29 |
| 09/25/2017 | COMCAST ONLINE PMT CKF962150893POS | $303.98 | | $22,920.31 |
| 09/25/2017 | ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $22,720.31 |
| 09/25/2017 | ADT SECURITY ONLINE PMT CKF962150893POS | $175.71 | | $22,544.60 |
| 09/25/2017 | 64367 PIN PUR 09/25 12:09 KROGER WEIRTON WV 10080302 002776 ~5411 | $156.49 | | $22,388.11 |
| 09/25/2017 | 59193 PIN PUR 09/22 18:22 GIANT-EAGLE #064 Bridgeville PA 41039100 0000~5411 | $115.04 | | $22,273.07 |

# WORKPLACE FIRST - ...7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/25/2017 | A 85142 POS PUR 09/24 19:02 PA DRIVER & VEHI 800-932-4600 PA 00000000 085~9399 | $79.00 | | $22,194.07 |
| 09/25/2017 | U AMERICAN-WATER UTIL-PMNT 8638037 | $68.06 | | $22,126.01 |
| 09/25/2017 | A 81749 POS PUR 09/23 17:55 SHEETZ 00 CRANBERRY TWP PA 016 081749 ~5542 | $58.56 | | $22,067.45 |
| 09/25/2017 | U COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $46.13 | | $22,021.32 |
| 09/25/2017 | G 5092 PIN PUR 09/22 18:24 GIANT-EAGLE #064 Bridgeville PA 41003500 0020~5411 | $34.07 | | $21,987.25 |
| 09/25/2017 | G 43095 POS PUR 09/23 00:01 IN THE KITCHEN PITTSBURGH PA 00000000 043095 ~5999 | $32.09 | | $21,955.16 |
| 09/25/2017 | U PEOPLES NAT GAS ONLINE PMT CKF962150893POS | $28.00 | | $21,927.16 |
| 09/25/2017 | MD UPMC HEALTH SVCS MEDICAL 2289673 | $22.95 | | $21,904.21 |
| 09/25/2017 | G 765471 PIN PUR 09/25 10:51 TRI STATE 213 OAKDALE PA 0001D509 765471 ~5541 | $19.71 | | $21,884.50 |
| 09/25/2017 | G 89997 POS PUR 09/23 01:18 DONATELLI'S MARK PITTSBURGH PA 1 089997 ~5411 | $17.11 | | $21,867.39 |
| 09/25/2017 | G 40113 POS PUR 09/23 20:24 PRIMANTI BROS OA PITTSBURGH PA 00009R56 04011~5814 | $16.07 | | $21,851.32 |
| 09/25/2017 | G 61000 POS PUR 09/25 09:11 SQ * WINTERS BUSI Carnegie PA 00000000 061000 ~5499 | $11.70 | | $21,839.62 |
| 09/25/2017 | MD UPMC HEALTH SVCS MEDICAL 2289659 | $9.67 | | $21,829.95 |
| 09/25/2017 | A 10088 POS PUR 09/23 11:22 PARKING IN PITTS PITTSBURGH PA 00348612 01008~7523 | $1.00 | | $21,828.95 |
| 09/26/2017 | H 546201 PIN PUR 09/26 14:35 THE HOME DEPOT 4 BRIDGEVILLE PA 06232749 7269~5200 | $49.58 | | $21,779.37 |
| 09/26/2017 | A 54421 POS PUR 09/25 22:49 MARATHON PETRO OAKDALE PA 01 054421 ~5542 | $47.30 | | $21,732.07 |
| 09/26/2017 | G 83315 POS PUR 09/25 23:00 STARBUCKS STORE PITTSBURGH PA 00000000 083315~5814 | $7.38 | | $21,724.69 |
| 09/27/2017 | HH 13083 PIN PUR 09/27 13:43 TARGET T-1217 Pittsburgh PA 11217076 076566 ~5310 | $156.76 | | $21,567.93 |
| 09/27/2017 | G 80028 POS PUR 09/26 19:52 SMOKER FRIENDLY PITTSBURGH PA 06895652 080028~5993 | $34.02 | | $21,533.91 |
| 09/27/2017 | A 50901 POS PUR 09/26 05:13 FORBES AND GRANT PITTSBURGH PA PSIB2004 05090~7523 | $30.00 | | $21,503.91 |
| 09/27/2017 | G 47858 POS PUR 09/27 19:09 SQ * WINTERS BUSI Carnegie PA 00000000 047858 ~5499 | $5.65 | | $21,498.26 |
| 09/27/2017 | G 88372 POS PUR 09/26 05:45 STARBUCKS STORE PITTSBURGH PA 00000000 088372~5814 | $4.23 | | $21,494.03 |
| 09/28/2017 | PF CHECK # 1016 | $1,500.00 | | $19,994.03 |
| 09/28/2017 | G 19452 PIN PUR 09/28 16:21 MARKET DISTRICT Pittsburgh PA 47002000 968347~5411 | $165.07 | | $19,828.96 |
| 09/28/2017 | other 0004 POS PUR 09/27 06:22 MCMURRAY DRY CLE CANONSBURG PA 78681817 00000~7216 | $64.50 | | $19,764.46 |
| 09/28/2017 | A 4092 POS PUR 09/27 09:15 SUNOCO 000215760 NEW STANTON PA 0002003 00409~5542 | $41.60 | | $19,722.86 |
| 09/28/2017 | G 38281 PIN PUR 09/28 16:25 MARKET DISTRICT Pittsburgh PA 47007700 972452~5411 | $14.43 | | $19,708.43 |
| 09/29/2017 | W Medco Commercial MEPAYROLL 000200 NET | | $2,259.56 | $21,967.99 |
| 09/29/2017 | MC MONTHLY SERVICE CHRG REFUND | | $5.00 | $21,972.99 |
| 09/29/2017 | G 25150 POS PUR 09/28 09:28 STARBUCKS STORE BRIDGEVILLE PA 00000000 02515~5814 | $8.03 | | $21,964.96 |
| 09/29/2017 | bU SERVICE CHARGE | $5.00 | | $21,959.96 |
| 09/29/2017 | Balance This Statement | | | $21,959.96 |

# First National Bank

**Statement Ending 09/29/2017**

JOSEPH CUERVO JR
Primary Account Number 7610

Page 7 of 8

## WORKPLACE FIRST - 7610 (continued)

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1015 | 09/08/2017 | $1,200.00 | 1294999* | 09/08/2017 | $288.59 |
| 1016 | 09/28/2017 | $1,500.00 | 1306473* | 09/08/2017 | $356.74 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01/2017 | $10,719.65 | 09/14/2017 | $2,105.93 | 09/25/2017 | $21,828.95 |
| 09/05/2017 | $10,133.49 | 09/15/2017 | $1,941.09 | 09/26/2017 | $21,724.69 |
| 09/06/2017 | $4,391.51 | 09/18/2017 | $773.05 | 09/27/2017 | $21,494.03 |
| 09/07/2017 | $3,678.60 | 09/19/2017 | $23,035.21 | 09/28/2017 | $19,708.43 |
| 09/08/2017 | $3,434.30 | 09/20/2017 | $22,967.31 | 09/29/2017 | $21,959.96 |
| 09/11/2017 | $2,794.43 | 09/21/2017 | $22,824.40 | | |
| 09/13/2017 | $2,592.47 | 09/22/2017 | $24,369.75 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| Debtors. | ) | **Document No.** |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __10/9/17__
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☑ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA  15222

Dated: __10/9/17__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mailgaryshortlegal@gmail.com