UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.    Case No. 17-20492-GLT

Reporting Period: October 2017

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | NONE | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    11/15/17
Signature of Debtor                 Date

_____    11/15/17
Signature of Joint Debtor           Date

_____    _____
Signature of Preparer               Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| Debtor: Cuervo, Joseph & Cuervo, Mary E | Case No. 17-20492-GLT |
|---|---|
| | Reporting Period: October 2017 |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | October Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 21,959.96 | |
| **RECEIPTS** | | |
| Beginning Balance | | $ 1,749.45 |
| Wages (NET) | $ 5,054.02 | $ 54,268.14 |
| Draws | $ 13,700.00 | $ 89,802.28 |
| Interest and Dividend Income (cash deposit) | $ - | $ 160.00 |
| Other Deposits | $ - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | $ - | $ 22,551.40 |
| Other Income (attach schedule) BANK CREDITS | $ 9.50 | $ 263.52 |
| Total Receipts | $ 18,763.52 | $ 172,494.79 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | $ 2,862.01 | $ 25,248.31 |
| Groceries/Food/Dining Out | $ 2,442.95 | $ 11,198.44 |
| Other Secured Note Payments | $ - | $ - |
| Utilities | $ 972.45 | $ 9,494.99 |
| Insurance | $ 888.00 | $ 5,813.44 |
| Auto Expense | $ 375.89 | $ 4,232.52 |
| Vehichle Payments | $ 645.33 | $ 5,807.97 |
| Lease Payments | $ - | $ - |
| IRA Contributions | $ 200.00 | $ 2,355.20 |
| Repairs and Maintenance | $ 794.50 | $ 6,026.08 |
| Medical Expenses | $ 20.00 | $ 1,033.97 |
| Household Expenses | $ 510.52 | $ 3,997.11 |
| Charitable Contributions | $ - | $ - |
| Taxes - Real Estate | $ 5,094.29 | $ 9,784.27 |
| Taxes - Personal Property | $ - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $ - | $ - |
| Travel and Entertainment | $ - | $ 4,125.01 |
| Bank Charges | $ 9.50 | $ 536.62 |
| Gifts | $ 859.46 | $ 3,639.46 |
| Other (attach schedule) | $ 1,738.01 | $ 44,158.56 |
| Total Ordinary Disbursements | $ 17,412.91 | $ 137,451.95 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees (Gary Short) | $ 1,500.00 | $ 11,400.00 |
| U.S. Trustee Fees | $ 650.00 | $ 1,950.27 |
| Other Reorganization Expenses (filing fee) | $ - | $ 532.00 |
| Total Reorganization Items | $ 2,150.00 | $ 13,882.27 |
| Total Disbursements (Ordinary & Reorganization) | $ 19,562.91 | $ 151,334.22 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ (799.39) | $ 21,160.57 |
| Cash - End of Month (Must equal reconciled bank statement) | $ 21,160.57 | |
| Payroll Withholding | $ 1,803.12 | $ 18,580.18 |
| Other Payroll Deductions | $ 1,488.41 | $ 14,024.39 |

1

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: OCTOBER 2017

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Gifts** | | |
| Best Friends anniversary gift | $316.77 | |
| Grandsons birthday gifts | $185.00 | |
| Granddaughter birthday gifts | $232.69 | |
| Son-in-law birthday gift | $125.00 | |
| TOTAL | $859.46 | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) | | |
| Pocket money | $340.00 | |
| Cash gifts for grandchildren - Halloween | $180.00 | |
| Student loan | $200.00 | |
| Dry Cleaning | $146.00 | |
| Uniforms for work | $43.48 | |
| Clothing Purchases ( includes refurbishing pair of shoes) | $171.10 | |
| Crate cook cooking class | $165.00 | |
| Apple I tunes | $12.67 | |
| Home Office/Business expenses (includes Post office) | $21.52 | |
| Personal expenses (including hair, nails, personal items, etc) | $458.24 | |
| TOTAL | $1,738.01 | $44,158.56 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |

| MOR Individual worksheet | MONTH | OCTOBER 2017 | FNB account: 7610 |
|---|---|---|---|

All monthly expenses are paid as they are incurred.  
Total credits (additions for month) $18,763.52

Beginning bank balance $21,959.96  
Total debits (deductions for month) $19,562.91

### Income

| | |
|---|---|
| Wages | $5,054.02 |
| Draws | $13,700.00 |
| Sale of Assets (distribution from deceased father's probate estate) | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits     (MC) | $9.50 |
| Total Income * | $18,763.52 |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $2,862.01 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $972.45 |
| Insurance (I) | $888.00 |
| Auto fuel and repairs (A) (includes parking fees) | $375.89 |
| Groceries/Dining out (G) | $2,442.95 |
| Home repairs and maintenance (H) | $794.50 |
| Medical (MD) | $20.00 |
| Household expenses (HH) | $510.52 |
| Gifts | $859.46 |
| IRA contributions | $200.00 |
| Payroll taxes (withheld from pay) (PT) | $0.00 |
| Real estate taxes (RTX) | $5,094.29 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $650.00 |
| Bank Charges (BC) | $9.50 |
| Travel/Entertainment | $0.00 |
| Other (see attached) | $1,738.01 |
| Total Expenses * | $19,562.91 |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $21,959.96 |
| Plus income for period | $18,763.52 |
| Subtotal | $40,723.48 |
| Less Expenses | $19,562.91 |
| Month End Bank Balance | $21,160.57 |

1

First National Bank    Statement Ending 10/31/2017

4140 E. State Street
Hermitage, PA 16148

JOSEPH CUERVO JR    Page 1 of 8
Primary Account Number: ███7610

**ADDRESS SERVICE REQUESTED**

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

**Managing Your Accounts**

Online        www.fnb-online.com
 By Phone      1 800-555-5455
 By Mail       4140 E. State Street
              Hermitage, PA  16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | 733507610 | $21,160.57 |

# WORKPLACE FIRST - ███7610

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 09/30/2017 | Balance Last Statement | $21,959.96 | Minimum Balance | $19,118.55 |
| | 7 Credit(s) This Period | $18,763.52 | Average Ledger Balance | $24,090.08 |
| | 126 Debit(s) This Period | $19,562.91 | Average Available Balance | $23,661.96 |
| 10/31/2017 | Balance This Statement | $21,160.57 | | |
| | Service Charges | $5.00 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/30/2017 | Balance Last Statement | | | $21,959.96 |
| 10/02/2017 | *H* 98616 POS PUR 09/29 19:57 IN * YARDSCAPE 412-5512488 PA 00000000 098616 ~0780 | $306.02 | | $21,653.94 |
| 10/02/2017 | *other* 15622 POS PUR 10/01 06:48 CRATECOOK.COM CRATECOOK.COM PA 00000000 01562~8299 | $110.00 | | $21,543.94 |
| 10/02/2017 | *G* 739663 PIN PUR 10/01 14:57 HEIDELBERG SHOP CARNEGIE PA 54938701 739663 ~5411 | $100.17 | | $21,443.77 |
| 10/02/2017 | *other* 904293 PIN PUR 09/29 19:54 WALGREENS STORE CARNEGIE PA 99999999 904293 ~5912 | $73.58 | | $21,370.19 |
| 10/02/2017 | *G* 23839 PIN PUR 10/01 10:22 GIANT-EAGLE #064 Bridgeville PA 41000900 8491~5411 | $57.47 | | $21,312.72 |
| 10/02/2017 | *G* 24498 PIN PUR 09/30 15:43 PRESTO QWIK STOP PRESTO PA 05364984 727388462~5499 | $19.29 | | $21,293.43 |
| 10/02/2017 | *A* 38498 POS PUR 10/01 22:10 MR MAGIC CAR WAS BRIDGEVILLE PA 35838498 0384~7542 | $18.00 | | $21,275.43 |
| 10/02/2017 | *G* 795365 PIN PUR 10/02 15:19 TSP 203 HEIDELBERG PA 0001D566 795365 ~5541 | $17.27 | | $21,258.16 |
| 10/02/2017 | *G* 40278 POS PUR 09/29 22:23 UPMC PRESBY CAFE PITTSBURGH PA 00000000 04027~5812 | $9.68 | | $21,248.48 |
| 10/02/2017 | *G* 8926 POS PUR 09/29 03:24 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0089~8050 | $8.77 | | $21,239.71 |
| 10/03/2017 | DEPOSIT *draw* | | $13,700.00 | $34,939.71 |


Member FDIC
EQUAL HOUSING LENDER

First National Bank                                              Statement Ending 10/31/2017

JOSEPH CUERVO JR                                                 Page 3 of 8
Primary Account Number: ****7610

# WORKPLACE FIRST - ****7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/03/2017 *other* | 55156 PIN PUR 10/03 16:56 ULTA # 484 PITTSBURGH PA 07832336 72762843266~5399 | $188.31 | | $34,751.40 |
| 10/03/2017 *A* | 708786 POS PUR 10/03 12:45 TSP 203 HEIDELBERG PA 0001D566 708786 ~5542 | $50.19 | | $34,701.21 |
| 10/03/2017 *G* | 36878 POS PUR 10/02 18:30 GET GO #3205 Carnegie PA 05023100 951980 ~5541 | $26.22 | | $34,674.99 |
| 10/03/2017 *G* | 32645 POS PUR 10/02 02:37 WILLIAMS-SONOMA MT LEBANON PA 00000000 032645~5719 | $18.95 | | $34,656.04 |
| 10/03/2017 *G* | 54706 POS PUR 10/02 02:01 GET GO #3205 CARNEGIE PA 00000000 054706 ~5541 | $17.27 | | $34,638.77 |
| 10/03/2017 *other* | 40009 POS PUR 10/02 13:51 MCMURRAY DRY CLE CANONSBURG PA 78681817 04000~7216 | $16.50 | | $34,622.27 |
| 10/04/2017 *gift (anniversary)* | 200447 PIN PUR 10/03 18:24 BEDBATH&BEYOND# PITTSBURGH PA 99999999 200447~5719 | $316.77 | | $34,305.50 |
| 10/04/2017 *G* | 30016 POS PUR 10/03 09:02 OMAHA STEAKS 219 PITTSBURGH PA 09334985 03001~5999 | $296.37 | | $34,009.13 |
| 10/04/2017 *other* | 51949 POS PUR 10/03 11:01 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 05194~7230 | $51.00 | | $33,958.13 |
| 10/04/2017 *G* | 56204 POS PUR 10/03 22:07 STARBUCKS STORE PITTSBURGH PA 00000000 056204~5814 | $8.93 | | $33,949.20 |
| 10/05/2017 *u* | DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $250.64 | | $33,698.56 |
| 10/05/2017 *other* | 63234 POS PUR 10/04 00:11 ALLEN EDMONDS #3 111-111-1111 WI 00000000 063~5661 *refurbishing shoes* | $125.00 | | $33,573.56 |
| 10/05/2017 *other* | 94794 POS PUR 10/04 06:33 CRATECOOK.COM CRATECOOK.COM PA 00000000 09479~8299 | $55.00 | | $33,518.56 |
| 10/05/2017 *A* | 857703 PIN PUR 10/05 13:39 SHEETZ 0617 SEWICKLEY PA 20905601 857703 ~5541 | $34.32 | | $33,484.24 |
| 10/05/2017 *HH* | 542552 PIN PUR 10/04 19:00 HOBBYLOBBY 6511 PITTSBURGH PA 99999999 542552~5945 | $29.63 | | $33,454.61 |
| 10/05/2017 *G* | 45125 PIN PUR 10/04 19:04 GET GO #3057 Pittsburgh PA 57007500 270805 ~5541 | $17.27 | | $33,437.34 |
| 10/05/2017 *G* | 36697 POS PUR 10/04 00:16 SQ * WINTERS BUSI CARNEGIE PA 00000000 036697 ~5499 | $12.23 | | $33,425.11 |
| 10/05/2017 *G* | 924878 PIN PUR 10/05 12:48 7-ELEVEN PITTSBURGH PA 00N04I01 124825924878 ~5541 | $8.30 | | $33,416.81 |
| 10/06/2017 *W* | UPMC PRESBYTERIA PAYROLL 00063884 *wages* | | $1,473.02 | $34,889.83 |
| 10/06/2017 *M* | SELECT PORTFOLIO SPS 0020784096 | $2,862.01 | | $32,027.82 |
| 10/06/2017 *ATM* | 8075 ATM WTD 10/05 19:27 FIRST NAT BANK CANONSBURG PA PA900381 008075 ~6011 | $200.00 | | $31,827.82 |
| 10/06/2017 *other* | 2866 POS PUR 10/05 03:21 AMERICAN DISCOUN 724-339-5177 PA 00000000 002~5137 *uniforms* | $43.48 | | $31,784.34 |
| 10/06/2017 *other* | 44938 POS PUR 10/05 14:13 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 04493~7230 | $35.00 | | $31,749.34 |
| 10/06/2017 *MD* | 44490 POS PUR 10/05 09:58 UPMC COMMUNITY M PITTSBURGH PA 00000000 04449~8011 | $20.00 | | $31,729.34 |
| 10/06/2017 *G* | 52541 POS PUR 10/05 20:40 PRANTLS BAKERY D PITTSBURGH PA 02165013 05254~5462 | $6.49 | | $31,722.85 |
| 10/10/2017 *V* | CHECK # 1858306 | $356.74 | | $31,366.11 |
| 10/10/2017 *V* | CHECK # 1854671 | $288.59 | | $31,077.52 |
| 10/10/2017 *G* | 40659 PIN PUR 10/07 18:17 MARKET DISTRICT Pittsburgh PA 47000700 343893~5411 | $245.28 | | $30,832.24 |
| 10/10/2017 *gift* | 814738 PIN PUR 10/08 13:22 POLO/RL WASHINGT *Johanna* WASHINGTON PA 08950949 81473~5999 *gifts (birthday)* | $232.69 | | $30,599.55 |

# WORKPLACE FIRST - ████7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/10/2017 | AES STDNT LOAN PA8878216010B | $200.00 | | $30,399.55 |
| 10/10/2017 | 0024 POS PUR 10/08 13:41 SIMMONS FARM MAR MCMURRAY PA 01718236 000024 ~5411 | $64.35 | | $30,335.20 |
| 10/10/2017 | 90009 POS PUR 10/07 22:53 MCMURRAY DRY CLE CANONSBURG PA 78681817 09000~7216 | $49.00 | | $30,286.20 |
| 10/10/2017 | 14771 POS PUR 10/09 02:58 SHEETZ 00 PITTSBURGH PA 002 014771 ~5541 | $17.27 | | $30,268.93 |
| 10/10/2017 | 51409 POS PUR 10/06 19:53 33 PIADA Oakland PITTSBURGH PA 01734660 05140~5812 | $16.11 | | $30,252.82 |
| 10/10/2017 | 32513 POS PUR 10/06 09:29 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0325~8050 | $6.63 | | $30,246.19 |
| 10/10/2017 | 48437 POS PUR 10/06 04:53 UPMC PRESBY CAFE PITTSBURGH PA 00000000 04843~5812 | $6.44 | | $30,239.75 |
| 10/10/2017 | 12406 POS PUR 10/07 23:32 UPMC PRESBY CAFE PITTSBURGH PA 00000000 01240~5812 | $5.34 | | $30,234.41 |
| 10/10/2017 | 43652 POS PUR 10/06 10:45 MCDONALD'S F7683 CRAFTON PA 1 043652 ~5814 | $3.95 | | $30,230.46 |
| 10/10/2017 | 12259 POS PUR 10/07 06:00 UPMC PRESBY CAFE PITTSBURGH PA 00000000 01225~5812 | $3.73 | | $30,226.73 |
| 10/11/2017 | CHECK # 1017 | $5,094.29 | | $25,132.44 |
| 10/11/2017 | VERIZON WIRELESS ONLINE PMT CKF962150893POS | $275.06 | | $24,857.38 |
| 10/11/2017 | 62004 PIN PUR 10/11 13:30 TARGET T-1217 Pittsburgh PA 11217077 077805 ~5310 | $208.56 | | $24,648.82 |
| 10/11/2017 | COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $63.07 | | $24,585.75 |
| 10/11/2017 | 473245 PIN PUR 10/11 13:55 LOWE'S #1200 PITTSBURGH PA 001 473245 ~5200 | $53.47 | | $24,532.28 |
| 10/11/2017 | AMERICAN-WATER UTIL-PMNT 5490359 | $50.95 | | $24,481.33 |
| 10/11/2017 | 708896 PIN PUR 10/11 12:31 MACY'S 632 PITTSBURGH PA 99999999 708896 ~5311 | $46.10 | | $24,435.23 |
| 10/11/2017 | 776074 PIN PUR 10/11 16:08 TONIDALE MARATHO OAKDALE PA 0001D814 776074 ~5541 | $19.09 | | $24,416.14 |
| 10/11/2017 | 40830 POS PUR 10/10 21:40 APL* ITUNES.COM/ 866-712-7753 CA 00000000 040~5735 | $10.69 | | $24,405.45 |
| 10/11/2017 | 39828 POS PUR 10/10 21:33 APL* ITUNES.COM/ 866-712-7753 CA 00000000 039~5735 | $0.99 | | $24,404.46 |
| 10/12/2017 | ALLSTATE F&C INS INS PYMT 000000952895668 | $300.00 | | $24,104.46 |
| 10/12/2017 | FID BKG SVC LLC MONEYLINE XXXXXX591117RXD | $200.00 | | $23,904.46 |
| 10/12/2017 | PEOPLES NATURAL GAS BILL 200007076777 | $28.72 | | $23,875.74 |
| 10/12/2017 | 703066 PIN PUR 10/12 06:57 TSP 203 HEIDELBERG PA 0001D566 703066 ~5541 | $8.14 | | $23,867.60 |
| 10/13/2017 | CHECK # 1018 | $1,500.00 | | $22,367.60 |
| 10/13/2017 | TruGreen COLLECTION 171012004000394 | $88.54 | | $22,279.06 |
| 10/13/2017 | 30006 POS PUR 10/12 23:33 MCMURRAY DRY CLE CANONSBURG PA 78681817 03000~7216 | $61.50 | | $22,217.56 |
| 10/13/2017 | 39471 POS PUR 10/11 03:42 SAMSCLUB.COM 1888SHOPSAM AR 62790089 039471 ~5300 | $45.00 | | $22,172.56 |
| 10/16/2017 | 60648 POS PUR 10/14 01:45 IN * YARDSCAPE 412-5512488 PA 00000000 060648 ~0780 | $244.82 | | $21,927.74 |
| 10/16/2017 | 41212 PIN PUR 10/16 12:17 KROGER WEIRTON WV 10080303 003093 ~5411 | $219.36 | | $21,708.38 |
| 10/16/2017 | 58743 POS PUR 10/14 07:25 GET GO #3205 CARNEGIE PA 00000000 058743 ~5542 | $45.60 | | $21,662.78 |
| 10/16/2017 | 7368 PIN PUR 10/14 16:35 GIANT EAGLE #004 Seven Fields PA 42007600 967~5411 | $42.48 | | $21,620.30 |
| 10/16/2017 | 744930 PIN PUR 10/13 19:27 TSP 203 HEIDELBERG PA 0001D566 744930 ~5541 | $9.13 | | $21,611.17 |

## WORKPLACE FIRST - ████7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/16/2017 *G* | 74068 POS PUR 10/13 07:37 STARBUCKS STORE BRIDGEVILLE PA 00000000 07406~5814 | $5.08 | | $21,606.09 |
| 10/16/2017 *other* | 67091 POS PUR 10/14 13:03 APL* ITUNES.COM/ 866-712-7753 CA 00000000 067~5735 | $0.99 | | $21,605.10 |
| 10/17/2017 *G* | 56418 POS PUR 10/16 15:54 GUMBY'S THREE SP WEIRTON WV 42756418 056418 ~5499 | $70.99 | | $21,534.11 |
| 10/17/2017 *other* | 537405 PIN PUR 10/17 13:01 USPS PO 41680002 PRESTO PA 99999999 537405 ~9402 | $9.80 | | $21,524.31 |
| 10/19/2017 *MC* | ATM SURCHARGE FEE REFUND | | $2.00 | $21,526.31 |
| 10/19/2017 *MC* | FOREIGN ATM FEE REFUND | | $2.50 | $21,528.81 |
| 10/19/2017 *BC* | SURCHARGE FEE 0821 ATM WTD 10/19 11:29 7ELEVEN-FCTI SEWICKLEY PA 7E007311 00082 | $2.00 | | $21,526.81 |
| 10/19/2017 *BC* | FEE FOR ATM WTD 10/19 11:29 7ELEVEN-FCTI SEWICKLEY PA 7E007311 000821 ~6011 | $2.50 | | $21,524.31 |
| 10/19/2017 *A* | 30038 POS PUR 10/19 11:30 BP#953418136183 SEWICKLEY PA 9534001 030038 ~5542 | $47.94 | | $21,476.37 |
| 10/19/2017 *ATM* | 0821 ATM WTD 10/19 11:29 7ELEVEN-FCTI SEWICKLEY PA 7E007311 000821 ~6011 | $40.00 | | $21,436.37 |
| 10/19/2017 *other* | 19884 POS PUR 10/18 09:53 SUPERCUTS PA 803 BRIDGEVILLE PA LK752222 0198~7230 | $12.95 | | $21,423.42 |
| 10/19/2017 *A* | 30394 POS PUR 10/18 01:54 PARKING IN PITTS PITTSBURGH PA 00836825 03039~7523 | $3.00 | | $21,420.42 |
| 10/20/2017 *W* | UPMC PRESBYTERIA PAYROLL 00063884 *wages* | | $1,321.44 | $22,741.86 |
| 10/20/2017 *I* | CHECK # 1019 | $588.00 | | $22,153.86 |
| 10/20/2017 | 732298 PIN PUR 10/20 16:38 GOLF GALAXY #602 PITTSBURGH PA 00049954 73229~5941 *gift (shirt son in law)* | $125.00 | | $22,028.86 |
| 10/20/2017 *other* | 88059 POS PUR 10/19 10:31 HAIR SYMMETRY II EDGEWORTH PA 00000000 088059~7230 | $80.00 | | $21,948.86 |
| 10/23/2017 *bs* | CHECK # 1020 | $650.00 | | $21,298.86 |
| 10/23/2017 *G* | 10037 POS PUR 10/21 04:57 OMAHA STEAKS 219 PITTSBURGH PA 09334985 01003~5999 | $168.42 | | $21,130.44 |
| 10/23/2017 *G* | 653140 PIN PUR 10/22 11:23 HEIDELBERG SHOP CARNEGIE PA 54938701 653140 ~5411 | $163.42 | | $20,967.02 |
| 10/23/2017 *G* | 62860 POS PUR 10/20 21:33 WILSON CREEK WIN 808-699-9463 CA 00010001 062~5921 | $137.92 | | $20,829.10 |
| 10/23/2017 *G* | 911090 PIN PUR 10/21 17:01 SAMSCLUB #6575 PITTSBURGH PA 24657501 911090 ~5411 | $127.88 | | $20,701.22 |
| 10/23/2017 *H* | TERMINIX CHECKS 1710200000003 | $101.65 | | $20,599.57 |
| 10/23/2017 *ATM* | 7184 ATM WTD 10/22 10:51 FIRST NAT BANK CARNEGIE PA PA900030 007184 ~6011 | $100.00 | | $20,499.57 |
| 10/23/2017 *HH* | 51394 POS PUR 10/20 08:13 OVR* O.CO/OVERSTO 800-8432446 UT 29661001 0513~5969 *grill cover* | $38.72 | | $20,460.85 |
| 10/23/2017 *A* | 742472 PIN PUR 10/21 21:12 TSP 203 HEIDELBERG PA 0001D566 742472 ~5541 | $34.33 | | $20,426.52 |
| 10/23/2017 *other* | 0013 POS PUR 10/20 05:51 MCMURRAY DRY CLE CANONSBURG PA 78681817 00001~7216 | $19.00 | | $20,407.52 |
| 10/23/2017 *G* | 15885 POS PUR 10/23 10:23 GET GO #3205 Carnegie PA 05023100 780572 ~5541 | $17.27 | | $20,390.25 |
| 10/23/2017 *G* | 47258 POS PUR 10/22 17:00 MCDONALD'S F4865 CANONSBURG PA 1 047258 ~5814 | $7.09 | | $20,383.16 |
| 10/23/2017 *G* | 506199 PIN PUR 10/21 15:01 Barnes and Nobl Pittsburgh PA 99999999 506199~5814 | $4.98 | | $20,378.18 |

# WORKPLACE FIRST - ▇▇▇▇7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/24/2017 G | 70395 PIN PUR 10/24 08:21 XPRESS MART & DE OAKDALE PA 08774627 72977967~5499 | $13.35 | | $20,364.83 |
| 10/24/2017 G | 19856 POS PUR 10/23 06:01 STARBUCKS STORE PITTSBURGH PA 00000000 019856~5814 | $12.47 | | $20,352.36 |
| 10/24/2017 G | 55386 POS PUR 10/23 18:38 GET GO #3205 Carnegie PA 05023100 191651 ~5541 | $8.15 | | $20,344.21 |
| 10/25/2017 ATM | 3373 ATM WTD 10/25 16:08 FIRST NAT BANK BRIDGEVILLE PA PA900380 003373~6011 *cash gifts (grandchildren - Halloween)* | $180.00 | | $20,164.21 |
| 10/25/2017 G | 36538 PIN PUR 10/25 16:31 GIANT-EAGLE #064 Bridgeville PA 41000900 3325~5411 | $142.23 | | $20,021.98 |
| 10/25/2017 A | 53594 POS PUR 10/24 19:08 ALLIES GARAGE PITTSBURGH PA PSIB2017 053594 ~7523 | $18.00 | | $20,003.98 |
| 10/25/2017 other | 65118 POS PUR 10/24 22:45 RITE AID STORE - PITTSBURGH PA 00000000 06511~5912 | $17.40 | | $19,986.58 |
| 10/25/2017 other | 64711 POS PUR 10/24 02:27 WELDINS PITTSBURGH PA 2648003 064711 ~5943 | $11.72 | | $19,974.86 |
| 10/25/2017 G | 69430 POS PUR 10/24 11:03 STARBUCKS STORE PITTSBURGH PA 00000000 069430~5814 | $8.45 | | $19,966.41 |
| 10/25/2017 G | 896534 PIN PUR 10/25 16:35 TSP 203 HEIDELBERG PA 0001D566 896534 ~5541 | $8.14 | | $19,958.27 |
| 10/25/2017 G | 60697 POS PUR 10/24 22:20 STARBUCKS STORE PITTSBURGH PA 00000000 060697~5814 | $7.38 | | $19,950.89 |
| 10/26/2017 gift | 898466 PIN PUR 10/25 19:05 CHAMPS 14461 PITTSBURGH PA 14461000 898466 ~5661 *grandson Andrew gift* | $140.00 | | $19,810.89 |
| 10/26/2017 gift | 530848 PIN PUR 10/25 20:11 MACY'S 621 PITTSBURGH PA 99999999 530848 ~5311 *grandson Andrew gift* | $45.00 | | $19,765.89 |
| 10/26/2017 G | 57941 POS PUR 10/25 03:51 SUBWAY 00 PITTSBURGH PA 001 057941 ~5814 | $7.33 | | $19,758.56 |
| 10/26/2017 G | 90975 POS PUR 10/25 00:22 VILLA FIK 4803 PITTSBURGH PA 02 090975 ~5814 | $6.51 | | $19,752.05 |
| 10/26/2017 G | 10132 POS PUR 10/25 14:46 DAIRY QUEEN #413 PITTSBURGH PA 00000477 01013~5814 | $2.99 | | $19,749.06 |
| 10/27/2017 G | 726282 PIN PUR 10/27 13:50 TSP 217 CRANBERRY TOW PA 0001D608 726282 ~5541 | $8.07 | | $19,740.99 |
| 10/27/2017 G | 66606 POS PUR 10/26 07:34 STARBUCKS STORE BRIDGEVILLE PA 00000000 06660~5814 | $4.23 | | $19,736.76 |
| 10/27/2017 G | 70049 POS PUR 10/25 06:46 MRS FIELDS SOUTH PITTSBURGH PA 00008X8V 07004~5462 | $3.50 | | $19,733.26 |
| 10/30/2017 U | COMCAST ONLINE PMT CKF962150893POS | $304.01 | | $19,429.25 |
| 10/30/2017 HH | 340128 PIN PUR 10/30 10:50 Wal-Mart Super C WEIRTON WV 19480003 73032815~5411 | $188.61 | | $19,240.64 |
| 10/30/2017 A | 765994 POS PUR 10/30 09:01 TSP 203 HEIDELBERG PA 0001D566 765994 ~5542 | $49.30 | | $19,191.34 |
| 10/30/2017 A | 767072 PIN PUR 10/30 09:03 TSP 203 HEIDELBERG PA 0001D566 767072 ~5541 | $34.33 | | $19,157.01 |
| 10/30/2017 G | 64437 POS PUR 10/29 18:45 GET GO #3205 Carnegie PA 05023100 297957 ~5541 | $17.27 | | $19,139.74 |
| 10/30/2017 G | 546667 PIN PUR 10/30 09:40 AMERICAN NATURAL PITTSBURGH PA 37951601 54666~5541 | $11.62 | | $19,128.12 |
| 10/30/2017 G | 52341 POS PUR 10/27 13:44 PANERA BREAD #20 CRANBERRY TOW PA 00005239 05~5812 | $9.57 | | $19,118.55 |
| 10/31/2017 W | Medco Commercial MEPAYROLL 000200 NET *wages* | | $2,259.56 | $21,378.11 |
| 10/31/2017 MC | MONTHLY SERVICE CHRG REFUND | | $5.00 | $21,383.11 |
| 10/31/2017 G | 23725 PIN PUR 10/31 10:39 MARKET DISTRICT Pittsburgh PA 47001700 166409~5411 | $176.66 | | $21,206.45 |
| 10/31/2017 A | 935960 POS PUR 10/31 11:57 GET GO #3165 SR Cranberry Twn PA 99999999 935~5542 | $40.88 | | $21,165.57 |

First National Bank   Statement Ending 10/31/2017

JOSEPH CUERVO JR   Page 7 of 8
Primary Account Number: ####7610

## WORKPLACE FIRST - ####7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/31/2017 | BC SERVICE CHARGE | $5.00 | | $21,160.57 |
| 10/31/2017 | Balance This Statement | | | $21,160.57 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1017 | 10/11/2017 ✓ | $5,094.29 | 1019 | 10/20/2017 ✓ | $588.00 | 1854671* | 10/10/2017 ✓ | $288.59 |
| 1018 | 10/13/2017 ✓ | $1,500.00 | 1020 | 10/23/2017 ✓ | $650.00 | 1858306* | 10/10/2017 ✓ | $356.74 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/02/2017 | $21,239.71 | 10/12/2017 | $23,867.60 | 10/24/2017 | $20,344.21 |
| 10/03/2017 | $34,622.27 | 10/13/2017 | $22,172.56 | 10/25/2017 | $19,950.89 |
| 10/04/2017 | $33,949.20 | 10/16/2017 | $21,605.10 | 10/26/2017 | $19,749.06 |
| 10/05/2017 | $33,416.81 | 10/17/2017 | $21,524.31 | 10/27/2017 | $19,733.26 |
| 10/06/2017 | $31,722.85 | 10/19/2017 | $21,420.42 | 10/30/2017 | $19,118.55 |
| 10/10/2017 | $30,226.73 | 10/20/2017 | $21,948.86 | 10/31/2017 | $21,160.57 |
| 10/11/2017 | $24,404.46 | 10/23/2017 | $20,378.18 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-20492 GLT |
| Joseph Cuervo and Mary E. Cuervo, | ) | Chapter 11 |
|         Debtors. | ) | Document No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __11/15/17__ I served the:

- ☐ Feb. 9 to March 31 — 2017 Monthly Operating Report
- ☐ May — 2017 Monthly Operating Report
- ☐ June — 2017 Monthly Operating Report
- ☐ July — 2017 Monthly Operating Report
- ☐ Aug. — 2017 Monthly Operating Report
- ☐ Sept. — 2017 Monthly Operating Report
- ☑ Oct. — 2017 Monthly Operating Report
- ☐ Nov. — 2017 Monthly Operating Report
- ☐ Dec. — 2017 Monthly Operating Report
- ☐ Jan. — 2018 Monthly Operating Report
- ☐ Feb. — 2018 Monthly Operating Report
- ☐ March — 2018 Monthly Operating Report

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __11/15/17__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com