FILED

DEC 0 1 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-20492-GLT |
| | Chapter 11 |
| JOSEPH E. CUERVO & | |
| MARY E. CUERVO, | |
| | Related to Dkt. Nos. 109, 112 |
| Debtors. | Hearing: January 18, 2018 |

## ORDER

These matters came before the Court to consider the Debtors' *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] and *Disclosure Statement to Accompany Plan dated October 23, 2017* [Dkt. No. 112]. The Pennsylvania Depart of Revenue filed an objection to the disclosure statement [Dkt. No. 118].

After a hearing on November 30, 2017 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **December 15, 2017**, the Debtors shall file a supplement to the *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] responding to the Court's comments regarding the aggregate time spent preparing and drafting the bankruptcy schedules, as well as the plan and disclosure statement.

2. On or before **December 15, 2017**, the Debtors shall amend their schedules to include Mr. Cuervo's interests in a 2010 Cadillac SRX and Orchardview Development, LLC and revise Mrs. Cuervo's alleged one-third interest in her deceased father's probate estate to accurately reflect her remainder interest in real property in which her deceased father held a life estate.

3. On or before **December 15, 2017**, the Debtors shall take any steps necessary to purify the sale of Mrs. Cuervo's remainder interest without leave of the Court.

4. On or before **December 15, 2017**, the Debtors shall file an amended plan of reorganization and disclosure statement including the schedules amended pursuant to ¶ 2.

5. The hearings on the *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] and *Disclosure Statement to Accompany Plan dated October 23, 2017* [Dkt. No. 112] are continued to **December 21, 2017 at 11:00 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219.

Dated: December 1, 2017

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case administrator to mail to:
Debtors
Debtors' counsel
U.S. Trustee