**FILED**

**DEC 0 1 2017**

**CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-20492-GLT |
| | Chapter 11 |
| JOSEPH E. CUERVO & | |
| MARY E. CUERVO, | |
| | Related to Dkt. Nos. 109, 112 |
| *Debtors.* | Hearing: December 21, 2017 at 11:00 a.m. |

## AMENDED ORDER

These matters came before the Court to consider the Debtors' *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] and *Disclosure Statement to Accompany Plan dated October 23, 2017* [Dkt. No. 112]. The Pennsylvania Depart of Revenue filed an objection to the disclosure statement [Dkt. No. 118].

After a hearing on November 30, 2017 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. On or before **December 15, 2017**, the Debtors shall file a supplement to the *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] responding to the Court's comments regarding the aggregate time spent preparing and drafting the bankruptcy schedules, as well as the plan and disclosure statement.

2. On or before **December 15, 2017**, the Debtors shall amend their schedules to include Mr. Cuervo's interests in a 2010 Cadillac SRX and Orchardview Development, LLC and revise Mrs. Cuervo's alleged one-third interest in her deceased father's probate estate to accurately reflect her remainder interest in real property in which her deceased father held a life estate.

3. On or before **December 15, 2017**, the Debtors shall take any steps necessary to purify the sale of Mrs. Cuervo's remainder interest without leave of the Court.

4. On or before **December 15, 2017**, the Debtors shall file an amended plan of reorganization and disclosure statement including the schedules amended pursuant to ¶ 2.

5. The hearings on the *Application for Interim Compensation and Reimbursement of Expenses* [Dkt. No. 109] and *Disclosure Statement to Accompany Plan dated October 23, 2017* [Dkt. No. 112] are continued to **December 21, 2017 at 11:00 a.m.** in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219.

Dated: December 1, 2017

                GREGORY L. TADDONIO
                UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Debtors' counsel
U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph Cuervo  
Mary E. Cuervo  
    Debtors

Case No. 17-20492-GLT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db/jdb        +Joseph Cuervo,   Mary E. Cuervo,   8000 Sherwood Drive,   Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
        Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com, gwshort@verizon.net  
        Gary William Short    on behalf of Debtor Joseph Cuervo garyshortlegal@gmail.com, gwshort@verizon.net  
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com  
        Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov  
        Mario J. Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
        Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                              TOTAL: 9