Case 17-20492-GLT    Doc 125    Filed 12/07/17    Entered 12/07/17 15:46:35    Desc Main
                    Document      Page 1 of 1

FILED
12/7/17 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-20492-GLT |
| | : | Chapter: | 11 |
| Joseph Cuervo | : | | |
| Mary E. Cuervo | : | | |
| | : | Date: | 11/30/2017 |
| *Debtor(s)*. | : | Time: | 11:00 |

## PROCEEDING MEMO

***MATTER:***

#112 - Disclosure Statement to Accompany Plan Dated 10-23-17 [Dkt. No. 111]
    #118 - Objection by Com. of PA, PA Dept. of Revenue

#109 - Interim Application for Compensation for Gary William Short
    #116 - CNO Filed

***APPEARANCES:***

    Debtor:    Gary William Short
    PA Dept of Rev:   Robert Edmundson

***OUTCOME:***

Order to be entered establishing 12/15/17 as the deadline for the debtor to:

- File supplement to the application for compensation;
- File amended schedules;
- Purify sale; and
- File amended plan and disclosure statement.

Hearings continued to 12/21/17 at 11:00  (Chambers to issue)

**DATED:** 11/30/2017