FILED
12/21/17 4:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> **JOSEPH CUERVO AND MARY E. CUERVO,** <br> Debtors, <br> **GARY W. SHORT,** <br> Movant, <br> vs. <br> **NO RESPONDENT,** <br> Respondent. | Case No. 17-20492 GLT <br><br> Chapter 11 <br><br> Related to Dkt. No. 109 <br><br> Hearing:  December 21, 2017 at 11:00 a.m. |

## MODIFIED ORDER

AND NOW, this 21st day of December, 2017, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses which was filed by Gary W. Short, counsel for Debtors in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is hereby allowed an administrative expense for Chapter 11 and Chapter 13 legal services and costs of $26,867.20 ("Claim");

2. The time period covered by the Application is February 10, 2017 to October 22, 2017;

3. The Claim is comprised of $26,610.00 in legal services and $257.20 in costs;

4. Applicant's retainer of $1,250 is credited in partial payment of the Claim; and

5. The balance owed on the Claim is $25,617.20.

_____
Gregory L. Taddonio    **cgt**
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 17-20492-GLT
Joseph Cuervo                                                     Chapter 11
Mary E. Cuervo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Dec 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db/jdb         +Joseph Cuervo,    Mary E. Cuervo,    8000 Sherwood Drive,    Presto, PA 15142-1078

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Larry E. Wahlquist    on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Mario J. Hanyon    on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9