**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:**                                                       ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,**           ) | **Chapter 11** |
|        **Debtors,**                                 ) | **Document No.** |
| **Joseph Cuervo and Mary E. Cuervo,**           ) | **Hearing Date and Time:** |
|        **Movants,**                                ) | **January 4, 2018 at 10:00 a.m.** |
|      **vs.**                                                    ) | **Responses Due: December 26, 2017** |
| **Steven A. Black and Debra D. Black,**           ) | |
|        **Respondent.**                        ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO APPROVE PRIVATE SALE OF ONE THIRD
### REMAINDER INTEREST IN REAL PROPERTY *NUNC PRO TUNC*

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION TO APPROVE PRIVATE SALE OF ONE THIRD REMAINDER INTEREST IN REAL PROPERTY *NUNC PRO TUNC*** ("Motion") filed on December 9, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than December 26, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 27, 2017    /s/ Gary W. Short
                                               Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                               212 Windgap Road, Pittsburgh, PA 15237
                                             Tele. (412) 765-0100 / Fax (412) 536-3977
                                             E-mail garyshortlegal@gmail.com