UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.    Case No. 17-20492-GLT

Reporting Period: _November, 2017_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    12/28/17
Signature of Debtor              Date

_____    12/28/17
Signature of Joint Debtor        Date

_____    _____
Signature of Preparer            Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| Debtor: Cuervo, Joseph & Cuervo, Mary E | | Case No. 17-20492-GLT | |
|---|---|---|---|
| | Reporting Period: | NOVEMBER 2017 | |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | November Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $ 21,160.57 | |
| **RECEIPTS** | | |
| Beginning Balance | | $ 1,749.45 |
| Wages (NET) | $ 3,336.36 | $ 57,604.50 |
| Draws | $ 8,500.00 | $ 98,302.28 |
| Interest and Dividend Income (cash deposit) | $ - | $ 160.00 |
| Other Deposits | $ - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | $ - | $ 22,551.40 |
| Other Income (attach schedule)   BANK CREDITS | $ 17.00 | $ 280.52 |
| Total Receipts | $ 11,853.36 | $ 184,348.15 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | $ 2,862.01 | $ 28,110.32 |
| Groceries/Food/Dining Out | $ 1,862.06 | $ 13,060.50 |
| Other Secured Note Payments | $ - | $ - |
| Utilities | $ 618.44 | $ 10,113.43 |
| Insurance | $ 200.00 | $ 6,013.44 |
| Auto Expense | $ 653.08 | $ 4,885.60 |
| Vehichle Payments | $ 645.33 | $ 6,453.30 |
| Lease Payments | $ - | $ - |
| IRA Contributions | $ 400.00 | $ 2,755.20 |
| Repairs and Maintenance | $ 88.54 | $ 6,114.62 |
| Medical Expenses | $ 20.00 | $ 1,053.97 |
| Household Expenses | $ 302.03 | $ 4,299.14 |
| Charitable Contributions | $ 625.00 | $ 625.00 |
| Taxes - Real Estate | $ 1,698.10 | $ 11,482.37 |
| Taxes - Personal Property | $ - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding   ***see below | $ - | $ - |
| Travel and Entertainment | $ 970.66 | $ 5,095.67 |
| Bank Charges | $ 11.00 | $ 547.62 |
| Gifts | $ 2,313.19 | $ 5,952.65 |
| Other (attach schedule) | $ 952.41 | $ 45,110.97 |
| Total Ordinary Disbursements | $ 14,221.85 | $ 151,673.80 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees     (Gary Short) | $ 1,500.00 | $ 12,900.00 |
| U.S. Trustee Fees | | $ 1,950.27 |
| Other Reorganization Expenses   (filing fee) | | $ 532.00 |
| Total Reorganization Items | $ 1,500.00 | $ 15,382.27 |
| Total Disbursements (Ordinary & Reorganization) | $ 15,721.85 | $ 167,056.07 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ (3,868.49) | $ 17,292.08 |
| Cash - End of Month (Must equal reconciled bank statement) | $ 17,292.08 | |
| Payroll Withholding | $ 1,260.21 | $ 19,840.39 |
| Other Payroll Deductions | $ 1,526.68 | $ 15,551.07 |

1

**MOR Individual worksheet**　　　　**MONTH**　　**NOVEMBER 2017**　　**FNB account: 7610**

All monthly expenses are paid as they are incurred.　　Beginning bank balance ___$21,160.57___
Total credits (additions for month) ___$11,853.36___　　Total debits (deductions for month) $15,721.85

### Income

| | |
|---|---|
| Wages | $3,336.36 |
| Draws | $8,500.00 |
| Sale of Assets | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits    (MC) | $17.00 |
| **Total Income *** | **$11,853.36** |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $2,862.01 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $618.44 |
| Insurance (I) | $200.00 |
| Auto fuel and repairs (A)  (includes parking fees) | $653.08 |
| Groceries/Dining out (G) | $1,862.06 |
| Home repairs and maintenance (H) | $88.54 |
| Medical (MD) | $20.00 |
| Household expenses (HH) | $302.03 |
| Gifts | $2,313.19 |
| IRA contributions | $400.00 |
| Charitable (C) | $625.00 |
| Real estate taxes (RTX) | $1,698.10 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $0.00 |
| Bank Charges (BC) | $11.00 |
| Travel/Entertainment | $970.66 |
| Other (see attached) | $952.41 |
| **Total Expenses *** | **$15,721.85** |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $21,160.57 |
| Plus Income for period | $11,853.36 |
| Subtotal | $33,013.93 |
| Less Expenses | $15,721.85 |
| Month End Bank Balance | $17,292.08 |

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: **NOVEMBER 2017**

### INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| **Gifts** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash/gift/purchases) (Pocket money) | $400.00 | |
| Thanksgiving costs | $99.23 | |
| Student loan | $200.00 | |
| Dry Cleaning | $11.20 | |
| Clothing Purchases | $8.00 | |
| AARP annual membership | $43.00 | |
| Apple I tunes | $11.68 | |
| Home Office/Business expenses (includes Post office) | $28.30 | |
| Personal expenses (including hair, nails, personal items, etc) | $151.00 | |
| TOTAL | $952.41 | $45,110.97 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |

# First National Bank

4140 E. State Street
Hermitage, PA 16148

**ADDRESS SERVICE REQUESTED**

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

**Statement Ending 11/30/2017**

JOSEPH CUERVO JR                                          Page 1 of 8
Primary Account Number: ●●●●7610

### Managing Your Accounts

| | | |
|---|---|---|
| 🖥 | Online | www.fnb-online.com |
| 📱 | By Phone | 1 800-555-5455 |
| ✉ | By Mail | 4140 E. State Street<br>Hermitage, PA 16148 |

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ●●●●7610 | $17,292.08 |

## WORKPLACE FIRST - ●●●●7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01/2017 | Balance Last Statement | $21,160.57 | Minimum Balance | $17,297.08 |
| | 8 Credit(s) This Period | $11,853.36 | Average Ledger Balance | $21,398.58 |
| | 134 Debit(s) This Period | $15,721.85 | Average Available Balance | $21,115.24 |
| 11/30/2017 | Balance This Statement | $17,292.08 | | |
| | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/01/2017 | Balance Last Statement | | | $21,160.57 |
| 11/01/2017 G | 25261 PIN PUR 11/01 09:20 PRESTO QWIK STOP PRESTO PA 05364984 730546861~5499 | $19.02 | | $21,141.55 |
| 11/02/2017 | DEPOSIT  *DRAN* | | $8,500.00 | $29,641.55 |
| 11/02/2017 M | SELECT PORTFOLIO ONLINE PMT CKF962150893POS | $2,862.01 | | $26,779.54 |
| 11/02/2017 U | DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $302.79 | | $26,476.75 |
| 11/02/2017 ATM | 8032 ATM WTD 11/02 13:57 FIRST NAT BANK CARNEGIE PA PA900030 008032 ~6011 | $120.00 | | $26,356.75 |
| 11/02/2017 other | AARP MEMBERSHIP 6883711 | $43.00 | | $26,313.75 |
| 11/03/2017 ✓ | UPMC PRESBYTERIA PAYROLL 00063884  *WAGES* | | $1,857.83 | $28,171.58 |
| 11/03/2017 G | 633915 PIN PUR 11/03 13:18 PENNSYLVANIA MAC PITTSBURGH PA 39927301 63391~5411 | $19.39 | | $28,152.19 |
| 11/03/2017 A | 71176 PIN PUR 11/02 19:53 ADVANCE AUTO PAR CARNEGIE PA 31252502 071176 ~5533 | $9.62 | | $28,142.57 |
| 11/03/2017 G | 707128 PIN PUR 11/03 13:26 TSP 203 HEIDELBERG PA 0001D566 707128 ~5541 | $8.14 | | $28,134.43 |
| 11/06/2017 C | CHECK # 999  *Flagpole (donated in memory of father)* | $600.00 | | $27,534.43 |
| 11/06/2017 ✓ | CHECK # 2354843 | $356.74 | | $27,177.69 |
| 11/06/2017 ✓ | CHECK # 2349580 | $288.59 | | $26,889.10 |
| 11/06/2017 HH | 641638 PIN PUR 11/06 12:19 TARGET T-1217 60 Pittsburgh PA 99999999 64163~5310 | $150.61 | | $26,738.49 |


Member FDIC
EQUAL HOUSING LENDER

**First National Bank**

**Statement Ending 11/30/2017**

JOSEPH CUERVO JR  
Primary Account Number: ●●●●7610

Page 3 of 8

## WORKPLACE FIRST - ●●●●7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/06/2017 | 8247 ATM WTD 11/04 12:49 FIRST NAT BANK CARNEGIE PA PA900030 008247 ~6011 | $100.00 | | $26,638.49 |
| 11/06/2017 | 957186 PIN PUR 11/06 11:50 HOBBYLOBBY 6511 PITTSBURGH PA 99999999 957186~5945 *Thanksgiving* | $68.29 | | $26,570.20 |
| 11/06/2017 | 31459 POS PUR 11/05 22:06 EXXONMOBIL 47 SOMERVILLE NJ 001 031459 ~5542 | $40.00 | | $26,530.20 |
| 11/06/2017 | 0006 POS PUR 11/06 10:06 WICKS RIVERSIDE NEW CUMBERLAN WV 00006267 000~5812 | $32.10 | | $26,498.10 |
| 11/06/2017 | 378948 PIN PUR 11/05 11:18 SMITH OIL NEW CUMBERLAN WV 30452101 378948 ~5541 | $28.01 | | $26,470.09 |
| 11/06/2017 | 0060 POS PUR 11/04 19:22 COLANGELO'S PITTSBURGH PA 00006049 000060 ~5814 | $23.00 | | $26,447.09 |
| 11/06/2017 | 772200 PIN PUR 11/04 09:55 TSP 203 HEIDELBERG PA 0001D566 772200 ~5541 | $18.25 | | $26,428.84 |
| 11/06/2017 | 74003 POS PUR 11/04 04:42 APL* ITUNES.COM/ 866-712-7753 CA 00000000 074~5735 | $10.69 | | $26,418.15 |
| 11/06/2017 | 25427 POS PUR 11/03 14:07 STARBUCKS STORE PITTSBURGH PA 00000000 025427~5814 | $4.23 | | $26,413.92 |
| 11/06/2017 | 10562 POS PUR 11/03 20:54 PARKING IN PITTS PITTSBURGH PA 00348612 01056~7523 | $2.00 | | $26,411.92 |
| 11/07/2017 | FID BKG SVC LLC MONEYLINE XXXXXX5911IYHBS | $400.00 | | $26,011.92 |
| 11/07/2017 | ALLSTATE V&P INS INS PYMT 000000952895662 | $200.00 | | $25,811.92 |
| 11/07/2017 | 37183 PIN PUR 11/07 17:58 BEST BUY 00 PITTSBURGH PA 06566369 7311552717~5732 *Christmas gifts* | $192.55 | | $25,619.37 |
| 11/07/2017 | 702313 PIN PUR 11/07 17:29 MACY'S 632 PITTSBURGH PA 99999999 702313 ~5311 *Christmas gifts* | $60.99 | | $25,558.38 |
| 11/07/2017 | 403567 PIN PUR 11/07 09:31 AMERICAN NATURAL SEWICKLEY PA 13516501 403567~5541 | $17.27 | | $25,541.11 |
| 11/08/2017 | CHECK # 1021 | $1,698.10 | | $23,843.01 |
| 11/08/2017 | CHECK # 1022 | $1,500.00 | | $22,343.01 |
| 11/08/2017 | AES STDNT LOAN PA8878216010B | $200.00 | | $22,143.01 |
| 11/08/2017 | 26639 PIN PUR 11/08 14:20 GIANT-EAGLE #064 Bridgeville PA 41038000 6987~5411 | $73.63 | | $22,069.38 |
| 11/08/2017 | 74348 POS PUR 11/07 01:38 EXXONMOBIL 47 SEWICKLEY PA 001 074348 ~5542 | $45.32 | | $22,024.06 |
| 11/08/2017 | 824758 PIN PUR 11/08 14:36 PARTY CITY 1155 Bridgeville PA 99999999 82475~5999 *Thanksgiving* | $30.94 | | $21,993.12 |
| 11/09/2017 | 90014 POS PUR 11/07 07:55 #12 BRAVO ROBIN PITTSBURGH PA 00528903 090014~5812 | $262.31 | | $21,730.81 |
| 11/09/2017 | 794929 PIN PUR 11/09 11:08 JIFFY LUBE #1447 EDGEWORTH PA 35379101 794929~7538 | $114.92 | | $21,615.89 |
| 11/09/2017 | 13406 POS PUR 11/08 17:54 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 01340~7230 | $81.00 | | $21,534.89 |
| 11/09/2017 | 837679 POS PUR 11/09 11:17 TSP 203 HEIDELBERG PA 0001D566 837679 ~5542 | $50.72 | | $21,484.17 |
| 11/09/2017 | 0057 POS PUR 11/08 03:27 JERSEY MIKE'S 80 BRIDGEVILLE PA 00005517 0000~5814 | $21.92 | | $21,462.25 |
| 11/09/2017 | 64023 POS PUR 11/09 23:05 BP#9684614MOON B CORAOPOLIS PA 9684001 064023~5542 | $21.00 | | $21,441.25 |
| 11/09/2017 | 26769 PIN PUR 11/09 10:48 GET GO #3021 Pittsburgh PA 21023100 205784 ~5541 | $9.74 | | $21,431.51 |
| 11/09/2017 | 64020 POS PUR 11/09 22:38 BP#9684614MOON B CORAOPOLIS PA 9684001 064020~5542 | $5.00 | | $21,426.51 |

## WORKPLACE FIRST - ▓▓▓▓7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/10/2017 | 340844 PIN PUR 11/10 17:41 TARGET T-1874 12 Leesburg VA 99999999 340844 ~5411 *granddaughter expenses/food* | $135.14 | | $21,291.37 |
| 11/10/2017 | 90004 POS PUR 11/09 04:43 SK332 MCCLAREN PITTSBURGH PA 01133460 090004 ~7538 | $100.00 | | $21,191.37 |
| 11/10/2017 | PEOPLES NATURAL GAS BILL 200007076777 | $72.91 | | $21,118.46 |
| 11/10/2017 | COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $44.92 | | $21,073.54 |
| 11/10/2017 | 32813 POS PUR 11/09 14:07 STARBUCKS STORE PITTSBURGH PA 00000000 032813~5814 | $4.23 | | $21,069.31 |
| 11/13/2017 | 76223 POS PUR 11/10 06:48 BLUE RIDGE GRILL LEESBURG VA 00000001 076223 ~5812 | $214.44 | | $20,854.87 |
| 11/13/2017 | VZ WIRELESS VE VZW WEBPAY 7786077 | $197.82 | | $20,657.05 |
| 11/13/2017 | 954082 PIN PUR 11/13 16:51 MACY'S 621 PITTSBURGH PA 99999999 954082 ~5311 *Christmas gifts* | $139.52 | | $20,517.53 |
| 11/13/2017 | TruGreen COLLECTION 171110004000105 | $88.54 | | $20,428.99 |
| 11/13/2017 | 46749 POS PUR 11/10 01:13 10587LEESBURG CO LEESBURG VA 00000000 046749 ~5691 | $69.06 | | $20,359.93 |
| 11/13/2017 | 65019 POS PUR 11/12 14:41 LE CREUSET FACTO LEESBURG VA 00000000 065019 ~5999 | $42.61 | | $20,317.32 |
| 11/13/2017 | 416050 PIN PUR 11/11 11:34 LAYERED CAKE PAT LEESBURG VA 55890948 416050 ~5462 | $42.16 | | $20,275.16 |
| 11/13/2017 | 915272 PIN PUR 11/13 15:51 TARGET T-2787 20 Upper St.Clai PA 99999999 91~5310 | $41.60 | | $20,233.56 |
| 11/13/2017 | 29289 POS PUR 11/10 06:46 SHEETZ 00 LEESBURG VA 015 029289 ~5542 | $39.17 | | $20,194.39 |
| 11/13/2017 | 255957 PIN PUR 11/13 14:52 THE UNCOMMON MAR PITTSBURGH PA 39832101 25595~5411 | $30.69 | | $20,163.70 |
| 11/13/2017 | 982619 PIN PUR 11/11 13:02 7-ELEVEN LEESBURG VA 00MHA513 130213982619 ~5541 | $13.45 | | $20,150.25 |
| 11/13/2017 | 6809 POS PUR 11/10 17:15 THE MARKET 5616 LEESBURG VA 62 006809 ~5814 | $9.04 | | $20,141.21 |
| 11/14/2017 | 39151 POS PUR 11/13 00:27 MACYS SOUTH HIL PITTSBURGH PA 07139151 039151~5311 *Christmas gifts* | $99.50 | | $20,041.71 |
| 11/14/2017 | 770123 PIN PUR 11/14 06:16 TSP 203 HEIDELBERG PA 0001D566 770123 ~5541 | $17.27 | | $20,024.44 |
| 11/14/2017 | 787200 PIN PUR 11/14 13:19 TSP 810 WEIRTON WV 0001D715 787200 ~5541 | $13.10 | | $20,011.34 |
| 11/14/2017 | 32368 POS PUR 11/14 14:09 APL* ITUNES.COM/ 866-712-7753 CA 00000000 032~5735 | $0.99 | | $20,010.35 |
| 11/15/2017 | 46648 PIN PUR 11/15 14:50 MARKET DISTRICT Pittsburgh PA 47001900 599284~5411 | $221.16 | | $19,789.19 |
| 11/15/2017 | 638430 PIN PUR 11/15 15:02 SHEETZ 0353 PITTSBURGH PA 08126101 638430 ~5541 | $35.31 | | $19,753.88 |
| 11/15/2017 | 495385 POS PUR 11/14 20:15 Wal-Mart Store SCOTT TWP PA 50400007 73193801~5411 | $32.95 | | $19,720.93 |
| 11/15/2017 | 584114 PIN PUR 11/15 13:48 BP#9659251 CANON CANONSBURG PA 06737801 58411~5541 | $8.30 | | $19,712.63 |
| 11/15/2017 | 80013 POS PUR 11/14 01:53 STARBUCKS STORE PITTSBURGH PA 00000000 080013~5814 | $7.49 | | $19,705.14 |
| 11/15/2017 | 29511 PIN PUR 11/15 14:26 MARKET DISTRICT Pittsburgh PA 47007500 577794~5411 | $4.27 | | $19,700.87 |
| 11/15/2017 | 30494 POS PUR 11/14 05:22 PARKING IN PITTS PITTSBURGH PA 00834169 03049~7523 | $3.00 | | $19,697.87 |
| 11/16/2017 | 31681 POS PUR 11/14 05:09 JETBLUE 2792 SALT LAKE CTY UT 00000000 031681~3174 | $444.76 | | $19,253.11 |
| 11/16/2017 | 20003 POS PUR 11/15 07:31 MCMURRAY DRY CLE CANONSBURG PA 78681817 02000~7216 | $11.20 | | $19,241.91 |

**First National Bank**

**Statement Ending 11/30/2017**

JOSEPH CUERVO JR
Primary Account Number: ▓▓▓7610

Page 5 of 8

## WORKPLACE FIRST - ▓▓▓7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/17/2017 ✓ | UPMC PRESBYTERIA PAYROLL 00063884 *WAGES* | | $1,478.53 | $20,720.44 |
| 11/17/2017 G | 756920 PIN PUR 11/17 12:47 TSP 810 WEIRTON WV 0001D715 756920 ~5541 | $14.39 | | $20,706.05 |
| 11/17/2017 G | 737428 PIN PUR 11/16 19:30 TSP 203 HEIDELBERG PA 0001D566 737428 ~5541 | $8.14 | | $20,697.91 |
| 11/20/2017 MC | FOREIGN ATM FEE REFUND | | $2.50 | $20,700.41 |
| 11/20/2017 MC | ATM SURCHARGE FEE REFUND | | $3.50 | $20,703.91 |
| 11/20/2017 bC | SURCHARGE FEE 307176 ATM WTD 11/19 21:32 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 | $3.50 | | $20,700.41 |
| 11/20/2017 G | 42890 PIN PUR 11/18 14:31 GIANT-EAGLE #064 Bridgeville PA 41000900 8594~5411 | $220.00 | | $20,480.41 |
| 11/20/2017 ATM | 307176 ATM WTD 11/19 21:32 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 307176 ~6011 | $140.00 | | $20,340.41 |
| 11/20/2017 HH | 42654 PIN PUR 11/18 19:45 KMART 3141 BRIDGEVILLE PA 04361680 7323776703~5310 | $76.87 | | $20,263.54 |
| 11/20/2017 other | 51691 POS PUR 11/19 18:06 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 05169~7230 | $70.00 | | $20,193.54 |
| 11/20/2017 A | 851108 POS PUR 11/18 13:10 TSP 203 HEIDELBERG PA 0001D566 851108 ~5542 | $48.62 | | $20,144.92 |
| 11/20/2017 A | 724595 PIN PUR 11/18 13:13 TSP 203 HEIDELBERG PA 0001D566 724595 ~5541 | $34.33 | | $20,110.59 |
| 11/20/2017 L | 377314 PIN PUR 11/18 14:25 BROOKS BROTHERS PITTSBURGH PA 09162317 377314~5651 *$25.00 to ST Jude charity* | $33.00 | | $20,077.59 |
| 11/20/2017 G | 0033 POS PUR 11/19 15:08 JERSEY MIKE'S 80 BRIDGEVILLE PA 00005517 0000~5814 | $18.51 | | $20,059.08 |
| 11/20/2017 G | 718103 PIN PUR 11/20 15:49 TSP 203 HEIDELBERG PA 0001D566 718103 ~5541 | $17.27 | | $20,041.81 |
| 11/20/2017 G | 46346 POS PUR 11/17 04:18 FIVE GUYS PA 179 BRIDGEVILLE PA 57646346 0463~5814 | $11.68 | | $20,030.13 |
| 11/20/2017 G | 338989 PIN PUR 11/18 14:38 DUQUESNE-U-BKST PITTSBURGH PA 99999999 338989~5942 | $9.45 | | $20,020.68 |
| 11/20/2017 G | 67424 POS PUR 11/20 08:57 STARBUCKS STORE BRIDGEVILLE PA 00000000 06742~5814 | $7.38 | | $20,013.30 |
| 11/20/2017 G | 7016 POS PUR 11/17 00:09 STARBUCKS STORE BRIDGEVILLE PA 00000000 00701~5814 | $4.23 | | $20,009.07 |
| 11/20/2017 bC | FEE FOR ATM WTD 11/19 21:32 COLLIER TOWNSHI BRIDGEVILLE PA KB2268 307176 ~6011 | $2.50 | | $20,006.57 |
| 11/21/2017 other | 739122 PIN PUR 11/20 20:30 KOHLS 0293 6571 PITTSBURGH PA 99999999 739122~5311 *christmas gifts* | $220.25 | | $19,786.32 |
| 11/21/2017 G | 30888 PIN PUR 11/20 20:54 MARKET DISTRICT Pittsburgh PA 47000600 719338~5411 | $42.01 | | $19,744.31 |
| 11/21/2017 G | 67207 PIN PUR 11/21 08:46 T-BONES WEXFORD PA 80829301 067207 ~5411 | $30.54 | | $19,713.77 |
| 11/21/2017 G | 13078 POS PUR 11/20 05:11 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0130~8050 | $7.70 | | $19,706.07 |
| 11/21/2017 G | 54550 POS PUR 11/20 16:40 UPMC PRESBY CAFE PITTSBURGH PA 00000000 05455~5812 | $6.25 | | $19,699.82 |
| 11/21/2017 G | 85317 POS PUR 11/20 23:54 STARBUCKS STORE BRIDGEVILLE PA 00000000 08531~5814 | $4.23 | | $19,695.59 |
| 11/21/2017 G | 13991 POS PUR 11/20 03:55 UPMC PRESBY CAFE PITTSBURGH PA 00000000 01399~5812 | $2.45 | | $19,693.14 |
| 11/22/2017 G | 680211 PIN PUR 11/22 09:27 WINE AND SPIRITS PITTSBURGH PA 01600047 73262~5921 | $65.44 | | $19,627.70 |

## WORKPLACE FIRST - ▮▮▮▮7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/22/2017 | A  759051 POS PUR 11/22 08:18 TSP 203 HEIDELBERG PA 0001D566 759051 ~5541 | $37.27 | | $19,590.43 |
| 11/22/2017 | G  61867 POS PUR 11/21 03:07 UPMC PRESBY CAFE PITTSBURGH PA 00000000 06186~5812 | $7.16 | | $19,583.27 |
| 11/22/2017 | A  140405 PIN PUR 11/21 18:33 ADVANCE AUTO PAR CARNEGIE PA 31252504 140405 ~5533 | $4.76 | | $19,578.51 |
| 11/22/2017 | G  62021 POS PUR 11/21 05:37 UPMC PRESBY CAFE PITTSBURGH PA 00000000 06202~5812 | $4.39 | | $19,574.12 |
| 11/22/2017 | G  25898 POS PUR 11/21 20:18 STARBUCKS STORE WEXFORD PA 00000000 025898 ~5814 | $4.23 | | $19,569.89 |
| 11/22/2017 | G  35185 POS PUR 11/21 17:42 UPMC PRESBY CAFE PITTSBURGH PA 00000000 03518~5812 | $3.73 | | $19,566.16 |
| 11/24/2017 | G  561883 PIN PUR 11/22 21:29 WAL-MART #5040 CARNEGIE PA 24504001 561883 ~5411 | $112.61 | | $19,453.55 |
| 11/24/2017 | G  841800 PIN PUR 11/23 12:13 HEIDELBERG SHOP CARNEGIE PA 54938701 841800 ~5411 | $77.57 | | $19,375.98 |
| 11/24/2017 | G  407789 PIN PUR 11/22 21:52 HEIDELBERG SHOP CARNEGIE PA 54938701 407789 ~5411 | $63.64 | | $19,312.34 |
| 11/24/2017 | G  797801 PIN PUR 11/22 21:51 HEIDELBERG SHOP CARNEGIE PA 54938701 797801 ~5411 | $40.83 | | $19,271.51 |
| 11/24/2017 | A  30268 POS PUR 11/22 15:46 PARKING IN PITTS PITTSBURGH PA 00315520 03026~7523 | $4.00 | | $19,267.51 |
| 11/24/2017 | G  9172 POS PUR 11/22 08:15 STARBUCKS STORE PITTSBURGH PA 00000000 009172~5814 | $2.09 | | $19,265.42 |
| 11/24/2017 | A  30222 POS PUR 11/22 15:09 PARKING IN PITTS PITTSBURGH PA 00315520 03022~7523 | $1.00 | | $19,264.42 |
| 11/27/2017 | other  50849 PIN PUR 11/27 14:23 MACY'S 632 PITTSBURGH PA D6320021 004563 ~5311  *Christmas gifts* | $116.62 | | $19,147.80 |
| 11/27/2017 | G  43380 PIN PUR 11/27 15:40 MARKET DISTRICT Pittsburgh PA 47000600 616211~5411 | $64.73 | | $19,083.07 |
| 11/27/2017 | other  13115 POS PUR 11/27 15:50 Etsy.com - Victo 718-8557955 NY 00000000 0131~5699  *Christmas gifts* | $29.72 | | $19,053.35 |
| 11/27/2017 | A  781395 PIN PUR 11/24 17:58 TSP 203 HEIDELBERG PA 0001D566 781395 ~5541 | $25.20 | | $19,028.15 |
| 11/27/2017 | G  19665 POS PUR 11/27 12:15 GET GO #3205 Carnegie PA 05023100 422631 ~5541 | $17.27 | | $19,010.88 |
| 11/27/2017 | G  44577 POS PUR 11/26 18:49 GET GO #3205 Carnegie PA 05023100 142306 ~5541 | $17.27 | | $18,993.61 |
| 11/27/2017 | G  715622 PIN PUR 11/26 07:03 TSP 203 HEIDELBERG PA 0001D566 715622 ~5541 | $9.83 | | $18,983.78 |
| 11/28/2017 | other  95999 RECURRING 11/26 07:08 FITBIT, INC. D3E WWW.FITBIT.CO CA 00000000 09~5732  *Christmas gifts* | $106.95 | | $18,876.83 |
| 11/28/2017 | G  27463 PIN PUR 11/28 15:58 GIANT-EAGLE #064 Bridgeville PA 41000800 3260~5411 | $67.40 | | $18,809.43 |
| 11/28/2017 | G  718136 PIN PUR 11/27 21:57 TSP 203 HEIDELBERG PA 0001D566 718136 ~5541 | $17.27 | | $18,792.16 |
| 11/29/2017 | other  71890 POS PUR 11/27 01:13 NORDSTROM DIRECT 888-282-6060 IA 24771890 071~5311  *Christmas gift* | $94.72 | | $18,697.44 |
| 11/29/2017 | other  76871 PIN PUR 11/29 17:29 THE UPS STORE #1 BRIDGEVILLE PA 105 076871 ~7399 | $20.00 | | $18,677.44 |
| 11/29/2017 | MD  69359 POS PUR 11/28 16:12 UPMC COMMUNITY M PITTSBURGH PA 00000000 06935~8011 | $20.00 | | $18,657.44 |
| 11/29/2017 | G  25829 PIN PUR 11/29 12:10 PRESTO QWIK STOP PRESTO PA 05364984 733304860~5499 | $18.32 | | $18,639.12 |
| 11/29/2017 | G  88016 POS PUR 11/28 03:25 STARBUCKS STORE BETHEL PARK PA 00000000 08801~5814 | $4.23 | | $18,634.89 |
| 11/30/2017 | MC  FOREIGN ATM FEE REFUND | | $2.50 | $18,637.39 |

**First National Bank**

**Statement Ending 11/30/2017**

JOSEPH CUERVO JR
Page 7 of 8
Primary Account Number: ███7610

## WORKPLACE FIRST - ███7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/30/2017 | MC ATM SURCHARGE FEE REFUND | | $3.50 | $18,640.89 |
| 11/30/2017 | mc MONTHLY SERVICE CHRG REFUND | | $5.00 | $18,645.89 |
| 11/30/2017 | A SURCHARGE FEE 636764 ATM WTD 11/30 11:56 STANWIX PITTSBURGH PA KB2269 636764 ~6 | $3.50 | | $18,642.39 |
| 11/30/2017 | gift CHECK # 1023  gift to son | $1,200.00 | | $17,442.39 |
| 11/30/2017 | other /24943 POS PUR 11/30 12:17 SHUTTERFLY 800-986-1065 CA 00000000 024943 ~5946  Christmas | $52.37 | | $17,390.02 |
| 11/30/2017 | ATM 636764 ATM WTD 11/30 11:56 STANWIX PITTSBURGH PA KB2269 636764 ~6011 | $40.00 | | $17,350.02 |
| 11/30/2017 | A 15355 POS PUR 11/29 17:38 GET GO #3205 CARNEGIE PA 00000000 015355 ~5542 | $25.84 | | $17,324.18 |
| 11/30/2017 | G 62560 POS PUR 11/30 10:12 GET GO #3205 Carnegie PA 05023100 418338 ~5541 | $10.14 | | $17,314.04 |
| 11/30/2017 | G 7360 POS PUR 11/29 19:49 GET GO #3205 Carnegie PA 05023100 232145 ~5541 | $8.15 | | $17,305.89 |
| 11/30/2017 | G 30643 POS PUR 11/29 14:43 STARBUCKS STORE BRIDGEVILLE PA 00000000 03064~5814 | $6.31 | | $17,299.58 |
| 11/30/2017 | A FEE FOR ATM WTD 11/30 11:56 STANWIX PITTSBURGH PA KB2269 636764 ~6011 | $2.50 | | $17,297.08 |
| 11/30/2017 | BC SERVICE CHARGE | $5.00 | | $17,292.08 |
| 11/30/2017 | **Balance This Statement** | | | **$17,292.08** |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 999 | 11/06/2017 | $600.00 | 1022 | 11/08/2017 | $1,500.00 | 2349580* | 11/06/2017 | $288.59 |
| 1021* | 11/08/2017 | $1,698.10 | 1023 | 11/30/2017 | $1,200.00 | 2354843* | 11/06/2017 | $356.74 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/01/2017 | $21,141.55 | 11/10/2017 | $21,069.31 | 11/21/2017 | $19,693.14 |
| 11/02/2017 | $26,313.75 | 11/13/2017 | $20,141.21 | 11/22/2017 | $19,566.16 |
| 11/03/2017 | $28,134.43 | 11/14/2017 | $20,010.35 | 11/24/2017 | $19,264.42 |
| 11/06/2017 | $26,411.92 | 11/15/2017 | $19,697.87 | 11/27/2017 | $18,983.78 |
| 11/07/2017 | $25,541.11 | 11/16/2017 | $19,241.91 | 11/28/2017 | $18,792.16 |
| 11/08/2017 | $21,993.12 | 11/17/2017 | $20,697.91 | 11/29/2017 | $18,634.89 |
| 11/09/2017 | $21,426.51 | 11/20/2017 | $20,006.57 | 11/30/2017 | $17,292.08 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-20492 GLT |
| Joseph Cuervo and Mary E. Cuervo, | ) | Chapter 11 |
| Debtors. | ) | Document No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __12/28/17__
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☑ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __12/28/17__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com