**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | |

**CERTIFICATE OF SERVICE**

I, Gary W. Short, hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on the 29th day of December, 2017, I served true and correct copies of the following documents:

a. Order (I) Approving Disclosure Statement; (II) Setting Deadlines; and (III) Scheduling Hearing on Plan Confirmation;

b. Debtor's Disclosure Statement

c. Summary of Amended Chapter 11 Plan Dated December 12, 2017; and

f. Appropriate ballot forms for the acceptance or rejection of the Plan;

by first class U.S. Mail, postage prepaid on the parties in interest listed below at the addresses shown (the numerical designation which precedes each entity refers to plan classification, "L" refers to lease, and 0 refers to a non-creditor or non-equity interest entity):

1    James Warmbrodt, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia 19106

1    Mario J. Hanyon, Esq. Phelan Hallinan Diamond & Jones LLP, Omin William Penn Office Tower, 555 Grant Street, Suite 300, Pittsburgh, PA 15219

1    Chase Mtg |Po Box 24696|Columbus, OH 43224-0696| |||

1    JP Morgan Chase Bank, National Association |Attn: Correspondence Mail|Mail Code LA4-5555|700 Kansas Lane|Monroe LA 71203-4774| |

2    Chase Auto Finance |National Bankruptcy Dept|201 N Central Ave Ms Az1-1191|Phoenix, AZ 85004-1071| ||

2    JP Morgan Chase Bank, N.A. |National Bankruptcy Department|P.O. Box 29505, AZ1-1191|Phoenix, AZ 85038-9505| ||

4    Internal Revenue Service |POB 7346|Philadelphia, PA 19101-7346| |||

4    Internal Revenue Service, Special Procedures, POB 628, Bankruptcy Section, Pittsburgh, PA 15230

5    Office of Attorney General Department of Rev|Robert C. Edmundson|564 Forbes Avenue|Pittsburgh, PA 15219-2908|||

5    Peoples Natural Gas Company LLC |c/o S. James Wallace, P.C.|845 N. Lincoln

| | |
|---|---|
| | Ave.\|Pittsburgh, PA 15233-1828\|\|\| |
| 5 | Bank Of America \|Nc4-105-03-14\|Po Box 26012\|Greensboro, NC 27420-6012\| \|\| |
| 5 | Capital One \|Attn: General Correspondence/Bankruptcy\|Po Box 30285\|Salt Lake City, UT 84130-0285\| \|\| |
| 5 | Chase Card Services \|Correspondence Dept\|Po Box 15278\|Wilmington, DE 19850-5278\| \|\| |
| 5 | Citibank/Sunoco \|Citicorp Credit Card/Centralized Bankrup\|Po Box 790040\|St Louis, MO 63179-0040\| \|\| |
| 5 | Citicards Cbna \|Citicorp Credit Svc/Centralized Bankrupt\|Po Box 790040\|Saint Louis, MO 63179-0040\| \|\| |
| 5 | Commonwealth of Pennsylvania \|Department of Revenue\|POB 280946\|Harrisburg, PA 17128-0946\| \|\| |
| 5 | Discover Bank \|Discover Products Inc\|PO Box 3025\|New Albany, OH  43054-3025\| \|\| |
| 5 | Discover Financial \|Po Box 3025\|New Albany, OH 43054-3025\| \|\|\| |
| 5 | Discover Personal Loan \|Attention: Bankruptcy\|Po Box 30954\|Salt Lake City, UT 84130-0954\| \|\| |
| 5 | Discover Personal Loans \|PO Box 30954\|Salt Lake City, UT 84130-0954\| \|\|\| |
| 5 | Duquense Light Company \|POB 67\|Pittsburgh, PA 15267-0001\| \|\|\| |
| 5 | Internal Revenue Service \|POB 7346\|Philadelphia, PA 19101-7346\| \|\|\| |
| 5 | Internal Revenue Service, Special Procedures, POB 628, Bankruptcy Section, Pittsburgh, PA 15230 |
| 5 | Mariner Finance, Llc \|8211 Town Center Dr\|Baltimore, MD 21236-5904\| \|\|\| |
| 5 | PNC Bank Credit Card \|Po Box 5570\|Mailstop  BR- YB58-01-5\|Cleveland, OH 44101-0570\| \|\| |
| 5 | PNC Bank, N.A. \|PO BOX 94982\|Cleveland, OH 44101-4982\| \|\|\| |
| 5 | PRA Receivables Management, LLC \|PO Box 41021\|Norfolk, VA 23541-1021\| |
| 5 | Pennsylvania American Water \|PO Box 578\|Alton, IL 62002-0578\| \|\| |
| 5 | Pennsylvania Department of Revenue \|Bankruptcy Division PO Box 280946\|Harrisburg, Pa.  17128-0946\| \|\| |
| 5 | Peoples Gas Company \|POB 644760\|Pittsburgh, PA 15264-4760\| \|\|\| |
| 5 | Verizon \|POB 4002\|Acworth, GA 30101-9003\| \|\|\| |
| 5 | Visa Dept Store National Bank \|Attn: Bankruptcy\|Po Box 8053\|Mason, OH 45040-8053\| \| |

| | |
|---|---|
| 6 | Joseph Cuervo |8000 Sherwood Drive|Presto, PA 15142-1078|||| |
| 6 | Mary E. Cuervo |8000 Sherwood Drive|Presto, PA 15142-1078|||| |
| L | Land Rover Financial Gourp |c/o Chase|POB 78420|Phoenix, AZ 85062-8420| || |
| L | JP Morgan Chase Bank, National Association |Attn: Correspondence Mail|Mail Code LA4-5555|700 Kansas Lane|Monroe LA 71203-4774| | |
| 0 | Office of the United States Trustee |Liberty Center,|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721||| |

Executed on December 29, 2017        /s/ Gary W. Short
                                     Gary W. Short, Esquire
                                     Counsel for the Debtor
                                     PA Bar I.D. No. 36794
                                     212 Windgap Road, Pittsburgh, PA 15237
                                     Tele. (412) 765-0100 / Fax (412) 536-3977
                                     E-mail garyshortlegal@gmail.com