## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | |

### CERTIFICATE OF SERVICE

I, Gary W. Short, hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on the 29th day of December, 2017, I served true and correct copies of the following documents:

a. Notice of Ineligibility to Vote to Accept and Reject Plan (copy attached);

b. Order (I) Approving Disclosure Statement; (II) Setting Deadlines; and (III) Scheduling Hearing on Plan Confirmation; and

c. Summary of Amended Chapter 11 Plan Dated December 12, 2017; and

by first class U.S. Mail, postage prepaid on the parties in interest listed below at the addresses shown:

Ronald J. Einwag
Einwag Morrow & Associates
20 Stanwix Street Ste 630
Pittsburgh, PA 15222-4801

Chartiers Valley School District
2030 Swallow Hill Rd
Pittsburgh, PA 15220-1699

Executed on December 29, 2017        /s/ Gary W. Short
                                     Gary W. Short, Esquire
                                     Counsel for the Debtor
                                     PA Bar I.D. No. 36794
                                     212 Windgap Road, Pittsburgh, PA 15237
                                     Tele. (412) 765-0100 / Fax (412) 536-3977
                                     E-mail garyshortlegal@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE OF INELIGIBILITY TO VOTE
## TO ACCEPT AND REJECT PLAN

1. Your claim will be allowed in the amount scheduled unless: your claim is designated as *disputed, contingent,* or *unliquidated*; you file a proof of claim in a different amount; or you receive another notice.

2. If a claim is not scheduled or if the claim is designated as *disputed, contingent,* or *unliquidated on the Debtors' schedule of claims*, the holder of such claim must file a proof of claim or such claimant might not be paid on your claim and might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

3. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

4. If an objection is filed to a claim and the claim has not been finally allowed or disallowed, the holder of such claim may not be eligible to vote all or a portion of such claim until the objection is adjudicated or such claimant obtains an order temporarily allowing the claim.

5. There are no objections to claim currently pending before the Court.

6. You may obtain a copy of the Plan at no cost be contacting Debtor's counsel, Gary W. Short at the address shown below.

7. The following entities are not eligible to vote:

Ronald J. Winwag  
Einwag Morrow & Assoc  
20 Stanwix Street, Ste 630  
Pittsburgh, PA 15222  

Chartiers Valley School District  
2030 Swallow Hill Road  
Pittsburgh, PA 15220  

Date: Dec. 29, 2017     /s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
Counsel for the Debtors
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com