**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** ) | **Chapter 11** |
| Debtor, ) | **Document No.** |
| **Gary W. Short,** ) | **Hearing Date and Time:** |
| Movants, ) | **January 4, 2018 at 10:00 a.m.** |
| Vs. ) | **Responses Due: December 26, 2017** |
| **No Respondents,** ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

**ORDER APPROVING PRIVATE SALE**

I, Gary W. Short, certify under penalty of perjury that I served the above-referenced pleading(s) or order on the parties at the addresses specified below and on the attached list on January 4, 2018

The type(s) of service made on the parties named in the attached matrix (first class mail, electronic notification, hand delivery, or another type of service) was: first class U.S. Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

U. S. Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Steven A. Black
Debra D. Black
1114 2nd Avenue
New Cumberland, W.V. 26047

Executed on January 4, 2018            /s/ Gary W. Short
                                       Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                       212 Windgap Road, Pittsburgh, PA 15237
                                       Tele. (412) 765-0100 / Fax (412) 536-3977
                                       E-mail[garyshortlegal@gmail.com](mailto:garyshortlegal@gmail.com)