UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.                        Case No. 17-20492-GLT
                                                          Reporting Period: _December, 2017_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          1/9/18
Signature of Debtor                Date

_____          1/9/18
Signature of Joint Debtor          Date

_____          _____
Signature of Preparer              Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| Debtor: Cuervo, Joseph & Cuervo, Mary E | Case No. 17-20492-GLT | |
|---|---|---|
| | Reporting Period: December 2017 | |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account.

| | December Current Month Actual | Cumulative Filing to Date Actual |
|---|---:|---:|
| Cash - Beginning of Month | $ 17,292.08 | |
| **RECEIPTS** | | |
| Beginning Balance | | $ 1,749.46 |
| Wages (NET) | $ 7,229.54 | $ 64,834.04 |
| Draws | $ 22,000.00 | $ 120,302.26 |
| Interest and Dividend Income (cash deposit) | $ - | $ 160.00 |
| Other Deposits | $ - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | $ - | $ 22,551.40 |
| Other Income (attach schedule) BANK CREDITS | $ 367.82 | $ 648.34 |
| Total Receipts | $ 29,597.36 | $ 213,945.51 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | $ 3,072.47 | $ 31,182.79 |
| Groceries/Food/Dining Out | $ 1,727.26 | $ 14,787.76 |
| Other Secured Note Payments | $ - | $ - |
| Utilities | $ 923.80 | $ 11,037.23 |
| Insurance | $ 1,834.65 | $ 7,848.09 |
| Auto Expense | $ 491.26 | $ 5,376.86 |
| Vehicle Payments | $ 645.33 | $ 7,098.68 |
| Lease Payments | $ - | $ - |
| IRA Contributions | $ 200.00 | $ 2,955.20 |
| Repairs and Maintenance | $ 571.22 | $ 6,685.84 |
| Medical Expenses | $ 870.19 | $ 1,924.16 |
| Household Expenses | $ 558.13 | $ 4,857.27 |
| Charitable Contributions | $ - | $ 625.00 |
| Taxes - Real Estate | $ 3,396.19 | $ 14,878.56 |
| Taxes - Personal Property | $ - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $ - | $ - |
| Travel and Entertainment | $ 805.06 | $ 5,900.73 |
| Bank Charges | $ 11.00 | $ 558.62 |
| Gifts | $ 3,578.56 | $ 9,531.21 |
| Other (attach schedule) | $ 1,665.24 | $ 46,776.21 |
| Total Ordinary Disbursements | $ 20,350.36 | $ 172,024.16 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees (Gary Short) | $ 1,500.00 | $ 14,400.00 |
| U.S. Trustee Fees | $ - | $ 1,950.27 |
| Other Reorganization Expenses (filing fee) | $ - | $ 532.00 |
| Total Reorganization Items | $ 1,500.00 | $ 16,882.27 |
| | | |
| Total Disbursements (Ordinary & Reorganization) | $ 21,850.36 | $ 188,906.43 |
| | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ 7,747.00 | $ 25,039.08 |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | $ 25,039.08 | |
| Payroll Withholding | $ 2,553.75 | $ 22,394.14 |
| Other Payroll Deductions | $ 2,115.45 | $ 17,666.52 |

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: DECEMBER 2017

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| **Other Taxes** | | |
| **Gifts** | | |
| ATM withdrawals for Christmas cash gifts (children & grandchildren) | $1,000.00 | |
| Macys | $667.62 | |
| Best Buy | $137.79 | |
| Toys R Us | $233.17 | |
| Allen Edmonds | $302.50 | |
| Kohls | $49.32 | |
| Overstock | $71.14 | |
| Amazon | $304.94 | |
| Starbucks gift cards | $154.23 | |
| Dicks | $115.95 | |
| Orvis | $35.00 | |
| Walmart | $258.41 | |
| American Eagle | $90.00 | |
| Barnes & Noble | $85.09 | |
| Victorias Secret | $53.40 | |
| TOTAL | $3,578.56 | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash purchases) (Pocket money) | $700.00 | |
| Christmas Cards for mailing | $42.45 | |
| Student loan | $200.00 | |
| Dry Cleaning/Alterations | $230.80 | |
| Personal expenses/services (including hair, nails etc) | $96.60 | |
| Walgreens/RiteAid (personal products) | $344.51 | |
| Apple I tunes | $11.68 | |
| Home Office/Business expenses (includes Post office) | $39.20 | |
| TOTAL | $1,665.24 | $45,776.21 |
| **Other Reorganization Expenses** | | |

1

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: _December 2017_

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | 0 |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | 0 |
| Total Taxes | | | | | | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | | | | | | 0 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(9/99)

Cuervo, Jospeh and Cuervo, Mary E.  
Debtor

Case No. 17-20492-GLT  
Reporting Period: _DECEMBER 2017_

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| + Amounts billed during the period | |
| - Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Amount considered uncollectible (Bad Debt) | |
| Accounts Receivable (Net) | |

(Aging section crossed out)

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ | |

FORM MOR-5  
(9/99)

**MOR Individual worksheet**  **MONTH**  **DECEMBER 2017**  **FNB account: 7610**

All monthly expenses are paid as they are incurred.  Beginning bank balance  $17,292.08
Total credits (additions for month)  $29,597.36  Total debits (deductions for month)  $21,850.36

### Income

| | |
|---|---|
| Wages | $7,229.54 |
| Draws | $22,000.00 |
| Sale of Assets | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits   (MC) | $367.82 |
| Total Income * | $29,597.36 |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $3,072.47 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $923.80 |
| Insurance (I) | $1,834.65 |
| Auto fuel and repairs (A) (includes parking fees) | $491.26 |
| Groceries/Dining out (G) | $1,727.26 |
| Home repairs and maintenance (H) | $571.22 |
| Medical (MD) | $870.19 |
| Household expenses (HH) | $558.13 |
| Gifts ( see continuation sheet) | $3,578.56 |
| IRA contributions | $200.00 |
| Charitable (C) | $0.00 |
| Real estate taxes (RTX) | $3,396.19 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $0.00 |
| Bank Charges (BC) | $11.00 |
| Travel/Entertainment | $805.06 |
| Other (see continuation sheet) | $1,665.24 |
| Total Expenses * | $21,850.36 |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $17,292.08 |
| Plus Income for period | $29,597.36 |
| Subtotal | $46,889.44 |
| Less Expenses | $21,850.36 |
| Month End Bank Balance | $25,039.08 |

1

# FIRST NATIONAL BANK

**Statement Ending 12/29/2017**

4140 E. State Street
Hermitage, PA 16148

ADDRESS SERVICE REQUESTED

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

JOSEPH CUERVO JR    Page 1 of 8
Primary Account Number ****7610

### Managing Your Accounts

 Online    www.fnb-online.com

 By Phone    1 800-555-5455

 By Mail    4140 E. State Street
Hermitage, PA 16148

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ****7610 | $25,039.08 |

## WORKPLACE FIRST - ****7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 12/01/2017 | Balance Last Statement | $17,292.08 | Minimum Balance | $17,145.58 |
| | 12 Credit(s) This Period | $29,597.36 | Average Ledger Balance | $27,706.29 |
| | 152 Debit(s) This Period | $21,850.36 | Average Available Balance | $26,947.67 |
| 12/29/2017 | Balance This Statement | $25,039.08 | | |
| | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/01/2017 | Balance Last Statement | | | $17,292.08 |
| 12/01/2017 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,451.33 | $18,743.41 |
| 12/01/2017 | 98027 POS PUR 11/30 21:19 GET GO #3205 CARNEGIE PA 00000000 098027 ~5542 | $52.89 | | $18,690.52 |
| 12/04/2017 | 47880 PIN PUR 12/03 17:23 MACY'S 621 PITTSBURGH PA D6210031 008400 ~5311 | $152.95 | | $18,537.57 |
| 12/04/2017 | 60006 POS PUR 12/02 16:10 MCMURRAY DRY CLE CANONSBURG PA 78681817 06000~7216 | $97.80 | | $18,439.77 |
| 12/04/2017 | 50081 POS PUR 12/03 21:47 LOTSA STONE FIRE PITTSBURG PA 00732403 050081~5812 | $30.45 | | $18,409.32 |
| 12/04/2017 | 653727 PIN PUR 12/04 14:16 WALGREENS STORE CARNEGIE PA 99999999 653727 ~5912 | $27.68 | | $18,381.64 |
| 12/04/2017 | 2724 PIN PUR 12/03 16:09 GET GO #3641 Bridgeville PA 41023100 222249 ~5541 | $17.27 | | $18,364.37 |
| 12/04/2017 | 857835 PIN PUR 12/02 11:25 TSP 203 HEIDELBERG PA 0001D566 857835 ~5541 | $17.27 | | $18,347.10 |
| 12/04/2017 | 27139 POS PUR 12/02 05:25 CHARLEYS PHILLY PITTSBURGH PA 01999878 027139~5814 | $8.98 | | $18,338.12 |
| 12/04/2017 | 77224 POS PUR 12/03 20:21 RITE AID STORE - PITTSBURGH PA 00000000 07722~5912 | $8.20 | | $18,329.92 |
| 12/04/2017 | 77829 POS PUR 12/02 02:34 STARBUCKS STORE BRIDGEVILLE PA 00000000 07782~5814 | $7.38 | | $18,322.54 |



FIRST NATIONAL BANK                                                     Statement Ending 12/23/2017

JOSEPH CUERVO JR                                   Page 3 of 8
Primary Account Number: ████7610

## WORKPLACE FIRST - ████7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/04/2017 | G 65337 POS PUR 12/03 15:21 STARBUCKS STORE PITTSBURGH PA 00000000 065337~5814 | $4.23 | | $18,318.31 |
| 12/04/2017 | G 32489 POS PUR 12/03 08:27 STARBUCKS STORE BETHEL PARK PA 00000000 03248~5814 | $4.23 | | $18,314.08 |
| 12/05/2017 | MD 574300 PIN PUR 12/05 15:55 MARK W. EGER OD CORAOPOLIS PA 09312861 733917~8042 | $30.00 | | $18,284.08 |
| 12/06/2017 | MC 5543 RETURN 12/05 17:18 BESTBUYCOM805517 RICHFIELD MN 00000000 005543~5732 return credit | | $137.79 | $18,421.87 |
| 12/06/2017 | I ALLSTATE F&C INS INS PYMT 000031693203 | $320.00 | | $18,101.87 |
| 12/06/2017 | MD 40001 POS PUR 12/04 20:39 CHENET COSMETIC MOON TOWNSHIP PA 07961197 040~8021 | $300.00 | | $17,801.87 |
| 12/06/2017 | HH 818335 PIN PUR 12/05 18:46 TARGET T-2787 20 Upper St.Clai PA 99999999 81~5310 | $233.02 | | $17,568.85 |
| 12/06/2017 | other 7589 POS PUR 12/05 12:33 BESTBUYCOM805517 888-BESTBUY MN 134 007589~5732 | $137.79 | | $17,431.06 |
| 12/06/2017 | MD UPMC HEALTH SVCS MEDICAL 3908520 | $91.11 | | $17,339.95 |
| 12/06/2017 | other 38839 PIN PUR 12/05 19:28 MACY'S 621 PITTSBURGH PA D6210088 001599 ~5311 | $73.19 | | $17,266.76 |
| 12/06/2017 | U AMERICAN-WATER UTIL-PMNT 3895863 | $59.66 | | $17,207.10 |
| 12/06/2017 | G 59351 POS PUR 12/05 09:38 STARBUCKS STORE PITTSBURGH PA 00000000 059351~5814 | $26.49 | | $17,180.61 |
| 12/06/2017 | G 7707 POS PUR 12/06 06:16 GET GO #3205 Carnegie PA 06023100 048447 ~5541 | $17.27 | | $17,163.34 |
| 12/06/2017 | G 67919 POS PUR 12/04 07:21 SUNOCO 036304640 PITTSBURGH PA 0363003 067919~5541 | $13.59 | | $17,149.75 |
| 12/06/2017 | G 815358 PIN PUR 12/05 18:45 TARGET T-2787 20 Upper St.Clai PA 99999999 81~5310 | $4.17 | | $17,145.58 |
| 12/07/2017 | D DEPOSIT travel + bonus | | $22,000.00 | $39,145.58 |
| 12/07/2017 | HH 18264 POS PUR 12/07 21:28 WALMART.COM 8009 800-966-6546 AR 00000000 018~5310 | $234.33 | | $38,911.25 |
| 12/07/2017 | other 826294 PIN PUR 12/07 11:40 USPS PO 41680002 PRESTO PA 99999999 826294 ~9402 | $19.60 | | $38,891.65 |
| 12/07/2017 | G 869308 PIN PUR 12/06 18:44 TSP 219 PITTSBURGH PA 0001D541 869308 ~5541 | $17.27 | | $38,874.38 |
| 12/07/2017 | G 999923 PIN PUR 12/07 11:26 7-ELEVEN CRANBERRY TOW PA 00N04J01 1126039999~5541 | $9.24 | | $38,865.14 |
| 12/08/2017 | U COMCAST ONLINE PMT CKF962150893POS | $314.71 | | $38,550.43 |
| 12/08/2017 | H 211462 PIN PUR 12/07 18:39 THE HOME DEPOT 4 BRIDGEVILLE PA 06232734 2114~5200 | $211.90 | | $38,338.53 |
| 12/08/2017 | other 25759 POS PUR 12/08 08:11 TOYSRUS-BABIESRU 800-869-7787 PA 00000000 025~5946 | $190.78 | | $38,147.75 |
| 12/08/2017 | other 50011 POS PUR 12/07 16:30 ALTERATIONS EXPR BRIDGEVILLE PA 78645507 0500~5697 | $54.00 | | $38,093.75 |
| 12/08/2017 | other 34908 POS PUR 12/07 17:35 MACYS .COM 800-289-6229 OH 11834908 034908 ~5311 | $29.62 | | $38,064.13 |
| 12/08/2017 | other 27533 POS PUR 12/07 12:36 MACYS .COM 800-289-6229 OH 05427533 027533 ~5311 | $29.50 | | $38,034.63 |
| 12/08/2017 | other 27541 POS PUR 12/07 13:10 MACYS .COM 800-289-6229 OH 05427541 027541 ~5311 | $29.50 | | $38,005.13 |
| 12/08/2017 | other 76981 POS PUR 12/07 13:16 APL* ITUNES.COM/ 866-712-7753 CA 00000000 076~5735 | $10.69 | | $37,994.44 |
| 12/08/2017 | G 34623 POS PUR 12/07 02:48 STARBUCKS STORE BRIDGEVILLE PA 00000000 03462~5814 | $4.23 | | $37,990.21 |

## WORKPLACE FIRST ▬▬▬▬ 7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/11/2017 | *MC* PERMANENT CREDIT FOR ITEM POSTED ON 9/7/2017/VZWRLSS* PREPAID PYMNT *misc credit unauthorized chg.* | | $87.26 | $38,077.46 |
| 12/11/2017 | *MC* PERMANENT CREDIT FOR ITEM POSTED ON 9/6/2017/VERIZON WRLS W3277-01 *misc credit unauthorized chg.* | | $105.89 | $38,183.35 |
| 12/11/2017 | *other* 0002 POS PUR 12/08 14:22 ALLEN EDMONDS #3 BOSTON MA 00A70179 000002 ~5661 | $302.50 | | $37,880.85 |
| 12/11/2017 | *T/E* 74398 POS PUR 12/11 04:19 COURTYARD BY MAR CONCORD NH 00000000 074398 ~3690 | $274.69 | | $37,606.16 |
| 12/11/2017 | *T/E* 79169 POS PUR 12/10 21:20 BUDGET RENT-A-CA EAST BOSTON MA 0001EF8E 0791~3366 | $233.34 | | $37,372.82 |
| 12/11/2017 | *G* 30440 PIN PUR 12/11 13:31 MARKET DISTRICT Pittsburgh PA 47001800 445963~5411 | $132.14 | | $37,240.68 |
| 12/11/2017 | *T/E* 85731 POS PUR 12/09 01:55 Barley House Res Concord NH 00000000 085731 ~5812 | $54.43 | | $37,186.25 |
| 12/11/2017 | *other* 953011 PIN PUR 12/11 12:48 KOHLS 0293 6571 PITTSBURGH PA 99999999 953011~5311 | $49.32 | | $37,136.93 |
| 12/11/2017 | *T/E* 87166 POS PUR 12/10 13:10 PGH AIRPORT PARK PITTSBURGH PA 001 087166 ~7523 | $42.00 | | $37,094.93 |
| 12/11/2017 | *A* 52765 POS PUR 12/10 02:08 SUNOCO 006690930 PITTSBURGH PA 0066001 052765~5542 | $31.08 | | $37,063.85 |
| 12/11/2017 | *T/E* 0002 POS PUR 12/08 11:53 VPNE RESTORATION BOSTON MA 00000538 000002 ~7523 | $30.00 | | $37,033.85 |
| 12/11/2017 | *T/E* 92075 POS PUR 12/09 10:17 COURTYARD BY MAR CONCORD NH 00000000 092075 ~3690 | $27.71 | | $37,006.14 |
| 12/11/2017 | *T/E* 3670 POS PUR 12/10 07:55 GULF OIL 9204194 EAST BOSTON MA 9204001 00367~5542 *fuel* | $27.13 | | $36,979.01 |
| 12/11/2017 | *T/E* 736479 PIN PUR 12/08 21:26 WALGREENS STORE CONCORD NH 99999999 736479 ~5912 *personal products* | $21.39 | | $36,957.62 |
| 12/11/2017 | *T/E* 0047 POS PUR 12/10 12:48 VINEYARD ST672 EAST BOSTON MA 00003165 000047~5994 | $17.77 | | $36,939.85 |
| 12/11/2017 | *G* 234216 PIN PUR 12/10 14:35 SUNOCO 006690930 PITTSBURGH PA 41876301 23421~5541 | $9.14 | | $36,930.71 |
| 12/11/2017 | *T/E* 58313 POS PUR 12/08 23:35 CITY OF BOSTON P BOSTON MA LK515396 058313 ~7523 *parking* | $3.00 | | $36,927.71 |
| 12/12/2017 | *M* SELECT PORTFOLIO SPS 0020784096 | $3,072.47 | | $33,855.24 |
| 12/12/2017 | *I* ALLSTATE F&C INS INS PYMT 000031693203 | $947.07 | | $32,908.17 |
| 12/12/2017 | *I* ALLSTATE V&P INS INS PYMT 000043442258 | $567.58 | | $32,340.59 |
| 12/12/2017 | *U* DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $224.49 | | $32,116.10 |
| 12/12/2017 | *M* FID BKG SVC LLC MONEYLINE XXXXXX5911JV6RO | $200.00 | | $31,916.10 |
| 12/12/2017 | *H* 73419 POS PUR 12/11 12:21 IN * YARDSCAPE 412-5512488 PA 00000000 073419 ~0780 | $183.61 | | $31,732.49 |
| 12/12/2017 | *U* AMERICAN-WATER UTIL-PMNT 4998316 | $72.52 | | $31,659.97 |
| 12/12/2017 | *other* 74817 POS PUR 12/11 05:16 OVR* O.CO/OVERSTO 800-8432446 UT 29661001 0748~5969 | $71.14 | | $31,588.83 |
| 12/12/2017 | *other* 9790 POS PUR 12/11 07:13 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 00979~7230 | $68.00 | | $31,520.83 |
| 12/12/2017 | *U* COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $54.60 | | $31,466.23 |
| 12/12/2017 | *T/E* 51495 POS PUR 12/08 06:02 JOES AMERICAN BOSTON MA 00000000 051495 ~5814 | $53.95 | | $31,412.28 |
| 12/12/2017 | *other* 6687 POS PUR 12/12 12:48 SHUTTERFLY 800-986-1065 CA 00000000 006687 ~5946 | $42.45 | | $31,369.83 |
| 12/13/2017 | *V* CHECK # 3059698 *auto payment* | $288.59 | | $31,081.24 |
| 12/13/2017 | *ch* AES STDNT LOAN PA8878216010B | $200.00 | | $30,881.24 |
| 12/13/2017 | *U* VZ WIRELESS VE VZW WEBPAY 7685241 | $197.82 | | $30,683.42 |
| 12/13/2017 | *MD* UPMC HEALTH SVCS MEDICAL 4545308 | $94.52 | | $30,588.90 |

First National Bank — Statement Ending 12/29/2017

JOSEPH CUERVO JR
Primary Account Number: ███████7610
Page 5 of 8

## WORKPLACE FIRST - ███████7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/13/2017 | A — 3140 POS PUR 12/12 18:48 GET GO #3205 Carnegie PA 05023100 581831 ~5541 | $25.21 | | $30,563.69 |
| 12/13/2017 | G — 739018 PIN PUR 12/13 12:59 TSP 203 HEIDELBERG PA 0001D566 739018 ~5541 | $18.20 | | $30,545.49 |
| 12/14/2017 | V — CHECK # 3068645  *cek payment* | $356.74 | | $30,188.75 |
| 12/14/2017 | G — 46829 PIN PUR 12/14 12:38 MARKET DISTRICT Pittsburgh PA 47001700 766335 ~5411 | $130.14 | | $30,058.61 |
| 12/14/2017 | other — 451910 PIN PUR 12/14 17:52 BIG LOTS STORES BRIDGEVILLE PA 99999999 45191 ~5310 | $90.78 | | $29,967.83 |
| 12/14/2017 | other — 3136 PIN PUR 12/14 12:29 MACY'S 620 PITTSBURGH PA D6200011 003235 ~5311 | $49.99 | | $29,917.84 |
| 12/14/2017 | A — 39356 POS PUR 12/13 04:56 GET GO #3206 CARNEGIE PA 00000000 039356 ~5542 | $47.47 | | $29,870.37 |
| 12/14/2017 | other — 16613 POS PUR 12/14 10:22 AMAZON MKTPLACE AMZN.COM/BILL WA 00000000 016 ~5942 | $17.99 | | $29,852.38 |
| 12/14/2017 | MD — UPMC HEALTH SVCS MEDICAL 5320682 | $7.06 | | $29,845.32 |
| 12/14/2017 | other — 35061 POS PUR 12/14 00:35 APL* ITUNES.COM/ 866-712-7753 CA 00000000 035 ~5735 | $0.99 | | $29,844.33 |
| 12/15/2017 | MC — 88095 RETURN 12/14 03:12 MACYS SOUTH HIL PITTSBURGH PA 06988095 088095 ~5311 *Credit Return* | | $25.89 | $29,870.22 |
| 12/15/2017 | W — UPMC PRESBYTERIA PAYROLL 00063884 *wages* | | $1,876.96 | $31,747.18 |
| 12/15/2017 | W — Medco Commercial MEPAYROLL 000200 NET *wages* | | $2,259.64 | $34,006.82 |
| 12/15/2017 | other — 50370 PIN PUR 12/14 18:44 MACY'S 621 PITTSBURGH PA D6210031 000071 ~5311 | $174.99 | | $33,831.83 |
| 12/15/2017 | G — 3722 PIN PUR 12/15 12:01 GIANT-EAGLE #064 Bridgeville PA 41000700 6114 ~5411 | $118.81 | | $33,713.02 |
| 12/15/2017 | other — 906496 PIN PUR 12/14 19:48 DICK'S SPORTING UPPER SAINT C PA 00560195 906 ~6941 | $115.95 | | $33,597.07 |
| 12/15/2017 | other — 65767 POS PUR 12/15 09:31 STARBUCKS STORE BETHEL PARK PA 00000000 06575 ~5814 *gift cards* | $100.00 | | $33,497.07 |
| 12/15/2017 | G — 98476 POS PUR 12/14 02:19 FORGOTTEN TASTE MOON TWP PA LK390159 098476 ~5812 | $73.98 | | $33,423.09 |
| 12/15/2017 | other — 69311 POS PUR 12/15 20:12 TOYSRUS-BABIESRU 800-869-7787 PA 00000000 069 ~5945 | $42.39 | | $33,380.70 |
| 12/15/2017 | other — 716659 PIN PUR 12/14 20:33 WALGREENS STORE CARNEGIE PA 99999999 718659 ~5912 | $28.00 | | $33,352.70 |
| 12/15/2017 | other — 60018 POS PUR 12/14 10:02 SMOKER FRIENDLY PITTSBURGH PA 06895652 050018 ~5993 | $8.65 | | $33,344.05 |
| 12/15/2017 | G — 3812 POS PUR 12/14 19:34 STARBUCKS STORE PITTSBURGH PA 00000000 003812 ~5814 | $2.09 | | $33,341.96 |
| 12/18/2017 | MM — 1480 ATM WTD 12/17 19:52 FIRST NAT BANK CARNEGIE PA PA900030 001480 ~6011 | $300.00 | | $33,041.96 |
| 12/18/2017 | other — 72714 POS PUR 12/16 03:27 AMAZON MKTPLACE AMZN.COM/BILL WA 00000000 072 ~6942 | $286.95 | | $32,755.01 |
| 12/18/2017 | other — 565424 PIN PUR 12/16 18:02 WALGREENS STORE CARNEGIE PA 99999999 565424 ~5912 | $181.41 | | $32,573.60 |
| 12/18/2017 | other — 32913 PIN PUR 12/17 13:07 MACY'S 621 PITTSBURGH PA D6210008 000499 ~5311 | $67.89 | | $32,505.71 |
| 12/18/2017 | other — 77430 POS PUR 12/16 17:24 STARBUCKS STORE BRIDGEVILLE PA 00000000 07743 ~5814 *giftcard* | $54.23 | | $32,451.48 |
| 12/18/2017 | MD — 31016 POS PUR 12/15 09:54 MARK R GRENADIER PITTSBURGH PA 47531016 03101 ~8021 *oral surgeon* | $40.00 | | $32,411.48 |

# WORKPLACE FIRST - 7610 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/18/2017 | 69008 POS PUR 12/15 06:02 BP#9659251BP#965 CANONSBURG PA 9659001 069008~5542 | $37.02 | | $32,374.46 |
| 12/18/2017 | 31148 POS PUR 12/15 08:29 MACYS .COM 800-289-6229 OH 08231148 031148 ~5311 | $36.99 | | $32,337.47 |
| 12/18/2017 | 92316 POS PUR 12/17 10:01 THE ORVIS CO #63 PITTSBURGH PA 00000000 09231~5941 | $35.00 | | $32,302.47 |
| 12/18/2017 | 79223 POS PUR 12/15 11:08 MERANTE BROTHERS PITTSBURGH PA 70040109 07922~5499 | $32.98 | | $32,269.49 |
| 12/18/2017 | 70002 POS PUR 12/15 01:39 MCMURRAY DRY CLE CANONSBURG PA 78681817 07000~7216 | $25.80 | | $32,243.69 |
| 12/18/2017 | 10479 POS PUR 12/16 10:41 SUPERCUTS PA 803 BRIDGEVILLE PA LK752222 0104~7230 | $19.95 | | $32,223.74 |
| 12/18/2017 | 24664 POS PUR 12/15 19:14 STARBUCKS STORE PITTSBURGH PA 00000000 024664~5814 | $17.66 | | $32,206.08 |
| 12/18/2017 | 71209 POS PUR 12/17 06:54 STARBUCKS STORE PITTSBURGH PA 00000000 071209~5814 | $9.18 | | $32,196.90 |
| 12/18/2017 | 49715 POS PUR 12/17 13:50 GET GO #3129 Pittsburgh PA 29023100 807571 ~5541 | $8.15 | | $32,188.75 |
| 12/18/2017 | 77496 POS PUR 12/16 18:45 STARBUCKS STORE BRIDGEVILLE PA 00000000 07749~5814 | $4.23 | | $32,184.52 |
| 12/19/2017 | CHECK # 1024 | $3,396.19 | | $28,788.33 |
| 12/19/2017 | 798473 PIN PUR 12/18 19:42 Wal-Mart Store SCOTT TWP PA 50400011 73533391~5411 | $258.41 | | $28,529.92 |
| 12/19/2017 | 19523 PIN PUR 12/19 13:23 MARKET DISTRICT Pittsburgh PA 47002300 707585~5411 | $118.29 | | $28,411.63 |
| 12/19/2017 | 39120 PIN PUR 12/19 12:38 AMERICAN EAGLE PITTSBURGH PA 08216353 039120 ~5691 | $90.00 | | $28,321.63 |
| 12/19/2017 | 932406 PIN PUR 12/18 20:57 Barnes and Nobl Pittsburgh PA 99999999 932406~5942 | $85.09 | | $28,236.54 |
| 12/19/2017 | 835066 PIN PUR 12/19 12:21 VICTORIA'S SECRE PITTSBURGH PA 00960008 83506~5621 | $53.40 | | $28,183.14 |
| 12/19/2017 | 28194 PIN PUR 12/19 12:09 MACY'S 632 PITTSBURGH PA D6320020 005546 ~5311 | $43.00 | | $28,140.14 |
| 12/19/2017 | 837755 PIN PUR 12/18 18:26 TSP 203 HEIDELBERG PA 0001D566 837755 ~5541 | $25.20 | | $28,114.94 |
| 12/19/2017 | 25082 POS PUR 12/18 06:32 BUDGET RENT ACAR 800-4820159 NY 78119484 0250~4784 | $14.35 | | $28,100.59 |
| 12/19/2017 | 907694 PIN PUR 12/19 14:40 7-ELEVEN PITTSBURGH PA 00N05001 144028907694 ~5541 | $10.13 | | $28,090.46 |
| 12/19/2017 | 704719 PIN PUR 12/18 20:35 Barnes and Nobl Pittsburgh PA 99999999 704719~5814 | $7.38 | | $28,083.08 |
| 12/20/2017 | 1632 ATM WTD 12/19 20:10 FIRST NAT BANK CARNEGIE PA PA900030 001632 ~6011 | $400.00 | | $27,683.08 |
| 12/20/2017 | ADT Security PAYMENT 000000005909050 | $175.71 | | $27,507.37 |
| 12/20/2017 | 29329 PIN PUR 12/19 20:06 WALGREENS STORE CARNEGIE PA 99999999 029329 ~5912 | $54.84 | | $27,452.53 |
| 12/20/2017 | 78034 POS PUR 12/19 14:58 BP#953418136183 SEWICKLEY PA 9534001 078034 ~5542 | $47.07 | | $27,405.46 |
| 12/20/2017 | 57072 POS PUR 12/19 16:22 FORBES GARAGE PITTSBURGH PA PSIB2016 057072 ~7523 | $6.00 | | $27,399.46 |
| 12/21/2017 | CHECK # 1026 | $1,500.00 | | $25,899.46 |
| 12/21/2017 | 0004 POS PUR 12/20 07:17 MR TIRE/PROCAR00 BRIDGEVILLE PA 002 000004 ~7538 | $159.35 | | $25,740.11 |
| 12/21/2017 | 10006 POS PUR 12/20 01:46 MCMURRAY DRY CLE CANONSBURG PA 78681817 01000~7216 | $53.20 | | $25,686.91 |
| 12/21/2017 | 64016 POS PUR 12/20 13:52 PARTS GEEK, LLC 800-5419352 NJ 71134507 06401~5533 | $35.97 | | $25,650.94 |

First National Bank                    Statement Ending 12/29/2017

JOSEPH CUERVO JR                                       Page 7 of 8
Primary Account Number: ####7610

## WORKPLACE FIRST - ####7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/21/2017 | A  57335 POS PUR 12/20 00:12 MR MAGIC CAR WAS BRIDGEVILLE PA 43257335 0573~7542 | $18.00 | | $25,632.94 |
| 12/21/2017 | G  77006 POS PUR 12/20 11:27 UPMC PRESBY CAFE PITTSBURGH PA 00000000 07700~5812 | $10.88 | | $25,622.06 |
| 12/21/2017 | G  76554 POS PUR 12/20 08:34 UPMC PRESBY CAFE PITTSBURGH PA 00000000 07655~5812 | $5.44 | | $25,616.62 |
| 12/22/2017 | G  1087 PIN PUR 12/22 12:55 GIANT-EAGLE #064 Bridgeville PA 41001100 2399~5411 | $191.58 | | $25,425.04 |
| 12/22/2017 | G  484265 PIN PUR 12/22 17:55 SAM'S Club PITTSBURGH(W) PA 65750009 73569325~5411 | $135.62 | | $25,289.42 |
| 12/22/2017 | G  57551 POS PUR 12/21 23:45 UPMC PRESBY CAFE PITTSBURGH PA 00000000 05755~5812 | $3.63 | | $25,285.79 |
| 12/26/2017 | MC  FOREIGN ATM FEE REFUND | | $2.50 | $25,288.29 |
| 12/26/2017 | MC  ATM SURCHARGE FEE REFUND | | $3.50 | $25,291.79 |
| 12/26/2017 | BC  SURCHARGE FEE 141342 ATM WTD 12/26 17:29 DOLLAR BANK PITTSBURGH PA PA080202 141 | $3.50 | | $25,288.29 |
| 12/26/2017 | ATM  5905 ATM WTD 12/23 14:32 FIRST NAT BANK BRIDGEVILLE PA PA900380 005905~6011 | $300.00 | | $24,988.29 |
| 12/26/2017 | ATM  1955 ATM WTD 12/24 11:28 FIRST NAT BANK CARNEGIE PA PA900030 001955 ~6011 | $200.00 | | $24,788.29 |
| 12/26/2017 | ATM  141342 ATM WTD 12/26 17:29 DOLLAR BANK PITTSBURGH PA PA080202 141342 ~6011 | $100.00 | | $24,688.29 |
| 12/26/2017 | G  61491 POS PUR 12/22 19:04 HONEYBAKED HAM # PITTSBURGH PA 00000000 05149~5499 | $86.01 | | $24,602.28 |
| 12/26/2017 | G  16984 PIN PUR 12/23 14:21 GIANT-EAGLE #064 Bridgeville PA 41038000 9873~5411 | $76.13 | | $24,526.15 |
| 12/26/2017 | G  63295 PIN PUR 12/23 14:19 GIANT-EAGLE #064 Bridgeville PA 41003600 9813~5411 | $64.54 | | $24,461.61 |
| 12/26/2017 | G  50111 POS PUR 12/22 01:39 J & N SUNSERI PR PITTSBURGH PA 08123969 05011~5499 | $43.09 | | $24,418.52 |
| 12/26/2017 | G  1095 POS PUR 12/23 02:10 PRESTO BEER 412-2218411 PA 00000000 001095 ~5813 | $25.00 | | $24,393.52 |
| 12/26/2017 | G  35390 PIN PUR 12/23 14:06 GIANT-EAGLE #064 Bridgeville PA 41004700 9519~5912 | $22.76 | | $24,370.76 |
| 12/26/2017 | G  983152 PIN PUR 12/24 13:56 7-ELEVEN SEWICKLEY PA 00N05N01 135600983152 ~5541 | $19.08 | | $24,351.68 |
| 12/26/2017 | G  948491 PIN PUR 12/25 18:26 7-ELEVEN SEWICKLEY PA 00N05N01 182627948491 ~5541 | $17.27 | | $24,334.41 |
| 12/26/2017 | G  41140 POS PUR 12/24 09:32 STARBUCKS STORE BRIDGEVILLE PA 00000000 04114~5814 | $6.31 | | $24,328.10 |
| 12/26/2017 | TE  38149 POS PUR 12/23 22:33 BUDGET RENT ACAR 800-4820159 NY 78119484 0381~4784 | $5.30 | | $24,322.80 |
| 12/26/2017 | BC  FEE FOR ATM WTD 12/26 17:29 DOLLAR BANK PITTSBURGH PA PA080202 141342 ~6011 | $2.50 | | $24,320.30 |
| 12/28/2017 | MD  176461 PIN PUR 12/28 11:42 DANIELLE JESENSK PRESTO PA 04862495 176461 ~8021 dental crown | $307.50 | | $24,012.80 |
| 12/28/2017 | A  10251 POS PUR 12/26 13:52 PPAP MELLON SQ G PITTSBURGH PA 00455184 01025~7523 | $6.00 | | $24,006.80 |
| 12/29/2017 | W  UPMC PRESBYTERIA PAYROLL 00063884 wage | | $1,641.61 | $25,648.41 |
| 12/29/2017 | MC  MONTHLY SERVICE CHRG REFUND | | $5.00 | $25,653.41 |
| 12/29/2017 | MM  6096 ATM WTD 12/29 11:48 FIRST NAT BANK BRIDGEVILLE PA PA900380 006096~6011 | $400.00 | | $25,253.41 |

## WORKPLACE FIRST - ▮▮▮▮7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/29/2017 | 5236 PIN PUR 12/29 11:40 GIANT-EAGLE #064 Bridgeville PA 41000900 2696~5411 | $110.81 | | $25,142.60 |
| 12/29/2017 | 57686 PIN PUR 12/29 12:05 WALGREENS STORE CARNEGIE PA 99999999 067686 ~5912 | $44.38 | | $25,098.22 |
| 12/29/2017 | 6614 PIN PUR 12/29 11:41 GIANT-EAGLE #064 Bridgeville PA 41003500 2710~5411 | $34.54 | | $25,063.68 |
| 12/29/2017 | 652648 PIN PUR 12/29 11:12 USPS PO 41680002 PRESTO PA 99999999 652648 ~9402 | $19.60 | | $25,044.08 |
| 12/29/2017 | SERVICE CHARGE | $5.00 | | $25,039.08 |
| 12/29/2017 | Balance This Statement | | | $25,039.08 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1024 | 12/19/2017 | $3,396.19 | 3059698* | 12/13/2017 | $288.59 |
| 1026* | 12/21/2017 | $1,500.00 | 3068545* | 12/14/2017 | $356.74 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2017 | $18,690.52 | 12/12/2017 | $31,369.83 | 12/21/2017 | $25,616.62 |
| 12/04/2017 | $18,314.08 | 12/13/2017 | $30,545.49 | 12/22/2017 | $25,285.79 |
| 12/05/2017 | $18,284.08 | 12/14/2017 | $29,844.33 | 12/26/2017 | $24,320.30 |
| 12/06/2017 | $17,145.58 | 12/15/2017 | $33,341.96 | 12/28/2017 | $24,006.80 |
| 12/07/2017 | $38,865.14 | 12/18/2017 | $32,184.52 | 12/29/2017 | $25,039.08 |
| 12/08/2017 | $37,990.21 | 12/19/2017 | $28,083.08 | | |
| 12/11/2017 | $36,927.71 | 12/20/2017 | $27,399.46 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| **Debtors.** | ) | **Document No.** |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __1/9/18__
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☑ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __1/9/18__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com