FILED
1/11/18 6:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-20492-GLT |
| | : | Chapter: | 11 |
| Joseph Cuervo | : | | |
| Mary E. Cuervo | : | | |
| | : | Date: | 12/21/2017 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

***MATTER:***

#131 - Amended Disclosure Statement to Accompany Amended Plan of Reorganization Dated 12-12-17 [Dkt. No. 129]
    #118 - Objection by Com. of PA, PA Dept. of Revenue
    #128 - Amended Schedule B
    #129 - Amended Plan of Reorganization (filed 12-12-17)
    #130 - Summary of Chapter 11 Plan Dated 12-12-17
    [Debtors steps to purify sale by 12-15-17]

#109 - Continued Interim Application for Compensation for Gary William Short
    #116 - CNO Filed
    #119 - Supplement to Fee Application
    #123 - Supplement to Fee Application

***APPEARANCES:***

    Debtor:    Gary William Short
    PA DOR:    Robert Edmundson

***NOTES:***

Short: Amended plan with minor changes. PA-DOR's claim will be paid in full over 60 months. The time for selling the residence is limited to 365 days to take advantage of the transfer tax exemption. Malpractice claim is just in the plan as a matter of caution, but the Debtors likely will not pursue it.

Edmundson: No issue with the amended disclosure statement being approved. Does have issues with the plan itself, but those are issues for another day.

Court: On page three, section two, the plan omits class three for administrative claims but shows class three as an IRS non-priority tax claim.

Short: That's a mistake. Will correct it.

Court: The Court is concerned with your characterization of some of the items in your application for compensation.

Short: Will endeavor to be more specific and provide more detail.

Edmundson: No objection to the fee application.

***OUTCOME:***

1. The amended disclosure statement [Dkt. No. 131] is approved as modified correcting the classification of claims. (Chambers to issue.)

2. The plan confirmation hearing is set for February 22, 2018 (Chambers to issue.)

3. The interim application for compensation [Dkt. No. 109] is approved. O/E.

**DATED:** 12/21/2017