UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.                                Case No. 17-20492-GLT
                                                      Reporting Period: _January, 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Postpetition Debts | MOR- 4 | X | |
| Debtor Questionnaire | MOR- 5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____                                 _2/21/18_
Signature of Debtor                                              Date

_____                                 _2/21/18_
Signature of Joint Debtor                                        Date

_____                                 _____
Signature of Preparer                                            Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| | | Case No. 17-20492-GLT | |
|---|---|---|---|
| Debtor: Cuervo, Joseph & Cuervo, Mary E | | Reporting Period: January 2018 | |
| INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS. | | | |
| Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. | | | |
| | | January | |
| | | | Cumulative Filing to Date Actual |
| Cash - Beginning of Month | $ | 25,039.08 | |
| **RECEIPTS** | | | |
| Beginning Balance | | | $ 1,749.46 |
| Wages (NET) | $ | 5,415.24 | $ 70,249.28 |
| Draws | $ | 6,500.00 | $ 126,802.28 |
| Interest and Dividend Income (cash deposit) | $ | - | $ 160.00 |
| Other Deposits | $ | - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | $ | - | $ 22,551.40 |
| Other Income (attach schedule)   BANK CREDITS | $ | 105.85 | $ 754.19 |
| Total Receipts | $ | 12,021.09 | $ 225,966.60 |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Mortgage Payment(s) | $ | 3,072.47 | $ 34,255.26 |
| Groceries/Food/Dining Out | $ | 1,458.24 | $ 16,246.00 |
| Other Secured Note Payments | $ | - | $ - |
| Utilities | $ | 1,081.75 | $ 12,118.98 |
| Insurance | $ | - | $ 7,848.09 |
| Auto Expense | $ | 665.39 | $ 6,042.25 |
| Vehicle Payments | $ | 645.33 | $ 7,743.96 |
| Lease Payments | $ | - | $ - |
| IRA Contributions | $ | - | $ 2,955.20 |
| Repairs and Maintenance | $ | 240.86 | $ 6,926.70 |
| Medical Expenses | $ | 762.45 | $ 2,686.61 |
| Household Expenses | $ | 408.21 | $ 5,265.48 |
| Charitable Contributions | $ | - | $ 625.00 |
| Taxes - Real Estate | $ | - | $ 14,878.56 |
| Taxes - Personal Property | $ | - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $ | - | $ - |
| Travel and Entertainment | $ | 164.01 | $ 6,064.74 |
| Bank Charges | $ | 27.00 | $ 585.62 |
| Gifts | $ | 1,580.00 | $ 11,111.21 |
| Other (attach schedule) | $ | 2,355.47 | $ 49,131.68 |
| Total Ordinary Disbursements | $ | 12,461.18 | $ 184,485.34 |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees    (Gary Short) | $ | 1,500.00 | $ 15,900.00 |
| U.S. Trustee Fees | $ | 650.00 | $2,600.27 |
| Other Reorganization Expenses   (filing fee) | $ | - | $ 532.00 |
| Total Reorganization Items | $ | 2,150.00 | $ 19,032.27 |
| | | | |
| Total Disbursements (Ordinary & Reorganization) | $ | 14,611.18 | $ 203,517.61 |
| | | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ | (2,590.09) | $ 22,448.99 |
| | | | |
| Cash - End of Month (Must equal reconciled bank statement) | $ | 22,448.99 | |
| Payroll Withholding | $ | 1,923.82 | $ 24,317.96 |
| Other Payroll Deductions | $ | 1,518.82 | $ 19,185.34 |

**MOR Individual worksheet**     MONTH     JANUARY 2018     FNB account: 7610

All monthly expenses are paid as they are incurred.     Beginning bank balance ___$25,039.08___
Total credits (additions for month) ___$12,021.09___     Total debits (deductions for month) $14,611.18

### Income

| | |
|---|---|
| Wages | $5,415.24 |
| Draws | $6,500.00 |
| Sale of Assets | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits (MC) | $105.85 |
| Total Income * | $12,021.09 |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $3,072.47 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $1,081.75 |
| Insurance (I) | $0.00 |
| Auto fuel and repairs (A) (includes parking fees) | $665.39 |
| Groceries/Dining out (G) | $1,458.24 |
| Home repairs and maintenance (H) | $240.86 |
| Medical (MD) | $762.45 |
| Household expenses (HH) | $408.21 |
| Gifts ( see continuation sheet) | $1,580.00 |
| IRA contributions | $0.00 |
| Charitable (C) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $650.00 |
| Bank Charges (BC) | $27.00 |
| Travel/Entertainment | $164.01 |
| Other (see continuation sheet) | $2,355.47 |
| Total Expenses * | $14,611.18 |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $25,039.08 |
| Plus Income for period | $12,021.09 |
| Subtotal | $37,060.17 |
| Less Expenses | $14,611.18 |
| Month End Bank Balance | $22,448.99 |

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: JANUARY 2018

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| **Other Taxes** | | |
| **Gifts** | | |
| ATM withdrawals for cash gifts (children & grandchildren) | $1,580.00 | |
| **TOTAL** | $1,580.00 | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash purchases) (Pocket money) | $1,500.00 | |
| Student loan | $200.00 | |
| Dry Cleaning/Alterations | $46.25 | |
| Personal expenses/services (including personal products, hair, nails etc) | $570.53 | |
| Apple I tunes | $11.68 | |
| Home Office/Business expenses (includes Post office) | $27.01 | |
| **TOTAL** | $2,355.47 | $50,711.68 |
| **Other Reorganization Expenses** | | |

First National Bank                                Statement Ending 01/31/2018

4140 E. State Street                               JOSEPH CUERVO JR                        Page 1 of 6
Hermitage, PA 16148                                Primary Account Number: ####7610

ADDRESS SERVICE REQUESTED

**Managing Your Accounts**

| | | |
|---|---|---|
| | Online | www.fnb-online.com |
| | By Phone | 1 800-555-5455 |
| | By Mail | 4140 E. State Street Hermitage, PA 16148 |

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ####7610 | $22,448.99 |

# WORKPLACE FIRST ####7610

## Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 12/30/2017 | Balance Last Statement | $25,039.08 | Minimum Balance | $21,395.28 |
| | 13 Credit(s) This Period | $12,021.09 | Average Ledger Balance | $24,241.88 |
| | 88 Debit(s) This Period | $14,611.18 | Average Available Balance | $24,042.46 |
| 01/31/2018 | Balance This Statement | $22,448.99 | | |
| | Service Charges | $5.00 | | |

## Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/30/2017 | Balance Last Statement | | | $25,039.08 |
| 01/02/2018 | W Medco Commercial MEPAYROLL 000200 NET *wages* | | $2,259.56 | $27,298.64 |
| 01/02/2018 | Atm 6137 ATM WTD 12/30 10:35 FIRST NAT BANK BRIDGEVILLE PA PA900380 006137~6011 | $400.00 | | $26,898.64 |
| 01/02/2018 | G 58549 PIN PUR 01/01 12:04 GIANT-EAGLE #064 Bridgeville PA 41039100 6155~5411 | $126.13 | | $26,772.51 |
| 01/02/2018 | Atm 2289 ATM WTD 12/29 21:50 FIRST NAT BANK CARNEGIE PA PA900030 002289 ~6011 | $100.00 | | $26,672.51 |
| 01/02/2018 | other 5968 POS PUR 12/30 17:35 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 00596~7230 | $50.00 | | $26,622.51 |
| 01/02/2018 | other 908997 PIN PUR 12/30 11:57 WALGREENS STORE CARNEGIE PA 99999999 908997 ~5912 | $46.95 | | $26,575.56 |
| 01/02/2018 | A 708337 PIN PUR 12/31 22:00 TSP 203 HEIDELBERG PA 0001D566 708337 ~5541 | $27.19 | | $26,548.37 |
| 01/02/2018 | G 63024 PIN PUR 01/01 12:05 GIANT-EAGLE #064 Bridgeville PA 41003500 6166~5411 | $17.27 | | $26,531.10 |
| 01/02/2018 | G 24029 POS PUR 12/31 06:31 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0240~8050 | $16.32 | | $26,514.78 |
| 01/02/2018 | MD 36780 PIN PUR 01/01 11:56 GIANT-EAGLE #064 Bridgeville PA 41004700 6096~5912 *prescription* | $7.42 | | $26,507.36 |
| 01/03/2018 | U DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $234.95 | | $26,272.41 |


Member FDIC
EQUAL HOUSING LENDER

First National Bank                         Statement Ending 01/31/2018

JOSEPH CUERVO JR                            Page 3 of 6
Primary Account Number: ●●●●7610

## WORKPLACE FIRST - ●●●●7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/04/2018 MC | FOREIGN ATM FEE REFUND | | $2.50 | $26,274.91 |
| 01/04/2018 MC | ATM SURCHARGE FEE REFUND | | $3.50 | $26,278.41 |
| 01/04/2018 BC | SURCHARGE FEE 124816 ATM WTD 01/03 21:33 DOLLAR BANK BRIDGEVILLE PA PA084472 12 | $3.50 | | $26,274.91 |
| 01/04/2018 U | COMCAST ONLINE PMT CKF962150893POS | $322.40 | | $25,952.51 |
| 01/04/2018 HH | NEVILLEWOOD HOME Assn Dues 12228239 | $300.00 | | $25,652.51 |
| 01/04/2018 ATM | 124816 ATM WTD 01/03 21:33 DOLLAR BANK BRIDGEVILLE PA PA084472 124816 ~6011 | $200.00 | | $25,452.51 |
| 01/04/2018 U | PEOPLES NATURAL GAS BILL 200007076777 | $198.52 | | $25,253.99 |
| 01/04/2018 A | 26075 POS PUR 01/03 17:09 PA DRIVER & VEHI 800-932-4600 PA 00000000 026~9399 | $79.00 | | $25,174.99 |
| 01/04/2018 A | 52898 POS PUR 01/03 13:46 STATE HIGHWAY AD 301-3883199 MD 00010001 0528~9222 | $42.00 | | $25,132.99 |
| 01/04/2018 G | 44090 PIN PUR 01/04 10:39 GET GO #3705 Carnegie PA 05007500 385300 ~5541 | $21.94 | | $25,111.05 |
| 01/04/2018 other | 31976 POS PUR 01/04 16:44 APL* ITUNES.COM/ 866-712-7753 CA 00000000 031~5735 | $10.69 | | $25,100.36 |
| 01/04/2018 BC | FEE FOR ATM WTD 01/03 21:33 DOLLAR BANK BRIDGEVILLE PA PA084472 124816 ~6011 | $2.50 | | $25,097.86 |
| 01/05/2018 MD | 90008 RECURRING 01/04 04:26 AMBULATORY ANEST 412-937-1900 PA 00954540 090~8011 | $42.00 | | $25,055.86 |
| 01/05/2018 A | 38077 POS PUR 01/04 22:07 GET GO #3205 CARNEGIE PA 00000000 038077 ~5542 | $23.60 | | $25,032.26 |
| 01/05/2018 G | 10693 POS PUR 01/04 17:40 STARBUCKS STORE BRIDGEVILLE PA 00000000 01069~5814 | $4.23 | | $25,028.03 |
| 01/08/2018 MD | 58703 POS PUR 01/05 06:45 MARK R GRENADIER PITTSBURGH PA 50258703 05870~8021 surgeon | $540.53 | | $24,487.50 |
| 01/08/2018 ATM | 6430 ATM WTD 01/07 13:12 FIRST NAT BANK BRIDGEVILLE PA PA900380 006430~6011 | $400.00 | | $24,087.50 |
| 01/08/2018 G | 13566 PIN PUR 01/07 13:06 GIANT-EAGLE #064 Bridgeville PA 41000800 4854~5411 | $243.99 | | $23,843.51 |
| 01/09/2018 MC | DEPOSIT  refund | | $80.85 | $23,924.36 |
| 01/09/2018 ATM | 2867 ATM WTD 01/08 19:16 FIRST NAT BANK CARNEGIE PA PA900030 002867 ~6011 | $300.00 | | $23,624.36 |
| 01/09/2018 A | 20001 POS PUR 01/08 13:57 SK332 MCCLAREN 972-960-7595 PA 01133460 02000~7538 repair (deductible) | $200.00 | | $23,424.36 |
| 01/09/2018 G | 51606 PIN PUR 01/09 11:30 MARKET DISTRICT Pittsburgh PA 47000100 592182~5411 | $199.29 | | $23,225.07 |
| 01/09/2018 H | 13978 POS PUR 01/08 20:38 Mamaux Supply Co 412-782-3456 PA 00000000 013~5998 | $168.53 | | $23,056.54 |
| 01/09/2018 other | 54462 PIN PUR 01/09 10:58 ULTA # 484 PITTSBURGH PA 07832336 80090346120~5399 | $161.04 | | $22,895.50 |
| 01/09/2018 A | 521148 PIN PUR 01/09 11:40 SHEETZ 0353 PITTSBURGH PA 08126101 521148 ~5541 | $33.25 | | $22,862.25 |
| 01/10/2018 H | 7375 POS PUR 01/09 08:08 IN * YARDSCAPE 412-5512488 PA 00000000 007375 ~0780 | $72.33 | | $22,789.92 |
| 01/10/2018 A | 37122 POS PUR 01/09 18:22 GET GO #3205 CARNEGIE PA 00000000 037122 ~5542 | $46.61 | | $22,743.31 |
| 01/11/2018 MD | 70002 POS PUR 01/10 06:23 CHENET COSMETIC MOON TOWNSHIP PA 07961197 070~8021 | $172.50 | | $22,570.81 |
| 01/11/2018 other | 20004 POS PUR 01/10 11:44 ALTERATIONS EXPR BRIDGEVILLE PA 78645507 0200~5697 | $46.25 | | $22,524.56 |
| 01/12/2018 W | UPMC PRESBYTERIA PAYROLL 00063884 wages | | $1,536.06 | $24,060.62 |

## WORKPLACE FIRST - ███████7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/16/2018 | AR FOREIGN ATM FEE REFUND | | $2.50 | $24,063.12 |
| 01/16/2018 | MC ATM SURCHARGE FEE REFUND | | $3.50 | $24,066.62 |
| 01/16/2018 | BC SURCHARGE FEE 375708 ATM WTD 01/14 21:07 DOLLAR BANK BRIDGEVILLE PA PA084471 37 | $3.50 | | $24,063.12 |
| 01/16/2018 | U VZ WIRELESS VE VZW WEBPAY 1314159 | $200.26 | | $23,862.86 |
| 01/16/2018 | ATM 375708 ATM WTD 01/14 21:07 DOLLAR BANK BRIDGEVILLE PA PA084471 375708 ~6011 | $200.00 | | $23,662.86 |
| 01/16/2018 | G 48541 PIN PUR 01/14 09:36 GIANT-EAGLE #064 Bridgeville PA 41000900 9066~5411 | $126.98 | | $23,535.88 |
| 01/16/2018 | TE 563465 PIN PUR 01/14 10:11 PARTY CITY 1155 Bridgeville PA 99999999 56346~5999 | $70.21 | | $23,465.67 |
| 01/16/2018 | U AMERICAN-WATER UTIL-PMNT 0348827 | $57.71 | | $23,407.96 |
| 01/16/2018 | other 3451 POS PUR 01/14 14:33 APL* ITUNES.COM/ 866-712-7753 CA 00000000 003~5735 | $0.99 | | $23,406.97 |
| 01/16/2018 | BC FEE FOR ATM WTD 01/14 21:07 DOLLAR BANK BRIDGEVILLE PA PA084471 375708 ~6011 | $2.50 | | $23,404.47 |
| 01/17/2018 | D DEPOSIT  Draw | | $6,500.00 | $29,904.47 |
| 01/17/2018 | A 263671 PIN PUR 01/17 09:41 BOBBY RAHAL VOLV WEXFORD PA 07693299 263671 ~5511 | $107.26 | | $29,797.21 |
| 01/17/2018 | U COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $67.91 | | $29,729.30 |
| 01/17/2018 | G 34207 PIN PUR 01/17 10:16 T-BONES WEXFORD PA 80829301 034207 ~5411 | $53.10 | | $29,676.20 |
| 01/17/2018 | A 757458 POS PUR 01/17 08:35 GET GO #3650 490 Pittsburgh PA 99999999 75745~5542 | $15.08 | | $29,661.12 |
| 01/18/2018 | M SELECT PORTFOLIO SPS 0020784096  mortgage | $3,072.47 | | $26,588.65 |
| 01/18/2018 | ATM 6766 ATM WTD 01/17 21:29 FIRST NAT BANK BRIDGEVILLE PA PA900380 006766~6011 | $400.00 | | $26,188.65 |
| 01/18/2018 | othu AES STDNT LOAN PA8878216010B | $200.00 | | $25,988.65 |
| 01/18/2018 | other 538955 PIN PUR 01/18 17:15 TERZETTO HAIR LL MC KEES ROCKS PA 04542135 53~7230 | $184.01 | | $25,804.64 |
| 01/18/2018 | ATM 3500 ATM WTD 01/18 14:42 FIRST NAT BANK CARNEGIE PA PA900030 003500 ~6011 | $120.00 | | $25,684.64 |
| 01/18/2018 | other 954500 PIN PUR 01/18 14:49 WALGREENS STORE CARNEGIE PA 99999999 954500 ~5912 | $61.53 | | $25,623.11 |
| 01/19/2018 | V CHECK # 3713102 | $356.74 | | $25,266.37 |
| 01/19/2018 | V CHECK # 3699663 | $288.59 | | $24,977.78 |
| 01/22/2018 | MC FOREIGN ATM FEE REFUND | | $2.50 | $24,980.28 |
| 01/22/2018 | MC ATM SURCHARGE FEE REFUND | | $3.00 | $24,983.28 |
| 01/22/2018 | BC SURCHARGE FEE 6429 ATM WTD 01/20 21:37 WESBANCO CARNEGIE PA XM8306 006429 ~6011 | $3.00 | | $24,980.28 |
| 01/22/2018 | ATM 6429 ATM WTD 01/20 21:37 WESBANCO CARNEGIE PA XM8306 006429 ~6011 | $400.00 | | $24,580.28 |
| 01/22/2018 | G 58146 PIN PUR 01/21 11:51 GIANT-EAGLE #003 Pittsburgh PA 35000700 46438~5411 | $214.44 | | $24,365.84 |
| 01/22/2018 | TE 718658 PIN PUR 01/22 10:33 PARTY CITY 1155 Bridgeville PA 99999999 71865~5999 | $68.17 | | $24,297.67 |
| 01/22/2018 | other 511246 PIN PUR 01/22 10:07 OFFICE MAX/OFFI BRIDGEVILLE PA 99999999 51124~5943 | $27.01 | | $24,270.66 |
| 01/22/2018 | BC FEE FOR ATM WTD 01/20 21:37 WESBANCO CARNEGIE PA XM8306 006429 ~6011 | $2.50 | | $24,268.16 |
| 01/23/2018 | ATM 6951 ATM WTD 01/22 22:42 FIRST NAT BANK BRIDGEVILLE PA PA900380 006951~6011 | $300.00 | | $23,968.16 |
| 01/23/2018 | other 42064 POS PUR 01/22 09:05 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 04206~7230 | $67.00 | | $23,901.16 |
| 01/24/2018 | ATM 7009 ATM WTD 01/24 17:57 FIRST NAT BANK BRIDGEVILLE PA PA900380 007009~6011 | $200.00 | | $23,701.16 |

First National Bank    Statement Ending 01/31/2018

JOSEPH CUERVO JR    Page 5 of 6
Primary Account Number: ███7610

## WORKPLACE FIRST - ███7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/24/2018 HH | 14607 PIN PUR 01/24 16:38 WAL-MART #5040 SCOTT TWP PA 50400005 169585 ~5310 | $108.21 | | $23,592.95 |
| 01/24/2018 | 52889 PIN PUR 01/24 17:10 PARTY CITY 1155 Bridgeville PA 99999999 05288~5999 | $25.63 | | $23,567.32 |
| 01/25/2018 PF | CHECK # 1027  Gary Short | $1,500.00 | | $22,067.32 |
| 01/25/2018 US | CHECK # 1028  Trustee | $650.00 | | $21,417.32 |
| 01/25/2018 G | 29813 POS PUR 01/24 23:24 MCDONALD'S F1153 WASHINGTON PA 1 029813 ~5814 | $12.91 | | $21,404.41 |
| 01/25/2018 G | 787208 PIN PUR 01/24 20:37 TSP 203 HEIDELBERG PA 0001D566 787208 ~5541 | $9.13 | | $21,395.28 |
| 01/26/2018 W | UPMC PRESBYTERIA PAYROLL 00063884  Wages | | $1,619.62 | $23,014.90 |
| 01/26/2018 A | 718963 PIN PUR 01/25 19:49 TSP 203 HEIDELBERG PA 0001D566 718963 ~5541 | $30.15 | | $22,984.75 |
| 01/26/2018 G | 901279 PIN PUR 01/26 11:46 SUNOCO 032367830 SEVEN FIELDS PA 41892401 901~5541 | $14.72 | | $22,970.03 |
| 01/29/2018 MC | FOREIGN ATM FEE REFUND | | $2.50 | $22,972.53 |
| 01/29/2018 BC | SURCHARGE FEE 635774 ATM WTD 01/27 12:00 PNC BANK PITTSBURGH PA PM1647 635774 ~ | $2.00 | | $22,970.53 |
| 01/29/2018 ATM | 635774 ATM WTD 01/27 12:00 PNC BANK PITTSBURGH PA PM1647 635774 ~6011 | $60.00 | | $22,910.53 |
| 01/29/2018 A | 9732 POS PUR 01/26 07:40 SUNOCO 032367830 SEVEN FIELDS PA 0323001 0097~5542 | $33.04 | | $22,877.49 |
| 01/29/2018 A | 33480 POS PUR 01/27 17:10 GET GO #3205 CARNEGIE PA 00000000 033480 ~5542 | $28.21 | | $22,849.28 |
| 01/29/2018 G | 757650 PIN PUR 01/29 06:37 TSP 219 PITTSBURGH PA 0001D541 757650 ~5541 | $17.27 | | $22,832.01 |
| 01/29/2018 G | 421252 PIN PUR 01/28 19:50 HEIDELBERG SHOP CARNEGIE PA 54938701 421252 ~5411 | $14.03 | | $22,817.98 |
| 01/29/2018 G | 47534 POS PUR 01/27 09:37 GET GO #3205 Carnegie PA 05023100 180628 ~5541 | $8.15 | | $22,809.83 |
| 01/29/2018 G | 37145 POS PUR 01/26 05:52 UPMC STARBUCKS P PITTSBURGH PA 00000000 0371~8050 | $7.12 | | $22,802.71 |
| 01/29/2018 BC | FEE FOR ATM WTD 01/27 12:00 PNC BANK PITTSBURGH PA PM1647 635774 ~6011 | $2.50 | | $22,800.21 |
| 01/30/2018 G | 11296 POS PUR 01/29 00:48 STATELINE NORTH WELLSBURG WV 001 011296 ~5411 | $12.23 | | $22,787.98 |
| 01/30/2018 G | 28136 POS PUR 01/29 17:38 FIVE GUYS PA 179 BRIDGEVILLE PA 37028136 0281~5814 | $9.61 | | $22,778.37 |
| 01/30/2018 G | 11297 POS PUR 01/29 02:45 STATELINE NORTH WELLSBURG WV 001 011297 ~5411 | $9.47 | | $22,768.90 |
| 01/31/2018 MC | MONTHLY SERVICE CHRG REFUND | | $5.00 | $22,773.90 |
| 01/31/2018 G | 24221 PIN PUR 01/30 18:56 MARKET DISTRICT Pittsburgh PA 47000600 587668~5411 | $312.52 | | $22,461.38 |
| 01/31/2018 G | 42410 PIN PUR 01/30 18:11 MARKET DISTRICT Pittsburgh PA 47005400 551691~5411 | $7.39 | | $22,453.99 |
| 01/31/2018 BC | SERVICE CHARGE | $5.00 | | $22,448.99 |
| 01/31/2018 | Balance This Statement | | | $22,448.99 |

**Checks Cleared**

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1027 | 01/25/2018 | $1,500.00 | 3699663* | 01/19/2018 | $288.59 |
| 1028 | 01/25/2018 | $650.00 | 3713102* | 01/19/2018 | $356.74 |

* Indicates skipped check number

## WORKPLACE FIRST - ▓▓▓▓7610 (continued)

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/02/2018 | $26,507.36 | 01/11/2018 | $22,524.56 | 01/23/2018 | $23,901.16 |
| 01/03/2018 | $26,272.41 | 01/12/2018 | $24,060.62 | 01/24/2018 | $23,567.32 |
| 01/04/2018 | $25,097.86 | 01/16/2018 | $23,404.47 | 01/25/2018 | $21,395.28 |
| 01/05/2018 | $25,028.03 | 01/17/2018 | $29,661.12 | 01/26/2018 | $22,970.03 |
| 01/08/2018 | $23,843.51 | 01/18/2018 | $25,623.11 | 01/29/2018 | $22,800.21 |
| 01/09/2018 | $22,862.25 | 01/19/2018 | $24,977.78 | 01/30/2018 | $22,768.90 |
| 01/10/2018 | $22,743.31 | 01/22/2018 | $24,268.16 | 01/31/2018 | $22,448.99 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| In Re: | ) | Case No. 17-20492 GLT |
| Joseph Cuervo and Mary E. Cuervo, | ) | Chapter 11 |
| Debtors. | ) | Document No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on ___Feb. 21, 2018___
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☒ | Jan. | 2018 Monthly Operating Report |
| ☐ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated:  ___2/21/18___

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com