confirmation order Cuervo

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | Related to Doc. No. 129 |

# ORDER CONFIRMING PLAN

The amended plan of reorganization under chapter 11 of the Bankruptcy Code filed by Joseph Cuervo and Mary E. Cuervo on December 12, 2017 (the "Plan"), having been transmitted to creditors and equity security holders together with a copy of the disclosure statement approved by the Court on December 17, 2017; and

It having been determined after notice and a hearing that the requirements for confirmation of the Plan under 11 U.S.C. §1129 have been satisfied:

**IT IS ORDERED** that:

1.  Section II of the Plan is corrected and amended to state as follows:

2.01   Class 1  - JP Morgan Chase, N.A. mortgage against Residence.[Not-Impaired]
2.02   Class 2  - JP Morgan Chase, N.A.  security interest in vehicle.  [Impaired[
2.03   Class 3  - Administrative claims.                                                   [Not-Impaired]
2.04   Class 4  - IRS non- priority tax claims.                                         [Impaired]
2.05   Class 5  - Non-priority unsecured claims.                                  [Impaired]
2.06   Class 6 -  Equity security interests.                                            [Unimpaired]

2.  The Stipulation and Agreement between Debtors and the Pennsylvania Department of Revenue approved by the Court on February 20, 2018 at docket no. 152 is incorporated into the Plan;

3.  The Stipulation and Agreement between Debtors and the United States of America approved by the Court on March _____, 2018 at docket no. _____ is  incorporated into the Plan; and

4.  The Plan filed by Joseph Cuervo and Mary E. Cuervo on December 12, 2017 as amended by this order is confirmed.

BY THE COURT

_____

Judge Gregory L. Taddonio