confirmation order Cuervo

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | Related to Doc. No. 129 |

## Statement of Past and Prospective Income

I, Joseph Cuervo, am a 50% co-member of Medco Commercial Management Group, Inc. ("Medco"). 2017 was a light year in revenue for Medco due to the permitting and government approval process for our current project. Medco received approvals in November, 2017 which were expected to be received much earlier in the year.

Medco has started this construction project. Medco is awaiting approval on a second construction project and expects approval of a third construction project late this year.

Based upon the current project my income from Medco should be at least $300,000 this year. My wife, Mary, who is a nurse, earned approximately $75,000 in 2017 and expects the same income in 2018.

Dated: 3/4/18

Joseph Cuervo