

MAR 08 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

confirmation order Cuervo

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-20492 GLT |
| | ) | |
| JOSEPH CUERVO and MARY E. CUERVO, | ) | CHAPTER 11 |
| | ) | |
| DEBTORS. | ) | Related to Doc. No. 129 |

### ORDER CONFIRMING PLAN

The amended plan of reorganization under chapter 11 of the Bankruptcy Code filed by Joseph Cuervo and Mary E. Cuervo on December 12, 2017 (the "Plan"), having been transmitted to creditors and equity security holders together with a copy of the disclosure statement approved by the Court on December 22, 2017; and

It having been determined after notice and a hearing that the requirements for confirmation of the Plan under 11 U.S.C. §1129 have been satisfied:

**IT IS ORDERED** that:

1. Section II of the Plan is corrected and amended to state as follows:

2.01   Class 1 - JP Morgan Chase, N.A. mortgage against Residence. [Not-Impaired]
2.02   Class 2 - JP Morgan Chase, N.A. security interest in vehicle. [Impaired]
2.03   Class 3 - Administrative claims.                              [Not-Impaired]
2.04   Class 4 - IRS non- priority tax claims.                       [Impaired]
2.05   Class 5 - Non-priority unsecured claims.                      [Impaired]
2.06   Class 6 - Equity security interests.                          [Unimpaired]

2. The Stipulation and Agreement between Debtors and the Pennsylvania Department of Revenue approved by the Court on February 20, 2018 at docket no. 152 is incorporated into the Plan;

3. The Stipulation and Agreement between Debtors and the United States of America approved by the Court on March __8__, 2018 at docket no. _162_ is incorporated into the Plan; and

4. The Plan filed by Joseph Cuervo and Mary E. Cuervo on December 12, 2017 as amended by this order is confirmed.

BY THE COURT

_____
Judge Gregory L. Taddonio

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-20492-GLT
Joseph Cuervo                                                           Chapter 11
Mary E. Cuervo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 2               Date Rcvd: Mar 08, 2018
                               Form ID: pdf900         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db/jdb         +Joseph Cuervo,    Mary E. Cuervo,    8000 Sherwood Drive,    Presto, PA 15142-1078
cr             +Dep't of Revenue Office of Attorney General,    Anthony T. Kovalchick,    564 Forbes Avenue,
                 Manor Building,    Pittsburgh, PA 15219-2908
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
acc            +Ronald J. Einwag,    Einwag Morrow & Associates,    20 Stanwix Street Ste 630,
                 Pittsburgh, PA 15222-4801
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14362346       #+Bank Of America,   Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
14362347       +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14698599       +Chartiers Valley School District,    2030 Swallow Hill Rd,    Pittsburgh, PA 15220-1699
14362349       +Chase Card Services,    Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
14362350       +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14362351       +Citibank/Sunoco,   Citicorp Credit Card/Centralized Bankrup,    Po Box 790040,
                 St Louis, MO 63179-0040
14362352       +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14362355        Duquense Light Company,    POB 67,   Pittsburgh, PA 15267-0001
14405584       +JP Morgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe LA 71203-4774
14362357       +Land Rover Financial Gourp,    c/o Chase,   POB 78420,    Phoenix, AZ 85062-8420
14362358       +Mariner Finance, Llc,    8211 Town Center Dr,   Baltimore, MD 21236-5904
14362360       +PNC Bank Credit Card,    Po Box 5570,   Mailstop  BR- YB58-01-5,    Cleveland, OH 44101-0570
14678349       +PNC Bank, N.A.,    PO BOX 94982,   Cleveland, OH 44101-4982
14362359        Peoples Gas Company,    POB 644760,   Pittsburgh, PA 15264-4760
14362361       +Verizon,   POB 4002,    Acworth, GA 30101-9003
14362362       +Visa Dept Store National Bank,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14362348       +E-mail/Text: bk.notifications@jpmchase.com Mar 09 2018 01:19:42       Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
14369624       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2018 01:19:46       Commonwealth of Pennsylvania,
                 Department of Revenue,    POB 280946,   Harrisburg, PA 17128-0946
14377396        E-mail/Text: mrdiscen@discover.com Mar 09 2018 01:19:37      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
14362353       +E-mail/Text: mrdiscen@discover.com Mar 09 2018 01:19:37      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14362354       +E-mail/Text: dplbk@discover.com Mar 09 2018 01:19:58      Discover Personal Loan,
                 Attention: Bankruptcy,    Po Box 30954,   Salt Lake City, UT 84130-0954
14637960       +E-mail/Text: dplbk@discover.com Mar 09 2018 01:19:58      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
14362356        E-mail/Text: cio.bncmail@irs.gov Mar 09 2018 01:19:40      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
14664216        E-mail/Text: bk.notifications@jpmchase.com Mar 09 2018 01:19:42       JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,   Phoenix, AZ 85038-9505
14375896       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 01:22:20
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14362345       +E-mail/Text: csc.bankruptcy@amwater.com Mar 09 2018 01:20:05       Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
14691122        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 09 2018 01:19:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              The Bank Of New York Mellon et al
cr              The Bank of New York Mellon, f/k/a The Bank of New
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14696811*       JP Morgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,
                 Phoenix, AZ 85038-9505
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2         User: dkam              Page 2 of 2           Date Rcvd: Mar 08, 2018
                             Form ID: pdf900         Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Gary William Short     on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short     on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt     on behalf of Creditor   The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Jill Locnikar     on behalf of Creditor   United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Larry E. Wahlquist     on behalf of U.S. Trustee   Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Mario J. Hanyon     on behalf of Creditor   The Bank Of New York Mellon et al pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson     on behalf of Creditor   Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              S. James Wallace     on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```