UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Cuervo, Jospeh and Cuervo, Mary E.                    Case No. 17-20492-GLT

Reporting Period: _February 2018_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 14 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Schedule of Cash Receipts and Disbursements - continuation | MOR-1 (INDV) (CONT) | | |
| Bank Reconciliation | | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Copies of tax returns filed during reporting period | | NONE | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____          _3/22/18_
Signature of Debtor                                  Date

_____          _3/22/18_
Signature of Joint Debtor                           Date

_____          _____
Signature of Preparer                                Date

_____
Printed Name of Preparer

FORM MOR (INDV)
(10/00)

| | | Case No. 17-20492-GLT | |
|---|---|---|---|
| Debtor: Cuervo, Joseph & Cuervo, Mary E | | Reporting Period: February 2018 | |
| **INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS.** | | | |
| Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. | | | |
| | | Feb-18 | |
| | | | Cumulative Filing to Date Actual |
| Cash - Beginning of Month | $ | 22,448.99 | |
| **RECEIPTS** | | | |
| Beginning Balance | | $ | 1,749.49 |
| Wages (NET) | $ | 5,566.79 | $ 75,816.07 |
| Draws | $ | 6,500.00 | $ 133,302.28 |
| Interest and Dividend Income (cash deposit) | $ | - | $ 160.00 |
| Other Deposits | $ | - | $ 3,700.00 |
| Distribution From Deceased Fathers Probate Estate | $ | - | $ 22,551.40 |
| Other Income (attach schedule) BANK CREDITS | $ | 14.98 | $ 769.17 |
| Total Receipts | $ | 12,081.77 | $ 238,048.37 |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| Mortgage Payment(s) | $ | 3,072.47 | $ 37,327.73 |
| Groceries/Food/Dining Out | $ | 1,837.98 | $ 18,083.98 |
| Other Secured Note Payments | $ | - | $ - |
| Utilities | $ | 1,380.53 | $ 13,499.51 |
| Insurance | $ | 588.00 | $ 8,436.09 |
| Auto Expense | $ | 233.72 | $ 6,275.97 |
| Vehicle Payments | $ | 645.33 | $ 8,389.29 |
| Lease Payments | $ | - | $ - |
| IRA Contributions | $ | 400.00 | $ 3,355.20 |
| Repairs and Maintenance | $ | - | $ 6,926.70 |
| Medical Expenses | $ | 923.45 | $ 3,610.08 |
| Household Expenses | $ | - | $ 5,265.48 |
| Charitable Contributions | $ | - | $ 625.00 |
| Taxes - Real Estate | $ | - | $ 14,878.56 |
| Taxes - Personal Property | $ | - | $ - |
| Taxes - Other (attach schedule) Payroll Withholding ***see below | $ | - | $ - |
| Travel and Entertainment | $ | 704.81 | $ 6,769.55 |
| Bank Charges | $ | 14.98 | $ 600.60 |
| Gifts | $ | 569.22 | $ 11,700.43 |
| Other (attach schedule) | $ | 2,168.23 | $ 51,299.91 |
| Total Ordinary Disbursements | $ | 12,558.72 | $ 197,044.06 |
| **REORGANIZATION ITEMS:** | | | |
| Professional Fees (Gary Short) | $ | 1,500.00 | $ 17,400.00 |
| U.S. Trustee Fees | $ | - | $2,600.27 |
| Other Reorganization Expenses (filing fee) | $ | - | $ 532.00 |
| Total Reorganization Items | $ | 1,500.00 | $ 20,532.27 |
| Total Disbursements (Ordinary & Reorganization) | $ | 14,058.72 | $ 217,576.33 |
| Net Cash Flow (Total Receipts - Total Disbursements) | $ | (1,976.95) | $ 20,472.04 |
| Cash - End of Month (Must equal reconciled bank statement) | $ | 20,472.04 | |
| Payroll Withholding | $ | 1,731.32 | $ 26,049.28 |
| Other Payroll Deductions | $ | 1,512.11 | $ 20,697.45 |

**MOR Individual worksheet**   MONTH   FEBRUARY 2018   FNB account: 7610

All monthly expenses are paid as they are incurred.   Beginning bank balance   $22,448.99
Total credits (additions for month)   $12,081.77   Total debits (deductions for month)   $14,058.72

### Income

| | |
|---|---|
| Wages | $5,566.79 |
| Draws | $6,500.00 |
| Sale of Assets | $0.00 |
| Social Security & Pension Income | $0.00 |
| Miscellaneous credits   (MC) | $14.98 |
| Total Income * | $12,081.77 |

*Should balance with bank statement credits for month (additions)

### Expenses

| | |
|---|---|
| Mortgage payments (M) | $3,072.47 |
| Vehicle payments (V) | $645.33 |
| Utilities (U) | $1,380.53 |
| Insurance (I) | $588.00 |
| Auto fuel and repairs (A) (includes parking fees) | $233.72 |
| Groceries/Dining out (G) | $1,837.98 |
| Home repairs and maintenance (H) | $0.00 |
| Medical (MD) | $923.45 |
| Household expenses (HH) | $0.00 |
| Gifts ( see continuation sheet) | $589.22 |
| IRA contributions | $400.00 |
| Charitable (C) | $0.00 |
| Real estate taxes (RTX) | $0.00 |
| Professional fees (PF) | $1,500.00 |
| U.S. Trustee Fees (US) | $0.00 |
| Bank Charges (BC) | $14.98 |
| Travel/Entertainment | $704.81 |
| Other (see continuation sheet) | $2,168.23 |
| Total Expenses * | $14,058.72 |

* Should balance with bank statement debits for month (deductions)

### Reconciliation

| | |
|---|---|
| Beginning bank Balance | $22,448.99 |
| Plus Income for period | $12,081.77 |
| Subtotal | $34,530.76 |
| Less Expenses | $14,058.72 |
| Month End Bank Balance | $20,472.04 |

Case No. 17-20492-GLT

Debtor: Cuervo, Joseph & Cuervo, Mary E

Reporting Period: FEBRUARY 2018

## INDIVIDUAL DEBOTR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | CURRENT MONTH ACTUAL | CUMULATIVE FILING TO DATE ACTUAL |
|---|---|---|
| **Other Income** | | |
| **Other Taxes** | | |
| **Gifts** | | |
| Donation/gift for funeral | $320.00 | |
| Food for funeral | $186.20 | |
| Friend birthday | $83.02 | |
| | | |
| TOTAL | $589.22 | |
| **Other Ordinary Disbursements** | | |
| ATM (withdrawals for cash purchases) (Pocket money &travel) | $1,800.00 | |
| Dry Cleaning/Alterations | $54.40 | |
| Personal expenses/services (including personal products, hair, nails etc) | $280.76 | |
| Apple I tunes | $11.68 | |
| Home Office/Business expenses (Includes Post office) | $21.39 | |
| | | |
| TOTAL | $2,168.23 | $51,290.91 |
| | | |
| **Other Reorganization Expenses** | | |

**First National Bank**    Statement Ending 02/28/2018

4140 E. State Street
Hermitage, PA 16148

JOSEPH CUERVO JR                                Page 1 of 6
Primary Account Number: ****7610

ADDRESS SERVICE REQUESTED

### Managing Your Accounts

 Online          www.fnb-online.com
 By Phone        1 800-555-5455
 By Mail         4140 E. State Street
                                     Hermitage, PA 16148

JOSEPH CUERVO JR
MARY E CUERVO
CH 11 DIP ACT NO 17-20492 GLT
8000 SHERWOOD DR
PRESTO PA 15142-1078

## Summary of Accounts

| Account Type | Account Number | Balance This Statement |
|---|---|---|
| WORKPLACE FIRST | ****7610 | $20,472.04 |

## WORKPLACE FIRST - ****7610

### Account Summary

| Date | Description | Amount | | |
|---|---|---|---|---|
| 02/01/2018 | Balance Last Statement | $22,448.99 | Minimum Balance | $20,477.04 |
| | 7 Credit(s) This Period | $12,081.77 | Average Ledger Balance | $23,956.68 |
| | 103 Debit(s) This Period | $14,058.72 | Average Available Balance | $23,724.54 |
| 02/28/2018 | Balance This Statement | $20,472.04 | | |
| | Service Charges | $5.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2018 | Balance Last Statement | | | $22,448.99 |
| 02/01/2018 | DEPOSIT | | $6,500.00 | $28,948.99 |
| 02/01/2018 | 2238 PIN PUR 02/01 17:36 GIANT-EAGLE #064 Bridgeville PA 41000900 8222~5411 | $220.71 | | $28,728.28 |
| 02/01/2018 | 651357 PIN PUR 02/01 20:56 YINZERS PITTSBURGH PA 01572764 651357 ~5399 | $52.10 | | $28,676.18 |
| 02/01/2018 | 8714 PIN PUR 02/01 17:37 GIANT-EAGLE #064 Bridgeville PA 41003500 8236~5411 | $34.54 | | $28,641.64 |
| 02/01/2018 | 23395 PIN PUR 02/01 17:27 GIANT-EAGLE #064 Bridgeville PA 41004600 8124~5912   prescription | $11.16 | | $28,630.48 |
| 02/01/2018 | 5446 PIN PUR 02/01 09:14 GET GO #3705 Carnegie PA 05007500 410173 ~5541 | $9.27 | | $28,621.21 |
| 02/01/2018 | 17674 POS PUR 01/31 00:55 STARBUCKS STORE BRIDGEVILLE PA 00000000 01767~5814 | $4.23 | | $28,616.98 |
| 02/01/2018 | 80037 POS PUR 01/31 09:37 PARKING IN PITTS PITTSBURGH PA 00404612 08003~7523 | $3.00 | | $28,613.98 |
| 02/02/2018 | Medco Commercial MEPAYROLL 000200 NET  wages | | $2,335.43 | $30,949.41 |
| 02/02/2018 | 7325 ATM WTD 02/01 20:38 FIRST NAT BANK BRIDGEVILLE PA PA900380 007325~6011 | $400.00 | | $30,549.41 |
| 02/02/2018 | 421639 PIN PUR 02/02 13:33 HEIDELBERG SHOP CARNEGIE PA 54938701 421639 ~5411 | $114.98 | | $30,434.43 |


Member FDIC

FIRST ... ... Statement Ending 02/26/2018

JOSEPH CUERVO JR                                           Page 3 of 6
Primary Account Number: 7610

# WORKPLACE FIRST - 7610 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/02/2018 | A  842248 POS PUR 02/02 13:09 TSP 203 HEIDELBERG PA 0001D566 842248 ~5542 | $56.86 | | $30,377.57 |
| 02/02/2018 | T/E  60016 POS PUR 02/01 04:24 SCHORIN COMPANY 4122815930 PA 00511263 060016~5999 | $33.57 | | $30,344.00 |
| 02/02/2018 | MD  12741 POS PUR 02/01 19:11 UNIV OF PGH PHYS PITTSBURGH PA 00000000 01274~8011 | $20.00 | | $30,324.00 |
| 02/02/2018 | G  26417 POS PUR 02/01 08:02 SQ * MANCINI'S BR Pittsburgh PA 00000000 02641~5499 | $17.05 | | $30,306.95 |
| 02/02/2018 | MD  32524 PIN PUR 02/02 13:56 GIANT-EAGLE #064 Bridgeville PA 41004600 2841~5912  prescription | $10.00 | | $30,296.95 |
| 02/02/2018 | G  36077 POS PUR 01/31 20:59 MCDONALD'S F5441 CARNEGIE PA 1 036077 ~5814 | $3.41 | | $30,293.54 |
| 02/02/2018 | A  10843 POS PUR 02/01 01:54 PARKING IN PITTS PITTSBURGH PA 00348612 01084~7523 | $3.00 | | $30,290.54 |
| 02/05/2018 | MM  4772 ATM WTD 02/03 21:07 FIRST NAT BANK CARNEGIE PA PA900030 004772 ~6011 | $500.00 | | $29,790.54 |
| 02/05/2018 | G  216466 PIN PUR 02/04 11:42 HEIDELBERG SHOP CARNEGIE PA 54938701 216466 ~5411 | $219.35 | | $29,571.19 |
| 02/05/2018 | other  30403 POS PUR 02/01 05:34 IN THE KITCHEN PITTSBURGH PA 00000000 030403 ~5999  gift | $69.53 | | $29,501.66 |
| 02/05/2018 | U  AMERICAN-WATER UTIL-PMNT 0656558 | $67.81 | | $29,433.85 |
| 02/05/2018 | other  70006 POS PUR 02/03 08:45 MCMURRAY DRY CLE CANONSBURG PA 78681817 07000~7216 | $54.40 | | $29,379.45 |
| 02/05/2018 | G  791174 PIN PUR 02/05 14:13 TSP 203 HEIDELBERG PA 0001D566 791174 ~5541 | $18.66 | | $29,360.79 |
| 02/05/2018 | other  65610 POS PUR 02/04 21:30 APL* ITUNES.COM/ 866-712-7753 CA 00000000 065~5735 | $10.69 | | $29,350.10 |
| 02/06/2018 | M  SELECT PORTFOLIO SPS 0020784096 | $3,072.47 | | $26,277.63 |
| 02/06/2018 | U  PEOPLES NATURAL GAS BILL 200007076777 | $485.16 | | $25,792.47 |
| 02/06/2018 | IRA  FID BKG SVC LLC MONEYLINE XXXXXX5911LPY25  IRA | $400.00 | | $25,392.47 |
| 02/06/2018 | U  COMCAST ONLINE PMT CKF962150893POS | $338.07 | | $25,054.40 |
| 02/06/2018 | U  DUQUESNE LIGHT ONLINE PMT CKF962150893POS | $234.95 | | $24,819.45 |
| 02/06/2018 | MD  641913 PIN PUR 02/06 08:20 CVS/PHARMACY #05 PITTSBURGH PA 99999999 64191~5912 | $12.29 | | $24,807.16 |
| 02/07/2018 | MD  20001 POS PUR 02/05 07:42 CHENET COSMETIC MOON TOWNSHIP PA 07961197 020~8021 | $850.00 | | $23,957.16 |
| 02/07/2018 | G  83857 POS PUR 02/06 13:42 MERANTE BROTHERS PITTSBURGH PA 70040109 08385~5499 | $43.11 | | $23,914.05 |
| 02/07/2018 | G  47519 PIN PUR 02/07 06:50 GET GO #3705 Carnegie PA 05023100 851860 ~5541 | $16.07 | | $23,897.98 |
| 02/07/2018 | other  90009 POS PUR 02/06 16:02 SMOKER FRIENDLY PITTSBURGH PA 06895652 090009~5993  gift | $13.49 | | $23,884.49 |
| 02/07/2018 | G  50318 POS PUR 02/06 00:16 UPMC STARBUCKS P PITTSBURGH PA 00000000 0503~8050 | $5.78 | | $23,878.71 |
| 02/08/2018 | I  CHECK # 1029  life insurance | $588.00 | | $23,290.71 |
| 02/08/2018 | V  CHECK # 4089296 | $356.74 | | $22,933.97 |
| 02/08/2018 | V  CHECK # 4080037 | $288.59 | | $22,645.38 |
| 02/08/2018 | G  27187 PIN PUR 02/08 07:14 PRESTO QWIK STOP PRESTO PA 05364984 803982082~5499 | $16.39 | | $22,628.99 |
| 02/08/2018 | G  22939 POS PUR 02/07 01:24 STARBUCKS STORE BRIDGEVILLE PA 00000000 02293~5814 | $4.23 | | $22,624.76 |
| 02/08/2018 | G  47452 POS PUR 02/07 14:37 UPMC PRESBY CAFE PITTSBURGH PA 00000000 04745~5812 | $2.68 | | $22,622.08 |

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/09/2018 | UPMC PRESBYTERIA PAYROLL 00063884 *wages* | | $1,503.41 | $24,125.49 |
| 02/09/2018 | 5129 ATM WTD 02/09 17:02 FIRST NAT BANK CARNEGIE PA PA900030 005129 ~6011 | $200.00 | | $23,925.49 |
| 02/09/2018 | 57606 PIN PUR 02/08 20:05 GET GO #3705 Carnegie PA 05023200 924446 ~5541 | $17.27 | | $23,908.22 |
| 02/09/2018 | 25371 POS PUR 02/08 22:08 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0253~8050 | $9.47 | | $23,898.75 |
| 02/09/2018 | 25225 POS PUR 02/08 19:00 UPMC STARBUCKS P PIITTSBURGH PA 00000000 0252~8050 | $6.58 | | $23,892.17 |
| 02/09/2018 | 57848 POS PUR 02/08 17:30 UPMC PRESBY CAFE PITTSBURGH PA 00000000 05784~5812 | $2.51 | | $23,889.66 |
| 02/12/2018 | 27925 POS PUR 02/09 13:23 JETBLUE 2792 SALT LAKE CTY UT 00000000 027925~3174 | $196.60 | | $23,693.06 |
| 02/12/2018 | 38875 PIN PUR 02/12 14:49 GIANT-EAGLE #064 Bridgeville PA 41001000 3595~5411 | $154.19 | | $23,538.87 |
| 02/12/2018 | 561968 PIN PUR 02/12 14:03 WALGREENS STORE CARNEGIE PA 99999999 561968 ~5912 | $132.42 | | $23,406.45 |
| 02/12/2018 | 999150 PIN PUR 02/11 12:46 HEIDELBERG SHOP CARNEGIE PA 54936701 999150 ~5411 | $69.30 | | $23,337.15 |
| 02/12/2018 | 48298 POS PUR 02/09 08:18 SUPERCUTS PA 803 BRIDGEVILLE PA LK752222 0482~7230 | $19.95 | | $23,317.20 |
| 02/12/2018 | 730510 PIN PUR 02/11 19:08 TSP 219 PITTSBURGH PA 0001D541 730510 ~5541 | $18.26 | | $23,298.94 |
| 02/12/2018 | 12237 POS PUR 02/09 16:08 MERANTE BROTHERS PITTSBURGH PA 70040109 01223~5499 | $9.39 | | $23,289.55 |
| 02/12/2018 | 48061 POS PUR 02/09 01:42 STARBUCKS STORE PITTSBURGH PA 00000000 048061~6814 | $4.23 | | $23,285.32 |
| 02/13/2018 | 5339 ATM WTD 02/12 20:03 FIRST NAT BANK CARNEGIE PA PA900030 005339 ~6011 | $200.00 | | $23,085.32 |
| 02/13/2018 | COLLIER TOWNSHIP ONLINE PMT CKF962150893POS | $54.60 | | $23,030.72 |
| 02/13/2018 | 36788 PIN PUR 02/13 13:03 GET GO #3165 Cranberry Twn PA 65023200 946388~5541 | $19.31 | | $23,011.41 |
| 02/13/2018 | 573284 PIN PUR 02/12 22:00 SUNOCO 038882450 BRIDGEVILLE PA 41770301 5732~5541 | $17.28 | | $22,994.13 |
| 02/14/2018 | 799226 PIN PUR 02/14 14:47 SUNOCO 038882450 BRIDGEVILLE PA 41770301 7992~5541 | $25.21 | | $22,968.92 |
| 02/14/2018 | 315262 PIN PUR 02/14 14:40 OFFICE MAX/OFFI BRIDGEVILLE PA 99999999 31526~5943 | $21.39 | | $22,947.53 |
| 02/14/2018 | 61756 POS PUR 02/14 20:18 APL* ITUNES.COM/ 866-712-7763 CA 00000000 061~5735 | $0.99 | | $22,946.54 |
| 02/15/2018 | 5479 ATM WTD 02/14 19:48 FIRST NAT BANK CARNEGIE PA PA900030 005479 ~6011 | $100.00 | | $22,846.54 |
| 02/15/2018 | 337445 PIN PUR 02/14 19:56 RITE AID STORE - CARNEGIE PA 001 337445 ~5912 | $61.39 | | $22,785.15 |
| 02/15/2018 | 47796 POS PUR 02/14 07:08 SUNOCO 038882450 BRIDGEVILLE PA 0388001 04779~6542 | $57.77 | | $22,727.38 |
| 02/15/2018 | 2234 POS PUR 02/14 13:09 UPMC PRESBY CAFE PITTSBURGH PA 00000000 00223~5812 | $8.29 | | $22,719.09 |
| 02/15/2018 | 21254 POS PUR 02/14 08:06 ARBYS #836 BRIDG BRIDGEVILLE PA 51121254 0212~5812 | $6.19 | | $22,712.90 |
| 02/16/2018 | 70475 POS PUR 02/15 02:44 BEBE NAIL & SPA BRIDGEVILLE PA 78414255 07047~7230 | $67.00 | | $22,645.90 |
| 02/16/2018 | 65771 POS PUR 02/15 23:53 MERANTE BROTHERS PITTSBURGH PA 70040109 06577~5499 | $40.50 | | $22,605.40 |
| 02/20/2018 | 8067 ATM WTD 02/17 13:22 FIRST NAT BANK BRIDGEVILLE PA PA900380 008067~6011 *funeral gift* | $320.00 | | $22,285.40 |

**First National Bank** — Statement Ending 02/26/2018

JOSEPH CUERVO JR
Page 5 of 6
Primary Account Number: ####7610

## WORKPLACE FIRST - ####7610 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/20/2018 | 76231 POS PUR 02/16 07:02 LA CUCINA TASTE WEIRTON WV 01583477 076231 ~5812  *funeral donation gift* | $186.20 | | $22,099.20 |
| 02/20/2018 | 17862 PIN PUR 02/17 13:15 GIANT-EAGLE #064 Bridgeville PA 41000700 7982~5411 | $179.88 | | $21,919.32 |
| 02/20/2018 | 69981 POS PUR 02/19 00:04 GET GO #3205 CARNEGIE PA 00000000 069981 ~5542 | $36.20 | | $21,883.12 |
| 02/20/2018 | 21703 POS PUR 02/18 17:10 CHESTER BEVERAGE CHESTER WV 76838690 021703 ~5921 | $29.08 | | $21,854.04 |
| 02/20/2018 | 0034 POS PUR 02/19 10:20 PIZZA HUT 033953 BRIDGEVILLE PA 00003913 0000~5812 | $17.70 | | $21,836.34 |
| 02/20/2018 | 33782 PIN PUR 02/19 10:43 GET GO #3705 Carnegie PA 06023200 967211 ~5541 | $9.53 | | $21,826.81 |
| 02/20/2018 | 26907 POS PUR 02/19 18:40 GET GO #3205 Carnegie PA 05023100 370892 ~5541 | $8.15 | | $21,818.66 |
| 02/20/2018 | 21108 POS PUR 02/19 08:26 UPMC PRESBY CAFE PITTSBURGH PA 00000000 02110~5812 | $7.82 | | $21,810.84 |
| 02/20/2018 | 90533 POS PUR 02/19 18:16 UPMC STARBUCKS P PITTSBURGH PA 00000000 0905~8050 | $7.38 | | $21,803.46 |
| 02/20/2018 | 90341 POS PUR 02/19 02:09 UPMC STARBUCKS P PITTSBURGH PA 00000000 0903~8050 | $6.26 | | $21,797.20 |
| 02/21/2018 | 33339 POS PUR 02/20 11:21 UPMC PRESBY CAFE PITTSBURGH PA 00000000 03333~5812 | $9.28 | | $21,787.92 |
| 02/21/2018 | 75874 POS PUR 02/20 22:52 UPMC PRESBY CAFE PITTSBURGH PA 00000000 07687~5812 | $3.84 | | $21,784.08 |
| 02/21/2018 | 53560 POS PUR 02/20 19:53 UPMC STARBUCKS P PITTSBURGH PA 00000000 0535~8050 | $2.09 | | $21,781.99 |
| 02/22/2018 | 42079 POS PUR 02/21 18:59 UPMC PRESBY CAFE PITTSBURGH PA 00000000 04207~5812 | $7.67 | | $21,774.32 |
| 02/23/2018 | UPMC PRESBYTERIA PAYROLL 00063884 | | $1,727.95 | $23,502.27 |
| 02/23/2018 | ATM SURCHARGE FEE REFUND | | $4.98 | $23,507.25 |
| 02/23/2018 | FOREIGN ATM FEE REFUND | | $5.00 | $23,512.25 |
| 02/23/2018 | SURCHARGE FEE 2171 ATM WTD 02/22 21:25 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $23,509.76 |
| 02/23/2018 | SURCHARGE FEE 2172 ATM WTD 02/22 21:26 TRI STATE PETROL WASHINGTON PA HY009480 | $2.49 | | $23,507.27 |
| 02/23/2018 | 2171 ATM WTD 02/22 21:25 TRI STATE PETROL WASHINGTON PA HY009480 21250~6011 | $200.00 | | $23,307.27 |
| 02/23/2018 | 2172 ATM WTD 02/22 21:26 TRI STATE PETROL WASHINGTON PA HY009480 21261~6011 | $200.00 | | $23,107.27 |
| 02/23/2018 | 96641 POS PUR 02/22 20:10 UPMC COMMUNITY M PITTSBURGH PA 00000000 09664~8011 | $20.00 | | $23,087.27 |
| 02/23/2018 | 241375 PIN PUR 02/23 09:40 SUNOCO 007854510 PITTSBURGH PA 41822101 24137~5541 | $8.14 | | $23,079.13 |
| 02/23/2018 | FEE FOR ATM WTD 02/22 21:26 TRI STATE PETROL WASHINGTON PA HY009480 21250~6011 | $2.50 | | $23,076.63 |
| 02/23/2018 | FEE FOR ATM WTD 02/22 21:26 TRI STATE PETROL WASHINGTON PA HY009480 21261~6011 | $2.50 | | $23,074.13 |
| 02/26/2018 | CHECK # 1031 | $1,500.00 | | $21,574.13 |
| 02/26/2018 | VZ WIRELESS VE VZW WEBPAY 7446441 | $199.94 | | $21,374.19 |
| 02/26/2018 | 61898 POS PUR 02/25 17:02 COURTYARD BY MAR CONCORD NH 00000000 051898 ~3690 | $164.97 | | $21,209.22 |
| 02/26/2018 | 32479 POS PUR 02/26 22:50 COURTYARD BY MAR CONCORD NH 00000000 032479 ~3690 | $164.48 | | $21,044.74 |

# WORKPLACE FIRST (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/26/2018 | G 375619 PIN PUR 02/25 17:52 HEIDELBERG SHOP CARNEGIE PA 54938701 375619 ~5411 | $68.07 | | $20,976.67 |
| 02/26/2018 | T/E 30033 POS PUR 02/25 11:58 LEGAL SEA FOODS- EAST BOSTON MA 00A63999 0300~5812 | $57.22 | | $20,919.45 |
| 02/26/2018 | G 30461 POS PUR 02/23 17:45 MCDONALD'S F1153 WASHINGTON PA 1 030461 ~5814 | $14.48 | | $20,904.97 |
| 02/27/2018 | G 47951 PIN PUR 02/26 18:05 MARKET DISTRICT Pittsburgh PA 47000900 883342~5411 | $212.85 | | $20,692.12 |
| 02/27/2018 | T/E 51271 POS PUR 02/25 19:54 THE LITTLE CREPE CONCORD NH 00000000 051271 ~5812 | $35.87 | | $20,656.25 |
| 02/28/2018 | MC MONTHLY SERVICE CHRG REFUND | | $5.00 | $20,661.25 |
| 02/28/2018 | G 52289 PIN PUR 02/28 13:07 GIANT-EAGLE #064 Bridgeville PA 41000900 8977~5411 | $98.20 | | $20,563.05 |
| 02/28/2018 | A 786589 POS PUR 02/28 12:03 TSP 203 HEIDELBERG PA 0001D566 786589 ~5542 | $51.68 | | $20,511.37 |
| 02/28/2018 | G 826727 PIN PUR 02/28 12:05 TSP 203 HEIDELBERG PA 0001D566 826727 ~5541 | $34.33 | | $20,477.04 |
| 02/28/2018 | RC SERVICE CHARGE | $5.00 | | $20,472.04 |
| 02/28/2018 | Balance This Statement | | | $20,472.04 |

## Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1029 | 02/08/2018 | $688.00 | 4080037* | 02/08/2018 | $288.59 |
| 1031* | 02/26/2018 | $1,500.00 | 4089296* | 02/08/2018 | $356.74 |

* Indicates skipped check number

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01/2018 | $28,613.98 | 02/12/2018 | $23,285.32 | 02/22/2018 | $21,774.32 |
| 02/02/2018 | $30,290.54 | 02/13/2018 | $22,994.13 | 02/23/2018 | $23,074.13 |
| 02/05/2018 | $29,350.10 | 02/14/2018 | $22,946.54 | 02/26/2018 | $20,904.97 |
| 02/06/2018 | $24,807.16 | 02/15/2018 | $22,712.90 | 02/27/2018 | $20,656.25 |
| 02/07/2018 | $23,878.71 | 02/16/2018 | $22,606.40 | 02/28/2018 | $20,472.04 |
| 02/08/2018 | $22,622.08 | 02/20/2018 | $21,797.20 | | |
| 02/09/2018 | $23,889.66 | 02/21/2018 | $21,781.99 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

## Service Charge Summary

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MONTHLY SERVICE CHRG: | $5.00 |
| Total Service Charge | $5.00 |

Case 17-20492-GLT    Doc 174    Filed 03/22/18    Entered 03/22/18 16:21:39    Desc Main
Document    Page 10 of 10

MOR CS and cover letter Cuervo

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 17-20492 GLT** |
| **Joseph Cuervo and Mary E. Cuervo,** | ) | **Chapter 11** |
| **Debtors.** | ) | **Document No.** |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that on __3/22/18__
I served the:

| | | |
|---|---|---|
| ☐ | Feb. 9 to March 31 | 2017 Monthly Operating Report |
| ☐ | May | 2017 Monthly Operating Report |
| ☐ | June | 2017 Monthly Operating Report |
| ☐ | July | 2017 Monthly Operating Report |
| ☐ | Aug. | 2017 Monthly Operating Report |
| ☐ | Sept. | 2017 Monthly Operating Report |
| ☐ | Oct. | 2017 Monthly Operating Report |
| ☐ | Nov. | 2017 Monthly Operating Report |
| ☐ | Dec. | 2017 Monthly Operating Report |
| ☐ | Jan. | 2018 Monthly Operating Report |
| ☑ | Feb. | 2018 Monthly Operating Report |
| ☐ | March | 2018 Monthly Operating Report |

on the parties at the following addresses, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: __3/22/18__

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com