**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: | ) |
| **Joseph Cuervo and Mary E Cuervo,** | ) Case No. 17-20492 GLT |
|     Debtors, | ) |
| **Joseph Cuervo,** | ) Chapter 11 |
|     Movant, | ) Docket No. ____ |
| Vs. | ) Hearing Date and Time: |
| **JP Morgan Chase Bank, N.A.** | ) April 19, 2018 at 10:00 a.m. |
|     Respondent. | ) Responses due: April 10, 2018 |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR AUTHORIZATION TO ASSUME PERSONAL PROPERTY LEASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION FOR AUTHORIZATION TO ASSUME PERSONAL PROPERTY LEASE** ("Motion"), filed on March 19, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than April 10, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 11, 2018                    /s/ Gary W. Short
                                                            Gary W. Short, Esquire
                                                            Counsel for Debtor
                                                            Suite 2317 Koppers Building
                                                            Pittsburgh PA 15219
                                                            412-765-0100