**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: | ) |
| **Joseph Cuervo and Mary E Cuervo,** | ) **Case No.  17-20492 GLT** |
| Debtors, | ) |
| **Joseph Cuervo,** | ) **Chapter 11** |
| Movant, | ) **Docket No. ____** |
| Vs. | ) **Hearing Date and Time:** |
| **JP Morgan Chase Bank, N.A.** | ) **April 19, 2018 at 10:00 a.m.** |
| Respondent. | ) **Responses due: April 10, 2018** |

## CERTIFICATE OF SERVICE

I, Gary W. Short, hereby certify under penalty of perjury that I am, and at all times hereinafter was, more than 18 years of age and that on the 13th day of April, 2018, I served a copy of the Modified Default Order enter relating to the Motion for Authorization to Assume Personal Property Lease by first class U.S. Mail, postage prepaid on the parties identified below:

JP Morgan Chase Bank, N.A.
National Bankruptcy Department
POB 29505 AZ1-1191
Pheniz, AZ 85038-9505

James Dimon, CEO
JP Morgan Chase Bank
270 Park Avenue
New York, NY 10017

Ronda J. Winnecour, Esquire
Ch. 13 Standing Trustee, W.D.Pa.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U. S. Trustee
Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222


Executed on April 13, 2018                             /s/ Gary W. Short_____
                                                                        Gary W. Short
                                                                        Pa. I.D. No. 36794
                                                                        Counsel for the Debtor
                                                                        Suite 2317 Koppers Building
                                                                        Pittsburgh PA 15219
                                                                        (412) 765-0100
                                                                        PA I.D. No. 36794