Objection to claim Cuervo     **IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **JOSEPH CUERVO and** | ) | **Case No. 17-20492 GLT** |
| **MARY E. CUERVO,** | ) | |
| Debtors, | ) | **Chapter 11** |
| **JOSEPH CUERVO and** | ) | |
| **MARY E. CUERVO,** | ) | **Docket No.** |
| Movants, | ) | |
| vs. | ) | **Hearing Date and Time:** |
| **UNITED STATES OF AMERICA,** | ) | **April 5, 2018 at 10:00 a.m.** |
| **DEPARTMENT OF THE TREASURY,** | ) | |
| **INTERNAL REVENUE SERVICE** | ) | **Responses due: March 21, 2018** |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

I, Gary W. Short, Esquire, do hereby certify that on the 14th day of May, 2018, a true and correct copy of the order entered at docket no. 188 was served by first class U.S. Mail, postage prepaid, on the parties listed below.

Ari D. Kunofsky
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

Office of the U. S. Trustee
Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

/s/ Gary W. Short
Gary W. Short, Esquire     Pa. I.D. No. 36794
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com
Counsel for the Debtors