**736 Cuervo FA2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | **Case No. 17-20492 GLT** |
| **JOSEPH CUERVO AND MARY E. CUERVO,** ) | |
| Debtors, ) | **Chapter 11** |
| **GARY W. SHORT,** ) | |
| Movant, ) | **Document No.** |
| vs. ) | |
| **NO RESPONDENT,** ) | **Hearing Date and Time:** |
| Respondent. ) | **June 7, 2018 at 10:00 a.m.** |
| ) | **Responses due: May 29, 2018** |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 12, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Order Fixing Deadline for Filing Objections to Fee Application Combined with Notice Thereof, objections to the Application were to be filed and served no later than June 7, 2018.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: June 8, 2018                                  Respectfully submitted,

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com