**736 Cuervo FA2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No. 17-20492 GLT |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | |
| Debtors, ) | Chapter 11 |
| GARY W. SHORT, ) | |
| Movant, ) | Document No. |
| vs. ) | |
| NO RESPONDENT, ) | Hearing Date and Time: |
| Respondent. ) | June 7, 2018 at 10:00 a.m. |
| ) | Responses due: May 29, 2018 |

## CERTIFICATE OF SERVICE

**Modified Default Order (Docket No. 194)**

I, Gary W. Short, certify under penalty of perjury that I served the above-referenced pleading(s) or order on the parties at the addressed specified below ~~or on the attached list~~ on June 8, 2018.

The type(s) of service made on the parties named below ~~in the attached matrix~~ (first class mail, electronic notification, hand delivery, or another type of service) was: first class U.S. Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail".

Joseph Cuervo
Mary E. Cuervo
8000 Sherwood Drive
Presto, PA 15142

Office of the U. S. Trustee
Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

        Attorney for Debtors

        /s/ Gary W. Short
        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
        212 Windgap Road, Pittsburgh, PA 15237
        Tele. (412) 765-0100 / Fax (412) 536-3977
        E-mail garyshortlegal@gmail.com

June 8, 2018