## EXHIBIT "D"

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 17-20492 GLT |
| JOSEPH CUERVO AND MARY E. CUERVO, ) | |
| Debtors, ) | Chapter 11 |
| RONALD J. EINWAG AND EINWAG MORROW ) | |
| & ASSOCIATES, ) | |
| Movants, ) | Document No. |
| vs. ) | |
| NO RESPONDENT, ) | Hearing Date and Time: |
| Respondent. ) | August 9, 2018 at 10:00 a.m. |
| ) | Responses due: July 15, 2018 |

### **CERTIFICATION**\*

I, Ronald J. Einwag and Einwag Morrow & Associates, accountants for the Debtors and Applicants herein, hereby certify that we were employed on behalf of the Debtors, Joseph Cuervo and Mary E. Cuervo and the Debtors have received, reviewed, and approved the application for compensation and reimbursement for expenses.

/s/ Ronald J. Einwag, June 29 2018
Ronald J. Einwag
Accountant for the Debtors

APPROVED:

/s/ Joseph Cuervo, June 29, 2018
Joseph Cuervo

/s/ Mary E. Cuervo, June 29, 2018
Mary E. Cuervo