FILED
7/3/18 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-20492-GLT |
| | Chapter 11 |
| JOSEPH CUERVO | |
| MARY E. CUERVO | |
| | |
| *Debtors*. | |
| | |
| RONALD J. EINWAG and EINWAG MORROW & ASSOCIATES | Related to Dkt. No. 196 |
| | |
| *Movant*, | |
| | |
| v. | |
| | |
| NO RESPONDENT | Hearing: August 9, 2018 at 10:00 a.m. |

## ORDER DENYING APPLICATION

This matter is before the Court upon the *Application for Final Compensation and Reimbursement of Expenses* [Dkt. No. 196] ("application") filed by Ronald J. Einwag and Einwag Morrow & Associates ("Einwag's), accountants for the Debtor.

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the application is denied as untimely. Pursuant to the *Post-Confirmation Order and Notice of Deadlines* entered on March 8, 2018 [Dkt. No. 164], all applications for compensation by estate professionals were due by June 6, 2018 (i.e. 90 days after entry of the Order). Einwag's application was filed on June 27, 2018. Moreover, the application fails to comply with Rule 2016-1(c)(5) by providing a listing of time and services provided. The hearing scheduled for August 9, 2018 is cancelled.

Dated: July 3, 2018

_____
GREGORY L. TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to Serve:
Gary W. Short, Esq. and
Ronald J. Einwag
Einwag Morrow & Associates
20 Stanwix Street, No. 630
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20492-GLT
Joseph Cuervo                                                                   Chapter 11
Mary E. Cuervo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 1              Date Rcvd: Jul 03, 2018
                               Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2018.
              +Einwag Morrow & Associates,    20 Stanwix Street, No. 630,    Pittsburgh, PA 15222-4801
acc           +Ronald J. Einwag,   Einwag Morrow & Associates,    20 Stanwix Street Ste 630,
                Pittsburgh, PA 15222-4801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2018 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Ari D. Kunofsky    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service ari.d.kunofsky@usdoj.gov,   eastern.taxcivil@usdoj.gov
              Gary William Short    on behalf of Joint Debtor Mary E. Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Accountant Ronald J. Einwag garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Debtor Joseph  Cuervo garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR8, Mortgage
               Pass-Through Certificates, Series 2006-AR8 bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Mario J. Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 13