**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Case No. 17-20492 GLT** |
| **JOSEPH CUERVO and MARY E. CUERVO,** ) | **Chapter 11** |
| Debtors, ) | **Hearing Date and Time:** |
| **JOSEPH CUERVO and MARY E. CUERVO** ) | **August 9, 2018 at 10:00 a.m.** |
| Movants, ) | **Responses due: July 24, 2018** |
| vs. ) | **Related to Doc. 164** |
| **NO RESPONDENTS,** ) | |
| Respondents. ) | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION FOR FINAL DECREE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Final Decree ("Motion"), filed on July 5, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order Setting Date Certain for Response and Hearing on Motion, objections to the Motion were to be filed and served no later than July 24, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 25, 2018

/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com